**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Alaska__
(State)

Case number (if known) _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Aurora Gas LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   91-2038363
   EIN

5. **Debtor's address**

   **Principal place of business**

   4645 SWEETWATER BLVD
   Number  Street

   SUITE 200

   SUGAR LAND    TX    77479
   City          State  ZIP Code

   FORT BEND
   County

   **Mailing address, if different**

   _____
   Number  Street

   _____
   P O Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   COOK INLET   ALASKA
   City         State   ZIP Code

Official Form 205  Involuntary Petition Against a Non-Individual  page 1

Debtor _____   Name _____   Case number (if known) _____

6. **Debtor's website (URL)** _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes   Debtor _____   Relationship _____
     District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

     Debtor _____   Relationship _____
     District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

## Part 3:   Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes   Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor _____    Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| AURORA WELL SERVICE, LLC | S | $ 132,335.04 |
| SHIRLEYVILLE ENTERPRISES, LLC | | $ 112,959.32 |
| TANKS-A-LOT, INC | | $ 143,825.20 |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both 18 U.S.C §§ 152, 1341, 1519, and 3571

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

Name and mailing address of petitioner

Name: AURORA WELL SERVICE, LLC
Number Street: 1400 W. BENSON SUITE 410
City: ANCHORAGE    State: AK    ZIP Code: 99503

Attorney:
Printed name: Erik LeRoy
Firm name, if any: Erik LeRoy P.C.
Number Street: 500 L St., Ste 302
City: Ancorage,    State: AK    ZIP Code: 99501

Name and mailing address of petitioner's representative, if any

Name: DAVID L. BOELENS
Number Street: 1400 W. BENSON SUITE 410
City: ANCHORAGE    State: AK    ZIP Code: 99503

Contact phone: 907 570 7474
Email: erik@alaskanbankruptcy.com
Bar number: 8310130
State: Alaska

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/27/16

X _(signed)_ Boelens
Signature of petitioner or representative, including representative's title

X _(signed)_ Erik Re
Signature of attorney

Date signed: 5 2 16

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: _____ Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: SHIRLEYVILLE ENTERPRISES, LLC
Number Street: 1400 W. BENSON BLVD, SUITE 410
City: ANCHORAGE   State: AK   ZIP Code: 99503

**Name and mailing address of petitioner's representative, if any**

Name: G. SCOTT PFOFF
Number Street: 1400 W. BENSON BLVD, SUITE 410
City: ANCHORAGE   State: AK   ZIP Code: 99503

Printed name: Erik LeRoy
Firm name, if any: Erik LeRoy PC
Number Street: 500 L St Ste 302
City: Anchorage   State: AK   ZIP Code: 99501
Contact phone: 907 570 7474
Email: erik@alaskanbankruptcy.com
Bar number: 8310130
State: Alaska

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/22/2016

X _____ [signature of petitioner or representative]

X _____ Signature of attorney
Date signed: 5/2/16

**Name and mailing address of petitioner**

Name: TANKS A LOT, INC
Number Street: 7723 Hwy. 182 E.
City: Morgan City   State: LA   ZIP Code: 70380

**Name and mailing address of petitioner's representative, if any**

Name: A. J. Cannata
Number Street: 7723 Hwy. 182 E.
City: Morgan City   State: LA   ZIP Code: 70380

Printed name: ERIK LEROY
Firm name, if any: ERIK LEROY PC
Number Street: 500 L St St 302
City: Anchorage   State: AK   ZIP Code: 99501
Contact phone: _____   Email: _____
Bar number: 8310130
State: Alaska

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/26/2016

X _____ Signature of petitioner or representative

X _____ Signature of attorney
Date signed: 5/2/16

Official Form 205    Involuntary Petition Against a Non-Individual    page 4