David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In Re:                                            )
                                                  )
AURORA GAS, LLC,                                  )     Case No. A-16-00130
                                                  )     Chapter 11
                                                  )
                    Debtor.                       )
_____)

**DECLARATION OF DAVID H. BUNDY IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ATTORNEY AND STATEMENT PURSUANT TO 11 U.S.C. § 329**

I, David H. Bundy, declare as follows:

1. I am the owner of the law firm David H. Bundy, P.C. I have been a member of the Alaska Bar since 1972. I am admitted to practice before the United States District Court for the District of Alaska, the Court of Appeals for the Ninth Circuit, and the Courts of the State of Alaska. I am nationally certified in Business Bankruptcy by the American Board of Certification. I engage in bankruptcy, commercial litigation and general litigation. I am currently active in a number of bankruptcy matters, representing debtors and creditors.

2. I do not have any ownership or other interest in the Debtor's business. Subject to approval of this Court, I will bill for my services in this case at my regular hourly rate for cases of this type, which is $350 per hour. Subject to approval of this Court, I will bill for reimbursement of costs and disbursements, including long distance

Page 1:        DECLARATION OF PROPOSED ATTORNEY

telephone calls, fax transmissions, photocopies, computerized legal services, travel and out-of-town living expenses, service fees and deposition charges, and all similar charges. Costs will be billed at my actual out of pocket payments; charges for copying and facsimile transmissions which are not paid to third parties will be billed at the rate approved by this Court from time to time in other cases, within the guidelines set forth by this Court in local rules and decisions.

3.   The scope of my representation of the Debtor is to represent the Debtor in all aspects of its Chapter 11 case.

4.   I have reviewed the list of creditors provided by the Debtor. I do not have any connection in the sense of any professional relationship with the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5.   The Debtor first contacted me to discuss a possible bankruptcy filing in May, 2016, following the filing of an involuntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor's sole member authorized filing a consent to the involuntary case and my retention as bankruptcy counsel on June 9, 2016. On June 10, 2016 I received $24,970 from the trust account of Debtor's prior counsel, Jermain Dunnegan & Owens and I deposited this in my trust account. On June 10, 2016, I transferred $8,500 from the trust account to pay for pre-order for relief services, and on June 14 I retransferred $1,395 to my trust account.

Declaration of Proposed Attorney – Page 2

6. The balance of $17,865 remains in my trust account. These funds will not be transferred, and no further payment will be made by the Debtor for post-petition services, without Court approval after notice to all creditors.

As required by Bankruptcy Rule 2016(b), I have not shared or agreed to share any compensation received in this case with any other person or entity.

I declare under penalties of perjury the foregoing is true and correct.

DATED this 14th day of June, 2016.

DAVID H. BUNDY, P.C.
Attorney for Debtor

By: ___/s/ David H. Bundy
      David H. Bundy

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 14th day of June, 2015, the foregoing document was served by ECF on

- U. S. Trustee
- Erik LeRoy

By___/s/ David H. Bundy_____
     David H. Bundy

Declaration of Proposed Attorney – Page 3