David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In Re:                                          )
                                                )
AURORA GAS, LLC,                                )    Case No. A-16-00130
                                                )
                        Debtor.                 )
_____ )

## CERTIFICATE OF SERVICE OF FIRST DAY MOTIONS

The undersigned certifies that on June 13 he served by internet transmission, the following documents:

1. Answer and Consent and Schedule 1
2. Motion to Pay Pre-petition Wages
3. Motion to Continue Insurance
4. Declaration of J. Edward Jones and exhibits
5. Notice of Hearing on First Day Motions

On the top ten creditors listed in the Debtor's initial list of 20 largest creditors and on parties listed to receive ECF notices.

The documents were served by email at addresses in the Debtor's records. None of the notices sent to these addresses were rejected as undeliverable.

The U S Trustee's Office has received copies of all pleadings by the ECF system.

Certificate of Service − Page 1

DATED this 14th day of June, 2016.

                                  DAVID H. BUNDY, P.C.
                                  Attorney for Debtor

                                  By:   <u>/s/ David H. Bundy</u>
                                          David H. Bundy

Page 2:        Certificate of Service