IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Aurora Gas, LLC, | ) | |
| | ) | |
| Debtor. | ) | Case No.: 16-00130 |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is a consolidated list of unsecured creditors holding the 20 largest unsecured claims against Aurora Gas, LLC (the "Debtor"), as of approximately June 1, 2016. The list has been prepared based upon the current records of the Debtor. In setting forth the approximate amount of each claim, the Debtor may have used estimates for market values for securities and currencies and related offsets. Values listed herein may vary substantially from fair value.

The Debtor has not yet identified which of the 20 largest unsecured creditors, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtor reserves all rights with respect to the creditors listed on this schedule, including the right to identify any of them as contingent, unliquidated, disputed and/or subject to setoff, as appropriate. The amounts are based on the Debtor's records at the time this schedule was filed. The Debtor may continue to reconcile the amount on this schedule, and accordingly, neither the Debtor nor their professionals can guaranty that such numbers are accurate at this time. The information presented in this list shall not constitute an admission by, nor is it binding on, the Debtor.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 1 | Tyonek Contractors, LLC | 1689 C Street Suite 219, Anchorage AK 99501 | Trade Debt | | $176.949.16 |
| 2 | Weaver Bros, Inc. | PO Box 2229 Kenai, AK 99611 | Trade Debt | | $162,932 |
| 3 | Tyonek Native Corporation | 1689 C Street Suite 219, Anchorage AK 99501 | Trade Debt | | $157,276.80 |
| 4 | Tanks-a-Lot, Inc. | P O Box 1636 Morgan City, LA 70381 | Trade Debt | | $138,235.20 |
| 5 | Aurora Well Service, LLC | 1400 West Benson Blvd Suite 410 Anchorage, AK 99503 | Trade Debt | | $135,560.95 |
| 6 | Shirleyville Enterprises, LLC | 1400 West Benson Blvd Suite 410 Anchorage, AK 99503 | Trade Debt | | $130,472.30 |
| 7 | Alaska Eco Resources, LLC | P O Box 79182 Houston, TX 77279 | Trade Debt | | $118,800 |
| 8 | AIMM Technologies, Inc. | P O Box 1086 Kenai, AK 99611 | Trade Debt | | $104,901.00 |

Schedule 1 to Answer and Consent – Page 3

| | | | | | |
|---|---|---|---|---|---|
| 9 | Knight Oil Tools | P O Box 52823 Lafayette, LA 70505-2823 | Trade Debt | | $54,712.35 |
| 10 | New Tech Global Ventures, LLC | P O Box 4724 msc 800 Houston, TX 77210 | Trade Debt | | $46,656.00 |
| 11 | Cook Inlet Tug & Barge, Inc. | 1151 Fairview Ave. N Seattle, WA 98109-4418 | Trade Debt | | $42,553.11 |
| 12 | Pollard Wireline | P O Box 1360 Kenai AK 99611 | Trade Debt | | $31,759.00 |
| 13 | Boatright & Sons LLC | P O Box 8001 Nikiski, AK 99635 | Trade Debt | | $30,346.00 |
| 14 | Expro Americas, LLC | Dept 2080 P O Box122080, Dallas TX 75312-2080 | Trade Debt | | $29,766.93 |
| 15 | ASRC Energy Services | P O Box 241562 Anchorage AK 99524-1562 | Trade Debt | | $29,721.32 |
| 16 | Tripoint Alaska LLC | 1104 Hwy 93 N Scott, LC 70583 | Trade Debt | | $21,830 |
| 17 | CISPRI | 51377 Kenai Spur Highway Kenai AK 99611 | Trade Debt | | $20,400 |
| 18 | Solsten XP Inc. | 406 West Fireweed Lane Anchorage AK 99503 | Trade Debt | | $14,419.38 |
| 19 | Petrotechnical Resources of AK, Inc. | 3601 C Street Suite 822 Anchorage AK 99503 | Trade Debt | | $9,913.75 |

Schedule 1 to Answer and Consent – Page 4

| 20 | Industrial Equipment Services Inc. | 300 Airport Way Kenai, AK 99611 | Trade debt | | $9,401.76 |
|----|-----------------------------------|--------------------------------|-----------|---|----------|

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, J. Edward Jones, President of Aurora Gas, LLC, declare under penalty of perjury that I have reviewed the foregoing "List of Creditors Holding Twenty Largest Unsecured Claims and that it is true and correct to the best of my knowledge and belief.

*[Signature: J Edward Jones]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Schedule 1 to Answer and Consent – Page 5