| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Alaska Electric & Energy Cooperative | 40,112.50 | 0.00 | 0.00 | 0.00 | 0.00 | 40,112.50 |
| Aurora-KF | 0.00 | 0.00 | 0.00 | 265,860.17 | 174,086.71 | 439,946.88 |
| Aurora Power Resources, Inc. | 0.00 | 9,873.04 | 0.00 | 0.00 | 0.00 | 9,873.04 |
| Aurora Well Service LLC | 0.00 | 2,675.93 | 1,369.58 | 0.00 | 0.00 | 4,045.51 |
| Cook Inlet Energy, LLC | 0.00 | 0.00 | 6,039.11 | 0.00 | 416,888.76 | 422,927.87 |
| Helena Energy LLC | 72,324.97 | 330.90 | 0.00 | 0.00 | 0.00 | 72,655.87 |
| Shirleyville Enterprises | 549.76 | 369.58 | 360.50 | 522.72 | 0.00 | 1,802.56 |
| Tesoro Alaska Co., LLC | 270,995.20 | 0.00 | 0.00 | 0.00 | 0.00 | 270,995.20 |
| TOTAL | 383,982.43 | 13,249.45 | 7,769.19 | 266,382.89 | 590,975.47 | 1,262,359.43 |

Accounts Receivable (Form 206 Schedule A/B part 3)

AURORA GAS LLC
ASSETS: INVENTORIES
FORM 206A/BM, Part 5

| SIZE & DESCRIPTION | LOCATION | | EST VALUE/FT (in AK) | JOINTS | LENGTHS (Approx.) | EST, TOTAL FEET | Estimated Value ($)* | AG % | MOST LIKELY MARKETABLE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| **TUBULARS** | | | | | | | | | | |
| **13-3/8" CASING** | | | | | | | | | | |
| 68# | Moq Yard | | | 3 | 40 | 120 | | 100 | $8,400.00 | |
| 72# | Moq Yard | | | 2 | 40 | 80 | | 100 | | |
| Cut | Moq Yard | | | 3 | 20 | 60 | | 100 | | |
| TOTAL | | | $70.00 | 8 | 100 | 260 | $18,200.00 | 100 | | |
| **12" PILING** 0.50" Wall | MOQ Yard | | | 10 | 40 | 400 | | 100 | | |
| 0.50" Wall | MOQ Yard | | | 1 | 20 | 70 | | 100 | | |
| 0.50" Wall | TC Yard | | | 1 | 40 | 70 | | 100 | | |
| TOTAL | | | $50.00 | 12 | 100 | 470 | $23,500.00 | 100 | | |
| **11-7/8" DRIVE PIPE** | | | | | | | | | | |
| 71.8# LS | TC Yard | | | 3 | 40 | 120 | | 100 | | |
| TOTAL | | | $60.00 | 3 | 40 | 120 | $7,200.00 | 100 | | |
| **9-5/8" CASING** | | | | | | | | | | |
| 36# J-55 | MOQ Yard | | | 4 | 40 | 160 | | 100 | $5,120.00 | |
| TOTAL | | | $32.00 | 4 | 40 | 160 | $5,120.00 | 100 | | |
| **8" PILING** 0.500" wall | | | | | | | | | | |
| | TC Yard | | | 4 | 40 | 160 | | 100 | | |
| | TC Yard | | | 1 | 10 | 10 | | 100 | | |
| TOTAL | | | $35.00 | 1 | 10 | 170 | $5,950.00 | 100 | | |
| **7" CASING** | | | | | | | | | | |
| 23# K-55 | NOV Yard | | | 2 | 40 | 80 | | 100 | | |
| 26# L-80 | MOQ Yard | | | 44 | 40 | 1760 | | 100 | $49,280.00 | |
| TOTAL | | | $28.00 | 46 | 80 | 1840 | $51,520.00 | 100 | | |
| **6" COATED LINE PIPE** | | | | | | | | | | |
| Sch 40 | TC Yard | FBE Teal (TMC) | | 15 | 40 | 600 | | 100 | | |
| Sch 40 | TC Yard | FBE Red | | 8 | 40 | 320 | | 100 | | |
| Sch 40 | TC Yard | FBE Red | | 2 | 30 | 60 | | 82 | | |
| TOTAL | | | $12.00 | 25 | 110 | 980 | $11,760.00 | 100 | | |
| **5-1/2" CASING** | | | | | | | | | | |
| 17# J-55 | MOQ Yard | LTC | | 4 | 40 | 160 | | 100 | | |
| 15.5# K | MOQ Yard | BTC (some may be 17#) | | 40 | 40 | 1600 | | 100 | | |
| X-O's | MOQ Yard | | | 6 | 20 | 120 | | 100 | | |
| 15.5# J-55 | MOQ Yard | 2013 | $11.00 | 190 | 40 | 7600 | $8.61 + trucking | 100 | $76,000.00 | |
| TOTAL | | | $10.00 | 240 | 140 | 9480 | $94,800.00 | 100 | | |
| **4-1/2" STRATAPAK SCREEN** | | | | | | | | | | |
| 11.6# 20/40 | MOQ Yard | | | 2 | 30 | 60 | | 100 | | |
| 11.6# 20/40 | MOQ Yard | | | 1 | 20 | 20 | | 100 | | |
| 11.6# 20/40 | MOQ Yard | | | 1 | 10 | 10 | | 100 | | |
| TOTAL | | | $180.00 | | | 90 | $16,200.00 | 100 | | |
| **4" COATED LINE PIPE** | | | | | | | | | | |
| Sch 40 | TC Yard | HDPE Yellow | | 4 | 40 | 160 | | 100 | | |
| Sch 40 | TC Yard | HDPE Yellow | | 1 | 25 | 25 | | 100 | | |

| Item | Source | Year | Unit Price | Qty | Size/Wt | Total Qty | Ext. Price | % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Sch 40 | TMC 3  FBE Teal | 2012 | $8.02 | 95 | 42.11 | 4000 | | 100 | 32080 |
| **TOTAL** | | | $8.00 | **100** | | **4185** | $33,480.00 | | |
| **3-1/2" TUBING** | | | | | | | | | |
| 9.3# L-80 | NOV Yard | | | 116 | 31.00 | 3596 | | 100 | 10,364  86 jts repaired + 30 new c&v (10% of below) |
| 9.3# L-80 | WBI Yard | | | 275 | 34.55 | 9500 | | 100 | 95000 |
| **TOTAL** | | | $10.00 | **391** | | **13,096** | $130,960.00 | **100** | |
| **3-1/2" Sand-Control SCREENS** | | | | | | | | | |
| 9.2# 20/40 | MOQ Yard | | | 2 | 10 | 20 | | 100 | |
| 9.2# 20/40 | MOQ Yard | | | 1 | 20 | 20 | | 100 | |
| 9.2# 20/40 | MOQ Yard | | | 1 | 15 | 15 | | 100 | |
| 9.2# Micropak | MOQ Yard | | | 1 | 30 | 30 | | 100 | |
| **TOTAL** | | | $140.00 | **5** | **75** | **85** | $11,900.00 | **100** | |
| **2-7/8" TUBING** | (all 8 Rd EUE, some Modified) | | | | | | | | |
| 6.5# L-80 | MOQ Yard | | 5.66 | 69 | 31 | 2139 | $4.66 + trucking | 100 | |
| 6.5# J-55 | MOQ Yard | 2013 | $5.00 | 240 | 31 | 7440 | $47,895.00 | 100 | |
| | | | | **309** | | **9,579** | | | |
| **2-7/8" Blast Joints** | 3.75" OD | | | | | | | | |
| 9.8# J-55 | MOQ Yard | | $20.00 | 1 | 30 | 30 | $600.00 | 100 | |
| | | | | **1** | **30** | **30** | | **100** | |
| **2-3/8" TUBING** | TC Yard | | $4.00 | 112 | 31 | 3472 | $13,888.00 | ??? | 7 bundles unknown origin |
| | | | | **112** | **31** | **3472** | | | |
| **1-7/8" Blast Joints** | | | | | | | | | |
| 2.15" OD | MOQ Yard | | $10.00 | 12 | 20 | 240 | $2,400.00 | 100 | |
| | | | | **12** | **20** | **240** | | | |
| **Tubular Subtotal** | | | | | | | **$475,373.00** | | |
| **Miscellaneous Construction Material** | | | | | | | | | |
| 48" CMP | MOQ Yard | | $72.00 | 2 | 20 | 40 | $2,880.00 | | |
| | | | | **2** | **20** | **40** | | | |
| 12" CMP | MOQ Yard | | $38.00 | 1 | 20 | 60 | $2,280.00 | | |
| | | | | **1** | **20** | **60** | | | |
| 6' Chain Fence | MOQ Yard | | $5.00 | 7 | 100 | 700 | $3,500.00 | | no posts, chain link only |
| | | | | **7** | **100** | **700** | | | |
| Silt Fence | MOQ Yard | | $350.00 | 31 | | | $10,850.00 | | 3' x 50' rolls |
| Pit Liner | MOQ Yard | | $8,500.00 | 0 | | | $0.00 | | 24 mil 100' x 150' |
| Felt Underlay | MOQ Yard | | $1,200.00 | 2 | | | $2,400.00 | | 15' x 300' rolls |
| **Construction Material Subtotal** | | | | | | | **$21,910.00** | | |

**Completion Hardware and Wellheads/Trees**

| | | | | | | | **$313,443.64** | | |

**In Tripoint Yard in Kenai**

| | | |
|---|---:|---:|
| 3 7" Hydraulic Packers --used, needing much repair | $ | 10,969.80 |
| 1 2.31" X Profile Nipple for 2-7/8" EUE Tubing | $ | 585.00 |
| 3 2-7/8" XA Sliding Sleeves, 8 rd --used | $ | 7,050.00 |
| 2 2-7/8" 8 rd Shrouded Sliding Sleeves, new | $ | 29,970.00 |
| 1 7" X 2-7/8" AS1X Mechanical Packer, New | $ | 9,135.00 |

**At GE Yard in Kenai**

| | | |
|---|---:|---:|
| 2 9-5/8" X 5-1/2" X 2-7/8" Wellhead - Tree Assemblies --new except for starting heads | $ | 64,296.00 |
| **Completion Hardware and Wellhead Subtotal** | **$** | **122,005.80** |

**OPERATIONAL CONSUMABLES**    (Materials and supplies used in day-to-day operations)

| | | |
|---|---:|---:|
| 220 Gal. Compressor Lube Oil | $ | 2,615.80 |
| 1000 Gal. Methanol | $ | 5,045.45 |
| 220 Gal. Triethylene Glycol | $ | 4,129.40 |
| **Operationla Consumable Subtotal** | **$** | **11,790.65** |

**Aurora Gas Inventory Total**     **$631,079.45**

*NOTES: 1) The quantities are not always exact and the values are estimates. This is intended only to give an approximate value of Aurora Gas's inventory.
2) Values based on most recent purchase prices and include transportation to Alaska (esp. tubing and casing).

## ANCHORAGE OFFICE INVENTORY AS OF FEBRUARY 2011

ANCHORAGE OFFICE

| Item | Quantity | Condition | Cost $ | Factor % | Est. Value $ | |
|---|---|---|---|---|---|---|
| 10 Phone system / System/Install (2003) | 1 | good | $ 8,470.00 | 10 | $ 847.00 | |
| Brother Fax Machine | 1 | good | $ 300.00 | 25 | $ 75.00 | |
| CPU Dell DVD-RW, Windows XP Computer (Mary's) | 1 | good | $ 1,270.00 | 25 | $ 317.50 | |
| Monitor LG 20" Wide Screen | 1 | good | $ 130.00 | 50 | $ 65.00 | |
| Printer Brother HL-4240 | 1 | good | $ 150.00 | 50 | $ 75.00 | |
| Wireless Keyboard & Mouse (Microsoft) | 1 | good | $ 75.00 | 50 | $ 37.50 | |
| CPU GW TBR 2400 Windows XP Computer (Tina's) | 1 | good | $ 1,400.00 | 25 | $ 350.00 | |
| Monitor ViewSonic VA720 20" | 1 | good | $ 150.00 | 50 | $ 75.00 | |
| Printer HP LaserJet 2100 BW | 1 | good | $ 80.00 | 50 | $ 40.00 | |
| Printer HP DeskJet 3740 Color/BW | 1 | good | $ 60.00 | 50 | $ 30.00 | |
| Keyboard & Mouse (Dell) | 1 | good | $ 70.00 | 50 | $ 35.00 | |
| Guardian Security System / Install (2007) | 1 | good | $ 1,326.00 | 50 | $ 663.00 | |
| 2 door / 4 shelf storage cabinet | 1 | good | $ 260.00 | 50 | $ 130.00 | |
| 2 door/3 shelf metal supply cabinet | 1 | good | $ 200.00 | 50 | $ 100.00 | |
| 2 drawer metal file cabinet | 1 | good | $ 55.00 | 50 | $ 27.50 | |
| 2 drawer metal lateral file cabinet | 4 | good | $ 800.00 | 50 | $ 400.00 | |
| 2 drawer wood lateral file cabinet (1 broken) | 2 | fair-good | $ 260.00 | 50 | $ 130.00 | |
| 2 part glass top computer desk | 1 | good | $ 200.00 | 50 | $ 100.00 | |
| 2 shelf cork/metal storage racks | 2 | good | $ 150.00 | 50 | $ 75.00 | |
| 2 shelf wood book shelf | 1 | good | $ 165.00 | 50 | $ 82.50 | |
| 2 step plastic stepstool | 1 | good | $ 37.00 | 50 | $ 18.50 | |
| 3 drawer metal small cabinet w/wheels | 1 | good | $ 100.00 | 50 | $ 50.00 | |
| 3 drawer small metal file cabinet | 1 | good | $ 100.00 | 50 | $ 50.00 | |
| 3 drawer small wood file cabinet | 1 | good | $ 200.00 | 50 | $ 100.00 | |
| 3 shelf wood book shelves | 2 | good | $ 280.00 | 50 | $ 140.00 | |
| 4 drawer metal file cabinet | 2 | good | $ 220.00 | 50 | $ 110.00 | |
| 4 shelf cork/metal storage rack | 1 | good | $ 75.00 | 50 | $ 37.50 | |
| 4 shelf wood book shelf | 1 | good | $ 160.00 | 50 | $ 80.00 | |
| 5 shelf wood book shelf | 2 | good | $ 190.00 | 50 | $ 95.00 | |
| 7 shelf metal open supply shelves | 2 | good | $ 386.00 | 50 | $ 193.00 | |
| Bear picture w/frame (2000) | 1 | good | $ 400.00 | 100 | $ 400.00 | Collectible? |
| ergonomic cloth office chair w/wheels | 2 | fair | $ 400.00 | 50 | $ 200.00 | |
| cloth/wood chairs w/o wheels | 5 | good | $ 450.00 | 50 | $ 225.00 | |
| velvet cloth/wood reception chairs | 2 | good | $ 200.00 | 50 | $ 100.00 | |
| Dolly (metal) | 1 | good | $ 90.00 | 50 | $ 45.00 | |
| downtown panoramic picture w/frame | 1 | good | $ 800.00 | 100 | $ 800.00 | Collectible? |
| fold up rectangle plastic table | 1 | good | $ 60.00 | 50 | $ 30.00 | |
| folding chairs, cushioned | 2 | good | $ 100.00 | 50 | $ 50.00 | |
| kidney shaped wood desk | 1 | good | $ 300.00 | 50 | $ 150.00 | |
| leather conference chairs | 6 | good | $ 1,200.00 | 50 | $ 600.00 | |
| leather office chair w/wheels | 4 | fair-good | $ 400.00 | 50 | $ 200.00 | |
| metal stand fan | 2 | good | $ 100.00 | 50 | $ 50.00 | |
| microwave | 1 | old | $ 10.00 | 25 | $ 2.50 | |
| mountan scenery picture w/frame (2000) | 1 | good | $ 375.00 | 100 | $ 375.00 | Collectible? |
| Framed picture (Aurora) | 1 | good | $ 485.00 | 100 | $ 485.00 | |
| stand up lamp | 1 | good | $ 25.00 | 50 | $ 12.50 | |
| Whirlpool Refrigerator | 1 | old | $ 350.00 | 25 | $ 87.50 | |
| Whirlpool under counter dishwasher | 1 | good | $ 300.00 | 25 | $ 75.00 | |
| wood coat rack | 1 | good | $ 85.00 | 50 | $ 42.50 | |
| wood conference table | 1 | good | $ 500.00 | 50 | $ 250.00 | |
| wood desk (2 small/2 large) | 4 | good | $ 2,400.00 | 50 | $ 1,200.00 | |
| wood end table - reception | 1 | good | $ 100.00 | 50 | $ 50.00 | |
| wood end table w/wheels - conf room | 1 | good | $ 80.00 | 50 | $ 40.00 | |
| wood microwave stand w/wheels (1) | 1 | good | $ 60.00 | 50 | $ 30.00 | |
| wood printer stand w/wheels | 1 | good | $ 90.00 | 50 | $ 45.00 | |
| wood/cloth chair w/o wheels | 3 | good | $ 270.00 | 50 | $ 135.00 | |
| wooden enclosed 2 door cabinet w/white board | 1 | good | $ 743.00 | 50 | $ 371.50 | |
| | | TOTAL | $ 27,692.00 | | $ 10,580.50 | |
| | | | Original Cost | | Est Value | |

## SUGAR LAND OFFICE INVENTORY

| Location / Description | Model | Purchase Date (if known) | Est. Value |
|---|---|---|---|
| **Patti's Office** | | | |
| 1 Desktop Computer | Dell Optiplex 780 | | 500 |
| 1 Flat Screen Monitor | Dell 21" | | 65 |
| 1 Printer/Scanner/Copier | HP Office Jet 6600 | | 100 |
| (all furniture is borrowed) | | | |
| 1 ea Keyboard & Mouse | Microsoft | | 35 |
| | | | |
| **Ed's Office** | | | |
| 2 Office Chairs | | | 100 |
| 1 Desk Chair | | | 100 |
| 1 Wood Table | | | 100 |
| 1 ea Desk & Credenza | | | 450 |
| 2 Book Shelves | | | 100 |
| 1 Lap Top | Dell Latitude E6540 | 2013 | 750 |
| 1 21" Flat Screen Monitor | Dell | 2011? | 65 |
| 1 Desk Top Printer | HP 6540 | 2011? | 75 |
| 1 ea Docking Station, Keyboard, Mouse | Dell/Logitech | 2014 | 100 |
| | | | |
| **Geologist Office** | | | |
| 2 Office Chairs | | | 100 |
| 1 Desk Chair | | | 100 |
| 1 Desk & Credenza | | | 450 |
| 1 Plotter | HP C7780B | 2004? | 500 |
| 1 Large Book Shelve | | | 50 |
| 2 Monitors Flat Screens | Dell 23" & Samsung 22" | 2014 | 130 |
| 1 Computer/Workstation | | 2005? | 250 |
| 1 HP Desktop Jet Printer | Deskjet 9650 | 2015 | 75 |
| | | | |
| **File Cabinets & Shelving Units** | | | |
| 2 wood 2-drawer lateral Filing Cabinets | | | 130 |
| 3 metal 3-drawer lateral Filing Cabinets | Hon | | 300 |
| 7 metal 5-shelf Shelving Units | | | 210 |
| | | | $ 4,835 |
| | ANCHORAGE F & F INVENTORY | | $ 10,581 |
| | TOTAL ESTIMATED VALUE | | $ 15,416 |
| | UNDEPRECIATED BOOK VALUE 12/31/15= | | $1,786.72 |

Aurora Gas, LLC
ASSETS--Form 206A/B, Part 8
SURFACE PRODUCTION EQUIPMENT
From Equipment Insurance Schedute tor 2016

| | PURCHASE COST | TOTAL PER WELL/LOCATION |
|---|---|---|
| **Nicolai Creek #3** | | |
| Ariel JGE-2 compressor 3508 engine, cooler, suction bottles, | $225,000.00 | |
| Glycol Dehydration Tower & Reboiler | $39,000.00 | |
| 30'X 40' metal building w/ foundation/frame & equip | $231,000.00 | $495,000.00  Building is not portable |
| **Lone Creek #1** | | |
| Ariel JGJ-2 Compressor, Waukesh a H-24 GL Engine, Cooler & Coalescing Filter, building & utilities | $406,680.00 | |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $94,180.00 | |
| Glycol Contactor, Glycol Reboiler, Flow Meter | $88,315.00 | |
| 12' D X 20'H Produced Water Tank w/ Heater | $24,837.00 | |
| Coalescing Filter, Instrument Ultrasonic Flow Meter & bldg. | $72,239.00 | $686,251.00 |
| **Nicolai Greek 1-2-9** | | |
| Ariel JGE-2 compressor CAT 350g Engine, cooler suction bottles, w/ building & utilities | $347,025.00 | |
| (3 each) Line Heaters, Horizontal Separators, Flow Meters | $72,772.00 | |
| Glycol Contactor, Glycol Reboller | $77,862.00 | |
| Coalescing Filter, Flow Meter | $29,910.00 | |
| 12'D X 20'H, Produced Water Tank with 250 MMBTU Heater | $24,837.00 | |
| 3500 Screw Compressor pkg. Mycom FMG 160 C_M CAT 3304 driver, building | $123,320.00 | Building is not portable |
| Compass Model cr-14s-RGH2 compressor package w/ Gemini H3021212 Natural Gas compressor wicAT 3306NA Natural Gas Engine enclosed in Skid Mounted building | $243,860.00 | |

## Mobil Moquawkie #1

| | |
|---|---:|
| Ariel JGJ-2 Compressor WaukeshaH-24 GL Engine, cooler & coalescing filter, building & utilities | $412,600.00 |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $72,155.00 |
| Glycol Contactor, Glycol Reboiler, Flow Meter & bldg. | $94,040.00 |
| Flow Meters (8105 sales meter) & bldg | $75,604.00 |
| 12'D X 20'H Produced Water Tank with 250 MMBTU Heater | $24,837.00 |
| | **$919,586.00** |

## Kaloa #2

| | |
|---|---:|
| Ariel JGJ-2 Compressor Waukesha F-1g Engine, cooler and coalescing filter, building & utilities | $333,568.00 |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $74,550.00 |
| Glycol Contactor, Glycol Reboiler, Flow Meter a niOg. | $97,500.00 |
| 12'D X 20'H Produced Water Tank with 250 MMBTJ Heater | $24,837.00 |
| | **$679,236.00** |

## Three Mile Creek #1

| | |
|---|---:|
| Produced Water Tank: 100bbl double walled sweet service tank & skid 4"X 4' X 7'foam panel hutch, 12X24 heater, serial #004TDD | $16,031.00 |
| Compressor: Ariel JGJ-2 serial #F-20628, cylinders (2) serial #C15287/1 cooler Air-X-Changer, serial #04557 5 | $416,671.00 |
| Separator: DG Mini-sep, D6, whirlyscrub Mini-sep package, vertical | $15,028.00 |
| Dehydrator skid purchased from Propak | $142,745.00 |
| | **$530,455.00** |

## Lone Creek #3

| | |
|---|---:|
| Heater skid: Refurbished unit | $24,500.00 |
| Separator skid: 001 E01g8scRuB, DB whirlyscrub Mini-sep package, Vertical | |
| Produced Water Tank: 100bbl double walled, Tank& Skid c/w | $18,636.00 |
| | **$590,475.00** |

| | | |
|---|---|---|
| 4'X 4'X 7' Foam Panel Hutch, 12'X24' Heater, serial #4-8045d, Devoe 2563 Internal Coating | | $16,031.00 |
| **Moquawkie #3** | | **$59,167.00** |
| DG Whirlyscrub Mini-Sep Package | | $15,028.00 |
| **Three Mile Creek #2** | | **$15,028.00** |
| 250K BTU/HQ Line Heater, S/N 125-003-98 | | $47,508.00 |
| 150bbl Double walled Produced Water Tank, insulated | | $32,430.24 |
| D8 Whirlyscrub Mini-Sep Package | | $18,636.00 |
| **Simpco Moquawkie #2** | | **$98,574.24** |
| 500k BTU/HR Line Heater, sour | | $30,087.09 |
| D6 Whirlyscrub Mini-Sep Package | | $14,647.66 |
| 100bbl Double walled Produced Water Tank | | $17,581.53 |
| **Nicolai Creek #11** | | **$62,316.28** |
| Natco Heater/Separator skid | | 130,000.00 |
| Tank Safe PW Tank, 150 bbl, double walled | | 42,000.00 |
| **Moquwakie #4** | | **$172,000.00** |
| Wellhouse & Separator | | 25,000.00 |
| Tank Safe PW Tank, 150 bbl, double walled | | 42,000.00 |
| **Lone Greek #4** | | **$67,000.00** |
| Natco Heater/Separator Skid | | 90,000.00 |
| Tank Safe PW Tank, 150 bbl, double walled | | 42,000.00 |

### Aspen #1 WDW

| | |
|---|---:|
| | $132,000.00 |
| Injection Skid, w/ 2 pumps and controls | 50,000.00 |
| Tank Safe PW Tank, 200 bbl, double walled | 55,000.00 |
| | $105,000.00 |

### TOTAL SURFACE EQUIPMENT

$4,612,088.52

NOTE: 1) Values are insured values, based on original purchase price.
2) All this equipment, unless otherwise noted, is stationary, on foundations, but is skid mounted and can be trucked in one piece.

AURORA GAS, LLC
ASSETS: FORM 206A/B, Part 8: Machinery, Equipment, Vehicles
WELL AND LEASE SERVICE EQUIPMENT
6/1/2016

| NUMBER | EQUIPMENT | MAKE | MODEL | YEAR | CONDITION | COMMENTS | EST VALUE |
|---|---|---|---|---|---|---|---|
| **ROLLING STOCK** | | | | | | | |
| 19 | Crew-cab Diesel Pickups | | | | | | |
| | all 4X4 | | | | | | |
| | (several are Extended Cab--EC) | | | | | | |
| | 1 F-250 EC Ford | | | 1991 | good | Has utility box & overhead rack | $3,000 |
| | 1 F-350 CC Ford | | | 1997 | good | w/ flatbed and electric crane | $5,000 |
| | 3 F-350 CC Ford | | | 95-97 | good | 2 w/flatbed | $9,000 |
| | 1 F-350 CC Ford | | | 96 | good | w/ duals and dumping flatbed | $5,000 |
| | 1 F-350CC Ford | | | 2000 | good | | $4,000 |
| | 1 F-350CC Ford | | | 2000 | junk | no engine, salvage for parts | $500 |
| | 1 F-350 CC Ford | | | 1996 | Junk | No Trans, Salavage for parts | $500 |
| | 1 HD3500CC Chev | | | 2000 | fair | has road sander, front WD out | $1,000 |
| | 1 HD2500CC Chev | | | 2001 | good | Duramax engine | $4,000 |
| | 1 HD2500EC Chev | | | 2003 | fair | Duramax engine | $3,000 |
| | 1 HD2500EC Chev | | | 2003 | Junk | Duramax engine | $500 |
| | 1 HD2500EC Chev | | | 2005 | good | Duramax engine--salvage for parts | $8,000 |
| | 1 HD2500EC Chev | | | 2006 | good | Duramax engine | $10,000 |
| | 1 HD2500EC Chev | | | 2007 | good | Duramax engine | $12,000 |
| | 2 HD2500EC Chev | | | 2008 | good | Duramax engine | $20,000 |
| | 1 HD2500CC Chev | | | 2007 | excellent | Duramax engine | $18,000 |
| | 19 | | | | | Truck ST | **$103,500** |
| 2 | Cat 966 Loader | Cat | 966C | 75-80 | good | 1 w/ Balderson quick connect forks, etc. | $55,000 |
| Misc | 2- Stingers, Fork Extensions, 2- buckets, Scarf blade f/ 966 | | | | | 1 w/ new transmission, 1 w/ new engine | $5,000 |
| 1 | Cat 236 Skid Steer Loader | Cat | 236 | 2004 | very good | | $15,000 |
| | w/ trailer, bucket, forks, auger, and back-hoe attachment | | | | | | |
| 3 | HD Oilfield Float | | | | fair | | $9,000 |
| 1 | Lowboy | | | | fair | | $5,000 |
| 1 | 25-hp 150-gal Electric Portable Vac Unit | | | 2011? | nearly new, used very little | | $20,000 |
| | | | | | | Heavy Equipment ST | **$109,000** |
| **WELL TEST** | | | | | | | |
| 1 | 15000-psi 5-valve choke manifold | | | 2005 | fair | | |
| | 1502 XXH Hardline   (140'-2", 150' - 3") | | | 2005 | good | w/ ells, swivel joints, and pups | |
| | 3" X 5000 psi valve,  3" X 2" 1502 X-O | | | 2010 | fair | | |
| 1 | 8' X 30" 1440 psi WP 2-phase Separator w/ 4" orifice meter | | | 2005 | good | Skid mounted w/ test tank | |
| 1 | TotalFlow EFM | | | 2010 | good | | |
| 1 | 15 MMCFPD 50' Flare Stack | | | 2005 | good | w/ concrete anchors, propane ignitor | |
| 1 | 75-bbl Test Tank | | | 2005 | good | skid mounted | borrowed for NC 3-10 |
| | | | | | | Well Test  ST | **$50,000** |
| **RIG SUPPORT** | | | | | | | |
| 1 lot | MCM "Swaco-type" 2-9/16" flanged 10,000# Hydraulic Choke w/ Control Panel & 2-9/16" 10M X 3-1/2" 5M DDSA | | | 2011 | | | $25,000 |
| **Well Control** | | | | | | | |

**Fueling System**
- 1  10,000 gal DW tank w/ pump
- 1  5000 gal tank for transport
- 1  250-gal Day Tank

2004    Certified    $20,000

- 1  **Mud System (3 pits, shaker,** de-gasser, centrfgl pumps,) mud cleaner, trip tank,

Covered, w/ aggitators, mixing hopper    $30,000

**Tanks**
- 2  Cuttings Tank
- 1  400-bbl Slop Tank (yellow)
- 4  500-bbl Tiger Tanks

1-50 bbl, 1- 100 bbl
Weir/screen system for screening, covered    $30,000
Certified    at Aspen

**12-inch Diverter System**
- 1  30" 13-5/8" X 5M Diverter Cross w/ 12" ANSI 150 outlet
- 1  12" hydraulic Knife Valve
- 100  12" Dia X 0.375" wall Diverter Pipe w/ ANSI 150 RF flanges

2006   good
       good
       good        $10,000

**Misc Rig Support Package**
- 1  Water Tank w/ Pump
- 1  40' Office Unit & Dog House
- 1  40' Sleeper/restroom Unit    Connex, insulated, 2 bunk room, restroom
- 1  20' Parts Connex    shelves, bench, pup rack
- 2  Light Towers (diesel)
- 20  8' X 20' Rig Mats    (lot)
- 1000'  10-20' 10"X10" Timbers (lot for rig)    also misc smaller ones
- 1  Satellite comm system (internet and phone)

good       $10,000
           $5,000
good       $15,000
good       $20,000
good       $4,000
fair       $3,000
good       $7,500
good       $7,500
           $1,000

- 1  Sludge Pump                    $1,000
- 4  Pipe Racks    (misc)           $1,000

Rig Support ST    $190,000

**Mud Disposal / Well Kill Pump System**
- 1  John Deere 75 KW Standby Genset 60 Hz, 480 V., Trailer mounted, Sound-attenuated Canopy, 224 gal Fuel Tank, w/ Block heater & Battery Charger, 37 hr run time at 100% load.    2013    very good    $50,000
- 1  Gardner Denver TEE Triplex Pump with 50-HP electric motor–skid mounted w/ controls, roof,    2013    very good    $150,000

Mud Pump ST    $200,000

**Portable Booster Compressor**
- 1  3500 Screw Compressor Package. Mycom FMG 160 C-M w/ Cat 3304 Engine in buidling, trailer mounted w high-pressure flexible hoses for suction and discharge

Booster Compressor ST

**Portable Sand Screen / Separator**
- 1  ANSI 900 8' Sand Screen / Separator

$5,000    $5,000

Needs engine repair
Listed on Surface Equipment list

## AURORA GAS, LLC
## WELL AND LEASE SERVICE EQUIPMENT
### (Continued)

**MISCELLANEOUS**

| Qty | Description | Price |
|---|---|---|
| 1 | 40X8' Storage Connex, w lights and trolley system | $4,000 |
| 4 | 20'X8' Storage Connex (1 w/ electrical supplies in bins/shleves, 1 heated and insulated shop, 1 tire connex and 1 for empty drums) | $10,000 |
| 4 | 150-300,000 BTU Indirect Heaters (diesel fired) | $2,000 |
| 1 | 22 KW Yanmar diesel Generator | $10,000 |
| 4 | 5000-8000 watt Gasoline Generator | $2,000 |
| 1 | 15 KW natural Gas Lister Generator on trailer | $2,500 |
| 1 | Miller Welding Machine (diesel powered w/ cart) | $4,000 |
| 2 | 4000 watt diesel Lister Generator | $3,000 |
| 2 | Hand-Held Gas Detectors | $250 |
| 6 | Diaphram Pumps 3" | $3,000 |
|   | 2" |   |
|   | 1-1/2" |   |
|   | 1" |   |
|   | 3/4" |   |
| 2 | Methanol Pumps (120V Lewa pump, 120V rotor-tech) | $5,000 |
| 4 | Pressure washers (2,000-4,000 psi) | $500 |
| 2 | Smart Ash Burners | $500 |
| 1 | Stihl Chainsaw | $200 |
| 2 | 800,000 BTU Heater (trailer mounted w/ blower and generator) | $3,000 |
| 1 | Blowdown Trailer | $20,000 |
| 2 | 500 gal DW tanks | $8,000 |
| 2 | Weatherford plunger-lift systems, w/ controller, downhole tools, lubricators, control valves, etc) | $20,000 |
| 1 | 500 gallon DW Diesel Tank w/ pump and hoses | $3,000 |
| misc | Small tools | $5,000 |
| 1 | 2-way FM Radio System (w/ 14mobile and 7 hand-held units, 1/2 interest in repeater) | $5,000 |
| 1 | SCADA system (tying all meters to Marathon pipeline and internet, plus facility data to internet) | $50,000 |
| 2 | Solar Panel portable 24V charging systems | $2,000 |
| 1 | GPS Tracking system for vehicles (5 units) | $1,000 |
| 1 | Fuel Depot (4000 gal steel tank in concrete containment w/ electric fueling pump and meter) | $10,000 |
| 1 | 8'X24' Office Trailer (for operators and field supervisors) | $5,000 |
| 1 | Waste Oil Burner - Tank (in SV shop--burns compressor waste oil) | $3,000 |
| 8 | Field Computers (6 lap tops, 2 desk tops) | $2,000 |
| 1 | Wire Feed Welder (1/2 interest--electric powered) | $1,000 |
| 1 | Tire machine varies | $750 |
| 1 | bolt-on Portable Sonic Sand Monitor System | $5,000 |

Misc ST  $190,700

**WELL AND LEASE SERVICE EQUIPMENT TOTAL= $798,200**

EXHIBIT "A"

LEASES

| Lessor | Field / Prospect | Lease Type | Lease | SEG. | Net WI Acres | A<br>Working Interest | B<br>Existing Base Lease Royalty | C<br>Existing ORRI to 8/8ths WI | D<br>NRI to 8/8ths WI<br>(1-B-C) |
|---|---|---|---|---|---|---|---|---|---|
| State of Alaska Leases | NICOLAI CREEK UNIT | Producing | ADL-17585 | 2 | 3,792 | 75.00% | 12.5000% | 0.0000% | 87.5000% |
| | | | | 3 | 80 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 5 | 180 | 75.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 1 | 117 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 4 | 95 | 75.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | ADL-17598 | 1 | 3,217 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 2 | 24 | 100.00% | 12.5000% | 1.2500% | 86.2500% |
| | | | ADL-391471 | 1 | 45 | 100.00% | 12.5000% | 4.0000% | 83.5000% |
| | | | ADL-391472 | 1 | 1,587 | 100.00% | 12.5000% | 4.0000% | 83.5000% |
| | | | | 2 | 36 | 100.00% | 12.5000% | 4.2500% | 83.2500% |
| | | | ADL-63279 | 1 | 202 | 100.00% | 12.5000% | 5.0000% | 82.5000% |
| | | | | 2 | 320 | 100.00% | 12.5000% | 5.0000% | 82.5000% |
| | THREE MILE CREEK FIELD | Producing | ADL-388233 | 1 | 1,960 | 70.00% | 12.5000% | 2.4124% | 85.0876% |
| | | | | 2 | 140 | 70.00% | 12.5000% | 0.9524% | 86.5476% |
| | | | | 3 | 48 | 30.00% | 12.5000% | 3.6822% | 83.8178% |
| | | | | 4 | 48 | 30.00% | 12.5000% | 2.2222% | 85.2778% |
| | COHOE / SOUTH KENAI PROSPECT | Term--10 yr from Oct 2013 | ADL-392472 | 1 | 4,449 | 100.00% | 12.5000% | 0.0000% | 87.5000% |
| | BIRD LAKE PROSPECT Woodstone Resources | Term--10 yr from Oct 2015 | ADL-393036 | 1 | 1,205 | 50.00% | 12.5000% | 0.0000% | 87.5000% |
| | STATE ACREAGE SUBTOTAL | | | | 17,545 | | | | |

EXHIBIT "A"

LEASES

| Lessor | Field / Prospect | Lease Type | Lease | SEG. | Net WI Acres | Working Interest | Existing Base Lease Royalty | Existing ORRI to 8/8ths WI | NRI to 8/8ths WI |
|---|---|---|---|---|---|---|---|---|---|
| | COLUMN DESIGNATION | | | | | A | B | C | D |
| | | | | | | | | | (1-B-C) |
| CIRI and Federal Leases | KALOA FIELD | Producing | C-061393 | 1 | 3,430 | 100.00% | 16.6667% | 0.0000% | 83.3333% |
| | MOQUAWKIE UNIT | Producing | C-061390 | 1 | 1,280 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | | | C-061391 | 1 | 421 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | | | C-061624 | 1 | 431 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | | | C-061625 | 1 | 720 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | LONE CREEK UNIT | Producing | C-061388 | 1 | 753 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | | | C-061389 | 1 | 395 | 100.00% | 16.6667% | 1.4671% | 81.8662% |
| | | | C-061395 | 1 | 1,401 | 100.00% | 16.6667% | 1.3022% | 82.0311% |
| | | | C-061396 | 1 | 785 | 100.00% | 16.6667% | 1.3022% | 82.0311% |
| | | | C-061500 | 1 | 603 | 100.00% | 16.6667% | 1.3022% | 82.0311% |
| | | | C-061501 | 1 | 480 | 100.00% | 16.6667% | 1.3022% | 82.0311% |
| | BIRCH HILL / BUFFLEHEAD PROSPECT | Other | A-028077 (op. rights) | 1 | 96 | 20.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | A-028404 (op. rights) | 1 | 552 | 40.00% | 12.5000% | 0.0000% | 87.5000% |
| | | | A-028405 (op. rights) | 1 | 858 | 40.00% | 12.5000% | 0.0000% | 87.5000% |
| | | | A-028407 (op. rights) | 1 | 829 | 40.00% | 12.5000% | 0.0000% | 87.5000% |
| | | | A-028564 (op. rights) | 1 | 32 | 20.00% | 12.5000% | 10.0000% | 77.5000% |
| | | | AA-016673 (op. rights) | 1 | 120 | 20.00% | 12.5000% | 10.0000% | 77.5000% |
| | FOREST LAKE PROSPECT | Other | A-028993 (op. rights) | 1 | 350 | 43.75% | 12.5000% | 5.0000% | 82.5000% |
| | | | CIRI-5809 (AA-5809) | 1 | 210 | 43.75% | 12.5000% | 5.0000% | 82.5000% |
| | ACREAGE SUBTOTAL | | | | 13,746 | | | | |
| | ACREAGE TOTAL | | | | 31,291 | | | | |

Note# 1: The ORRI reserved by the Sellers shall be proportionately reduced to the working interest and is subject to the limitation that it will be reduced to convey to Buyer a net reven

| E | F | G | |
|---|---|---|---|
| Max 2% ORRI Reserved by K-F (Note #1) | 1.5% ORRI Reserved by Aurora Power | NRI to be Retained by Aurora Gas (A*D-E-F) | Deep Rights Sold to Apache in 2012 Below Following Depths and Other Comments |
| 1.5000% | 1.1250% | 63.0000% | The stratigraphic equivalent of the depth of 6620' MD in the Nicolai Creek #4 well |
| 2.0000% | 1.5000% | 83.0000% | The stratigraphic equivalent of the depth of 6620' MD in the Nicolai Creek #4 well |
| 1.5000% | 1.1250% | 62.2500% | The stratigraphic equivalent of the depth of 6620' MD in the Nicolai Creek #4 well |
| 2.0000% | 1.5000% | 83.0000% | The stratigraphic equivalent of the depth of 6620' MD in the Nicolai Creek #4 well.  37.58 ac in Unit |
| 1.5000% | 1.1250% | 62.2500% | The stratigraphic equivalent of the depth of 6620' MD in the Nicolai Creek #4 well |
| 2.0000% | 1.5000% | 83.0000% | The stratigraphic equivalent of the depth of 4558' MD in the Astoch Unit #1 well |
| 2.0000% | 1.5000% | 82.7500% | The stratigraphic equivalent of the depth of 4558' MD in the Astoch Unit #1 well |
| 2.0000% | 1.5000% | 80.0000% | The stratigraphic equivalent of the depth of 4911' MD in the Nicolai Creek #5 well |
| 2.0000% | 1.5000% | 80.0000% | The stratigraphic equivalent of the depth of 4911' MD in the Nicolai Creek #5 well |
| 2.0000% | 1.5000% | 79.7500% | The stratigraphic equivalent of the depth of 4911' MD in the Nicolai Creek #5 well |
| 2.0000% | 1.5000% | 79.0000% | The stratigraphic equivalent of the depth of 5053' MD in the Nicolai Creek #3 well |
| 2.0000% | 1.5000% | 79.0000% | The stratigraphic equivalent of the depth of 5053' MD in the Nicolai Creek #3 well |
| 1.4000% | 1.0500% | 57.1113% | The stratigraphic equivalent of the depth of 9566' MD in the Three Mile Creek State #1 well |
| 1.4000% | 1.0500% | 58.1333% | The stratigraphic equivalent of the depth of 9566' MD in the Three Mile Creek State #1 well |
| 0.6000% | 0.4500% | 24.0953% | The stratigraphic equivalent of the depth of 9566' MD in the Three Mile Creek State #1 well |
| 0.6000% | 0.4500% | 24.5333% | The stratigraphic equivalent of the depth of 9566' MD in the Three Mile Creek State #1 well |
| 2.0000% | 1.5000% | 84.0000% | None--Apache has no deep rights |
| 1.0000% | 0.7500% | 42.0000% | None--Apache has no deep rights |
| | | | |

| E | F | G | |
|---|---|---|---|
| Max 2% ORRI Reserved by K-F (Note #1) | 1.5% ORRI Reserved by Aurora Power | NRI to be Retained by Aurora Gas (A*D-E-F) | Deep Rights Sold to Apache in 2012 Below Following Depths and Other Comments |
| 2.0000% | 1.5000% | 79.8333% | The stratigraphic equivalent of the depth of 6598' MD in the Albert Kaloa Jr #1 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 7387' MD in the Moquawkie #2 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 7387' MD in the Moquawkie #2 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 7364' MD in the Mobil Moquawkie #1 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 7364' MD in the Mobil Moquawkie #1 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 5645' MD in the Lone Creek #1 well |
| 1.8662% | 1.5000% | 78.5000% | The stratigraphic equivalent of the depth of 5645' MD in the Lone Creek #1 well |
| 2.0000% | 1.5000% | 78.5311% | The stratigraphic equivalent of the depth of 6290' MD in the Chuit State #1 (13-8) well |
| 2.0000% | 1.5000% | 78.5311% | The stratigraphic equivalent of the depth of 5645' MD in the Lone Creek #1 well |
| 2.0000% | 1.5000% | 78.5311% | The stratigraphic equivalent of the depth of 5645' MD in the Lone Creek #1 well |
| 2.0000% | 1.5000% | 78.5311% | The stratigraphic equivalent of the depth of 6290' MD in the Chuit State #1 (13-8) well |
| 0.4000% | 0.3000% | 16.6000% | The stratigraphic equivalent of the depth of 7868' MD in the SRU 14-6 well |
| 0.8000% | 0.6000% | 33.6000% | The stratigraphic equivalent of the depth of 7768' MD in the Bufflehead #1 well |
| 0.8000% | 0.6000% | 33.6000% | The stratigraphic equivalent of the depth of 7768' MD in the Bufflehead #1 well |
| 0.8000% | 0.6000% | 33.6000% | The stratigraphic equivalent of the depth of 9424' MD in theBirch Hill 22-25 well |
| 0.0000% | 0.3000% | 15.2000% | The stratigraphic equivalent of the depth of 9424' MD in theBirch Hill 22-25 well |
| 0.0000% | 0.3000% | 15.2000% | The stratigraphic equivalent of the depth of 9424' MD in theBirch Hill 22-25 well |
| 0.8750% | 0.6563% | 34.5625% | The stratigraphic equivalent of the depth of 8035' MD in theSCU 34-16 well |
| 0.8750% | 0.6563% | 34.5625% | The stratigraphic equivalent of the depth of 8035' MD in theSCU 34-16 well |

ue interest of no less than eighty percent (80%) in any Lease including the pending DNR lease.

APACHE DEEP RIGHTS
SEVERANCE DEPTHS

GEOLOGICAL MARKER BETWEEN THE UPPER AND LOWER TYONEK FORMATION
(DEPTH SEVERANCES)

| PROSPECT | LEASE NAME/NUMBER | TYPE WELL | API NUMBER | SEVERANCE DEPTH * | |
|---|---|---|---|---|---|
| | | | | MD - Ft | REFERENCE LOG |
| COHOE | ADL390364 | COHOE UNIT-1 | 50133202570000 | 11250 | Resistivity |
| FOREST LAKE | A028993 | SCU 34-16 | 50133101330000 | 8035 | Resistivity |
| FOREST LAKE | CIRI 5809 | SCU 34-16 | 50133101330000 | 8035 | Resistivity |
| BUFFLEHEAD | A028077 | SRU 14-9 | 50133101340000 | 7868 | Resistivity |
| BUFFLEHEAD | A028405 | BUFFLEHEAD-1 | 50133204660000 | 7768 | Resistivity |
| BUFFLEHEAD | A028404 | BUFFLEHEAD-1 | 50133204660000 | 7768 | Resistivity |
| BUFFLEHEAD | A028407 | BIRCH HILL 22-25 | 50133100290000 | 9424 | Resistivity |
| BUFFLEHEAD | A028564 | BIRCH HILL 22-25 | 50133100290000 | 9424 | Resistivity |
| BUFFLEHEAD | AA16673 | BIRCH HILL 22-25 | 50133100290000 | 9424 | Resistivity |
| MOQUAWKIE | C061390 | MOQUAWKIE 2 | 50283200150000 | 7387 | Resistivity |
| MOQUAWKIE | C061391 | MOQUAWKIE 2 | 50283200150000 | 7387 | Resistivity |
| MOQUAWKIE | C061624 | MOBIL MOQUAWKIE-1 | 50283100190000 | 7364 | Resistivity |
| MOQUAWKIE | C061625 | MOBIL MOQUAWKIE-1 | 50283100190000 | 7364 | Resistivity |
| KALOA | C061393 | ALBERT KALOA JR-1 | 50283200060000 | 6598 | Resistivity |
| TMC | ADL388233 | THREE MILE CREEK STATE-1 | 50283200040000 | 9566 | Resistivity |
| LONE CREEK | C061501 | CHUIT ST 1 (13-8) | 50283100050000 | 6290 | Resistivity |
| LONE CREEK | C061500 | LONE CREEK-1 | 50283200960000 | 5645 | Resistivity |
| LONE CREEK | C061396 | LONE CREEK-1 | 50283200960000 | 5645 | Resistivity |
| LONE CREEK | C061395 | CHUIT ST 1 (13-8) | 50283100050000 | 6290 | Resistivity |
| LONE CREEK | C061388 | LONE CREEK-1 | 50283200960000 | 5645 | Resistivity |
| LONE CREEK | C061389 | LONE CREEK-1 | 50283200960000 | 5645 | Resistivity |
| CHICKALUSION | C061663 | MOQUAWKIE 44-8 | 50283200170000 | 8824 | Resistivity |
| NICOLAI CREEK | ADL017585 | NICOLAI CREEK 4 | 50283200330000 | 6620 | Resistivity |
| NICOLAI CREEK | ADL063279 | NICOLAI CREEK 3 | 50283200030000 | 5053 | Resistivity |
| NICOLAI CREEK | ADL391265 | NICOLAI CREEK 5 | 50283200360000 | 4911 | Resistivity |
| NICOLAI CREEK | ADL391471 | NICOLAI CREEK 5 | 50283200360000 | 4911 | Resistivity |
| NICOLAI CREEK | ADL391472 | NICOLAI CREEK 5 | 50283200360000 | 4911 | Resistivity |
| N. NICOLAI | MHT9300066 | NICOLAI CREEK 5 | 50283200360000 | 4911 | Resistivity |
| NICOLAI CREEK | ADL017598 | ASTOCH UNIT-1 | 50133204260000 | 4558 | Resistivity |

* All severance depths are in feet and occur in the Lower to Middle Tyonek Formation (geological marker)