| Area | Line# | Operator | Acquisition by | Date | Type | Processed by | Reprocessed by | Date | SP Range | Miles | Nav Data |
|------|-------|----------|----------------|------|------|--------------|----------------|------|----------|-------|----------|
| NICOLAI CREEK | NIC3D | AURORA GAS | FAIRWEATHER | 2003 | DYNAMITE | | | | n/a | 9 ml2 | YES |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | | | | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | | | | | |
| | | | | | | | QSS | 10/2003 | | | |
| | | | | | | | QSS | 10/2003 | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| MOQUAWKIE | MQ-97-1 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-925 | 12.93 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | ALLIANT | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | | | | | | |
| | MQ-97-2 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-650 | 8.58 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |

| | MQ-97-3 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-656 | 8.65 | XY/Observer logs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | MQ-97-4 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-695 | 9.23 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | MQ-97-5 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-683 | 9.06 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | MQ-97-6 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 126-568 | 7.36 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | MQ-97-7 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 102-542 | 6.92 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | | MOQ | S/T | 62.73 | | |
| | MOQ3D | AURORA GAS | FAIRWEATHER | 2003 | DYNAMITE | | | | n/a | 15.66 ml2 | YES |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | VERITAS | Jun-03 | | | | |
| | | | | | | VERITAS | Jun-03 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VERITAS | Jun-03 | | | |
| | | | | | | VERITAS | Jun-03 | | | |
| | | | | | | VERITAS | Jun-03 | | | |
| | | | | | | VERITAS | Jun-03 | | | |
| | | | | | | | | | | |
| ASPEN | AP-04-01 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 392-101 | 4.58 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | AP-04-02 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 386-101 | 4.49 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | AP-04-03 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 464-101 | 5.65 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | AP-04-04 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 644-101 | 7.63 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | AP-04-05 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 548-155 | 7.02 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | ASPEN | S/T | 29.37 | |
| LONE CREEK | LC-04-01 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 372-101 | 4.25 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | LC-04-02 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 436-101 | 5.25 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | LC-04-03 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 596-101 | 7.73 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | LONE CREEK | S/T | 17.23 | |
| LONG LAKE | LL-04-01 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | 346-101 | 3.85 | YES |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LL-04-02 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 382-101 | 4.60 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | LL-04-03 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 391-101 | 4.81 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | LL-04-04 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 385-101 | 4.71 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | LL-04-05 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 364-101 | 4.25 | YES |
| | | | | | | VERITAS | | LONG LAKE | S/T | 22.22 | |
| OLSEN CREEK | OC-04-01 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 412-101 | 4.90 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | OC-04-03 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 392-101 | 4.56 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | OC-04-04 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 440-101 | 5.28 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | | | | |
| | | | | | | KELMAN | | OLSEN CREEK | S/T | 14.74 | |
| THREE MILE CREEK | TMC-04-01 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 396-101 | 4.62 | YES |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| TMC-04-02 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 412-101 | 4.84 | YES |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| TMC-04-03 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 392-101 | 4.58 | YES |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| TMC-04-04 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 384-101 | 4.40 | YES |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |
| TMC-04-05 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 396-101 | 4.61 | YES |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | VERITAS | | | | | |
| | | | | | KELMAN | | | | | |
| | | | | | KELMAN | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | KELMAN | | | | |
| | | | | | | KELMAN | | | | |
| | TMC-04-06 | AURORA GAS | VERITAS | 2004 | DYNAMITE | | | | 520-101 | 6.55 | YES |
| | | | | | | | | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | VERITAS | | | | |
| | | | | | | KELMAN | | | | |
| | | | | | | KELMAN | | | | |
| | | | | | | KELMAN | | | | |
| | | | | | | KELMAN | | TMC | S/T | 29.60 | |
| NINILCHIK | KT98-03 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1580 | 6.15 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | KT98-04 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-2345 | 9.20 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | KT98-10 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1791 | 7.16 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | KT98-11 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1989 | 7.71 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | KT98-12 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1143 | 8.78 | State Plane 4/NAD27 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | KT98-13 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1198 | 9.27 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | KT98-14 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1190 | 9.15 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | KT98-15 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1204 | 4.61 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | KT98-16 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1246 | 4.80 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |
| | KT98-20 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1631 | 6.28 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | |
| | | | | | | TRICON | | | | |
| | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| KT98-22 | ANADARKO | NORTHERN | 1998 | AIRGUN | | | | 1-1563 | 6.04 | State Plane 4/NAD27 |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| KT97-5 | ANADARKO | NORTHERN | 1997 | AIRGUN | | | | 1-741 | 5.73 | YES |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| KT97-6 | ANADARKO | NORTHERN | 1997 | AIRGUN | | | | 1-1154 | 8.92 | YES |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | | | | | |
| | | | | | TRICON | | | | |
| KT97-7 | ANADARKO | NORTHERN | 1997 | AIRGUN | | | | 1-1757 | 13.61 | YES |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| KT97-8 | ANADARKO | NORTHERN | 1997 | AIRGUN | | | | 1-1761 | 13.66 | YES |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| KT97-9N | ANADARKO | NORTHERN | 1997 | AIRGUN | TRICON | | | 1-4400 | 34.10 | State Plane 4/NAD27 |
| | | | | | | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| KT97-9S | ANADARKO | NORTHERN | 1997 | AIRGUN | TRICON | | | 1-2170 | 16.79 | State Plane 4/NAD27 |
| | | | | | | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | TRICON | | | | |
| | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | KT97-17 | ANADARKO | NORTHERN | 1997 | AIRGUN | TRICON | | | 1-1265 | 9.73 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | TRICON | | | | | |
| | KT97-18 | ANADARKO | NORTHERN | 1997 | AIRGUN | TRICON | | | 1-1174 | 9.04 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | TRICON | | NINILCHIK | S/T | 190.73 | |
| ANCHOR POINT | NF97-1 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-415.5 | 9.81 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | NF97-2 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-343 | 7.50 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | NF97-4 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-385.5 | 8.88 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | NF97-5 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-429.5 | 10.23 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | NF97-6 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-399 | 9.30 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | NF97-7 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-396 | 9.24 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | NF97-8 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 101-457.5 | 11.16 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | | | | | | UNOCAL/TRICON | 2/2002 | | | | |
| | NF97-9 | ANADARKO | NORTHERN | 1997 | DYNAMITE | TRICON | | | 113-321 | 6.46 | State Plane 4/NAD27 |
| | | | | | | TRICON | | | | | |

| | | | | | | | | ANCHOR POINT | S/T | 72.58 | |
| | | | | | | | | TOTAL | | 439.20 | MILES 2-D |
| | | | | | | | | | | 24.66 | SQ MILES 3-D |

Seismic Data -- Page 11 of 22

| Tape No. | Type | Field/Shot | Stk/Mig | Prints | Mylars | Film | Comments | |
|---|---|---|---|---|---|---|---|---|
| | CD | | | | | | | |
| 8070301 | DLT | Field/SEGD | | | | | | |
| 59103 | 3480/3490e | Field/SEGD | | | | | | |
| 59104 | 3480/3490e | Field/SEGD | | | | | | |
| 59105 | 3480/3490e | Field/SEGD | | | | | | |
| 59106 | 3480/3490e | Field/SEGD | | | | | | |
| 59107 | 3480/3490e | Field/SEGD | | | | | | |
| 59108 | 3480/3490e | Field/SEGD | | | | | | |
| 59109 | 3480/3490e | Field/SEGD | | | | | | |
| 59110 | 3480/3490e | Field/SEGD | | | | | | |
| 59111 | 3480/3490e | Field/SEGD | | | | | | |
| 59112 | 3480/3490e | Field/SEGD | | | | | | |
| 59113 | 3480/3490e | Field/SEGD | | | | | | |
| 59114 | 3480/3490e | Field/SEGD | | | | | | |
| 59115 | 3480/3490e | Field/SEGD | | | | | | |
| 59116 | 3480/3490e | Field/SEGD | | | | | | |
| 11190303 | Floppy | Field | | | | | | |
| 11190304 | CD | Field | | | | | | |
| 9160301 | DLT | Raw field | | | | | CIRI | |
| 9160302 | DLT | Raw field | | | | | MHT | |
| 9160303 | Tape | | Stk008 | | | | CIRI | |
| 9160304 | Tape | | Stk008 | | | | | |
| 9160305 | Tape | | Stk008 | | | | MHT | |
| | SEGY | | PostStkMig_95_flt | | | | | |
| | SEGY | | PostStkMig_SH95_flt | | | | | |
| | SEGY | | PreStkMig_flt | | | | | |
| | SEGY | | PreStkMigfxy3_flt | | | | | |
| | SEGY | | PreStkMigfxyavo_flt | | | | FINAL PSTM | |
| | SEGY | | PreStkMigVels | | | | | |
| | | | | | | | ESEIS VOLUMES | |
| | CD | SEGY | ABSORPTION | | | | Absorption | |
| | CD | SEGY | AVO | | | | AVO Types | |
| | CD | SEGY | POROSITY | | | | Effective Porosity | |
| | CD | SEGY | LITHSEIS | | | | Lithology | |
| | CD | SEGY | MML | | | | Multi-Mineral Lithology | |
| | CD | SEGY | RQ | | | | Reservoir Quality | |
| | CD | SEGY | PSTM | | | | FINAL PSTM | |
| | | | | | | | QSS VOLUMES | |
| | CD | SEGY | RAII | | | | Relative Acoustic Impedance Inversion | |
| | CD | SEGY | RFI | | | | Recursive Frequency Inversion | |
| 02270401 | CD | | PreSTM | | | | | |
| 02270402 | CD | | PreSTM | | | | | |
| 02270403 | DLT | | PreSTM | | | | | |
| 030114_16 | CD | SEG | | | | | | |
| | | | PSTM W/FX | YES | | | | |
| | | | DMO STK AUTVELS | YES | | | | |
| | | | MIGRATION | YES | | | | |
| 2 | Tape | | PSTMRev | | | | ALLIANT REPROCESSING | |
| 573690 | Tape | | PreSTM | | | | FINAL PSTM | |
| 573707 | Tape | | DMOStk | | | | | |
| 573718 | Tape | | mig08 | | | | | |
| 510287 | Tape | Field | | | | | | |
| 030114_16 | CD | SEG | | | | | | |
| | | | PSTM W/FX | YES | | | | |
| 573691 | Tape | | PreSTM | | | | FINAL PSTM | |
| 573707 | Tape | | DMOStk | | | | | |
| 573718 | Tape | | mig08 | | | | | |
| 573698 | Tape | Field | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 030114_16 | CD | SEG | | | | | |
| | | | PSTM W/FX | YES | | | |
| | | | PSDM CONV.TO TIME | YES | | | |
| | | | VARIOUS TESTS | YES | | | |
| 573692 | Tape | | PreSTM | | | | FINAL PSTM |
| 573707 | Tape | | DMOStk | | | | |
| 573718 | Tape | | mig08 | | | | |
| 573699 | Tape | Field | | | | | |
| 030114_16 | CD | SEG | | | | | |
| | | | PSTM W/FX | YES | | | |
| | | | DMO STK AUTVELS | YES | | | |
| | | | MIGRATION | YES | | | |
| 573693 | Tape | | PreSTM | | | | FINAL PSTM |
| 573707 | Tape | | DMOStk | | | | |
| 573718 | Tape | | mig08 | | | | |
| 573700 | Tape | Field | | | | | |
| 030114_16 | CD | SEG | | | | | |
| | | | PSTM W/FX | YES | | | |
| | | | DMO STK AUTVELS | YES | | | |
| | | | MIGRATION | YES | | | |
| 573694 | Tape | | PreSTM | | | | FINAL PSTM |
| 573707 | Tape | | DMOStk | | | | |
| 573718 | Tape | | mig08 | | | | |
| 573701 | Tape | Field | | | | | |
| 030114_16 | CD | SEG | | | | | |
| | | | PSTM W/FX | YES | | | |
| | | | POST-STM | YES | | | |
| 573695 | Tape | | PreSTM | | | | FINAL PSTM |
| 573707 | Tape | | DMOStk | | | | |
| 573718 | Tape | | mig08 | | | | |
| 573716 | Tape | Field | | | | | |
| 030114_16 | CD | SEG | | | | | |
| | | | PSTM W/FX | YES | | | |
| | | | DMO STK AUTVELS | YES | | | |
| | | | MIGRATION | YES | | | |
| 2 | Tape | | PSTMRev | | | | ALLIANT REPROCESSING |
| 573707 | Tape | | DMOStk | | | | |
| 573696 | Tape | | mig08 | | | | |
| 573710 | Tape | Field | | | | | |
| 8070302 | DLT | Field/SEGD | | | | | |
| 9160307 | DLT | SEGD | | | | | |
| 9160308 | DLT | SEGD | | | | | |
| 57687 | 3480/3490e | Field/SEGD | | | | | |
| 57688 | 3480/3490e | Field/SEGD | | | | | |
| 57689 | 3480/3490e | Field/SEGD | | | | | |
| 57690 | 3480/3490e | Field/SEGD | | | | | |
| 58266 | 3480/3490e | Field/SEGD | | | | | |
| 58267 | 3480/3490e | Field/SEGD | | | | | |
| 58268 | 3480/3490e | Field/SEGD | | | | | |
| 58269 | 3480/3490e | Field/SEGD | | | | | |
| 58270 | 3480/3490e | Field/SEGD | | | | | |
| 58271 | 3480/3490e | Field/SEGD | | | | | |
| 58272 | 3480/3490e | Field/SEGD | | | | | |
| 58273 | 3480/3490e | Field/SEGD | | | | | |
| 58274 | 3480/3490e | Field/SEGD | | | | | |
| 11190301 | CD | Field | | | | | |
| 11190302 | CD | Field | | | | | |
| 8070303 | DLT | SEGY | PREStk time gathers | | | | |
| 9160306 | Tape | SEGY | Stk008 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | SEGY | avo_pstm_fxy_unf | | | | | |
| | | SEGY | PostStkMig_95_flt | | | | | |
| | | SEGY | PreStkMigfxy_flt | | | | FINAL PSTM | |
| | | | PreStkMigVels | | | | | |
| 0219042 | Floppy | | | | | | 59602_MASTER_OBS.zip updates 3/3/03 | |
| 0219041 | Floppy | | | | | | 59602_MASTER_OBS.zip updates 3/9/03 | |
| | | | | | | | MOQ_MTR_SUMMARY.EXCEL | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | CD | SEGY | U-GATH | | | | | |
| | CD | SEGY | STR-VELS | | | | | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | CD | SEGY | U-GATH | | | | | |
| | CD | SEGY | STR-VELS | | | | | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | CD | SEGY | U-GATH | | | | | |
| | CD | SEGY | STR-VELS | | | | | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | CD | SEGY | U-GATH | | | | | |
| | CD | SEGY | STR-VELS | | | | | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | CD | SEGY | U-GATH | | | | | |
| | CD | SEGY | STR-VELS | | | | | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-Mig-85 | | | | | |
| | CD | SEGY | F-Str | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-Mig-85 | | | | | |
| | CD | SEGY | F-Str | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-Mig-85 | | | | | |
| | CD | SEGY | F-Str | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | | xls/txt | FINAL_SP | | | | | |
| | | xls/txt | FINAL_RP | | | | | |
| | CD | SEGY | F-Mig | | | | | |
| | CD | SEGY | F-PSTM | | | | FINAL PSTM | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-Mig-85 | | | | | |
| CD | SEGY | F-Str | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | | |
| CD | SEGY | STRvels_surface | | | | | |
| CD | SEGY | DMIG-GATHERS | | | | | |
| CD | SEGY | DSCALE-ENH | | | | | |
| CD | SEGY | ENHMIG | | | | | |
| CD | SEGY | RAWMIG | | | | | |
| CD | SEGY | VINTF | | | | | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-Mig-85 | | | | | |
| CD | SEGY | F-Str | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | | |
| CD | SEGY | STRvels_surface | | | | | |
| CD | SEGY | DMIG-GATHERS | | | | | |
| CD | SEGY | DSCALE-ENH | | | | | |
| CD | SEGY | ENHMIG | | | | | |
| CD | SEGY | RAWMIG | | | | | |
| CD | SEGY | VINTF | | | | | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-Mig-85 | | | | | |
| CD | SEGY | F-Str | | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | | |
| CD | SEGY | STRvels_surface | | | | | |
| CD | SEGY | DMIG-GATHERS | | | | | |
| CD | SEGY | DSCALE-ENH | | | | | |
| CD | SEGY | ENHMIG | | | | | |
| CD | SEGY | RAWMIG | | | | | |
| CD | SEGY | VINTF | | | | | |
| | xls/txt | FINAL_SP | | | | | |
| | xls/txt | FINAL_RP | | | | | |
| CD | SEGY | F-Mig | | | | | |
| CD | SEGY | F-Mig-85 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| | xls/txt | FINAL_SP | | | | |
| | xls/txt | FINAL_RP | | | | |
| CD | SEGY | F-Mig | | | | |
| CD | SEGY | F-Mig-85 | | | | |
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| | xls/txt | FINAL_SP | | | | |
| | xls/txt | FINAL_RP | | | | |
| CD | SEGY | F-Mig | | | | |
| CD | SEGY | F-Mig-85 | | | | |
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| | xls/txt | FINAL_SP | | | | |
| | xls/txt | FINAL_RP | | | | |
| CD | SEGY | F-Mig | | | | |
| CD | SEGY | F-Mig-85 | | | | |
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| | xls/txt | FINAL_SP | | | | |
| | xls/txt | FINAL_RP | | | | |
| CD | SEGY | F-Mig | | | | |
| CD | SEGY | F-Mig-85 | | | | |
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | FINAL PSTM | |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |

Seismic Data -- Page 16 of 22

| | | | | | | |
|---|---|---|---|---|---|---|
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| | xls/txt | FINAL_SP | | | | |
| | xls/txt | FINAL_RP | | | | |
| CD | SEGY | F-Mig | | | | |
| CD | SEGY | F-Mig-85 | | | | |
| CD | SEGY | F-Str | | | | |
| CD | SEGY | F-PSTM | | | | FINAL PSTM |
| CD | SEGY | U-GATH | | | | |
| CD | SEGY | STRvels_surface | | | | |
| CD | SEGY | DMIG-GATHERS | | | | |
| CD | SEGY | DSCALE-ENH | | | | |
| CD | SEGY | ENHMIG | | | | |
| CD | SEGY | RAWMIG | | | | |
| CD | SEGY | VINTF | | | | |
| CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | |
| 573725 | TAR/Supp | | | | | |
| 30407 | Tape | DMOStk? | | | | |
| 573720TC | Tape | DMOStk | | | | |
| 573721TC | Tape | Mig08 | | | | |
| 573721 | DLT/SEGY | DMOStk | | | | |
| 573731 | DLT/SEGD | Field | | | | |
| CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | Stk? | | | | |
| 573732 | SEGD/DLT | Field | | | | |
| 573720 | SEGY/DLT | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | |
| 573725 | TAR/Supp | | | | | |
| 30407 | Tape | DMOStk? | | | | |
| 573720TC | Tape | DMOStk | | | | |
| 573721TC | Tape | Mig08 | | | | |
| 573738 | DLT/SEGD | Field | | | | |
| 573721 | DLT/SEGY | DMOStk | | | | |
| CD/XY | XYS/TXT | | MS | M | MS | |
| 573733 | SEGD/DLT | Field | | | | |
| 573721 | SEGY/DLT | Stk? | | | | |
| 573720 | SEGY/DLT | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | |
| 573725 | TAR/Supp | | | | | |
| 30407 | Tape | DMOStk? | | | | |
| 573720TC | Tape | DMOStk | | | | |
| 573721TC | Tape | Mig08 | | | | |
| 573734 | DLT/SEGD | Field | | | | |
| 573721 | DLT/SEGY | DMOStk | | | | |
| 573735 | DLT/SEGD | Field | | | | |
| CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | Stk? | | | | |
| 573720 | SEGY/DLT | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | |
| 573725 | TAR/Supp | | | | | |
| 30407 | Tape | DMOStk? | | | | |
| 573720TC | Tape | DMOStk | | | | |
| 573721TC | Tape | Mig08 | | | | |
| 573721 | DLT/SEGY | DMOStk | | | | |
| 573736 | DLT/SEGD | Field | | | | |
| CD/XY | XYS/TXT | | MS | M | MS | |
| 573727 | SEGD/DLT | Field | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573737 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573738 | DLT/SEGD | Field | | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573739 | DLT/SEGD | Field | | | | | |
| 573728-729 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573742 | DLT/SEGD | Field | | | | | |
| 573730 | DLT/SEGD | Field | | | | | |
| 573740 | DLT/SEGD | Field | | | | | |
| 573741 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573743 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573744 | DTL/SEGD | Field | | | | | |
| 573745 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573746 | DLT/SEGD | Field | | | | | |
| | CD/XY | XYS/TXT | | MS | M | MS | |
| 573721 | SEGY/DLT | | Stk? | | | | |
| 573720 | SEGY/DLT | | Stk? | | | | |
| 573726 | TAR/P1-90 | | | | | | |
| 573725 | TAR/Supp | | | | | | |
| 30407 | Tape | | DMOStk? | | | | |
| 573720TC | Tape | | DMOStk | | | | |
| 573721TC | Tape | | Mig08 | | | | |
| 573721 | DLT/SEGY | | DMOStk | | | | |
| 573748 | DLT/SEGD | Field | | | | | |
| | CDP/XY | | | MS | M | | |
| 311202TC | Tape | | Stk08 | | | | |
| 311202TC | Tape | | DMOStk | | | | |
| 311202TC | Tape | | DMOMig | | | | |
| 311204 | DLT/SEGD | Field | | | | | |
| 8070304 | Tape | | Stk/Mig/EnhStk | | | | |
| | CDP/XY | | | MS | M | | |
| 311202TC | Tape | | Stk08 | | | | |
| 311202TC | Tape | | DMOStk | | | | |
| 311202TC | Tape | | DMOMig | | | | |
| 311210 | DLT/SEGD | Field | | | | | |
| 311209 | DLT/SEGD | Field | | | | | |
| 8070304 | Tape | | Stk/Mig/EnhStk | | | | |
| | CDP/XY | | | MS | M | | |
| 311202TC | Tape | | Stk08 | | | | |
| 311202TC | Tape | | DMOStk | | | | |
| 311202TC | Tape | | DMOMig | | | | |
| 311205 | DLT/SEGD | Field | | | | | |
| 8070304 | Tape | | Stk/Mig/EnhStk | | | | |
| | CDP/XY | | | MS | M | | |
| 311202TC | Tape | | Stk08 | | | | |
| 311202TC | Tape | | DMOStk | | | | |
| 311202TC | Tape | | DMOMig | | | | |
| 311206 | DLT/SEGD | Field | | | | | |
| 8070304 | Tape | | Stk/Mig/EnhStk | MS | | | |
| 311201 | SEGY | | Stk/Mig? | | | | |
| 310532 | TAR/P1-90 | | | | | | |
| | CDP/XY | | | | | | |
| 311201TC | Tape | | DMOStk | | | | |
| 311201TC | Tape | | DMOMig | | | | |
| 310596 | DLT/SEGD | Field | | | | | |
| 310595 | DLT/SEGD | Field | | | | | |
| 310598 | DLT/SEGD | Field | | | | | |
| 310594 | DLT/SEGD | Field | | | | | |
| 310597 | DLT/SEGD | Field | | | | | |
| 311201 | SEGY | | Stk/Mig? | MS | M | | |
| 310532 | TAR/P1-90 | | | | | | |
| | CDP/XY | | | | | | |
| 311202TC | Tape | | Stk08 | | | | |
| 311202TC | Tape | | DMOStk | | | | |
| 311202TC | Tape | | DMOMig | | | | |
| 310596 | DLT/SEGD | Field | | | | | |
| 310595 | DLT/SEGD | Field | | | | | |

| | | | | |
|---|---|---|---|---|
| 310598 | DLT/SEGD | Field | | |
| 310594 | DLT/SEGD | Field | | |
| 310597 | DLT/SEGD | Field | | |
| 8070304 | Tape | | Stk/Mig/EnhStk | |
| 311201 | SEGY | | Stk/Mig? | MS |
| 310532 | TAR/P1-90 | | | |
| | CDP/XY | | | |
| 311201TC | Tape | | DMOStk | |
| 311201TC | Tape | | DMOMig | |
| 311207 | DLT/SEGD | Field | | |
| 311208 | DLT/SEGD | Field | | |
| 311201 | SEGY | | Stk/Mig? | MS |
| 310532 | TAR/P1-90 | | | |
| | CD/XY | | | |
| 311201TC | Tape | | DMOStk | |
| 311201TC | Tape | | DMOMig | |
| 311203 | DLT/SEGD | Field | | |
| 573758 | | SEGY | DMO Mig RNA | |
| 573759 | | SEGY | DMO Final Stk | |
| | CDP/XY | SEG | | |
| | | SEGY | DMO Mig | |
| | | SEGY | DMO Mig/TVF | |
| 573758 | | SEGY | DMO Mig RNA | M |
| 573759 | | SEGY | DMO Final Stk | |
| | CDP/XY | SEG | | |
| 573771 | DLT/SEGD | Field | | |
| 573772 | DLT/SEGD | Field | | |
| 573773 | DLT/SEGD | Field | | |
| 573758 | | SEGY | DMO Mig RNA | M |
| 573759 | | SEGY | DMO Final Stk | |
| | CD/XY | SEG | | |
| 573765 | DLT/SEGD | Field | | |
| 573766 | DLT/SEGD | Field | | |
| 573767 | DLT/SEGD | Field | | |
| 573758 | | SEGY | DMO Mig RNA | M |
| 573759 | | SEGY | DMO Final Stk | |
| | CD/XY | SEG | | |
| 573760 | DLT/SEGD | Field | | |
| 573761 | DLT/SEGD | Field | | |
| | | SEGY | DMO Mig RNA | |
| | | SEGY | DMO Final Stk | |
| | CD/XY | SEG | | |
| | | SEGY | DMO Mig | |
| | | SEGY | DMO Stk | |
| | | SEGY | DMO Mig/TVF | |
| | | SEGY | DMO Mig RNA | |
| | | SEGY | DMO Final Stk | |
| | CD/XY | SEG | | |
| | | SEGY | DMO Mig | |
| | | SEGY | DMO Stk | |
| | | SEGY | DMO Mig/TVF | |
| | | SEGY | DMO Mig RNA | |
| | | SEGY | DMO Final Stk | |
| | CD/XY | SEG | | |
| | | SEGY | DMO Mig | |
| | | SEGY | DMO Stk | |
| | | SEGY | DMO Mig/TVF | |
| 573758 | | SEGY | DMO Mig RNA | M |
| 573759 | | SEGY | DMO Final Stk | |

| | CD/XY | SEG | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 573768 | DLT/SEGD | Field | | | | | | |
| 573769 | DLT/SEGD | Field | | | | | | |
| 573770 | DLT/SEGD | Field | | | | | | |
| @ $1000/ mile= | | $439,200.00 | | | | | | |
| @ $3000/sq mile= | | $ 73,980.00 | | | | | | |
| EST VALUE | | **$513,180.00** | | | | | | |

TOTAL PROVED VALUE

# AURORA GAS, LLC
## TOTAL PROVED RESERVES

NET INCOME, CASH FLOW, AND NPV PROJECTIONS — Effective Date 7/1/2016

$1,000

SELLING MARKETABLE DELIVERABILITY — not included

| | ACTUAL 2013 | 2014 | 2015 Actual | 1 2016 | 2 2017 | 3 2018 | 4 2019 | 5 2020 | 6 2021 | 7 2022 | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS PRODUCTION (before fuel gas) | 942 | 1066 | 912 | 577 | 969 | 646 | 375 | 202 | 116 | 30 | 2884 | JEJ reserves |
| NET PROD | 794.3 | 779 | 648 | 415 | 700 | 475 | 278 | 152 | 88 | 23 | 2107 | |
| **SALES, AVG MMCFPD** | | | | 1.14 | 1.92 | 1.30 | 0.76 | 0.42 | 0.24 | 0.06 | | |
| YEAR END RESERVES, MMCF | 6.18 | 6.32 | 2,881 | 2,466 | 1,767 | 1,292 | 1,014 | 862 | 613 | 162 | | Price assumptions, see line 50 |
| GAS PRICE, MCF | | | $6.52 | $6.46 | $6.54 | $6.75 | $6.95 | $7.00 | $7.00 | $7.00 | $7.00 | |
| GAS REVENUE, $M | 5,443.0 | 4923 | 4,225 | 2,679 | 4,577 | 3,203 | 1,931 | 1,064 | 613 | 162 | 14068 | |
| SEV & AD V TAXES, $M  (0.137) | 109 | 107 | 97 | 57 | 96 | 65 | 38 | 21 | 12 | 3 | 289 | |
| TRANSPORTATION  (0.450) | 530 | 327 | 179 | 187 | 315 | 214 | 125 | 68 | 39 | 10 | 948 | 7,580 JEJ Projection |
| OPERATING EXPENSE, $M | 3,238 | 2436 | 2,193 | 950 | 1,850 | 1,482 | 1,114 | 688 | 548 | 179 | 6631 | |
| Number of Field People | | | 6 | 5 | 4 | 3 | 2 | 0 | 0 | 0 | | CT cleanouts of NC 3, 10, 11 & M 4 |
| Surf Use | 454 | 1635 | 305 | 250 | 258 | 193 | 150 | 120 | 75 | 50 | 1046 | |
| Exp Workover  (Coiled Tubing & Slickline) | | | 155 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 700 | @$250,000 PER WELL |
| **OPERATING INCOME, $M** | **1,112.0** | **2053** | **1,296** | **536** | **2,058** | **1,249** | **504** | **167** | **-61** | **-80** | **4453** | |
| P&A--Abandonment Wells P&A* | | | | | | | | 1,250 | 1,750 | 1,750 | 4750 | |
| | | | | | | TNC (3), K2 | LC (3) Moq (5) | Moq (5) | | NC, Aspen | | |
| **NET CASH FLOW from Operations** | | | | **536** | **2,058** | **249** | **(246)** | **(1,083)** | **(61)** | **(1,750)** | **(297)** | |

| End of Year PV: | | |
|---|---|---|
| NPV @ 8% | 500 | 8.00% |
| NPV@10% | 632 | 10.00% |
| NPV@12% | 744 | 12.00% |
| NPV@15% | 882 | 15.00% |
| NPV@20% | 1,049 | 20.00% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GAS PRICE** | | $6.46 | $6.46 | $6.54 | $6.75 | $6.95 | $7.00 | $7.00 | $7.00 | $7.00 |
| 2000 mcfpd to Tesoro | | $6.75 | $6.44 | $6.54 | $6.64 | $6.74 | | | | |
| 1500 to 1000 to 500 mcfpd to HEA | | $6.25 | $6.29 | $6.50 | $6.60 | $6.70 | | | declining with production | |
| All other gas sold at Large Commercial Price | | $6.43 | $6.37 | $6.50 | $6.75 | $7.00 | | | | |

AURORA GAS, LLC
FORM 207A/B: ASSETS-- PIPELINES

| DESCRIPTION | GATHER LINE/ FLOWLINE* | DIAMETER (Nom OD) | LENGTH (Miles) | DESIGN PSI |
|---|---|---|---|---|
| Nicolai Creek #3 & 10 to Meter 8103 | G | 4 | 1 | 1440 |
| Nicolai Creek 1-2-9 to Meter 8103 | G | 4 | 1 | 1440 |
| | G | 6 | 0.5 | 1440 |
| Nicolai Creek 11 to NC 1-2-9 | F | 4 | 0.5 | 1440 |
| Moquawkie Facility to Meter #8105 | G | 6 | 6 | 1440 |
| Moquawkie #4 to Moquawkie Facility | F | 4 | 0.3 | 1440 |
| Simpco Moq. #2 to Moquawkie Facility | F | 3 | 0.5 | 2000 |
| Kaloa #2 to Moquawkie Gathering Line | G | 4 | 1 | 1440 |
| Lone Creek 1 Facility to Meter 8104 | G | 6 | 6 | 1440 |
| Lone Creek 3 to Lone Creek 1 Facility | F | 4 | 1 | 1440 |
| Lone Creek 4 to #3 | F | 4 | 1 | 1440 |

| | | | | |
|---|---|---|---|---|
| Three Mile Creek #1 Facility to Lone Creek Gathering | G | 6 | 5 | 1440 |
| Three Mile Creek #2 to #1 Facility | F | 4 | 0.25 | 1440 |
| TOTAL: | | | 24 Miles | |

NOTES:

1) All pipelines are buried (underground) and all are made of coated, welded steel pipe.
2) All pipelines are located on the West side of the Cook Inlet, in Townships 11N 11W; 12N 11W; 12N 11W; 12N 12W; and 13N 11W.
* 3) "Gathering Lines are downstream of compression and are DOT regulated, "Flowlines" are not.
4) All pipelines have pig launchers and receivers.

METER STATIONS

There are 3 meter stations owned by Aurora Gas at the connections with the transportation line, KBPL, operated by Harvest Pipeline. All are enclosed in heated buildings, have electric power for instrumentation and heat, are connected to Aurora's SCADA system, have ultrasonic metering (UFM's), have a large coalescing filter upstream of meters, and have dew-point monitoring.

All buildings are skid mounted and portable.

**Meter Station**

#8103-- Connected to Chugach Electric. Has orifce meter with both EFM and Chart recorder for backup.
#8104-- Has generator in separate skid-mounted building.
#8105-- Has generator in separate skid-mounted building. Also has orifice meter backup with EFM and chart recorder.

Values of Meter Stations 8104 and 8105 are included in Surface Production Equipment listing, 8103 is not. Value of each is about $75,000