**Fill in this information to identify the case:**

Debtor name: Aurora Gas, LLC

United States Bankruptcy Court for the: Alaska

Case number (If known): 16-00130

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.1 Creditor's name** _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2 Creditor's name** _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $0.00

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 1

Fill in this information to identify the case:

Debtor: Aurora Gas, LLC

United States Bankruptcy Court for the: Alaska

Case number (If known): 16-00130

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |

Debtor  Aurora Gas, LLC
       Name

Case number (if known) 16-00130

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                      Amount of claim

**3.1** Nonpriority creditor's name and mailing address
AIMM Technologies, Inc.
P O Box 1086
Kenai, AK 99611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$104,901.00

**3.2** Nonpriority creditor's name and mailing address
AIX Energy LLC
2441 High Timbers #120
The Woodlands, TX 77380

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: gas sales

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$49,167.00

**3.3** Nonpriority creditor's name and mailing address
Alaska Eco Resources, LLC
P O Box 79182
Houston, TX 77279

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$118,800.00

**3.4** Nonpriority creditor's name and mailing address
Alaska Oil Sales
43442 K-Beach Road
Soldotna, AK 99669

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$32,742.50

**3.5** Nonpriority creditor's name and mailing address
ASRC Energy Services
P O Box 241562
Anchorage, AK 99524

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$29,721.32

**3.6** Nonpriority creditor's name and mailing address
Aurora Well Service, LLC
1400 West Benson Blvd Suite 410
Anchorage, AK 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$135,560.95

Debtor  Aurora Gas, LLC
Case number (if known) 16-00130

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Boatright & Sons, LLC
P O Box 8001
Nikiski, AK 99635

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$30,346.00

**3.8** Nonpriority creditor's name and mailing address
CISPRI
51377 Kenai Spur Highway
Kenai, AK 99611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$20,400.00

**3.9** Nonpriority creditor's name and mailing address
Cook Inlet Tug & Barge, Inc.
1151 Fairview Avenue North
Seattle, WA 98109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$42,553.11

**3.10** Nonpriority creditor's name and mailing address
DNOW LP
P O Box 200822
Dallas, TX 75320

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$1,268.95

**3.11** Nonpriority creditor's name and mailing address
Enerflex Energy Services (US) Inc.
10815 Telge Road
Houston, TX 77095

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$6,038.74

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 11

Debtor __Aurora Gas, LLC__    Case number (if known) __16-00130__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12
**Nonpriority creditor's name and mailing address**
Expro Americas, LLC

Dept 2080 P O Box 122080
Dallas, TX 75312

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,766.83

### 3.13
**Nonpriority creditor's name and mailing address**
IHS Global, Inc.

P O Box 847193
Dallas, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,546.50

### 3.14
**Nonpriority creditor's name and mailing address**
Industrial Instrument Services, Inc.

300 Airport Way
Kenai, AK 99611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,401.76

### 3.15
**Nonpriority creditor's name and mailing address**
IPFS Corp

P O Box 730223
Dallas , TX 75373

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,560.70

### 3.16
**Nonpriority creditor's name and mailing address**
Jermain Dunnagan & Owens PC

3000 A Street Suite 300
Anchorage , AK 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,148.46

Debtor  Aurora Gas, LLC
      Name

Case number (if known) 16-00130

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address
Kenai Auto, Inc.
P O Box 587 37388 Kenai Spur Highway
Soldotna, AK 99669

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Date or dates debt was incurred _____
Last 4 digits of account number ____

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,749.07

**3.18** Nonpriority creditor's name and mailing address
Knight Oil Tools
P O Box 52823
Lafayette, LA 70505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred _____
Last 4 digits of account number ____

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,712.35

**3.19** Nonpriority creditor's name and mailing address
Motion Industries
P O Box 984112
Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred _____
Last 4 digits of account number ____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,772.79

**3.20** Nonpriority creditor's name and mailing address
NC Machinery
P O Box 58201
Tukwila, WA 98138

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred _____
Last 4 digits of account number ____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,264.70

**3.21** Nonpriority creditor's name and mailing address
New Tech Global Ventures, LLC
P O Box 4724 msc 800
Houston, TX 77210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred _____
Last 4 digits of account number ____

Is the claim subject to offset?
☒ No
☐ Yes

$ 46,656.00

Debtor: Aurora Gas, LLC
Case number (if known): 16-00130

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.22
Nonpriority creditor's name and mailing address:
North Air Inc.
P O Box 1907
Kenai, AK 99611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$1,544.00

### 3.23
Nonpriority creditor's name and mailing address:
Northern Industrial Training, LLC
1740 N Terrilou Court
Palmer, AK 99645

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$4,164.73

### 3.24
Nonpriority creditor's name and mailing address:
O'Brien's Response Management
P O Box 534967
Atlanta, GA 30353

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$7,200.00

### 3.25
Nonpriority creditor's name and mailing address:
Petrotechnical Resources of Alaska LLC
3601 C Street Suite 822
Anchorage, AK 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$9,913.75

### 3.26
Nonpriority creditor's name and mailing address:
Pollard Wireline, Inc.
P O Box 1360
Kenai, AK 99611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$31,759.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 11

Debtor: Aurora Gas, LLC
Case number (if known): 16-00130

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.27** Nonpriority creditor's name and mailing address
RKH LLC
6270 East Beechcraft Road
Wasilla, AK 99654

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $7,000.00

**3.28** Nonpriority creditor's name and mailing address
Shirleyville Enterprises, LLC
1400 West Benson Blvd Suite 410
Anchorage, AK 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $130,472.30

**3.29** Nonpriority creditor's name and mailing address
SolstenXP, Inc.
406 West Fireweed Lane
Anchorage, AK 99503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $14,419.68

**3.30** Nonpriority creditor's name and mailing address
Spernak Airways, Inc.
1707 Merrill Field Drive
Anchorage, AK 99501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $1,342.51

**3.31** Nonpriority creditor's name and mailing address
Statewide Oil Field Services, LLC
P O Box 74566
Fairbanks, AK 99707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $6,462.38

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 7 of 11

Debtor: Aurora Gas, LLC
Case number (if known): 16-00130

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address
Tanks-A-Lot, Inc.
P O Box 1636
Morgan City, LA 70381

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$138,235.20

**3.33** Nonpriority creditor's name and mailing address
Tripoint Alaska, LLC
1104 Highway 93 North
Scott, la 70583

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$21,830.00

**3.34** Nonpriority creditor's name and mailing address
Tyonek Contractors LLC
1689 C Street Suite 219
Anchorage, AK 99501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$176,949.16

**3.35** Nonpriority creditor's name and mailing address
Tyonek Native Corporation
1689 C Street Suite 219
Anchorage, AK 99501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$157,276.80

**3.36** Nonpriority creditor's name and mailing address
Weatherford U.S. L.P.
P O Box 301003
Dallas, TX 75303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$2,536.44

Debtor __Aurora Gas, LLC_____     Case number (if known) __16-00130__
         Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address<br>Weaver Brothers Inc.<br>P O Box 2229<br>Kenai, AK 99611<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed<br><br>Basis for the claim: trade debt<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 162,932.00 |
| 3.38 | Nonpriority creditor's name and mailing address<br>Willis of Texas, Inc. HRH<br>P O Box 731739<br>Dallas, TX 75373<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: trade debt<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $ 2,448.00 |
| 3.39 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ _____ |
| 3.40 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ _____ |
| 3.41 | Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ _____ |

Debtor  Aurora Gas, LLC  
      Name

Case number (if known) 16-00130

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.12. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |

Debtor   Aurora Gas, LLC
         Name                                                    Case number (if known) 16-00130

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. + | $1,613,564.68 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $1,613,564.68 |

| Fill in this information to identify the case: |
|---|
| Debtor name: Aurora Gas, LLC |
| United States Bankruptcy Court for the: Alaska |
| Case number (If known): 16-00130    Chapter 11 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Natural Gas Sales | AIX Energy LLC<br>2441 High Timbers #120 |
| | State the term remaining | Through July 31 2016 | The Woodlands   TX   77380 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Agreement | Enstar Natural Gas Company<br>3000 Spenard Road |
| | State the term remaining | See Attachment 1 | Anchorage   AK   99503 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Natural Gas Purchase | Furie Operating Alaska, LLC<br>1029 West 3rd Ave Suite 500 |
| | State the term remaining | through 12/31/2016 | Anchorage   AK   99501 |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Natural Gas sales | Helena Energy LLC<br>1029 West 3rd Ave Suite 500 |
| | State the term remaining | through July 31 2016 | Anchorage   AK   99501 |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Transporation Agreement | Kenai Beluga Pipeline LLC<br>3800 Centerpoint Drive |
| | State the term remaining | See Attachment 2 | Anchorage   AK   99503 |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of 2

Debtor  Aurora Gas, LLC  
Name

Case number (if known) 16-00130

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Natural Gas Sales | Alaska Electric & Energy Cooperative<br>3977 Lake Street |
| | State the term remaining | through 3/31/2017 | Homer         Alaska      99603 |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Natural Gas Sales | Tesoro Alaska Company LLC<br>19100 Ridgewood Parkway |
| | State the term remaining | through 12/31/2017 | San Antonio         TX      78259 |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | surface use agreement | Tyonek Native Corporation<br>1689 C Street, Suite 219 |
| | State the term remaining | See Attachment 3 | Anchorage         AK      99501 |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Sugar Land office lease | Aurora Power Resources Inc<br>4645 Sweetwater Blvd. Suite 200 |
| | State the term remaining | month to month with 45 days notice | Sugar Land         TX      77479 |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Anchorage office lease | 1400 West Benson LLC<br>c/o ComServe Realty, Inc.<br>240 E Tudor Raod, Suite 205 |
| | State the term remaining | through 9/30/2016 | Anchorage         AK      99503 |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Aspen Disposal Well Subsurface Lease<br>C-061645 | Cook Inlet Region<br>725 E Fireweed Lane |
| | State the term remaining | through 8/15/2018 | Anchorage         AK      99503 |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | State of Alaska royalty filings and other accounting support | BDO USA, LLP<br>3601 C Street Suite 600 |
| | State the term remaining | indefinite | Anchorage         AK      99503 |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 2 of 2

# Attachment
Debtor: Aurora Gas, LLC    Case No: 16-00130

Attachment 1
    Year to year with 12 months notice by either party

Attachment 2
    year to year with 30 days' notice of cancellation

Attachment 3
    year to year as long as lands are utilized for oil and gas operations

**Fill in this information to identify the case:**

Debtor name __Aurora Gas, LLC__

United States Bankruptcy Court for the: __Alaska__

Case number (If known): __16-00130__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                Schedule H: Codebtors                page 1 of __1__

**Fill in this information to identify the case:**

Debtor name __**Aurora Gas, LLC**__

United States Bankruptcy Court for the: __**Alaska**__

Case number (If known): __**16-00130**__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................................................ $ 812,017.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .............................................................................................. $ 8,106,124.25

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................ $ 8,918,141.25

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* .................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................................ $ 0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................ + $ 1,610,416.22

4. **Total liabilities** ...................................................................................................................... $ 1,610,416.22
    Lines 2 + 3a + 3b

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1

Fill in this information to identify the case and this filing:

Debtor Name: Aurora Gas, LLC

United States Bankruptcy Court for the: Alaska

Case number (If known): 16-00130

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- [ ] Amended *Schedule* _____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/01/2016
MM / DD / YYYY

X s/J. Edward Jones
Signature of individual signing on behalf of debtor

J. Edward Jones
Printed name

President
Position or relationship to debtor

Official Form B202      Declaration Under Penalty of Perjury for Non-Individual Debtors