**Fill in this information to identify the case:**

Debtor name: Aurora Gas, LLC

United States Bankruptcy Court for the: Alaska

Case number (If known): 16-00130

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 01/01/2016<br>MM / DD / YYYY | to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 1,949,281.00 |
   | For prior year: | From 01/01/2015<br>MM / DD / YYYY | to 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 5,222,881.00 |
   | For the year before that: | From 01/01/2014<br>MM / DD / YYYY | to 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 5,961,040.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor  Aurora Gas, LLC
      Name

Case number (if known) 16-00130

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | transfers are listed on attached schedule<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $437,601.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
   | 3.2. | Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $_____ | |
   | 4.2. | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor** | | $_____ | |

Debtor   Aurora Gas, LLC
         Name
                                                             Case number (if known) 16-00130

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

[X] None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____
City          State     ZIP Code

5.1.
_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____
City          State     ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[X] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____  Last 4 digits of account number: XXXX– __ __ __ __
City          State     ZIP Code

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[X] None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1.
_____  _____  Name _____  ❏ Pending
Case number                                                                         ❏ On appeal
_____                          Street _____    ❏ Concluded
                                                 _____
                                                 City         State     ZIP Code

7.2.
Case title
_____  _____  Court or agency's name and address  ❏ Pending
Case number                                      Name _____         ❏ On appeal
_____                          Street _____      ❏ Concluded
                                                 _____
                                                 City         State     ZIP Code

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

Debtor   Aurora Gas, LLC
         _____
         Name

Case number (if known) 16-00130 _____

## Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| | | Name |
| City   State   ZIP Code | Case number | Street |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | $_____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

Debtor  Aurora Gas, LLC
        Name

Case number *(if known)* 16-00130

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David H. Bundy PC | | June 10, 2016 | $ 24,970.00 |
| | **Address** | | | |
| | 310 K Street Suite 200 | | | |
| | Street | | | |
| | Anchorage    AK    99501 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Jermain Dunnagan & Owens Trust Account | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 5

Debtor   Aurora Gas, LLC
         Name

Case number (if known) 16-00130

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Helena Energy, LLC | agreement to assign commercial gas | | $ |
| | Address | See Attachment 1 | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | Mineral assignment of deep rights in 20,695 | July 1 2015 | $ |
| | Aurora K-F, LLC | acres (95.0325%) | | |
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | See Attachment 2 |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 6051 North Course Drive Suite 200 | From 06/01/2008 | To | 04/30/2014 |
| | Street | | | |
| | Houston  TX  77072 | | | |
| | City    State  ZIP Code | | | |
| 14.2. | | From | To | |
| | Street | | | |
| | City    State  ZIP Code | | | |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 6

Debtor   Aurora Gas, LLC                                  Case number (if known) 16-00130

### Part 8: Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

[x] No. Go to Part 9.
[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name / Street / City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: [ ] Electronically [ ] Paper |
| 15.2. Facility name / Street / City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: [ ] Electronically [ ] Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

[x] No.
[ ] Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
[ ] No
[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[ ] No. Go to Part 10.
[x] Yes. Does the debtor serve as plan administrator?

    [ ] No. Go to Part 10.
    [x] Yes. Fill in below:

Name of plan: Aurora Gas LLC 401K Profit Sharing Plan and Trust

Employer identification number of the plan
EIN: 9 1 – 2 0 3 8 3 6 3

Has the plan been terminated?
[x] No
[ ] Yes

Debtor  Aurora Gas, LLC  
       Name

Case number (if known) 16-00130

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Texas NA  (Name)<br>1401 McKinney Suite 1000  (Street)<br>Houston  TX  77010  (City/State/ZIP) | XXXX- 1 4 2 1 | ☐ Checking<br>☐ Savings<br>☒ Money market<br>☐ Brokerage<br>☐ Other____ | 10/16/2005 | $ 0.00 |
| 18.2. | (Name)<br>(Street)<br>(City/State/ZIP) | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Safesite, Inc.  (Name)<br>10303 Regal Row  (Street)<br>Houston  TX  77040  (City/State/ZIP) | Address | archive files (seismic) | ☐ No<br>☒ Yes |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 8

Debtor  Aurora Gas, LLC
       Name

Case number (if known) 16-00130

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[x] None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name <br> Street <br> City    State    ZIP Code | | | $_____ |

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

[x] No
[ ] Yes. Provide details below.

| Case title <br><br> Case number | Court or agency name and address <br> Name <br> Street <br> City    State    ZIP Code | Nature of the case | Status of case <br> [ ] Pending <br> [ ] On appeal <br> [ ] Concluded |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

[x] No
[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br> Street <br> City    State    ZIP Code | Name <br> Street <br> City    State    ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor   Aurora Gas, LLC
         Name

Case number (if known) 16-00130

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |

Debtor  Aurora Gas, LLC
Name

Case number (if known) 16-00130

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Patti Polk<br>Name<br>4645 Sweetwater Blvd Suite 200<br>Street<br>Sugar Land        TX        77479<br>City        State        ZIP Code | From 03/01/2011 To _____ |
| 26a.2. | Mary Novotny<br>Name<br>1400 West Benson Blvd Suite 410<br>Street<br>Anchorage        AK        99503<br>City        State        ZIP Code | From 03/01/2011 To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Tom Ames, CPA<br>Name<br>Blakely & Weeks-Thome PLLC<br>Street<br>6363 Woodway Cr., Suite 502<br>Houston        TX        77057<br>City        State        ZIP Code | From _____ To _____ |
| 26b.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | From _____ To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | |

Debtor  Aurora Gas, LLC                                    Case number (if known) 16-00130

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name<br>Street<br>City  State  ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.2.  various potential buyers received financial data on the Debtor
Name
Street
City  State  ZIP Code

**Name and address**

26d.2.  Name
Street
City  State  ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name
Street
City  State  ZIP Code

Debtor    Aurora Gas, LLC
            Name

Case number (if known) 16-00130

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City    State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rieck Oil, Inc. | See Attachment 3 | _____ | 100 |
| J. Edward Jones | See Attachment 4 | _____ | 0 |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attachment 5 | 6733 S. Yale Ave., Tulsa, OK 74136 | See Attachment 5 | From 2011 To 2015 |
| J Edward Jones | See Attachment 6 | See Attachment 6 | From 2011 To 2015 |
| Jim Sullivan | See Attachment 7 | _____ | From 2011 To 2015 |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. J. Edward Jones<br>Name<br>4645 Sweetwater Blvd Suite 200<br>Street<br>Sugar Land    TX    74136<br>City    State    ZIP Code<br>Relationship to debtor<br>President | See Attachment 8 | salary paid<br><br>end of each<br><br>month | salary |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor  Aurora Gas, LLC                                   Case number (if known) 16-00130
        Name

| Name and address of recipient | See Attachment 9 |
|---|---|
| J. Edward Jones | |
| Name | |
| Street | |
| City     State     ZIP Code | |
| Relationship to debtor | |
| President | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|
    | | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☐ No
    ☒ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the pension fund |
    |---|---|
    | Aurora Gas LLC 401K Profit Sharing Plan and Trust | EIN: 9 1 – 2 0 3 8 3 6 3 |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/01/2016
             MM / DD / YYYY

✗ s/J. Edward Jones                              Printed name  J. Edward Jones
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

## Attachment 1/2
### Debtor: Aurora Gas, LLC    Case No: 16-00130

Attachment 1

    contracts in exchange for right of first refusal to sell gas to Helena Energy

Attachment 2

    Transferee Name: Aurora Power Resources Inc.
    Description of Property Transferred, Payments Received, or Debts Paid in Exchange:
    mineral assignment of deep rights (4.2442%)
    Date of Transfer: July 1 2015
    Total Amount or Value:
    Transferee Name: Orion Exploration Partners
    Description of Property Transferred, Payments Received, or Debts Paid in Exchange:
    mineral assignment of deep rights (0.1100%)
    Date of Transfer: July 1 2015
    Total Amount or Value:

Attachment 3

    1029 West 3rd Avenue Suite 500, Anchorage, AK 99501

Attachment 4

    c/o Autora Gas LLC 4645 Sweetwater Blvd Suite 200, Sugar Land, TX 77479

Attachment 5

    Steve Zenthoefer c/o Kaiser Francis Oil Company

Attachment 5

    LLC Manager - represented Aurora K-F, LLC (which owned 95% of membership interests in Aurora Gas LLC at the time)

Attachment 6

    4645 Sweetwater Blvd Suite 200, Sugar Land , TX 77479

Attachment 6

    president and LLC manager - member of Orion Resources, LLC which owned .6133% interest in Debtor

Attachment 7

    c/o Kaiser Francis Oil Company 6733 S Yale Avenue, Tulsa, OK 74136

Attachment 8

    $201,500 in salary and $7,419.30 in matching 401(k) contributions; also $9,475.45 in expense reimbursements

Attachment 9

    assignment of 0.6133% interest in mineral interests at certain depths ("deep rights") in

Attachment 2/2
Debtor: Aurora Gas, LLC        Case No: 16-00130

20,695 acres (126.92 net acres) under or within cartain CIRI mineral rights in T11N R11W, T11N R12W and T12N R121W SM Kenai Peninsula Borough all leased to Apache Alaska foi 10 years in 2012.  Value hard to determine, maybe $25 per net acre or $3,173

1:52 PM
06/22/16
Accrual Basis

# Aurora Gas, LLC
## Account QuickReport
### As of June 13, 2016

| Type | Date | Num | Name | Name Street1 | Name Street2 | Name City | Name State | Name Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 03/25/2016 | 20684 | Premera Blue Cross Blue Shield of Alaska | Attention: Payment Processing | P.O. Box 91060 | Seattle | WA | 98111 | -13,819.49 |
| Bill Pmt -Check | 03/25/2016 | 20687 | Travelers | CL Remittance Center | P. O. Box 660317 | Dallas | TX | 75266-0317 | -13,320.75 |
| Bill Pmt -Check | 03/25/2016 | wire | AIX Energy LLC | 2441 High Timbers Dr. | Suite 120 | The Woodlands | TX | 77380 | -70,412.00 |
| Bill Pmt -Check | 03/28/2016 | 20690 | Blue Cross Blue Shield of Texas | Health Care Svc Corp | P. O. Box 731428 | Dallas | TX | 75373-1428 | -6,709.37 |
| Bill Pmt -Check | 03/31/2016 | wire | Kenai Beluga Pipeline | | | | | | -17,132.93 |
| Bill Pmt -Check | 04/07/2016 | 20692 | MagTec Alaska, LLC | 43385 Kenai Spur Hwy | | Kenai | AK | 99611 | -6,606.37 |
| Bill Pmt -Check | 04/25/2016 | wire | AIX Energy LLC | 2441 High Timbers Dr. | Suite 120 | The Woodlands | TX | 77380 | -94,085.00 |
| Bill Pmt -Check | 04/26/2016 | 20697 | Blue Cross Blue Shield of Texas | Health Care Svc Corp | P. O. Box 731428 | Dallas | TX | 75373-1428 | -6,709.37 |
| Bill Pmt -Check | 04/26/2016 | 20702 | Premera Blue Cross Blue Shield of Alaska | Attention: Payment Processing | P.O. Box 91060 | Seattle | WA | 98111 | -11,371.67 |
| Bill Pmt -Check | 04/26/2016 | 20873 | Shirleyville Enterprises, LLC | 1400 W. Benson | Suite 410 | Anchorage | AK | 99503 | -26,998.46 |
| Bill Pmt -Check | 04/26/2016 | 20875 | Pollard Wireline, Inc. | PO Box 1360 | | Kenai | AK | 99611 | -6,763.00 |
| Bill Pmt -Check | 04/26/2016 | 20876 | Shirleyville Enterprises, LLC | 1400 W. Benson | Suite 410 | Anchorage | AK | 99503 | -7,737.80 |
| Bill Pmt -Check | 04/29/2016 | wire | Kenai Beluga Pipeline | | | | | | -18,250.12 |
| Bill Pmt -Check | 05/25/2016 | wire | AIX Energy LLC | 2441 High Timbers Dr. | Suite 120 | The Woodlands | TX | 77380 | -66,770.00 |
| Bill Pmt -Check | 05/31/2016 | wire | Kenai Beluga Pipeline | | | | | | -17,435.95 |
| Bill Pmt -Check | 06/02/2016 | 20986 | Premera Blue Cross Blue Shield of Alaska | Attention: Payment Processing | P.O. Box 91060 | Seattle | WA | 98111 | -11,421.43 |
| Bill Pmt -Check | 06/02/2016 | paid online | IPFS Corporation | P. O. Box 730223 | | Dallas | TX | 75373-0223 | -6,677.86 |
| Bill Pmt -Check | 06/02/2016 | 20989 | Shirleyville Enterprises, LLC | 1400 W. Benson | Suite 410 | Anchorage | AK | 99503 | -12,639.93 |
| Bill Pmt -Check | 06/06/2016 | wire | Furie Operating Alaska, LLC | 100 Enterprise Ave. | | League City | TX | 77573 | -22,800.00 |
| | | | | | | | | | -437,661.50 |
| | | | | | | | | | -437,661.50 |
| | | | | | | | | | -437,661.50 |
| | | | | | | | | | -437,661.50 |

Form 207 Part 2 Question 3

Page 1 of 1