# UNITED STATES BANKRUPTCY COURT
# ALASKA

In Re:

    Aurora Gas, LLC,

        Debtor

Case No.   16-00130

# LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Rieck Oil, Inc.<br>1029 West Third Avenue Suite 500<br>Anchorage, AK 99501 | | 100% | membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I,  J. Edward Jones, President  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   June 30, 2016

Signature:   s/J. Edward Jones
Printed Name:   J. Edward Jones
Title:   President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**