David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| AURORA GAS, LLC, ) | Case No. A-16-00130 |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |

### MOTION TO MODIFY AND ASSUME DEBTOR'S LEASE OF OFFICE SPACE IN SUGAR LAND, TEXAS PURSUANT TO 11 U.S.C. § 365 (a)

Aurora Gas, LLC, debtor and debtor-in-possession, moves to modify its office space lease with Aurora Power Resources, LLC ("Aurora Power") and to assume the lease as modified.

In March, 2014, the Debtor, then under different ownership, agreed to lease its current office space in Sugar Land, Texas on a month to month basis subject to a 45 day written notice to terminate. The basic monthly rent for the 1240 square feet now being used the Debtor is now $4330. As is typical for commercial office leases, certain expenses and increases in expenses increases are also passed through to the lessee so that the total paid by Debtor each month currently is about $250.[1]

Since this agreement was made, the entire ownership of the Debtor was acquired by Rieck Oil, Inc., a Delaware corporation which is in turn owned by Kay Rieck, a German national. Debtor desires to

---

[1] There is no formal lease agreement; occupancy is pursuant to an exchange of emails between management of the Debtor and Aurora Power.

Page 1:     Motion to Modify and Assume Lease

reduce its lease costs, and Aurora Power is willing to reduce the monthly rent to $2700 basic rent plus expenses of about $250 in consideration of a modification to the current lease so that it will remain in effect through July 31, 2017. This will be a savings to the Debtor of $1630 per month or $19,560 for the next 12 months.

As explained in the accompanying declaration of J. Edward Jones, the Debtor's president, it would be possible for the Debtor to relocate in the Houston area and he has determined that comparable space is available for $2250 per month. However, to move the Debtor's furniture and records (which are considerable) and other up-front costs of a move will cost approximately $6000, which offsets any rental savings for at least 13 months.

In the Debtor's current circumstances, reducing current expenses is vital. Modifying this lease is a prudent exercise of the Debtor's business judgment and should be approved by this Court. Assuming the lease as modified at this time is also prudent as this will allow the Debtor to retain its Texas office space, a necessary component of its developing reorganization plan. Aurora Power has agreed to this proposal; all other parties in interest will benefit as the reduction in the Debtor's operating costs will improve the chances of the Debtor's long term survival.

Dated this 11th day of July, 2016.

**DAVID H. BUNDY, P.C.**
**Attorney for Debtor**

By: _/s/ David H. Bundy_
      David H. Bundy

Page 2:   Motion to Modify and Assume Lease

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of July, 2016, the foregoing document was served by ECF on

- U. S. Trustee
- Erik Leroy, Esq.
- Katherine Black, Esq.
- Joshua Wolfshohl, Esq.

By___/s/ David H. Bundy_____
      David H. Bundy