David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| AURORA GAS, LLC, ) | Case No. A-16-00130 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |

**DECLARATION J. EDWARD JONES IN SUPPORT OF MOTION TO MODIFY AND ASSUME DEBTOR'S LEASE OF OFFICE SPACE IN SUGAR LAND, TEXAS PURSUANT TO 11 U.S.C. § 365 (a)**

I, J. Edward Jones, state as follows under penalty of perjury.

1. I am the president of Aurora Gas, LLC, and make these statements on personal knowledge.

2. In March, 2014, the Debtor, then under different ownership, agreed to lease its current office space in Sugar Land, Texas on a month to month basis subject to a 45 day written notice to terminate. The basic monthly rent for the 1240 square feet now being used the Debtor is now $4330.00. As is typical for commercial office leases, certain expenses and increases in expenses increases are also passed through to the lessee so that the total paid by Debtor each month currently is about $250.[1]

3. Since this agreement was made, the entire ownership of the Debtor was acquired by Rieck Oil, Inc., a Delaware corporation which is in turn owned by Kay Rieck, a German national.

4. Debtor desires to reduce its lease costs, and Aurora Power is willing to reduce the monthly rent to $2700.00 basic rent plus expenses of about $250 in consideration of a modification to the current lease so that it will remain in effect through July 31, 2017. This will be a savings to

the Debtor of $1630.00 per month or $19,560.00 for the next 12 months.

5. I have researched alternative office space in the Houston area, and it would be possible for the Debtor to relocate to comparable space in the Houston area for $2250 per month. However, a professional mover's estimate of the cost to move the Debtor's furniture and records (which are considerable) and other up-front expenses related to a move is approximately $6000, which offsets any rental savings for at least 13 months.

6. I have discussed this possible modification with Scott Pfoff of Aurora Power and I believe Aurora Power will agree to this proposal.

Dated this 2nd day of July, 2016.

J. Edward Jones

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of July, 2016, the foregoing document was served by ECF on

- U. S. Trustee
- Erik Leroy, Esq.
- Katherine Black, Esq.
- Joshua Wolfshohl, Esq.

By____/s/ David H. Bundy_____

    David H. Bundy

Motion to Modify and Assume Lease – Page 1

[1] There is no formal lease agreement; occupancy is pursuant to an exchange of emails between management of the Debtor and Aurora Power.