David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AURORA GAS, LLC, | ) | Case No. A-16-00130 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**EX PARTE MOTION FOR AUTHORITY TO PAY FURIE OPERATING ALASKA'S INVOICE FOR GAS SOLD AND DELIVERED IN MAY, 2016**

Debtor moves ex parte for authority to pay $87,000 to Furie Operating Alaska, LLC ("Furie") for natural gas sold and delivered to the Debtor in May, 2016. The facts are described in the declaration of J. Edward Jones, President of the Debtor. Furie will stop supplying the Debtor unless this payment is made immediately and the Debtor has no other source of gas with which to fulfill its obligations to Tesoro Alaska; and without revenue from Tesoro the Debtor will not be able to continue operations.

This case was filed as an involuntary case on May 3, 2016 and an order for relief was entered June 14. Therefore all or nearly all of the gas covered by this invoice was sold during the "gap" period for which claims are entitled to priority under 11 U.S.C. § 502(f) and 507 (a)(3). To the extent the invoice is not covered by § 502(f) it should be treated as an administrative expense under § 503 (b)(9) (goods received within 20 days of the commencement of the case) which can be paid after notice and a hearing.

Motion for Authority to Pay Furie Invoice – Page 1

There is no secured debt in this case and no creditor has a claim of higher priority that Furie's pre-petition invoice so no creditor will be prejudiced by payment of this operating expense at this time and failure to pay it will jeopardize the chances for a successful reorganization.

Dated this 21st day of July, 2016.

DAVID H. BUNDY, P.C.
**Attorney for Debtor**

By:_/s/ David H. Bundy
    David H. Bundy

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 21st day of July, 2016, the foregoing document was served by ECF on

- U. S. Trustee
- Erik Leroy, Esq.
- Katherine Black, Esq.
- Joshua Wolfshohl, Esq.

By___/s/ David H. Bundy_____
    David H. Bundy