David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re:<br><br>AURORA GAS, LLC,<br><br>                                Debtor. | )<br>)<br>)    Case No. A-16-00130<br>)    Chapter 11<br>)<br>)<br>) |

**DECLARATION OF J. EDWARD JONES IN SUPPORT OF MOTION TO PAY FURIE OPERATING ALASKA'S INVOICE FOR GAS SOLD AND DELIVERED IN MAY, 2016**

I, J. Edward Jones, state as follows under penalty of perjury.

1. I am the President of Aurora Gas, LLC, and make these statements on personal knowledge.

2. My function at Aurora Gas is to oversee all management functions of the company including gas marketing, gas control, accounting and the management and payment of invoices sent to the company by its vendors and suppliers.

3. Aurora Gas' main source of revenue is the sale of natural gas to Tesoro Alaska, and without this revenue the Debtor will not be able to pay its ongoing operating expenses and would be forced to cease operations. Monthly revenue from the Tesoro contract is approximately $326,219 out of total monthly revenue of approximately $384,156 (based on the last three months average). The Debtor does not have sufficient working capital to manage a revenue shortfall of this magnitude.

4. Aurora Gas currently purchases some of its natural gas from Furie Operating

Motion for Authority to Pay Furie Invoice – Page 1

Alaska, Inc. ("Furie"). Furie bills monthly for these purchases and payment is due in 15 days from the invoice date

5. Exhibit 1 to this declaration is Furie's invoice for $84,000 for gas supplied to the Debtor in May, 2016. Debtor has not paid this invoice but requests permission to do so because Furie has told me that it will cease supplying gas immediately unless payment is made. The deadline for payment, according to Furie, is July 22nd.

6. There is no alternative source of supplemental gas which would allow the Debtor to continue supplying Tesoro volumes as required, so without the Furie gas the Debtor will need to stop operating.

7. There is no agreement with Furie under which Furie is required to continue sales to the Debtor, but Furie managers have told me that sales will continue as long as payments are current.

8. The Debtor is owned by Rieck Oil, Inc., a Delaware corporation. I understand that Rieck Oil is owned by Key Rieck, a German national. I also understand the Mr. Rieck, acting through other subsidiaries, has a minority interest in Furie,

Dated this 20th day of July, 2016.

J. Edward Jones

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 21st day of July, 2016, the foregoing document was served by ECF on

- U. S. Trustee
- Erik Leroy, Esq.
- Katherine Black, Esq.
- Joshua Wolfshohl, Esq.

By___/s/ David H. Bundy_____
    David H. Bundy

Motion for Authority to Pay Furie Invoice – Page 2

**Furie Operating Alaska, LLC**

100 Enterprise Ave
League City, TX 77573

# Invoice

Invoice Number: AG201605

Aurora Gas, LLC
Attn: Patti S. Polk
4645 Sweetwater Blvd, Suite 200, Sugarland, TX 77479

Account: 1050-AUR01
Date: 06/10/2016

Net Due: NET 15 DAYS

| PRODUCTION DATE | TYPE | MCF | PRICE | AMOUNT |
|---|---|---|---|---|
| May-16 | Natural Gas Sales | 14,500.00 | 6.00 | $ 87,000.00 |

Furie Operating Alaska, LLC remittance information:

Wire Payment Instructions:

**Cornucopia Oil & Gas Company, LLC**
Wells Fargo Bank, N.A
420 Montgomery
San Francisco, CA 94104
Phone Number: (515) 243-2131
Account Name: Corporate Trust Clearing Account
Account Number: 0001038377
ABA/Routing: 121000248
For Further Credit To (FFC) Account #: 48675504
FFC Account Name: Cornucopia Gas Proceeds A/C

Email invoice copy to:
pspolk@aurorapower.com

Aurora Tel: 28-495-9957
Aurora Mobil: 281-443-3040

Furie Email Contact: c.gaither@furieAlaska.com

Exhibit 1