UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AURORA GAS, LLC, | ) | Case No. A-16-00130-GS |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING EX PARTE MOTION FOR AUTHORITY TO PAY FURIE
OPERATING ALASKA'S INVOICE FOR GAS SOLD AND DELIVERED IN MAY, 2016**

Debtor has moved ex parte for authority to pay $87,000 to Furie Operating Alaska, LLC. ("Furie") for natural gas sold and delivered to the Debtor in May, 2016. The facts are described in the declaration of J. Edward Jones, President of the Debtor. From the facts set out in the Jones declaration and the information in the Debtor's filed schedules, it appears that payment of this expense is essential to the Debtor's ongoing operations and creditors will not be prejudiced by payment of this expense at this time.[1]

Good cause being shown, the motion is granted and the Debtor may promptly pay the Furie invoice.

Dated this 21st day of July, 2016.

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  David Bundy, Esq.
ECF Participants per NEF
SVS

---

[1] The underlying invoice for the $87,000.00 payment is dated June 10, 2016. It is unclear to the court why this matter had to be considered on shortened time. Ex parte consideration is not a matter of right, and, generally, a debtor's delay in bringing a matter before the court is not considered good cause for such relief. However, given the absence of any secured debt in this case, the significance of the matter, and the debtor's representations regarding its debt structure, the court finds good cause for ex parte relief in this specific instance.