# Notice Recipients

District/Off: 097−−3     User: admin     Date Created: 7/21/2016
Case: 16−00130     Form ID: pdfcrs     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     David H. Bundy     dhb@alaska.net

TOTAL: 1