UST-10 COVER SHEET

# MONTHLY FINANCIAL REPORT FOR CORPORATE OR PARTNERSHIP DEBTOR

Case No. 16-00130

Report Month/Year 05/2016

Debtor Aurora Gas, LLC

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| Form | Description | Yes | No |
|---|---|---|---|
| UST-12 | **Comparative Balance Sheet** or debtor's balance sheet. The debtor=s balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ✓ | |
| UST-13 | **Comparative Income Statement** or debtor's income statement. | ✓ | |
| UST-14 | **Summary of Deposits and Disbursements** | ✓ | |
| UST-14 Continuation Sheets | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ✓ | |
| UST-15 | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ✓ | |
| UST-16 | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ✓ | |
| UST-17 | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | | |

## CONTACT INFORMATION

Who is the best person to contact if the UST has questions about this report?

Name: Patti Polk
Telephone: 281-433-3040
Email: p.polk@auroragasllc.com

| | Case Number | 16-00130 |
|---|---|---|
| Debtor *Aurora Gas, LLC* | Report Mo/Yr | 05/2016 |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐  No ☒
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 551,573.26

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature: *[signature: J Edward Jones]*    Date: 7/26/16

Debtor: Aurora Gas, LLC
Case Number: 16-00130
Report Mo/Yr: 05/2016

## UST-12, COMPARATIVE BALANCE SHEET

*See attached*

| As of month ending | | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| **TOTAL ASSETS** | | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(cont'd. on next page)

| Debtor | Aurora Gas, LLC | Case Number | 16-00130 |
|---|---|---|---|
| | | Report Mo/Yr | 05/2016 |

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

| As of month ending | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholder's Equity (Or Deficit) | | | |
| Partners= Investment (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS EQUITY OR PARTNERS INVESTMENT | | | |

Footnotes to balance sheet:

# Aurora Gas, LLC
# Balance Sheet
## As of May 31, 2016

|  | May 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash & Cash Equivalents | 398,758.43 |
| **Total Checking/Savings** | 398,758.43 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable-Trade | 1,341,795.06 |
| **Total Accounts Receivable** | 1,341,795.06 |
| | |
| **Other Current Assets** | |
| Deposits | 15,625.00 |
| Inventory | 966,964.68 |
| Prepaid Costs | 204,132.66 |
| **Total Other Current Assets** | 1,186,722.34 |
| | |
| **Total Current Assets** | 2,927,275.83 |
| | |
| **Fixed Assets** | |
| Oil & Gas Properties | 6,225,774.67 |
| Other Plant & Equipment | 31,985.14 |
| **Total Fixed Assets** | 6,257,759.81 |
| | |
| **Other Assets** | |
| Investment - CISPRI Partners LP | 3,157.00 |
| **Total Other Assets** | 3,157.00 |
| | |
| **TOTAL ASSETS** | 9,188,192.64 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,629,927.86 |
| **Total Accounts Payable** | 1,629,927.86 |
| | |
| **Other Current Liabilities** | |
| Royalty Held in Suspense | 122,872.64 |
| Sales Tax Payable | -15.98 |
| Surface Use Fees-Liability | 305,000.00 |
| **Total Other Current Liabilities** | 427,856.66 |
| | |
| **Total Current Liabilities** | 2,057,784.52 |
| | |
| **Total Liabilities** | 2,057,784.52 |
| | |
| **Equity** | |
| Capital Investment | 67,940,990.26 |
| Distribution | -7,500,001.00 |
| Excess Depletion | 4,789,300.72 |
| Retained Earnings | -57,789,524.91 |
| Net Income | -310,356.95 |
| **Total Equity** | 7,130,408.12 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 9,188,192.64 |

## Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Amount |
|---|---|---|---|---|---|
| Bill | 11/09/2015 | 2.017-1501 | Tyonek Contractors, LLC | 12/09/2015 | 65,627.39 |
| Bill | 11/13/2015 | 153619 | Weaver Bros., Inc. | 12/13/2015 | 16,060.00 |
| Bill | 11/17/2015 | 2012 | Aurora Well Service, LLC | 12/17/2015 | 7,770.90 |
| Bill | 11/23/2015 | 6056 | Tripoint Alaska LLC | 12/23/2015 | 21,830.00 |
| Bill | 11/23/2015 | 153706 | Weaver Bros., Inc. | 12/23/2015 | 1,700.00 |
| Bill | 11/23/2015 | 153708 | Weaver Bros., Inc. | 12/23/2015 | 11,600.00 |
| Bill | 11/23/2015 | 153709 | Weaver Bros., Inc. | 12/23/2015 | 12,920.00 |
| Bill | 11/23/2015 | 153710 | Weaver Bros., Inc. | 12/23/2015 | 15,624.50 |
| Bill | 11/23/2015 | 19020-002 | ASRC Energy Services | 12/23/2015 | 10,000.00 |
| Bill | 11/23/2015 | 153723 | Weaver Bros., Inc. | 12/23/2015 | 24,181.00 |
| Bill | 11/24/2015 | M69106 | Tanks-A-Lot, Inc. | 12/24/2015 | 16,955.00 |
| Bill | 11/24/2015 | 2021 | Aurora Well Service, LLC | 12/24/2015 | 64,189.24 |
| Bill | 11/25/2015 | 2022 | Aurora Well Service, LLC | 12/25/2015 | 9,969.29 |
| Bill | 12/01/2015 | 100115 | State Wide Oil Field Services, LLC | 12/11/2015 | 6,462.36 |
| Bill | 12/01/2015 | 90255944 | Expro Americas, LLC | 12/31/2015 | 29,766.83 |
| Bill | 12/01/2015 | 2028 | Aurora Well Service, LLC | 12/31/2015 | 19,319.24 |
| Bill | 12/01/2015 | 2026 | Aurora Well Service, LLC | 12/31/2015 | 2,892.52 |
| Bill | 12/02/2015 | 77356 | SolstenXP Inc. | 01/01/2016 | 13,700.00 |
| Bill | 12/07/2015 | 153773 | Weaver Bros., Inc. | 01/06/2016 | 15,820.00 |
| Bill | 12/07/2015 | 153774 | Weaver Bros., Inc. | 01/06/2016 | 16,073.50 |
| Bill | 12/07/2015 | 001 | Boatright & Sons LLC | 01/06/2016 | 17,094.00 |
| Bill | 12/08/2015 | 2031 | Aurora Well Service, LLC | 01/07/2016 | 7,681.15 |
| Bill | 12/08/2015 | 2029 | Aurora Well Service, LLC | 01/07/2016 | 69.50 |
| Bill | 12/10/2015 | 2.016-1502 | Tyonek Contractors, LLC | 01/09/2016 | 13,980.02 |
| Bill | 12/10/2015 | 2.006-1509 | Tyonek Contractors, LLC | 01/09/2016 | 30,401.95 |
| Bill | 12/14/2015 | 12468403 RI | Weatherford U.S., L.P. | 01/13/2016 | 2,536.44 |
| Bill | 12/15/2015 | 2033 | Aurora Well Service, LLC | 01/14/2016 | 3,639.32 |
| Bill | 12/15/2015 | 2034 | Aurora Well Service, LLC | 01/14/2016 | 395.37 |
| Bill | 12/16/2015 | 169855 | New Tech Global Ventures LLC | 01/15/2016 | 19,800.00 |
| Bill | 12/16/2015 | 153894 | Weaver Bros., Inc. | 01/15/2016 | 7,251.75 |
| Bill | 12/17/2015 | 77426 | SolstenXP Inc. | 01/16/2016 | 719.68 |
| Bill | 12/18/2015 | 2032 | Aurora Well Service, LLC | 01/17/2016 | 277.19 |
| Bill | 12/21/2015 | 170232 | New Tech Global Ventures LLC | 01/20/2016 | 13,950.00 |
| Bill | 12/21/2015 | 170234 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170235 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170236 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170240 | New Tech Global Ventures LLC | 01/20/2016 | 3,100.00 |
| Bill | 12/21/2015 | 170241 | New Tech Global Ventures LLC | 01/20/2016 | 3,606.00 |
| Bill | 12/21/2015 | 170238 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/22/2015 | 2038 | Aurora Well Service, LLC | 01/21/2016 | 2,519.07 |
| Bill | 12/22/2015 | 153952 | Weaver Bros., Inc. | 01/21/2016 | 36,207.75 |
| Bill | 12/28/2015 | 8442-A | Pollard Wireline, Inc. | 01/27/2016 | 14,658.00 |
| Bill | 12/28/2015 | 8441-A | Pollard Wireline, Inc. | 01/27/2016 | 1,822.00 |
| Bill | 12/28/2015 | 8440-A | Pollard Wireline, Inc. | 01/27/2016 | 1,635.00 |
| Bill | 12/28/2015 | 8427-A | Pollard Wireline, Inc. | 01/27/2016 | 6,936.00 |
| Bill | 12/28/2015 | M69766 | Tanks-A-Lot, Inc. | 01/27/2016 | 45,939.00 |
| Bill | 12/28/2015 | M69767 | Tanks-A-Lot, Inc. | 01/27/2016 | 19,407.00 |
| Bill | 12/31/2015 | 2040 | Aurora Well Service, LLC | 01/30/2016 | 1,882.07 |
| Bill | 12/31/2015 | 2042 | Aurora Well Service, LLC | 01/30/2016 | 131.79 |
| Bill | 12/31/2015 | 91932197 | Cook Inlet Tug & Barge Inc. | 01/30/2016 | 42,553.11 |
| Bill | 01/01/2016 | RKH080515 | RKH, LLC | 01/21/2016 | 7,000.00 |
| Bill | 01/04/2016 | 40281 | Knight Oil Tools | 02/03/2016 | 54,712.35 |
| Bill | 01/04/2016 | 154026 | Weaver Bros., Inc. | 02/03/2016 | 1,626.00 |
| Bill | 01/06/2016 | 002 | Boatright & Sons LLC | 02/05/2016 | 13,252.00 |
| Bill | 01/06/2016 | 15122199 | Coffman Engineers, Inc | 02/05/2016 | 762.00 |
| Bill | 01/06/2016 | 2121 | Shirleyville Enterprises, LLC | 02/05/2016 | 5,928.70 |
| Bill | 01/06/2016 | 2045 | Aurora Well Service, LLC | 02/05/2016 | 2,101.72 |
| Bill | 01/06/2016 | 2043 | Aurora Well Service, LLC | 02/05/2016 | 71.75 |
| Bill | 01/07/2016 | 19020-003 | ASRC Energy Services | 02/06/2016 | 1,449.43 |
| Bill | 01/11/2016 | 2.016-1601 | Tyonek Contractors, LLC | 02/10/2016 | 7,043.34 |
| Bill | 01/11/2016 | 2.006-1601 | Tyonek Contractors, LLC | 02/10/2016 | 13,019.65 |
| Bill | 01/12/2016 | 2046 | Aurora Well Service, LLC | 02/11/2016 | 174.48 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Amount |
|------|------|-----|------|----------|--------|
| Bill | 01/13/2016 | 2048 | Aurora Well Service, LLC | 02/12/2016 | 87.86 |
| Bill | 01/13/2016 | 2049 | Aurora Well Service, LLC | 02/12/2016 | 542.16 |
| Bill | 01/13/2016 | 2123 | Shirleyville Enterprises, LLC | 02/12/2016 | 6,368.95 |
| Bill | 01/13/2016 | 154141 | Weaver Bros., Inc. | 02/12/2016 | 924.00 |
| Bill | 01/19/2016 | 160015 | Weaver Bros., Inc. | 02/18/2016 | 1,131.25 |
| Bill | 01/19/2016 | 2052 | Aurora Well Service, LLC | 02/18/2016 | 254.02 |
| Bill | 01/20/2016 | 2053 | Aurora Well Service, LLC | 02/19/2016 | 1,596.55 |
| Bill | 01/20/2016 | 2124 | Shirleyville Enterprises, LLC | 02/19/2016 | 6,726.70 |
| Bill | 01/22/2016 | M70114 | Tanks-A-Lot, Inc. | 02/21/2016 | 31,329.00 |
| Bill | 01/22/2016 | M70115 | Tanks-A-Lot, Inc. | 02/21/2016 | 11,367.00 |
| Bill | 01/25/2016 | 2056 | Aurora Well Service, LLC | 02/24/2016 | 241.62 |
| Bill | 01/25/2016 | 2059 | Aurora Well Service, LLC | 02/24/2016 | 180.99 |
| Bill | 01/25/2016 | 2129 | Shirleyville Enterprises, LLC | 02/24/2016 | 6,312.61 |
| Bill | 01/28/2016 | 15465 | Petrotechnical Resources of AK, LLC | 02/27/2016 | 9,913.75 |
| Bill | 02/02/2016 | 160121 | Weaver Bros., Inc. | 03/03/2016 | 668.50 |
| Bill | 02/02/2016 | 2134 | Shirleyville Enterprises, LLC | 03/03/2016 | 6,436.51 |
| Bill | 02/02/2016 | 2060 | Aurora Well Service, LLC | 03/03/2016 | 542.16 |
| Bill | 02/08/2016 | M70267 | Tanks-A-Lot, Inc. | 03/09/2016 | 2,343.00 |
| Bill | 02/08/2016 | M70266 | Tanks-A-Lot, Inc. | 03/09/2016 | 10,497.00 |
| Bill | 02/08/2016 | 2062 | Aurora Well Service, LLC | 03/09/2016 | 79.54 |
| Bill | 02/09/2016 | 2135 | Shirleyville Enterprises, LLC | 03/10/2016 | 6,695.49 |
| Bill | 02/09/2016 | 2063 | Aurora Well Service, LLC | 03/10/2016 | 241.62 |
| Bill | 02/09/2016 | 2065 | Aurora Well Service, LLC | 03/10/2016 | 1,376.87 |
| Bill | 02/09/2016 | 2.006-1602 | Tyonek Contractors, LLC | 03/10/2016 | 10,145.32 |
| Bill | 02/11/2016 | 527128 | Industrial Instrument Services, Inc. | 03/12/2016 | 1,241.00 |
| Bill | 02/16/2016 | 90106336 | Enerflex Energy Services (US) Inc. | 03/17/2016 | 1,517.79 |
| Bill | 02/17/2016 | 2067 | Aurora Well Service, LLC | 03/18/2016 | 174.48 |
| Bill | 02/17/2016 | 2069 | Aurora Well Service, LLC | 03/18/2016 | 429.86 |
| Bill | 02/17/2016 | 2139 | Shirleyville Enterprises, LLC | 03/18/2016 | 6,437.74 |
| Bill | 02/17/2016 | 527153 | Industrial Instrument Services, Inc. | 03/18/2016 | 318.00 |
| Bill | 02/17/2016 | 527155 | Industrial Instrument Services, Inc. | 03/18/2016 | 499.51 |
| Bill | 02/19/2016 | 160236 | Weaver Bros., Inc. | 03/20/2016 | 1,143.75 |
| Bill | 02/22/2016 | 5587 | AIMM Technologies, Inc. | 03/23/2016 | 104,901.00 |
| Bill | 02/22/2016 | 5641 | Alaska Eco Resources, LLC | 03/23/2016 | 118,800.00 |
| Bill | 02/23/2016 | 2141 | Shirleyville Enterprises, LLC | 03/24/2016 | 6,293.86 |
| Bill | 02/23/2016 | 2070 | Aurora Well Service, LLC | 03/24/2016 | 180.99 |
| Bill | 02/23/2016 | 2071 | Aurora Well Service, LLC | 03/24/2016 | 175.72 |
| Bill | 02/29/2016 | 2146 | Shirleyville Enterprises, LLC | 03/30/2016 | 6,309.62 |
| Bill | 03/01/2016 | 1416993 | Air Liquide America L.P. | 03/11/2016 | 577.25 |
| Bill | 03/01/2016 | 2074 | Aurora Well Service, LLC | 03/31/2016 | 70.30 |
| Bill | 03/01/2016 | 2075 | Aurora Well Service, LLC | 03/31/2016 | 62.22 |
| Bill | 03/01/2016 | 2077 | Aurora Well Service, LLC | 03/31/2016 | 197.69 |
| Bill | 03/03/2016 | 11870 | Northern Industrial Training, LLC | 04/02/2016 | 2,432.25 |
| Bill | 03/03/2016 | 527193 | Industrial Instrument Services, Inc. | 04/02/2016 | 2,182.00 |
| Bill | 03/08/2016 | 2079 | Aurora Well Service, LLC | 04/07/2016 | 135.74 |
| Bill | 03/08/2016 | 2150 | Shirleyville Enterprises, LLC | 04/07/2016 | 6,275.08 |
| Bill | 03/09/2016 | 527220 | Industrial Instrument Services, Inc. | 04/08/2016 | 477.00 |
| Bill | 03/10/2016 | 2.006-1603 | Tyonek Contractors, LLC | 04/09/2016 | 6,263.79 |
| Bill | 03/14/2016 | 8609134 | Alaska Pump and Supply | 04/13/2016 | 368.00 |
| Bill | 03/15/2016 | 692 | North Air Inc. | 04/14/2016 | 440.00 |
| Bill | 03/15/2016 | 2081 | Aurora Well Service, LLC | 04/14/2016 | 249.31 |
| Bill | 03/15/2016 | 2151 | Shirleyville Enterprises, LLC | 04/14/2016 | 6,205.94 |
| Bill | 03/15/2016 | 2083 | Aurora Well Service, LLC | 04/14/2016 | 373.41 |
| Bill | 03/18/2016 | 527234 | Industrial Instrument Services, Inc. | 04/17/2016 | 1,071.00 |
| Bill | 03/18/2016 | 90110439 | Enerflex Energy Services (US) Inc. | 04/17/2016 | 4,139.09 |
| Bill | 03/22/2016 | 2152 | Shirleyville Enterprises, LLC | 04/21/2016 | 6,430.04 |
| Bill | 03/22/2016 | 2086 | Aurora Well Service, LLC | 04/21/2016 | 361.98 |
| Bill | 03/23/2016 | 527256 | Industrial Instrument Services, Inc. | 04/22/2016 | 2,282.00 |
| Bill | 03/23/2016 | 16966 | Kenai Aviation, Inc | 04/22/2016 | 322.50 |
| Bill | 03/23/2016 | 699 | North Air Inc. | 04/22/2016 | 440.00 |
| Bill | 03/28/2016 | M70739 | Tanks-A-Lot, Inc. | 04/27/2016 | 398.20 |
| Bill | 03/28/2016 | 909309994 | DNOW L.P. | 04/27/2016 | 1,292.37 |

5:09 PM
07/25/16

Case 16-00130    Filed 07/27/16    Entered 09/29/16 11:31:57    Doc# 66    Page 8 of 12

Aurora Gas, LLC
A/R Aging Detail
As of May 31, 2016

| Type | Date | Num | Name | Due Date | Amount |
|---|---|---|---|---|---|
| Bill | 03/29/2016 | 2089 | Aurora Well Service, LLC | 04/28/2016 | 1,365.87 |
| Bill | 03/29/2016 | 2156 | Shirleyville Enterprises, LLC | 04/28/2016 | 6,664.23 |
| Bill | 03/29/2016 | 2090 | Aurora Well Service, LLC | 04/28/2016 | 329.48 |
| Bill | 03/30/2016 | 16979 | Kenai Aviation, Inc | 04/29/2016 | 391.56 |
| Bill | 04/01/2016 | 90114197 | Enerflex Energy Services (US) Inc. | 05/01/2016 | 1,207.93 |
| Bill | 04/01/2016 | 90114210 | Enerflex Energy Services (US) Inc. | 05/01/2016 | 544.36 |
| Bill | 04/01/2016 | 1419183 | Air Liquide America L.P. | 04/11/2016 | 615.75 |
| Bill | 04/05/2016 | 16991 | Kenai Aviation, Inc | 05/05/2016 | 161.25 |
| Bill | 04/05/2016 | 2092 | Aurora Well Service, LLC | 05/05/2016 | 75.00 |
| Bill | 04/05/2016 | 2093 | Aurora Well Service, LLC | 05/05/2016 | 475.11 |
| Bill | 04/05/2016 | 2160 | Shirleyville Enterprises, LLC | 05/05/2016 | 6,445.24 |
| Bill | 04/06/2016 | 2095 | Aurora Well Service, LLC | 05/06/2016 | 241.62 |
| Bill | 04/06/2016 | I160555 | TTT Environmental | 05/06/2016 | 310.00 |
| Bill | 04/07/2016 | 527282 | Industrial Instrument Services, Inc. | 05/07/2016 | 318.00 |
| Bill | 04/07/2016 | 90114979 | Enerflex Energy Services (US) Inc. | 05/07/2016 | 75.15 |
| Bill | 04/07/2016 | 2.006-1604 | Tyonek Contractors, LLC | 05/07/2016 | 11,111.73 |
| Bill | 04/07/2016 | March Activity | Spernak Airways, Inc. | 05/07/2016 | 1,319.50 |
| Bill | 04/10/2016 | | Robert E. Pledger | 04/20/2016 | 812.50 |
| Bill | 04/11/2016 | 527293 | Industrial Instrument Services, Inc. | 05/11/2016 | 1,241.00 |
| Bill | 04/11/2016 | 897 4/8 | S & J Automotive | 05/11/2016 | 415.00 |
| Bill | 04/11/2016 | 177 3/29 | S & J Automotive | 05/11/2016 | 894.00 |
| Bill | 04/11/2016 | 701 3/31 | S & J Automotive | 05/11/2016 | 360.00 |
| Bill | 04/11/2016 | AK80-864480 | Motion Industries | 05/11/2016 | 1,772.79 |
| Bill | 04/11/2016 | 2/10 701 | S & J Automotive | 05/11/2016 | 150.00 |
| Bill | 04/11/2016 | 2/10 540 | S & J Automotive | 05/11/2016 | 30.00 |
| Bill | 04/11/2016 | 2/3 367 | S & J Automotive | 05/11/2016 | 80.00 |
| Bill | 04/11/2016 | 1/22 411 | S & J Automotive | 05/11/2016 | 367.00 |
| Bill | 04/12/2016 | 551 | North Air Inc. | 05/12/2016 | 4,350.00 |
| Bill | 04/12/2016 | 17001 | Kenai Aviation, Inc | 05/12/2016 | 375.63 |
| Bill | 04/12/2016 | 90115207 | Enerflex Energy Services (US) Inc. | 05/12/2016 | 260.75 |
| Bill | 04/12/2016 | 2162 | Shirleyville Enterprises, LLC | 05/12/2016 | 6,194.69 |
| Bill | 04/12/2016 | 2096 | Aurora Well Service, LLC | 05/12/2016 | 254.02 |
| Bill | 04/18/2016 | 8522-A | Pollard Wireline, Inc. | 05/18/2016 | 1,822.00 |
| Bill | 04/18/2016 | 8523-A | Pollard Wireline, Inc. | 05/18/2016 | 5,391.00 |
| Bill | 04/18/2016 | 8524-A | Pollard Wireline, Inc. | 05/18/2016 | 3,874.00 |
| Bill | 04/18/2016 | 8525-A | Pollard Wireline, Inc. | 05/18/2016 | 1,012.00 |
| Bill | 04/18/2016 | ANCS0658384 | N C Machinery Co. | 05/18/2016 | 790.17 |
| Bill | 04/18/2016 | 2164 | Shirleyville Enterprises, LLC | 05/18/2016 | 6,187.49 |
| Bill | 04/18/2016 | 2099 | Aurora Well Service, LLC | 05/18/2016 | 361.98 |
| Bill | 04/18/2016 | 2098 | Aurora Well Service, LLC | 05/18/2016 | 75.00 |
| Bill | 04/19/2016 | 17011 | Kenai Aviation, Inc | 05/19/2016 | 161.25 |
| Bill | 04/19/2016 | 2101 | Aurora Well Service, LLC | 05/19/2016 | 351.44 |
| Bill | 04/19/2016 | 725 | North Air Inc. | 05/19/2016 | 440.00 |
| Bill | 04/20/2016 | 367 4/19 | S & J Automotive | 05/20/2016 | 486.00 |
| Bill | 04/25/2016 | | Blakely & Weeks-Thome, PLLC | 05/05/2016 | 387.50 |
| Bill | 04/25/2016 | | Weatherford Laboratories, Inc. | 05/25/2016 | 102.00 |
| Bill | 04/25/2016 | | Fast PC Networks | 04/25/2016 | 882.42 |
| Bill | 04/26/2016 | 2174 | Shirleyville Enterprises, LLC | 05/26/2016 | 6,497.81 |
| Bill | 04/26/2016 | 2104 | Aurora Well Service, LLC | 05/26/2016 | 662.98 |
| Bill | 04/26/2016 | 37442 | Satellite Alaska | 04/26/2016 | 104.55 |
| Bill | 04/26/2016 | 37608 | Satellite Alaska | 04/26/2016 | 104.55 |
| Credit | 04/26/2016 | 2175 | Shirleyville Enterprises, LLC | | -3,209.18 |
| Bill | 04/27/2016 | 17023 | Kenai Aviation, Inc | 05/27/2016 | 322.50 |
| Bill | 04/28/2016 | 68543 | Everts Air Fuel, Inc. | 05/28/2016 | 5,947.00 |
| Bill | 04/30/2016 | | Furie Operating Alaska, LLC | 05/10/2016 | 22,800.00 |
| Bill | 04/30/2016 | | G. Scott Pfoff | 05/10/2016 | 17.99 |
| Bill | 04/30/2016 | | Aurora K-F | 05/10/2016 | 5,456.77 |
| Bill | 04/30/2016 | | Aurora Power Resources, Inc.-vendor | 05/10/2016 | 4,092.57 |
| Bill | 04/30/2016 | | Exxon Mobil Corporation | 05/10/2016 | 1,638.75 |
| Bill | 05/01/2016 | | Principal Life | 05/11/2016 | 568.82 |
| Bill | 05/01/2016 | | SafeSite Inc | 05/11/2016 | 101.50 |
| Bill | 05/02/2016 | 527342 | Industrial Instrument Services, Inc. | 06/01/2016 | 2,067.50 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Amount | |
|---|---|---|---|---|---|---|
| Bill | 05/02/2016 | 87155 | Anchorage Chamber of Commerce | 06/01/2016 | 361.00 | |
| Bill | 05/02/2016 | 1421367 | Air Liquide America L.P. | 05/12/2016 | 596.50 | |
| Bill | 05/03/2016 | 2176 | Shirleyville Enterprises, LLC | 06/02/2016 | 6,370.16 | |
| Bill | 05/03/2016 | 2109 | Aurora Well Service, LLC | 06/02/2016 | 241.62 | |
| Bill | 05/03/2016 | 2108 | Aurora Well Service, LLC | 06/02/2016 | 294.12 | |
| Bill | 05/03/2016 | 2105 | Aurora Well Service, LLC | 06/02/2016 | 72.65 | |
| Bill | 05/03/2016 | 11870b | Northern Industrial Training, LLC | 06/02/2016 | 504.87 | |
| Bill | 05/03/2016 | 3086-160614 | O'Reilly Auto Parts | 05/03/2016 | 335.39 | |
| Bill | 05/03/2016 | 3086-160759 | O'Reilly Auto Parts | 05/03/2016 | 192.75 | |
| Bill | 05/03/2016 | 3086-160939 | O'Reilly Auto Parts | 05/03/2016 | 346.38 | |
| Bill | 05/03/2016 | 3086-160994 | O'Reilly Auto Parts | 05/03/2016 | 180.06 | |
| Bill | 05/03/2016 | 3086-162500 | O'Reilly Auto Parts | 05/03/2016 | 115.42 | |
| Bill | 05/03/2016 | 3086-162560 | O'Reilly Auto Parts | 05/03/2016 | 475.98 | |
| Bill | 05/03/2016 | 3086-163852 | O'Reilly Auto Parts | 05/03/2016 | 277.97 | |
| Bill | 05/03/2016 | 3086-164841 | O'Reilly Auto Parts | 05/03/2016 | 120.57 | |
| Bill | 05/03/2016 | BER 4/5 to 5/2 | David L. Boelens BER | 05/13/2016 | 850.29 | Total Pre-Petition |
| Bill | 05/03/2016 | | BDO USA, LLP | 05/13/2016 | 2,829.75 | 1,334,759.93 |
| Bill | 05/04/2016 | 17031 | Kenai Aviation, Inc | 06/03/2016 | 161.25 | |
| Bill | 05/04/2016 | | Willis of Texas, Inc. - HRH | 06/03/2016 | 1,404.00 | |
| Bill | 05/04/2016 | | IPFS Corporation | 05/12/2016 | 6,677.86 | |
| Bill | 05/04/2016 | 0002753598 | Alaska Waste | 05/19/2016 | 235.19 | |
| Bill | 05/09/2016 | 527352 | Industrial Instrument Services, Inc. | 06/08/2016 | 154.50 | |
| Bill | 05/09/2016 | 527366 | Industrial Instrument Services, Inc. | 06/08/2016 | 671.50 | |
| Bill | 05/10/2016 | 17041 | Kenai Aviation, Inc | 06/09/2016 | 431.41 | |
| Bill | 05/10/2016 | 1160422 | Three Mile Creek Services, Inc. | 06/09/2016 | 147.39 | |
| Bill | 05/10/2016 | 909459401 | DNOW L.P. | 06/09/2016 | 468.86 | |
| Bill | 05/10/2016 | 37801 | Satellite Alaska | 05/10/2016 | 104.55 | |
| Bill | 05/13/2016 | April Activity | Spernak Airways, Inc. | 06/12/2016 | 1,152.51 | |
| Bill | 05/15/2016 | 374324 | Chugach Electric | 05/30/2016 | 308.15 | |
| Bill | 05/15/2016 | 375068 | Chugach Electric | 05/30/2016 | 433.71 | |
| Bill | 05/17/2016 | 527388 | Industrial Instrument Services, Inc. | 06/16/2016 | 180.25 | |
| Bill | 05/17/2016 | 527387 | Industrial Instrument Services, Inc. | 06/16/2016 | 1,301.50 | |
| Bill | 05/17/2016 | 17049 | Kenai Aviation, Inc | 06/16/2016 | 161.25 | |
| Bill | 05/17/2016 | ANCS0660795 | N C Machinery Co. | 06/16/2016 | 572.92 | |
| Bill | 05/17/2016 | 757 | North Air Inc. | 06/16/2016 | 440.00 | |
| Bill | 05/17/2016 | | Fast PC Networks | 05/17/2016 | 441.21 | |
| Bill | 05/17/2016 | | 1400 West Benson, LLC | 05/27/2016 | 6,522.90 | |
| Bill | 05/17/2016 | | Blue Cross Blue Shield of Texas | 05/27/2016 | 4,438.45 | |
| Bill | 05/17/2016 | | United Healthcare | 05/27/2016 | 348.06 | |
| Bill | 05/19/2016 | 183465 | Alaska Oil Sales | 06/18/2016 | 2,630.80 | |
| Bill | 05/19/2016 | 273870 AWS Acct | Spernak Airways, Inc. | 06/18/2016 | 190.00 | |
| Bill | 05/19/2016 | 161340004621 | Premera Blue Cross Blue Shield of Alaska | 05/19/2016 | 11,421.43 | |
| Bill | 05/20/2016 | 2.006-1605 | Tyonek Contractors, LLC | 06/19/2016 | 19,940.20 | |
| Bill | 05/20/2016 | 2110 | Aurora Well Service, LLC | 06/19/2016 | 135.74 | |
| Bill | 05/20/2016 | 2181 | Shirleyville Enterprises, LLC | 06/19/2016 | 12,417.56 | |
| Bill | 05/23/2016 | 87009242 | Rain for Rent, Inc. | 06/22/2016 | 25.89 | |
| Bill | 05/23/2016 | B230239 | Beacon OHSS, Inc | 06/22/2016 | 73.00 | |
| Bill | 05/23/2016 | B230856 | Beacon OHSS, Inc | 06/22/2016 | 146.00 | |
| Bill | 05/24/2016 | BER 2/9 to 5/23 | Mary Novotny | 06/03/2016 | 72.75 | |
| Bill | 05/24/2016 | 767 | North Air Inc. | 06/23/2016 | 920.00 | |
| Bill | 05/24/2016 | 17053 | Kenai Aviation, Inc | 06/23/2016 | 322.50 | |
| Bill | 05/24/2016 | 2112 | Aurora Well Service, LLC | 06/23/2016 | 86.45 | |
| Bill | 05/24/2016 | 2113 | Aurora Well Service, LLC | 06/23/2016 | 1,464.72 | |
| Bill | 05/24/2016 | 2182 | Shirleyville Enterprises, LLC | 06/23/2016 | 6,793.10 | |
| Credit | 05/24/2016 | 2184 | Shirleyville Enterprises, LLC | | -489.25 | |
| Bill | 05/26/2016 | BER 3/20 to 5/26 | George Pollock | 06/05/2016 | 942.60 | |
| Bill | 05/26/2016 | 527427 | Industrial Instrument Services, Inc. | 06/25/2016 | 309.00 | |
| Bill | 05/27/2016 | 90121297 | Enerflex Energy Services (US) Inc. | 06/26/2016 | 5,932.74 | |
| Bill | 05/27/2016 | 90121177 | Enerflex Energy Services (US) Inc. | 06/26/2016 | 106.00 | |
| Bill | 05/31/2016 | SC02573240 | O'Reilly Auto Parts | 05/31/2016 | 26.78 | |
| Bill | 05/31/2016 | 3086-167783 | O'Reilly Auto Parts | 05/31/2016 | 199.35 | |

# Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Open Balance | |
|---|---|---|---|---|---:|---|
| Bill | 05/31/2016 | 3086-167823 | O'Reilly Auto Parts | 05/31/2016 | 18.29 | |
| Bill | 05/31/2016 | 3086-168215 | O'Reilly Auto Parts | 05/31/2016 | 89.12 | |
| Bill | 05/31/2016 | 3086-168239 | O'Reilly Auto Parts | 05/31/2016 | 113.88 | |
| Bill | 05/31/2016 | 3086-168250 | O'Reilly Auto Parts | 05/31/2016 | 56.60 | |
| Bill | 05/31/2016 | 3086-168402 | O'Reilly Auto Parts | 05/31/2016 | 176.10 | |
| Bill | 05/31/2016 | 3086-168619 | O'Reilly Auto Parts | 05/31/2016 | 91.92 | |
| Bill | 05/31/2016 | 3086-171066 | O'Reilly Auto Parts | 05/31/2016 | 496.79 | |
| Bill | 05/31/2016 | 3086-171067 | O'Reilly Auto Parts | 05/31/2016 | 194.98 | |
| Bill | 05/31/2016 | 3086-171440 | O'Reilly Auto Parts | 05/31/2016 | 217.55 | |
| Bill | 05/31/2016 | 3086-171601 | O'Reilly Auto Parts | 05/31/2016 | 464.63 | |
| Bill | 05/31/2016 | SC02591718 | O'Reilly Auto Parts | 05/31/2016 | 30.67 | |
| Bill | 05/31/2016 | 3125F3226 | UPS | 05/31/2016 | 13.90 | |
| General Journal | 05/31/2016 | mn | Helena Energy, LLC | | 4,771.43 | |
| Bill | 05/31/2016 | 05.16 | David L. Boelens-Royalty | 05/31/2016 | 1,420.87 | |
| Bill | 05/31/2016 | 05.16 | Keiso & Marcella Masuda | 05/31/2016 | 260.19 | |
| Bill | 05/31/2016 | 05.16 | Fred S. Hokama | 05/31/2016 | 234.90 | |
| Bill | 05/31/2016 | 05.16 | John R. Roderick | 05/31/2016 | 113.84 | |
| Bill | 05/31/2016 | 05.16 | Jay B. Hinkle | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | John W. Hinkle | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Larry K. Hinkle | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Larlane J. Ciesla | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Alice M. Langley | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Kathleen A. Traxinger | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Paul V. Traxinger | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Patricia R. Evina | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Mary J. Horst | 05/31/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Rose Marie Maresh | 05/31/2016 | 117.45 | |
| Bill | 05/31/2016 | | G. Scott Pfoff | 05/31/2016 | 16.78 | |
| Bill | 05/31/2016 | G381-0616 | Switchboard Alaska, Inc | 06/10/2016 | 55.00 | |
| Bill | 05/31/2016 | | AIX Energy LLC | 06/10/2016 | 27,922.00 | |
| Bill | 05/31/2016 | | Furie Operating Alaska, LLC | 06/10/2016 | 87,000.00 | |
| Bill | 05/31/2016 | | Enstar Natural Gas Company-vendor | 06/10/2016 | 11,606.13 | |
| Bill | 05/31/2016 | | Kenai Beluga Pipeline | 06/10/2016 | 17,762.46 | |
| Bill | 05/31/2016 | 05.16 | Nial T. Masuda | 06/10/2016 | 86.73 | |
| Bill | 05/31/2016 | 05.16 | Darlene E. Lee | 06/10/2016 | 86.73 | |
| Bill | 05/31/2016 | 05.16 | Anne S. Sakumoto | 06/10/2016 | 86.73 | |
| Bill | 05/31/2016 | 05.16 | Lee E. Coulthard | 06/10/2016 | 140.94 | |
| Bill | 05/31/2016 | 05.16 | John L. Cremonini | 06/10/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Kirsten L. Cremonini | 06/10/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Ana M. Stroble | 06/10/2016 | 234.90 | |
| Bill | 05/31/2016 | 05.16 | Glenn S. Kaku | 06/10/2016 | 58.73 | |
| Bill | 05/31/2016 | 05.16 | Tim T. Kaku | 06/10/2016 | 58.73 | |
| Bill | 05/31/2016 | 05.16 | Candyce Y. Hudson | 06/10/2016 | 58.73 | |
| Bill | 05/31/2016 | 05.16 | Lisa H. Robinson | 06/10/2016 | 58.73 | |
| Bill | 05/31/2016 | 05.16 | Robert J. Traxinger Irrevocable Trust | 06/10/2016 | 46.98 | |
| Bill | 05/31/2016 | 05.16 | Bernard F. Maresh, Jr. | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | 05.16 | Daniel Thomas Maresh | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | 05.16 | Dorothy Regina Miner | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | 05.16 | Darrin J. Sommerville & Chelsea Sommervil | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | 05.16 | Michele Rae Tonsing | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | 05.16 | Rosalie Caren Talbert | 06/10/2016 | 16.78 | |
| Bill | 05/31/2016 | | State of Alaska-Dept. of Natural Resource | 06/10/2016 | 22,783.11 | |
| Bill | 05/31/2016 | | State of Alaska-Dept. of Revenue | 06/10/2016 | 283.00 | |
| Bill | 05/31/2016 | | Exxon Mobil Corporation | 06/10/2016 | 1,426.47 | |
| Bill | 05/31/2016 | | Aurora Power Resources, Inc.-vendor | 06/10/2016 | 3,706.39 | |
| Bill | 05/31/2016 | | Aurora K-F | 06/10/2016 | 4,939.74 | |
| Bill | 05/31/2016 | 776 | North Air Inc. | 06/30/2016 | 184.00 | |
| Bill | 05/31/2016 | | Weatherford Laboratories, Inc. | 06/30/2016 | 102.00 | **Total Post Petition** |
| Bill | 05/31/2016 | | CIRI | 06/30/2016 | 16,537.57 | 295,167.93 |

**TOTAL**     **1,629,927.86**

| Debtor | Aurora Gas, LLC | Case Number | 16-00130 |
|---|---|---|---|
| | | Report Mo/Yr | 05/2016 |

**UST-13, COMPARATIVE INCOME STATEMENT**

See attached

| For the month of | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:   Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>    Beginning Inventory<br>    Add:    Purchases<br>    Less:   Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:    Other Income | | | |
| Less:   Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

# Aurora Gas, LLC
## Profit & Loss
### January through May 2016

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Oil & Gas Production | 403,308.12 | 380,665.33 | 405,853.23 | 387,628.35 | 371,356.74 | 1,948,811.77 |
| Production Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Royalty | -67,948.00 | -55,737.41 | -56,443.01 | -55,560.18 | -53,375.70 | -289,064.30 |
| Well Overhead | 1,792.06 | 799.37 | 647.05 | 0.00 | 0.00 | 3,238.48 |
| **Total Income** | 337,152.18 | 325,727.29 | 350,057.27 | 332,068.17 | 317,981.04 | 1,662,985.95 |
| **Cost of Goods Sold** | | | | | | |
| Depletion Expense | 48,826.66 | 38,642.39 | 37,065.96 | 35,633.67 | 31,893.97 | 192,062.65 |
| Depreciation | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 68,907.45 |
| Gathering and Transportation | 27,940.50 | 26,357.20 | 6,555.72 | 20,435.95 | 17,762.46 | 99,051.83 |
| Lease Operating Expenses | 138,720.74 | 151,811.47 | 153,310.71 | 145,453.53 | 146,581.10 | 735,877.55 |
| Maintenance & Operations | 0.00 | 1,465.97 | 351.16 | 351.16 | 0.00 | 2,168.29 |
| Natural Gas Purchases | 32,171.00 | 70,412.00 | 94,085.00 | 89,570.00 | 114,922.00 | 401,160.00 |
| **Total COGS** | 261,440.39 | 302,470.52 | 305,150.04 | 305,225.80 | 324,941.02 | 1,499,227.77 |
| **Gross Profit** | 75,711.79 | 23,256.77 | 44,907.23 | 26,842.37 | -6,959.98 | 163,758.18 |
| **Expense** | | | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 | 17.82 | 17.82 |
| Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Depreciation Expense | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 5,807.00 |
| Exploration Expenses | 101.50 | 101.50 | 203.00 | 102.00 | 203.50 | 711.50 |
| Insurance | 2,224.58 | 2,213.90 | 2,225.60 | 5,067.27 | 1,998.72 | 13,730.07 |
| Licenses and Permits | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 |
| Miscellaneous | 1,557.93 | 5,918.77 | 1,831.27 | 1,528.75 | 2,525.78 | 13,362.50 |
| Professional Fees | 27,157.57 | 13,461.18 | 9,349.33 | 8,540.12 | 4,214.82 | 62,723.02 |
| Rent | 9,852.90 | 9,852.90 | 9,852.90 | 9,852.90 | 9,852.90 | 49,264.50 |
| Salaries | 64,976.12 | 65,094.33 | 64,065.14 | 63,384.65 | 64,370.13 | 321,890.37 |
| Taxes | 0.00 | 0.00 | 0.00 | 6,151.20 | 0.00 | 6,151.20 |
| Travel & Ent | 0.00 | 30.78 | 224.37 | 0.00 | 93.00 | 348.15 |
| Unallocated Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 107,032.00 | 97,834.76 | 88,913.01 | 95,788.29 | 84,548.07 | 474,116.13 |
| **Net Ordinary Income** | -31,320.21 | -74,577.99 | -44,005.78 | -68,945.92 | -91,508.05 | -310,357.95 |
| **Other Income/Expense** | | | | | | |
| **Other Income** | | | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales Tax Discount | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 1.00 |
| **Total Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 1.00 |
| **Net Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 1.00 |
| **Net Income** | -31,320.01 | -74,577.79 | -44,005.58 | -68,945.72 | -91,507.85 | -310,356.95 |