| Case Number | 16 - 00130 |
|---|---|
| Debtor *Aurora Gas, LLC* | |
| Report Mo/Yr | 05/2016 |

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. Sec. 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31,** and **January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found attached to this report. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | 595,606.41 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** | 595,606.41 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 551,573.26 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** |
| **TOTAL DISBURSEMENTS** | 551,573.26 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISSBURSEMENTS)** | 44,033.15 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?    Yes ☐    No ☑ If Yes, list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

| | Case Number | 16-00130 |
|---|---|---|
| Debtor  Aurora Gas, LLC | Report Mo/Yr | 05/2016 |

## UST-14, CONTINUATION SHEET
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:**  Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| **Depository (bank) name**<br>**Account number** | Bank of Texas N.A. #2902008844 |
|---|---|

Purpose of this account (select one):
- ✓ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 197,461.06 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | 398,145.35 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 595,606.41 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | 551,573.26 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 44,033.15 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ✓ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ✓ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ✓ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ✓ |

UST-14 CONTINUATION SHEET, Number ___1___ of ___1___

9:41 AM
Aurora Gas, LLC
**Account QuickReport**

07/27/16
Accrual Basis

As of May 31, 2016

UST-14 *cont. sheet*

| Type | Date | Name | Memo | Amount |
|------|------|------|------|--------|
| **Cash & Cash Equivalents** | | | | |
| **Checking Accounts** | | | | |
| **Bank of Texas-8844** | | | | |
| Payment | 5/3/2016 | Granite Construction Co. | | 550.00 |
| Deposit | 5/23/2016 | | Deposit check paid to AG, should be to Helena | 4,771.43 |
| Payment | 5/25/2016 | Tesoro Alaska Co., LLC | | 353,575.32 |
| Payment | 5/27/2016 | Alaska Electric & Energy Cooper... | | 19,268.75 |
| Total Bank of Texas-8844 | | | | 378,165.50 |
| Total Checking Accounts | | | | 378,165.50 |
| Total Cash & Cash Equivalents | | | | 378,165.50 |
| **TOTAL** | | | | **378,165.50** |

5:22 PM
07/25/16
Accrual Basis

Case 16-00130    Filed 07/27/16    Entered 07/27/16 11:31:57    Doc# 66-1    Page 4 of 21

**Aurora Gas, LLC**
**Account QuickReport**
As of May 31, 2016

LIST-14

## Cash & Cash Equivalents
### Checking Accounts
#### Bank of Texas-8844

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 05/03/2016 | 20877 | United Healthcare | 325236-Aurora Power | -434.52 |
| Bill Pmt -Check | 05/03/2016 | 20929 | Switchboard Alaska, Inc | G381-0516 | -55.84 |
| Bill Pmt -Check | 05/03/2016 | 20930 | UPS | 3125F3186 | -13.83 |
| General Journal | 05/06/2016 | mn | | Field Employee Payroll | -16,877.53 |
| General Journal | 05/06/2016 | mn | | Payroll Taxes | -9,697.29 |
| General Journal | 05/06/2016 | mn | | 401K Field Employee Payroll | -2,600.21 |
| Check | 05/10/2016 | xxx | Paychex | | -715.56 |
| Check | 05/13/2016 | xxx | Paychex-401K | | -197.00 |
| Bill Pmt -Check | 05/17/2016 | 20878 | Aurora Power Resources, Inc.-vendor | Rent | -4,347.85 |
| General Journal | 05/20/2016 | mn | | Field Employee Payroll | -10,823.56 |
| General Journal | 05/20/2016 | mn | | Field Employee Payroll Taxes | -5,503.97 |
| General Journal | 05/20/2016 | mn | | 401K Field Employee Payroll | -803.57 |
| General Journal | 05/20/2016 | mn | | Field Employee Payroll adj | -302.13 |
| General Journal | 05/20/2016 | mn | | Field Employee Payroll Taxes adj | -69.83 |
| General Journal | 05/20/2016 | mn | | 401K Field Employee Payroll adj | -17.26 |
| Bill Pmt -Check | 05/25/2016 | wire | AIX Energy LLC | Natural Gas payment | -66,770.00 |
| General Journal | 05/26/2016 | PSP | | Payroll | -38,359.08 |
| General Journal | 05/26/2016 | PSP | | Payroll taxes | -18,746.33 |
| General Journal | 05/26/2016 | PSP | | Payroll 401 K | -8,937.08 |
| Bill Pmt -Check | 05/26/2016 | 20931 | Alice M. Langley | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20932 | Ana M. Stroble | NCU Royalty-04.16 | -251.86 |
| Bill Pmt -Check | 05/26/2016 | 20933 | Anne S. Sakumoto | NCU Royalty-04.16 | -92.99 |
| Bill Pmt -Check | 05/26/2016 | 20934 | Bernard F. Maresh, Jr. | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20935 | Candyce Y. Hudson | NCU Royalty-04.16 | -62.96 |
| Bill Pmt -Check | 05/26/2016 | 20936 | Daniel Thomas Maresh | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20937 | Darlene E. Lee | NCU Royalty-04.16 | -92.99 |
| Bill Pmt -Check | 05/26/2016 | 20938 | Damn J. Sommerville & Chelsea Sommervil | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20939 | David L. Boelens-Royalty | NCU Royalty-04.16 | -1,516.46 |
| Bill Pmt -Check | 05/26/2016 | 20940 | Dorothy Regina Miner | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20941 | Fred S. Hokama | NCU Royalty-04.16 | -251.86 |
| Bill Pmt -Check | 05/26/2016 | 20942 | Glenn S. Kaku | NCU Royalty-04.16 | -62.96 |
| Bill Pmt -Check | 05/26/2016 | 20943 | Jay B. Hinkle | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20944 | John L. Cremonini | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20945 | John R. Roderick | NCU Royalty-04.16 | -122.05 |
| Bill Pmt -Check | 05/26/2016 | 20946 | John W. Hinkle | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20947 | Kathleen A. Traxinger | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20948 | Keiso & Marcella Masuda | NCU Royalty-04.16 | -278.97 |
| Bill Pmt -Check | 05/26/2016 | 20949 | Kirsten L. Cremonini | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20950 | Larlane J. Ciesla | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20951 | Larry K. Hinkle | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20952 | Lee E. Coulthard | NCU Royalty-04.16 | -151.12 |
| Bill Pmt -Check | 05/26/2016 | 20953 | Lisa H. Robinson | NCU Royalty-04.16 | -62.96 |
| Bill Pmt -Check | 05/26/2016 | 20954 | Mary J. Horst | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20955 | Michele Rae Tonsing | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20956 | Nial T. Masuda | NCU Royalty-04.16 | -92.99 |
| Bill Pmt -Check | 05/26/2016 | 20957 | Patricia R. Evina | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20958 | Paul V. Traxinger | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20959 | Robert J. Traxinger Irrevocable Trust | NCU Royalty-04.16 | -50.37 |
| Bill Pmt -Check | 05/26/2016 | 20960 | Rosalie Caren Talbert | NCU Royalty-04.16 | -17.99 |
| Bill Pmt -Check | 05/26/2016 | 20961 | Rose Marie Maresh | NCU Royalty-04.16 | -125.93 |
| Bill Pmt -Check | 05/26/2016 | 20962 | Tim T. Kaku | NCU Royalty-04.16 | -62.96 |
| Sales Tax Payment | 05/26/2016 | 20963 | City of Wasilla | sales tax | -9.80 |
| Bill Pmt -Check | 05/26/2016 | 20964 | AT&T Mobility | phone | -390.12 |
| Bill Pmt -Check | 05/26/2016 | 20965 | Federal Express | postage | -35.40 |
| Bill Pmt -Check | 05/26/2016 | 20966 | GCI | phone | -450.16 |
| Bill Pmt -Check | 05/26/2016 | 20967 | Green Connection | plants | -67.75 |
| Bill Pmt -Check | 05/26/2016 | 20968 | Navia Benefit Solutions | emp benefit | -108.00 |
| Bill Pmt -Check | 05/26/2016 | 20969 | Neofunds by Neopost | postage | -1.38 |
| Bill Pmt -Check | 05/26/2016 | 20970 | Neopost USA Inc. | postage | -80.85 |
| Bill Pmt -Check | 05/26/2016 | 20971 | UPS | postage | -28.86 |
| Bill Pmt -Check | 05/26/2016 | 20972 | USAble Life | emp benefit | -25.90 |
| Bill Pmt -Check | 05/27/2016 | 20973 | Jim Schultz | business exp | -2,794.71 |
| Check | 05/27/2016 | xxx | Intuit | check order chg | -276.97 |
| Bill Pmt -Check | 05/31/2016 | wire | Kenai Beluga Pipeline | gas transportation | -17,435.95 |
| Bill Pmt -Check | 05/31/2016 | wire | Enstar Natural Gas Company-vendor | AS&G Meter #391 | -5,022.75 |
| Bill Pmt -Check | 05/31/2016 | wire | State of Alaska Dept. of Revenue | production tax | -294.00 |
| Bill Pmt -Check | 05/31/2016 | wire | CIRI | royalty | -18,750.96 |

**Aurora Gas, LLC**
**Account QuickReport**
As of May 31, 2016

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 05/31/2016 | wire | State of Alaska-Dept. of Natural Resource | royalty | -21,367.70 |
| Check | 05/31/2016 | | Bank of Texas | Service Charge | -124.35 |
| | | | | | -256,479.59 |

Total Bank of Texas-8844

| Debtor | Aurora Gas, LLC | Case Number | 16-00130 |
|---|---|---|---|
| | | Report Mo/Yr | 05/2016 |

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? Yes ☑   No ☐   **If Yes, list each payment.**

| Payee name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?   Yes ☐   No ☑
**If Yes, list each payment.**

| Professional name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?   Yes ☐   No ☑   **If Yes, list each payment.**

| Payee name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

**Aurora Gas, LLC**
**Account QuickReport**
**As of May 31, 2016**

Case 16-00130    Filed 07/27/16    Entered 07/27/16 11:31:57    Doc# 66-1    Page 7 of 21    DIST 64 Disbursements

| | Type | Date | Num | Name | | Amount |
|---|---|---|---|---|---|---|
| **Cash & Cash Equivalents** | | | | | | |
| **Checking Accounts** | | | | | | |
| **Bank of Texas-8844** | | | | | | |
| | Bill Pmt -Check | 05/03/2016 | 20877 | United Healthcare | health ins | -434.52 |
| | Bill Pmt -Check | 05/03/2016 | 20929 | Switchboard Alaska, Inc | phone svc | -55.84 |
| | Bill Pmt -Check | 05/03/2016 | 20930 | UPS | postage | -13.83 |
| | Check | 05/10/2016 | xxx | Paychex | payroll svc | -715.66 |
| | Check | 05/13/2016 | xxx | Paychex-401K | payroll svc | -197.00 |
| | Bill Pmt -Check | 05/17/2016 | 20878 | Aurora Power Resources, Inc.-vendor | rent | -4,347.85 |
| | Bill Pmt -Check | 05/25/2016 | wire | AIX Energy LLC | gas purchases | -66,770.00 |
| | Bill Pmt -Check | 05/26/2016 | 20964 | AT&T Mobility | cell phones | -390.12 |
| | Bill Pmt -Check | 05/26/2016 | 20965 | Federal Express | postage | -35.40 |
| | Bill Pmt -Check | 05/26/2016 | 20966 | GCI | telephone | -450.16 |
| | Bill Pmt -Check | 05/26/2016 | 20967 | Green Connection | plant svc | -67.75 |
| | Bill Pmt -Check | 05/26/2016 | 20968 | Navia Benefit Solutions | benefits admin | -108.00 |
| | Bill Pmt -Check | 05/26/2016 | 20969 | Neofunds by Neopost | postage | -1.38 |
| | Bill Pmt -Check | 05/26/2016 | 20970 | Neopost USA Inc. | postage | -80.85 |
| | Bill Pmt -Check | 05/26/2016 | 20971 | UPS | postage | -28.86 |
| | Bill Pmt -Check | 05/26/2016 | 20972 | USAble Life | empl benefit | -25.90 |
| | Bill Pmt -Check | 05/27/2016 | 20973 | Jim Schultz | business exp | -2,794.71 |
| | Check | 05/27/2016 | xxx | Intuit | office supplies | -276.97 |
| | Bill Pmt -Check | 05/31/2016 | wire | Kenai Beluga Pipeline | gas transport | -17,435.95 |
| | Bill Pmt -Check | 05/31/2016 | wire | Enstar Natural Gas Company-vendor | gas transport | -5,022.75 |
| **Total Bank of Texas-8844** | | | | | | -99,253.50 |

| | |
|---|---|
| Case Number | 16-00130 |
| Debtor  *Aurora Gas, LLC* | |
| Report Mo/Yr | 05/2016 |

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:**  Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1)  At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,

2)  During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 895,681 | 30,553 | 7769 | 273,844 | 583,515 | |
| Post-petition receivables | 386,658 | 386,658 | - 0. | 0 | 0 | |
| TOTALS | 1,282,339 | 417,211 | 7769 | 273,844 | 583,515 | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?  **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 1,272,013 |
| New accounts receivable added this month | 386,658 |
| Subtotal | 1,658,671 |
| Less accounts receivable collected | 376,332 |
| Closing balance for current month | 1,282,339 |

| | |
|---|---|
| | Case Number    16-00130 |
| Debtor    Aurora Gas, LLC | Report Mo/Yr    05/2016 |

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES

INSTRUCTIONS:    Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ☑ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare—Employee | | | | |
| FICA/Medicare—Employer | | | | |
| Unemployment | | | | |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes  $ | | | | |

| Debtor | Aurora Gas, LLC | Case Number | 16-00130 |
|---|---|---|---|
| | | Report Mo/Yr | 05/2016 |

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

| Debtor | *Aurora Gas, LLC* | Case Number | *16-00130* |
|--------|-------------------|-------------|-----------|
|        |                   | Report Mo/Yr | *05/2016* |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:**    Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | *1,321,154.32* |
| New payables added this month | *303,604.48* |
| Subtotal | *1,624,758.80* |
| Less payments made this month | *142,417.97* |
| Closing balance for this reporting month | $ *1,482,340.83* |

### Breakdown of Closing Balance by Age

| | |
|---|---|
| Current portion | *274,637.59* |
| Past due 1-30 days | *145,341.61* |
| Past due 31-60 days | *50,201.43* |
| Past due 61-90 days | *288,356.79* |
| Past due over 90 days | *723,803.41* |
| Total | $ *1,482,340.83* |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

| | | |
|---|---|---|
| | Case Number | 16-00130 |
| Debtor    Aurora Gas, LLC | Report Mo/Yr | 05/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days.  Alternatively, attach the debtor's accounts payable aging report if the report:  1)  clearly separates pre-and post-petition accounts payable, and, 2)  identifies each delinquent payable by vendor name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| See attached | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Aurora Gas, LLC

## A/P Aging Detail
### As of May 31, 2016

| | Type | Date | Num | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | |
| | Bill | 05/31/2016 | SC02573240 | O'Reilly Auto Parts | 05/31/2016 | | 26.78 |
| | Bill | 05/31/2016 | 3086-167783 | O'Reilly Auto Parts | 05/31/2016 | | 199.35 |
| | Bill | 05/31/2016 | 3086-167823 | O'Reilly Auto Parts | 05/31/2016 | | 18.29 |
| | Bill | 05/31/2016 | 3086-168215 | O'Reilly Auto Parts | 05/31/2016 | | 89.12 |
| | Bill | 05/31/2016 | 3086-168239 | O'Reilly Auto Parts | 05/31/2016 | | 113.88 |
| | Bill | 05/31/2016 | 3086-168250 | O'Reilly Auto Parts | 05/31/2016 | | 56.60 |
| | Bill | 05/31/2016 | 3086-168402 | O'Reilly Auto Parts | 05/31/2016 | | 176.10 |
| | Bill | 05/31/2016 | 3086-168619 | O'Reilly Auto Parts | 05/31/2016 | | 91.92 |
| | Bill | 05/31/2016 | 3086-171066 | O'Reilly Auto Parts | 05/31/2016 | | 496.79 |
| | Bill | 05/31/2016 | 3086-171067 | O'Reilly Auto Parts | 05/31/2016 | | 194.98 |
| | Bill | 05/31/2016 | 3086-171440 | O'Reilly Auto Parts | 05/31/2016 | | 217.55 |
| | Bill | 05/31/2016 | 3086-171601 | O'Reilly Auto Parts | 05/31/2016 | | 464.63 |
| | Bill | 05/31/2016 | SC02591718 | O'Reilly Auto Parts | 05/31/2016 | | 30.67 |
| | Bill | 05/31/2016 | 3125F3226 | UPS | 05/31/2016 | | 13.90 |
| | Bill | 05/31/2016 | 05.16 | David L. Boelens-Royalty | 05/31/2016 | | 1,420.87 |
| | Bill | 05/31/2016 | 05.16 | Keiso & Marcella Masuda | 05/31/2016 | | 260.19 |
| | Bill | 05/31/2016 | 05.16 | Fred S. Hokama | 05/31/2016 | | 234.90 |
| | Bill | 05/31/2016 | 05.16 | John R. Roderick | 05/31/2016 | | 113.84 |
| | Bill | 05/31/2016 | 05.16 | Jay B. Hinkle | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | John W. Hinkle | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Larry K. Hinkle | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Lariane J. Ciesla | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Alice M. Langley | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Kathleen A. Traxinger | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Paul V. Traxinger | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Patricia R. Evina | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Mary J. Horst | 05/31/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Rose Marie Maresh | 05/31/2016 | | 117.45 |
| | Bill | 05/31/2016 | | G. Scott Pfoff | 05/31/2016 | | 16.78 |
| | Bill | 05/31/2016 | G381-0616 | Switchboard Alaska, Inc | 06/10/2016 | | 55.00 |
| | Bill | 05/31/2016 | | AIX Energy LLC | 06/10/2016 | | 27,922.00 |
| | Bill | 05/31/2016 | | Furie Operating Alaska, LLC | 06/10/2016 | | 87,000.00 |
| | Bill | 05/31/2016 | | Enstar Natural Gas Company-vendor | 06/10/2016 | | 11,606.13 |
| | Bill | 05/31/2016 | | Kenai Beluga Pipeline | 06/10/2016 | | 17,762.46 |
| | Bill | 05/31/2016 | 05.16 | Nial T. Masuda | 06/10/2016 | | 86.73 |
| | Bill | 05/31/2016 | 05.16 | Darlene E. Lee | 06/10/2016 | | 86.73 |
| | Bill | 05/31/2016 | 05.16 | Anne S. Sakumoto | 06/10/2016 | | 86.73 |
| | Bill | 05/31/2016 | 05.16 | Lee E. Coulthard | 06/10/2016 | | 140.94 |
| | Bill | 05/31/2016 | 05.16 | John L. Cremonini | 06/10/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Kirsten L. Cremonini | 06/10/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Ana M. Stroble | 06/10/2016 | | 234.90 |
| | Bill | 05/31/2016 | 05.16 | Glenn S. Kaku | 06/10/2016 | | 58.73 |
| | Bill | 05/31/2016 | 05.16 | Tim T. Kaku | 06/10/2016 | | 58.73 |
| | Bill | 05/31/2016 | 05.16 | Candyce Y. Hudson | 06/10/2016 | | 58.73 |
| | Bill | 05/31/2016 | 05.16 | Lisa H. Robinson | 06/10/2016 | | 58.73 |
| | Bill | 05/31/2016 | 05.16 | Robert J. Traxinger Irrevocable Trust | 06/10/2016 | | 46.98 |
| | Bill | 05/31/2016 | 05.16 | Bernard F. Maresh, Jr. | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | 05.16 | Daniel Thomas Maresh | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | 05.16 | Dorothy Regina Miner | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | 05.16 | Darrin J. Sommerville & Chelsea Sommervil | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | 05.16 | Michele Rae Tonsing | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | 05.16 | Rosalie Caren Talbert | 06/10/2016 | | 16.78 |
| | Bill | 05/31/2016 | | State of Alaska-Dept. of Natural Resource | 06/10/2016 | | 22,783.11 |

**Aurora Gas, LLC**

**A/P Aging Detail**

As of May 31, 2016

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 05/31/2016 | | State of Alaska-Dept. of Revenue | 06/10/2016 | | 283.00 |
| Bill | 05/31/2016 | | Exxon Mobil Corporation | 06/10/2016 | | 1,426.47 |
| Bill | 05/31/2016 | | Aurora Power Resources, Inc.-vendor | 06/10/2016 | | 3,706.39 |
| Bill | 05/31/2016 | | Aurora K-F | 06/10/2016 | | 4,939.74 |
| Bill | 05/31/2016 | 776 | North Air Inc. | 06/30/2016 | | 184.00 |
| Bill | 05/31/2016 | | Weatherford Laboratories, Inc. | 06/30/2016 | | 102.00 |
| Bill | 05/31/2016 | | CIRI | 06/30/2016 | | 16,537.57 |
| Bill | 05/27/2016 | 90121297 | Enerflex Energy Services (US) Inc. | 06/26/2016 | | 5,932.74 |
| Bill | 05/27/2016 | 90121177 | Enerflex Energy Services (US) Inc. | 06/26/2016 | | 106.00 |
| Bill | 05/26/2016 | BER 3/20 to 5/26 | George Pollock | 06/05/2016 | | 942.60 |
| Bill | 05/26/2016 | 527427 | Industrial Instrument Services, Inc. | 06/25/2016 | | 309.00 |
| Bill | 05/24/2016 | BER 2/9 to 5/23 | Mary Novotny | 06/03/2016 | | 72.75 |
| Bill | 05/24/2016 | 767 | North Air Inc. | 06/23/2016 | | 920.00 |
| Bill | 05/24/2016 | 17053 | Kenai Aviation, Inc | 06/23/2016 | | 322.50 |
| Bill | 05/24/2016 | 2112 | Aurora Well Service, LLC | 06/23/2016 | | 86.45 |
| Bill | 05/24/2016 | 2113 | Aurora Well Service, LLC | 06/23/2016 | | 1,464.72 |
| Bill | 05/24/2016 | 2182 | Shirleyville Enterprises, LLC | 06/23/2016 | | 6,793.10 |
| Credit | 05/24/2016 | 2184 | Shirleyville Enterprises, LLC | | | -489.25 |
| Bill | 05/23/2016 | 87009242 | Rain for Rent, Inc. | 06/22/2016 | | 25.89 |
| Bill | 05/23/2016 | B230239 | Beacon OHSS, Inc | 06/22/2016 | | 73.00 |
| Bill | 05/23/2016 | B230856 | Beacon OHSS, Inc | 06/22/2016 | | 146.00 |
| Bill | 05/20/2016 | 2.006-1605 | Tyonek Contractors, LLC | 06/19/2016 | | 19,940.20 |
| Bill | 05/20/2016 | 2110 | Aurora Well Service, LLC | 06/19/2016 | | 135.74 |
| Bill | 05/20/2016 | 2181 | Shirleyville Enterprises, LLC | 06/19/2016 | | 12,417.56 |
| Bill | 05/19/2016 | 183465 | Alaska Oil Sales | 06/18/2016 | | 2,630.80 |
| Bill | 05/19/2016 | 273870 AWS Acct | Spernak Airways, Inc. | 06/18/2016 | | 190.00 |
| Bill | 05/19/2016 | 161340004621 | Premera Blue Cross Blue Shield of Alaska | 05/19/2016 | 12 | 11,421.43 |
| Bill | 05/17/2016 | 527388 | Industrial Instrument Services, Inc. | 06/16/2016 | | 180.25 |
| Bill | 05/17/2016 | 527387 | Industrial Instrument Services, Inc. | 06/16/2016 | | 1,301.50 |
| Bill | 05/17/2016 | 17049 | Kenai Aviation, Inc | 06/16/2016 | | 161.25 |
| Bill | 05/17/2016 | ANCS0660795 | N C Machinery Co. | 06/16/2016 | | 572.92 |
| Bill | 05/17/2016 | 757 | North Air Inc. | 06/16/2016 | | 440.00 |
| Bill | 05/17/2016 | | Fast PC Networks | 05/17/2016 | 14 | 441.21 |
| Bill | 05/17/2016 | | 1400 West Benson, LLC | 05/27/2016 | 4 | 6,522.90 |
| Bill | 05/17/2016 | | Blue Cross Blue Shield of Texas | 05/27/2016 | 4 | 4,438.45 |
| Bill | 05/17/2016 | | United Healthcare | 05/27/2016 | 4 | 348.06 |
| Bill | 05/15/2016 | 374324 | Chugach Electric | 05/30/2016 | 1 | 308.15 |
| Bill | 05/15/2016 | 375068 | Chugach Electric | 05/30/2016 | 1 | 433.71 |
| Bill | 05/13/2016 | April Activity | Spernak Airways, Inc. | 06/12/2016 | | 1,152.51 |
| Bill | 05/10/2016 | 17041 | Kenai Aviation, Inc | 06/09/2016 | | 431.41 |
| Bill | 05/10/2016 | 1160422 | Three Mile Creek Services, Inc. | 06/09/2016 | | 147.39 |
| Bill | 05/10/2016 | 909459401 | DNOW L.P. | 06/09/2016 | | 468.86 |
| Bill | 05/10/2016 | 37801 | Satellite Alaska | 05/10/2016 | 21 | 104.55 |
| Bill | 05/09/2016 | 527352 | Industrial Instrument Services, Inc. | 06/08/2016 | | 154.50 |
| Bill | 05/09/2016 | 527366 | Industrial Instrument Services, Inc. | 06/08/2016 | | 671.50 |
| Bill | 05/04/2016 | 17031 | Kenai Aviation, Inc | 06/03/2016 | | 161.25 |
| Bill | 05/04/2016 | | Willis of Texas, Inc. - HRH | 06/03/2016 | | 1,404.00 |
| Bill | 05/04/2016 | | IPFS Corporation | 05/12/2016 | 19 | 6,677.86 |
| Bill | 05/04/2016 | 0002753598 | Alaska Waste | 05/19/2016 | 12 | 235.19 |
| Bill | 05/03/2016 | 2176 | Shirleyville Enterprises, LLC | 06/02/2016 | | 6,370.16 |
| Bill | 05/03/2016 | 2109 | Aurora Well Service, LLC | 06/02/2016 | | 241.62 |
| Bill | 05/03/2016 | 2108 | Aurora Well Service, LLC | 06/02/2016 | | 294.12 |
| Bill | 05/03/2016 | 2105 | Aurora Well Service, LLC | 06/02/2016 | | 72.65 |
| Bill | 05/03/2016 | 11870b | Northern Industrial Training, LLC | 06/02/2016 | | 504.87 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 05/03/2016 | 3086-160614 | O'Reilly Auto Parts | 05/03/2016 | 28 | 335.39 |
| Bill | 05/03/2016 | 3086-160759 | O'Reilly Auto Parts | 05/03/2016 | 28 | 192.75 |
| Bill | 05/03/2016 | 3086-160939 | O'Reilly Auto Parts | 05/03/2016 | 28 | 346.38 |
| Bill | 05/03/2016 | 3086-160994 | O'Reilly Auto Parts | 05/03/2016 | 28 | 180.06 |
| Bill | 05/03/2016 | 3086-162500 | O'Reilly Auto Parts | 05/03/2016 | 28 | 115.42 |
| Bill | 05/03/2016 | 3086-162560 | O'Reilly Auto Parts | 05/03/2016 | 28 | 475.98 |
| Bill | 05/03/2016 | 3086-163852 | O'Reilly Auto Parts | 05/03/2016 | 28 | 277.97 |
| Bill | 05/03/2016 | 3086-164841 | O'Reilly Auto Parts | 05/03/2016 | 28 | 120.57 |
| Bill | 05/03/2016 | BER 4/5 to 5/2 | David L. Boelens BER | 05/13/2016 | 18 | 850.29 |
| Bill | 05/03/2016 | | BDO USA, LLP | 05/13/2016 | 18 | 2,829.75 |
| | | | **Post Petition Payables** | | | **303,604.48** |
| | | | | | | |
| Bill | 05/02/2016 | 527342 | Industrial Instrument Services, Inc. | 06/01/2016 | | 2,067.50 |
| Bill | 05/02/2016 | 87155 | Anchorage Chamber of Commerce | 06/01/2016 | | 361.00 |
| Bill | 05/02/2016 | 1421367 | Air Liquide America L.P. | 05/12/2016 | 19 | 596.50 |
| Bill | 05/01/2016 | | Principal Life | 05/11/2016 | 20 | 568.82 |
| Bill | 05/01/2016 | | SafeSite Inc | 05/11/2016 | 20 | 101.50 |
| Bill | 04/30/2016 | | Furie Operating Alaska, LLC | 05/10/2016 | 21 | 22,800.00 |
| Bill | 04/30/2016 | | G. Scott Pfoff | 05/10/2016 | 21 | 17.99 |
| Bill | 04/30/2016 | | Aurora K-F | 05/10/2016 | 21 | 5,456.77 |
| Bill | 04/30/2016 | | Aurora Power Resources, Inc.-vendor | 05/10/2016 | 21 | 4,092.57 |
| Bill | 04/30/2016 | | Exxon Mobil Corporation | 05/10/2016 | 21 | 1,638.75 |
| Bill | 04/28/2016 | 68543 | Everts Air Fuel, Inc. | 05/28/2016 | 3 | 5,947.00 |
| Bill | 04/27/2016 | 17023 | Kenai Aviation, Inc | 05/27/2016 | 4 | 322.50 |
| Bill | 04/26/2016 | 2174 | Shirleyville Enterprises, LLC | 05/26/2016 | 5 | 6,497.81 |
| Bill | 04/26/2016 | 2104 | Aurora Well Service, LLC | 05/26/2016 | 5 | 662.98 |
| Bill | 04/26/2016 | 37442 | Satellite Alaska | 04/26/2016 | 35 | 104.55 |
| Bill | 04/26/2016 | 37608 | Satellite Alaska | 04/26/2016 | 35 | 104.55 |
| Credit | 04/26/2016 | 2175 | Shirleyville Enterprises, LLC | | | -3,209.18 |
| Bill | 04/25/2016 | | Blakely & Weeks-Thorne, PLLC | 05/05/2016 | 26 | 387.50 |
| Bill | 04/25/2016 | | Weatherford Laboratories, Inc. | 05/25/2016 | 6 | 102.00 |
| Bill | 04/25/2016 | | Fast PC Networks | 04/25/2016 | 36 | 882.42 |
| Bill | 04/20/2016 | 367 4/19 | S & J Automotive | 05/20/2016 | 11 | 486.00 |
| Bill | 04/19/2016 | 17011 | Kenai Aviation, Inc | 05/19/2016 | 12 | 161.25 |
| Bill | 04/19/2016 | 2101 | Aurora Well Service, LLC | 05/19/2016 | 12 | 351.44 |
| Bill | 04/19/2016 | 725 | North Air Inc. | 05/19/2016 | 12 | 440.00 |
| Bill | 04/18/2016 | 8522-A | Pollard Wireline, Inc. | 05/18/2016 | 13 | 1,822.00 |
| Bill | 04/18/2016 | 8523-A | Pollard Wireline, Inc. | 05/18/2016 | 13 | 5,391.00 |
| Bill | 04/18/2016 | 8524-A | Pollard Wireline, Inc. | 05/18/2016 | 13 | 3,874.00 |
| Bill | 04/18/2016 | 8525-A | Pollard Wireline, Inc. | 05/18/2016 | 13 | 1,012.00 |
| Bill | 04/18/2016 | ANCS0658384 | N C Machinery Co. | 05/18/2016 | 13 | 790.17 |
| Bill | 04/18/2016 | 2164 | Shirleyville Enterprises, LLC | 05/18/2016 | 13 | 6,187.49 |
| Bill | 04/18/2016 | 2099 | Aurora Well Service, LLC | 05/18/2016 | 13 | 361.98 |
| Bill | 04/18/2016 | 2098 | Aurora Well Service, LLC | 05/18/2016 | 13 | 75.00 |
| Bill | 04/12/2016 | 551 | North Air Inc. | 05/12/2016 | 19 | 4,350.00 |
| Bill | 04/12/2016 | 17001 | Kenai Aviation, Inc | 05/12/2016 | 19 | 375.63 |
| Bill | 04/12/2016 | 90115207 | Enerflex Energy Services (US) Inc. | 05/12/2016 | 19 | 260.75 |
| Bill | 04/12/2016 | 2162 | Shirleyville Enterprises, LLC | 05/12/2016 | 19 | 6,194.69 |
| Bill | 04/12/2016 | 2096 | Aurora Well Service, LLC | 05/12/2016 | 19 | 254.02 |
| Bill | 04/11/2016 | 527293 | Industrial Instrument Services, Inc. | 05/11/2016 | 20 | 1,241.00 |
| Bill | 04/11/2016 | 897 4/8 | S & J Automotive | 05/11/2016 | 20 | 415.00 |
| Bill | 04/11/2016 | 177 3/29 | S & J Automotive | 05/11/2016 | 20 | 894.00 |
| Bill | 04/11/2016 | 701 3/31 | S & J Automotive | 05/11/2016 | 20 | 360.00 |

4:05 PM

4:05 PM
07/26/16

**Aurora Gas, LLC**
A/P Aging Detail
As of May 31, 2016

Case 16-00130    Filed 07/27/16    Entered 07/27/16 11:31:57    Doc# 66-1    Page 16 of 21

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 04/11/2016 | AK80-864480 | Motion Industries | 05/11/2016 | 20 | 1,772.79 |
| Bill | 04/11/2016 | 2/10 701 | S & J Automotive | 05/11/2016 | 20 | 150.00 |
| Bill | 04/11/2016 | 2/10 540 | S & J Automotive | 05/11/2016 | 20 | 30.00 |
| Bill | 04/11/2016 | 2/3 367 | S & J Automotive | 05/11/2016 | 20 | 80.00 |
| Bill | 04/11/2016 | 1/22 411 | S & J Automotive | 05/11/2016 | 20 | 367.00 |
| Bill | 04/10/2016 | | Robert E. Pledger | 04/20/2016 | 41 | 812.50 |
| Bill | 04/07/2016 | 527282 | Industrial Instrument Services, Inc. | 05/07/2016 | 24 | 318.00 |
| Bill | 04/07/2016 | 90114979 | Enerflex Energy Services (US) Inc. | 05/07/2016 | 24 | 75.15 |
| Bill | 04/07/2016 | 2.006-1604 | Tyonek Contractors, LLC | 05/07/2016 | 24 | 11,111.73 |
| Bill | 04/07/2016 | March Activity | Spernak Airways, Inc. | 05/07/2016 | 24 | 1,319.50 |
| Bill | 04/06/2016 | 2095 | Aurora Well Service, LLC | 05/06/2016 | 25 | 241.62 |
| Bill | 04/06/2016 | I160555 | TTT Environmental | 05/06/2016 | 25 | 310.00 |
| Bill | 04/05/2016 | 16991 | Kenai Aviation, Inc | 05/05/2016 | 26 | 161.25 |
| Bill | 04/05/2016 | 2092 | Aurora Well Service, LLC | 05/05/2016 | 26 | 75.00 |
| Bill | 04/05/2016 | 2093 | Aurora Well Service, LLC | 05/05/2016 | 26 | 475.11 |
| Bill | 04/05/2016 | 2160 | Shirleyville Enterprises, LLC | 05/05/2016 | 26 | 6,445.24 |
| Bill | 04/01/2016 | 90114197 | Enerflex Energy Services (US) Inc. | 05/01/2016 | 30 | 1,207.93 |
| Bill | 04/01/2016 | 90114210 | Enerflex Energy Services (US) Inc. | 05/01/2016 | 30 | 544.36 |
| Bill | 04/01/2016 | 1419183 | Air Liquide America L.P. | 04/11/2016 | 50 | 615.75 |
| Bill | 03/30/2016 | 16979 | Kenai Aviation, Inc | 04/29/2016 | 32 | 391.56 |
| Bill | 03/29/2016 | 2089 | Aurora Well Service, LLC | 04/28/2016 | 33 | 1,365.87 |
| Bill | 03/29/2016 | 2156 | Shirleyville Enterprises, LLC | 04/28/2016 | 33 | 6,664.23 |
| Bill | 03/29/2016 | 2090 | Aurora Well Service, LLC | 04/28/2016 | 33 | 329.48 |
| Bill | 03/28/2016 | M70739 | Tanks-A-Lot, Inc. | 04/27/2016 | 34 | 398.20 |
| Bill | 03/28/2016 | 909309994 | DNOW L.P. | 04/27/2016 | 34 | 1,292.37 |
| Bill | 03/23/2016 | 527256 | Industrial Instrument Services, Inc. | 04/22/2016 | 39 | 2,282.00 |
| Bill | 03/23/2016 | 16966 | Kenai Aviation, Inc | 04/22/2016 | 39 | 322.50 |
| Bill | 03/23/2016 | 699 | North Air Inc. | 04/22/2016 | 39 | 440.00 |
| Bill | 03/22/2016 | 2152 | Shirleyville Enterprises, LLC | 04/21/2016 | 40 | 6,430.04 |
| Bill | 03/22/2016 | 2086 | Aurora Well Service, LLC | 04/21/2016 | 40 | 361.98 |
| Bill | 03/18/2016 | 527234 | Industrial Instrument Services, Inc. | 04/17/2016 | 44 | 1,071.00 |
| Bill | 03/18/2016 | 90110439 | Enerflex Energy Services (US) Inc. | 04/17/2016 | 44 | 4,139.09 |
| Bill | 03/15/2016 | 692 | North Air Inc. | 04/14/2016 | 47 | 440.00 |
| Bill | 03/15/2016 | 2081 | Aurora Well Service, LLC | 04/14/2016 | 47 | 249.31 |
| Bill | 03/15/2016 | 2151 | Shirleyville Enterprises, LLC | 04/14/2016 | 47 | 6,205.94 |
| Bill | 03/15/2016 | 2083 | Aurora Well Service, LLC | 04/14/2016 | 47 | 373.41 |
| Bill | 03/14/2016 | 8609134 | Alaska Pump and Supply | 04/13/2016 | 48 | 368.00 |
| Bill | 03/10/2016 | 2.006-1603 | Tyonek Contractors, LLC | 04/09/2016 | 52 | 6,263.79 |
| Bill | 03/09/2016 | 527220 | Industrial Instrument Services, Inc. | 04/08/2016 | 53 | 477.00 |
| Bill | 03/08/2016 | 2079 | Aurora Well Service, LLC | 04/07/2016 | 54 | 135.74 |
| Bill | 03/08/2016 | 2150 | Shirleyville Enterprises, LLC | 04/07/2016 | 54 | 6,275.08 |
| Bill | 03/03/2016 | 11870 | Northern Industrial Training, LLC | 04/02/2016 | 59 | 2,432.25 |
| Bill | 03/03/2016 | 527193 | Industrial Instrument Services, Inc. | 04/02/2016 | 59 | 2,182.00 |
| Bill | 03/01/2016 | 1416993 | Air Liquide America L.P. | 03/11/2016 | 81 | 577.25 |
| Bill | 03/01/2016 | 2074 | Aurora Well Service, LLC | 03/31/2016 | 61 | 70.30 |
| Bill | 03/01/2016 | 2075 | Aurora Well Service, LLC | 03/31/2016 | 61 | 62.22 |
| Bill | 03/01/2016 | 2077 | Aurora Well Service, LLC | 03/31/2016 | 61 | 197.69 |
| Bill | 02/29/2016 | 2146 | Shirleyville Enterprises, LLC | 03/30/2016 | 62 | 6,309.62 |
| Bill | 02/23/2016 | 2141 | Shirleyville Enterprises, LLC | 03/24/2016 | 68 | 6,293.86 |
| Bill | 02/23/2016 | 2070 | Aurora Well Service, LLC | 03/24/2016 | 68 | 180.99 |
| Bill | 02/23/2016 | 2071 | Aurora Well Service, LLC | 03/24/2016 | 68 | 175.72 |
| Bill | 02/22/2016 | 5587 | AIMM Technologies, Inc. | 03/23/2016 | 69 | 104,901.00 |
| Bill | 02/22/2016 | 5641 | Alaska Eco Resources, LLC | 03/23/2016 | 69 | 118,800.00 |
| Bill | 02/19/2016 | 160236 | Weaver Bros., Inc. | 03/20/2016 | 72 | 1,143.75 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of May 31, 2016

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 02/17/2016 | 2067 | Aurora Well Service, LLC | 03/18/2016 | 74 | 174.48 |
| Bill | 02/17/2016 | 2069 | Aurora Well Service, LLC | 03/18/2016 | 74 | 429.86 |
| Bill | 02/17/2016 | 2139 | Shirleyville Enterprises, LLC | 03/18/2016 | 74 | 6,437.74 |
| Bill | 02/17/2016 | 527153 | Industrial Instrument Services, Inc. | 03/18/2016 | 74 | 318.00 |
| Bill | 02/17/2016 | 527155 | Industrial Instrument Services, Inc. | 03/18/2016 | 74 | 499.51 |
| Bill | 02/16/2016 | 90106336 | Enerflex Energy Services (US) Inc. | 03/17/2016 | 75 | 1,517.79 |
| Bill | 02/11/2016 | 527128 | Industrial Instrument Services, Inc. | 03/12/2016 | 80 | 1,241.00 |
| Bill | 02/09/2016 | 2135 | Shirleyville Enterprises, LLC | 03/10/2016 | 82 | 6,695.49 |
| Bill | 02/09/2016 | 2063 | Aurora Well Service, LLC | 03/10/2016 | 82 | 241.62 |
| Bill | 02/09/2016 | 2065 | Aurora Well Service, LLC | 03/10/2016 | 82 | 1,376.87 |
| Bill | 02/09/2016 | 2.006-1602 | Tyonek Contractors, LLC | 03/10/2016 | 82 | 10,145.32 |
| Bill | 02/08/2016 | M70267 | Tanks-A-Lot, Inc. | 03/09/2016 | 83 | 2,343.00 |
| Bill | 02/08/2016 | M70266 | Tanks-A-Lot, Inc. | 03/09/2016 | 83 | 10,497.00 |
| Bill | 02/08/2016 | 2062 | Aurora Well Service, LLC | 03/09/2016 | 83 | 79.54 |
| Bill | 02/02/2016 | 160121 | Weaver Bros., Inc. | 03/03/2016 | 89 | 668.50 |
| Bill | 02/02/2016 | 2134 | Shirleyville Enterprises, LLC | 03/03/2016 | 89 | 6,436.51 |
| Bill | 02/02/2016 | 2060 | Aurora Well Service, LLC | 03/03/2016 | 89 | 542.16 |
| Bill | 01/28/2016 | 15465 | Petrotechnical Resources of AK, LLC | 02/27/2016 | 94 | 9,913.75 |
| Bill | 01/25/2016 | 2056 | Aurora Well Service, LLC | 02/24/2016 | 97 | 241.62 |
| Bill | 01/25/2016 | 2059 | Aurora Well Service, LLC | 02/24/2016 | 97 | 180.99 |
| Bill | 01/25/2016 | 2129 | Shirleyville Enterprises, LLC | 02/24/2016 | 97 | 6,312.61 |
| Bill | 01/22/2016 | M70114 | Tanks-A-Lot, Inc. | 02/21/2016 | 100 | 31,329.00 |
| Bill | 01/22/2016 | M70115 | Tanks-A-Lot, Inc. | 02/21/2016 | 100 | 11,367.00 |
| Bill | 01/20/2016 | 2053 | Aurora Well Service, LLC | 02/19/2016 | 102 | 1,596.55 |
| Bill | 01/20/2016 | 2124 | Shirleyville Enterprises, LLC | 02/19/2016 | 102 | 6,726.70 |
| Bill | 01/19/2016 | 160015 | Weaver Bros., Inc. | 02/18/2016 | 103 | 1,131.25 |
| Bill | 01/19/2016 | 2052 | Aurora Well Service, LLC | 02/18/2016 | 103 | 254.02 |
| Bill | 01/13/2016 | 2048 | Aurora Well Service, LLC | 02/12/2016 | 109 | 87.86 |
| Bill | 01/13/2016 | 2049 | Aurora Well Service, LLC | 02/12/2016 | 109 | 542.16 |
| Bill | 01/13/2016 | 2123 | Shirleyville Enterprises, LLC | 02/12/2016 | 109 | 6,388.95 |
| Bill | 01/13/2016 | 154141 | Weaver Bros., Inc. | 02/12/2016 | 109 | 924.00 |
| Bill | 01/12/2016 | 2046 | Aurora Well Service, LLC | 02/11/2016 | 110 | 174.48 |
| Bill | 01/11/2016 | 2.016-1601 | Tyonek Contractors, LLC | 02/10/2016 | 111 | 7,043.34 |
| Bill | 01/11/2016 | 2.006-1601 | Tyonek Contractors, LLC | 02/10/2016 | 111 | 13,019.65 |
| Bill | 01/07/2016 | 19020-003 | ASRC Energy Services | 02/06/2016 | 115 | 1,449.43 |
| Bill | 01/06/2016 | 002 | Boatright & Sons LLC | 02/05/2016 | 116 | 13,252.00 |
| Bill | 01/06/2016 | 15122199 | Coffman Engineers, Inc | 02/05/2016 | 116 | 762.00 |
| Bill | 01/06/2016 | 2121 | Shirleyville Enterprises, LLC | 02/05/2016 | 116 | 5,928.70 |
| Bill | 01/06/2016 | 2045 | Aurora Well Service, LLC | 02/05/2016 | 116 | 2,101.72 |
| Bill | 01/06/2016 | 2043 | Aurora Well Service, LLC | 02/05/2016 | 116 | 71.75 |
| Bill | 01/04/2016 | 40281 | Knight Oil Tools | 02/03/2016 | 118 | 54,712.35 |
| Bill | 01/04/2016 | 154026 | Weaver Bros., Inc. | 02/03/2016 | 118 | 1,626.00 |
| Bill | 01/01/2016 | RKH080515 | RKH, LLC | 01/21/2016 | 131 | 7,000.00 |
| Bill | 12/31/2015 | 2040 | Aurora Well Service, LLC | 01/30/2016 | 122 | 1,882.07 |
| Bill | 12/31/2015 | 2042 | Aurora Well Service, LLC | 01/30/2016 | 122 | 131.79 |
| Bill | 12/31/2015 | 91932197 | Cook Inlet Tug & Barge Inc. | 01/30/2016 | 122 | 42,553.11 |
| Bill | 12/28/2015 | 8442-A | Pollard Wireline, Inc. | 01/27/2016 | 125 | 14,658.00 |
| Bill | 12/28/2015 | 8441-A | Pollard Wireline, Inc. | 01/27/2016 | 125 | 1,822.00 |
| Bill | 12/28/2015 | 8440-A | Pollard Wireline, Inc. | 01/27/2016 | 125 | 1,635.00 |
| Bill | 12/28/2015 | 8427-A | Pollard Wireline, Inc. | 01/27/2016 | 125 | 6,936.00 |
| Bill | 12/28/2015 | M69766 | Tanks-A-Lot, Inc. | 01/27/2016 | 125 | 45,939.00 |
| Bill | 12/28/2015 | M69767 | Tanks-A-Lot, Inc. | 01/27/2016 | 125 | 19,407.00 |
| Bill | 12/22/2015 | 2038 | Aurora Well Service, LLC | 01/21/2016 | 131 | 2,519.07 |
| Bill | 12/22/2015 | 153952 | Weaver Bros., Inc. | 01/21/2016 | 131 | 36,207.75 |

# Aurora Gas, LLC

## A/P Aging Detail

As of May 31, 2016

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| Bill | 12/21/2015 | 170232 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 13,950.00 |
| Bill | 12/21/2015 | 170234 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 1,550.00 |
| Bill | 12/21/2015 | 170235 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 1,550.00 |
| Bill | 12/21/2015 | 170236 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 1,550.00 |
| Bill | 12/21/2015 | 170240 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 3,100.00 |
| Bill | 12/21/2015 | 170241 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 3,606.00 |
| Bill | 12/21/2015 | 170238 | New Tech Global Ventures LLC | 01/20/2016 | 132 | 1,550.00 |
| Bill | 12/18/2015 | 2032 | Aurora Well Service, LLC | 01/17/2016 | 135 | 277.19 |
| Bill | 12/17/2015 | 77426 | SolstenXP Inc. | 01/16/2016 | 136 | 719.68 |
| Bill | 12/16/2015 | 169855 | New Tech Global Ventures LLC | 01/15/2016 | 137 | 19,800.00 |
| Bill | 12/16/2015 | 153894 | Weaver Bros., Inc. | 01/15/2016 | 137 | 7,251.75 |
| Bill | 12/15/2015 | 2033 | Aurora Well Service, LLC | 01/14/2016 | 138 | 3,639.32 |
| Bill | 12/15/2015 | 2034 | Aurora Well Service, LLC | 01/14/2016 | 138 | 395.37 |
| Bill | 12/14/2015 | 12468403 RI | Weatherford U.S., L.P. | 01/13/2016 | 139 | 2,536.44 |
| Bill | 12/10/2015 | 2.016-1502 | Tyonek Contractors, LLC | 01/09/2016 | 143 | 13,980.02 |
| Bill | 12/10/2015 | 2.006-1509 | Tyonek Contractors, LLC | 01/09/2016 | 143 | 30,401.95 |
| Bill | 12/08/2015 | 2031 | Aurora Well Service, LLC | 01/07/2016 | 145 | 7,681.15 |
| Bill | 12/08/2015 | 2029 | Aurora Well Service, LLC | 01/07/2016 | 145 | 69.50 |
| Bill | 12/07/2015 | 153773 | Weaver Bros., Inc. | 01/06/2016 | 146 | 15,820.00 |
| Bill | 12/07/2015 | 153774 | Weaver Bros., Inc. | 01/06/2016 | 146 | 16,073.50 |
| Bill | 12/07/2015 | 001 | Boatright & Sons LLC | 01/06/2016 | 146 | 17,094.00 |
| Bill | 12/02/2015 | 77356 | SolstenXP Inc. | 01/01/2016 | 151 | 13,700.00 |
| Bill | 12/01/2015 | 100115 | State Wide Oil Field Services, LLC | 12/11/2015 | 172 | 6,462.36 |
| Bill | 12/01/2015 | 90255944 | Expro Americas, LLC | 12/31/2015 | 152 | 29,766.83 |
| Bill | 12/01/2015 | 2028 | Aurora Well Service, LLC | 12/31/2015 | 152 | 19,319.24 |
| Bill | 12/01/2015 | 2026 | Aurora Well Service, LLC | 12/31/2015 | 152 | 2,892.52 |
| Bill | 11/25/2015 | 2022 | Aurora Well Service, LLC | 12/25/2015 | 158 | 9,969.29 |
| Bill | 11/24/2015 | M69106 | Tanks-A-Lot, Inc. | 12/24/2015 | 159 | 16,955.00 |
| Bill | 11/24/2015 | 2021 | Aurora Well Service, LLC | 12/24/2015 | 159 | 64,189.24 |
| Bill | 11/23/2015 | 6056 | Tripoint Alaska LLC | 12/23/2015 | 160 | 21,830.00 |
| Bill | 11/23/2015 | 153706 | Weaver Bros., Inc. | 12/23/2015 | 160 | 1,700.00 |
| Bill | 11/23/2015 | 153708 | Weaver Bros., Inc. | 12/23/2015 | 160 | 11,600.00 |
| Bill | 11/23/2015 | 153709 | Weaver Bros., Inc. | 12/23/2015 | 160 | 12,920.00 |
| Bill | 11/23/2015 | 153710 | Weaver Bros., Inc. | 12/23/2015 | 160 | 15,624.50 |
| Bill | 11/23/2015 | 19020-002 | ASRC Energy Services | 12/23/2015 | 160 | 10,000.00 |
| Bill | 11/23/2015 | 153723 | Weaver Bros., Inc. | 12/23/2015 | 160 | 24,181.00 |
| Bill | 11/17/2015 | 2012 | Aurora Well Service, LLC | 12/17/2015 | 166 | 7,770.90 |
| Bill | 11/13/2015 | 153619 | Weaver Bros., Inc. | 12/13/2015 | 170 | 16,060.00 |
| Bill | 11/09/2015 | 2.017-1501 | Tyonek Contractors, LLC | 12/09/2015 | 174 | 65,627.39 |

**Pre Petition Payables**                                                 **1,321,154.32**

| | | |
|---|---|---|
| | Case Number | 16-00130 |
| Debtor  Aurora Gas, LLC | Report Mo/Yr | 05/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:**  Report only _post-petition_ professional fees and expenses.    To the extent possible, use billing statements to report the actual amounts due.    If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | | | | |
| Debtor's accountant | | | | |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | | |
| Creditors' Committee other professional (explain) | | | | |
| Total estimated post-petition professional fees and costs | | | | $  0 |

| | |
|---|---|
| Case Number | 16-00930 |
| Debtor Aurora Gas, LLC | Report Mo/Yr 05/2016 |

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*   ☐ ☑

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneer's Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | Total _____ | | _____ | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?   ☐ ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?   ☐ ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

| | |
|---|---|
| Debtor *Aurora Gas, LLC* | Case Number 16-00130 |
| | Report Mo/Yr 05/2016 |

## UST-17, OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.**   Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
| | | |

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
| | | |

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?   **If yes, explain.** | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond?   Answer No if the debtor is not required to have a bond.   **If yes, explain.** | ☐ | ☑ |

**Question 5 - Personnel Changes.**   Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 9 | 1 |
| Employees added | 0 | 0 |
| Employees resigned/terminated | 0 | 0 |
| Number employees at end of month | 9 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 112,737.84 | |

**Question 6 - Significant Events.**   Explain any significant new developments during the reporting month.

**Question 7 - Case Progress.**   Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.