Case 16-00130 Filed 07/27/16 Entered 07/27/16 11:31:57 Doc# 66-2 Page 1 of 15

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

0000001 T0925206011613220200 00000 01 000000000 00081904 008 TEXFL1

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

## BUSINESS CHECKING

ACCOUNT: 2902008844

Statement Period from 05-01-16 through 05-31-16

| | | |
|---|---|---|
| $ | Starting Balance | 197,461.06 |
| + | 4 Deposits | 378,165.50 |
| - | 101 Checks & Withdrawals | 367,410.25 |
| - | Service Fees | .00 |
| = | Ending Balance | 208,216.31 |

## + DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 05-05 | DEPOSIT BRANCH | 550.00 |
| 05-23 | DEPOSIT BRANCH | 4,771.43 |
| 05-25 | INCOMING FED WIRE CR<br>000879<br>TESORO COMPANIES INC<br>021000021JPMORGAN CHASE<br>420629 INV 420629 APRIL 2016 NATURAL GAS SHIPMENTS | 353,575.32 |
| 05-27 | INCOMING FED WIRE CR<br>000069<br>ALASKA ELECTRIC & ENERGY<br>121000248WELLS FARGO SF<br>INVOICE 420630 | 19,268.75 |

## — WITHDRAWALS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05-05 | PAYCHEX-RCX | PAYROLL | *****200000779X | 16,877.53 |

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014 000002902008844 000000000014558 05312016 0005

0000001-0000001-0001-0015-T0925206011613220200-01-L

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

Change of Address - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

A. Enter deposits not shown on this statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.

| Outstanding Item | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

C. Follow instructions below to compare transactions recorded on your statement with those in your account register.

New Balance Shown on other side ____

Plus (+) Total A ____

Equals (=) ____

Minus (-) Total B ____

Equals (=) Your current register balance ____

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

BUSINESS CHECKING (cont.)

WITHDRAWALS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05-06 | PAYCHEX TPS | TAXES | *****400007328X | 9,697.29 |
| 05-06 | PAYCHEX-HRS | 401(K) | *****22837819 | 2,600.21 |
| 05-10 | PAYCHEX EIB | INVOICE | X65970900013062 | 715.66 |
| 05-13 | BANK OF TEXAS | ANALYSIS | 1 | 124.35 |
| 05-13 | PAYCHEX-HRS | HRS PMT | 22843973 | 197.00 |
| 05-17 | OUTGOING FED WIRE DR<br>001118<br>PAYCHEX INC<br>111014325BK OF TX<br>CLIENT NAME AURORA GAS CLIENT # 00703666 | | | 16,327.53 |
| 05-19 | OUTGOING FED WIRE DR<br>000518<br>PAYCHECKS INC<br>111014325BK OF TX<br>AURORA GAS LLC CLIENT #00703666 | | | 371.96 |
| 05-20 | PAYCHEX-HRS | 401(K) | *****22922449 | 803.57 |
| 05-20 | PAYCHEX-HRS | 401(K) | *****22939780 | 17.26 |
| 05-25 | OUTGOING FED WIRE DR<br>000832<br>AIX ENERGY LLC<br>111014325BK OF TX | | | 66,770.00 |
| 05-26 | OUTGOING FED WIRE DR<br>000670<br>PAYCHEX INC<br>111014325BK OF TX<br>CLIENT NAME AURORA GAS LLC CLIENT#00703666 | | | 57,105.41 |
| 05-31 | OUTGOING FED WIRE DR<br>001448<br>CREDIT TO STATE OF ALASKA<br>111014325BK OF TX<br>ATTN: KIM CHAN, PUBLIC FUNDS | | | 21,367.70 |





A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

BUSINESS CHECKING (cont.)

WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 05-31 | OUTGOING FED WIRE DR 001449 CREDIT TO STATE OF ALASKA - AY01 111014325BK OF TX | 294.00 |
| 05-31 | OUTGOING FED WIRE DR 001450 CIRI GENERAL ACCOUNT 111014325BK OF TX | 18,750.96 |
| 05-31 | OUTGOING FED WIRE DR 001452 ENSTAR NATURAL GAS CO 111014325BK OF TX | 5,022.75 |
| 05-31 | OUTGOING FED WIRE DR 001453 HARVEST ALASKA LLC 111014325BK OF TX REFERENCE: BELUGA PIPE LINE CO | 17,435.95 |
| 05-31 | PAYCHEX-HRS 401(K) *****22956648 | 8,937.08 |

CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05-02 | 20912 | 4,062.50 | 05-02 | 20897 | 131.07 |
| 05-02 | 20914 | 3,000.00 | 05-02 | 20850 | 127.04 |
| 05-02 | 20901 | 2,105.76 | 05-02 | 20845 | 18.72 |
| 05-02 | 20921 | 1,923.37 | 05-02 | 20860 | 18.72 |
| 05-02 | 20902 | 1,901.00 | 05-03 | 20702 | 11,371.67 |
| 05-02 | 20916 | 1,343.13 | 05-03 | 20694 | 6,522.90 |
| 05-02 | 20899 | 615.75 | 05-03 | 20874 | 5,444.44 |
| 05-02 | 20907 | 310.11 | 05-03 | 20908 | 3,818.54 |

00000001-0000002-0004-0015-T09252060116113220200-01-L



BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

BUSINESS CHECKING (cont.)

CHECKS (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05-03 | 20918 | 3,697.50 | 05-06 | 20909 | 35.40 |
| 05-03 | 20703 | 568.82 | 05-06 | 20927 | 29.92 |
| 05-03 | 20910 | 442.30 | 05-09 | 20696 | 6,006.00 |
| 05-03 | 20838 | 96.79 | 05-09 | 20699 | 882.42 |
| 05-03 | 20858 | 65.54 | 05-09 | 20877 | 434.52 |
| 05-03 | 20898 | 65.54 | 05-09 | 20853 | 290.36 |
| 05-03 | 20854 | 52.43 | 05-09 | 20842 | 96.79 |
| 05-03 | 20864 | 52.43 | 05-09 | 20836 | 52.43 |
| 05-03 | 20740 | 52.19 | 05-09 | 20851 | 52.43 |
| 05-03 | 20784 | 49.74 | 05-09 | 20862 | 52.43 |
| 05-03 | 20586 | 39.23 | 05-09 | 20928 | 35.70 |
| 05-04 | 20875 | 6,763.00 | 05-10 | 20876 | 7,737.80 |
| 05-04 | 20697 | 6,709.37 | 05-10 | 20704 | 3,093.75 |
| 05-04 | 20701 | 5,560.70 | 05-10 | 20698 | 1,701.73 |
| 05-04 | 20920 | 1,800.21 | 05-10 | 20871 | 625.00 |
| 05-04 | 20837 | 262.14 | 05-10 | 20930 | 13.83 |
| 05-04 | 20757 | 248.72 | 05-11 | 20867 | 6,151.20 |
| 05-04 | 20857 | 157.28 | 05-11 | 20866 | 5,639.16 |
| 05-04 | 20705 | 101.50 | 05-11 | 20922 | 947.00 |
| 05-04 | 20861 | 96.79 | 05-11 | 20847 | 65.54 |
| 05-04 | 20840 | 65.54 | 05-11 | 20859 | 52.43 |
| 05-04 | 20852 | 52.43 | 05-12 | 20856 | 52.43 |
| 05-04 | 20863 | 52.43 | 05-12 | 20732 | 52.19 |
| 05-04 | 20900 | 24.00 | 05-12 | 20776 | 49.74 |
| 05-04 | 20839 | 18.72 | 05-16 | 20872 | 3,703.00 |
| 05-04 | 20917 | 6.92 | 05-19 | 20878 | 4,347.85 |
| 05-05 | 20904 | 389.97 | 05-20 | 20926 | 5,000.00 |
| 05-05 | 20925 | 83.43 | 05-23 | 20715 | 18.64 |
| 05-05 | 20924 | 55.82 | 05-24 | 20896 | 18.72 |
| 05-05 | 20855 | 52.43 | 05-24 | 20741 | 18.64 |
| 05-06 | 20868 | 4,462.75 | 05-26 | 20843 | 18.72 |
| 05-06 | 20929 | 55.84 | 05-26 | 20524 | 14.01 |


A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

BUSINESS CHECKING (cont.)

CHECKS (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05-27 | 20939 | 1,516.46 | 05-31 | 20841 | 18.72 |
| 05-31 | 20941 | 251.86 | | | |

DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-30 | 197,461.06 | 05-10 | 72,062.64 | 05-20 | 28,160.43 |
| 05-02 | 181,903.89 | 05-11 | 59,207.31 | 05-23 | 32,913.22 |
| 05-03 | 149,563.83 | 05-12 | 59,052.95 | 05-24 | 32,875.86 |
| 05-04 | 127,644.08 | 05-13 | 58,731.60 | 05-25 | 319,681.18 |
| 05-05 | 110,734.90 | 05-16 | 55,028.60 | 05-26 | 262,543.04 |
| 05-06 | 93,853.49 | 05-17 | 38,701.07 | 05-27 | 280,295.33 |
| 05-09 | 85,950.41 | 05-19 | 33,981.26 | 05-31 | 208,216.31 |

SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 120,310.98 | AVG COLLECTED BAL | 119,932.18 |
| MINIMUM LEDGER BAL | 28,160.43 | | |

Case 16-00130 Filed 07/27/16 Entered 07/27/16 11:31:57 Doc# 66-2 Page 7 of 15

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

BUSINESS CHECKING - 2902008844

DEPOSIT TICKET
BANK OF TEXAS
DATE 5-3-16
32-1432/1110
TOTAL ITEMS 1
$ 550.00
AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND, TX 77479
⑆111014325⑆ ⑈2902008844⑈ 001

$550.00

DEPOSIT TICKET
BANK OF TEXAS
DATE 5/23/16
32-1432/1110
TOTAL ITEMS 1
$ 4771.43
AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND, TX 77479
⑆111014325⑆ ⑈2902008844⑈ 001

$4,771.43

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20912
4/26/2016
PAY TO THE ORDER OF Industrial Instrument Services, Inc. $ **4,062.50
Four Thousand Sixty-Two and 50/100 DOLLARS
Industrial Instrument Services, Inc.
300 Airport Way
Kenai, AK 99611
MEMO
⑈020912⑈ ⑆111014325⑆ ⑈2902008844⑈

20912 $4,062.50

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20914
4/26/2016
PAY TO THE ORDER OF Jim Schultz $ **3,000.00
Three Thousand and 00/100 DOLLARS
Jim Schultz
P.O. Box 658
Chugiak, AK 99567
MEMO BER 8/8/11 to 11/19/15
⑈020914⑈ ⑆111014325⑆ ⑈2902008844⑈

20914 $3,000.00

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20901
4/26/2016
PAY TO THE ORDER OF Alaska Oil Sales $ **2,105.76
Two Thousand One Hundred Five and 76/100 DOLLARS
Alaska Oil Sales
43442 K-Beach Road
Soldotna, AK 99669
1749
⑈020901⑈ ⑆111014325⑆ ⑈2902008844⑈

20901 $2,105.76

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20921
4/26/2016
PAY TO THE ORDER OF Rain for Rent $ **1,923.37
One Thousand Nine Hundred Twenty-Three and 37/100 DOLLARS
Rain for Rent
File #52541
Los Angeles CA 90074-2541
MEMO
⑈020921⑈ ⑆111014325⑆ ⑈2902008844⑈

20921 $1,923.37

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20902
4/26/2016
PAY TO THE ORDER OF DXP Enterprises, Inc. $ **1,901.00
One Thousand Nine Hundred One and 00/100 DOLLARS
DXP Enterprises, Inc.
PO Box 201791
Dallas, TX 75320-1791
MEMO 8451335
⑈020902⑈ ⑆111014325⑆ ⑈2902008844⑈

20902 $1,901.00

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20916
4/26/2016
PAY TO THE ORDER OF Kenai Aviation, Inc. $ **1,343.13
One Thousand Three Hundred Forty-Three and 13/100 DOLLARS
Kenai Aviation, Inc
Box 46
Kenai, AK 99611
MEMO
⑈020916⑈ ⑆111014325⑆ ⑈2902008844⑈

20916 $1,343.13

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20899
4/26/2016
PAY TO THE ORDER OF Air Liquide America L P. $ **615.75
Six Hundred Fifteen and 75/100 DOLLARS
Air Liquide America L P
6415 Arctic Blvd
Anchorage, AK 99518
MEMO 1414824
⑈020899⑈ ⑆111014325⑆ ⑈2902008844⑈

20899 $615.75

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20907
4/26/2016
PAY TO THE ORDER OF DNOW, L.P. $ **310.11
Three Hundred Ten and 11/100 DOLLARS
DNOW, L.P.
PO Box 200822
Dallas, TX 75320-0822
MEMO 909311924
⑈020907⑈ ⑆111014325⑆ ⑈2902008844⑈

20907 $310.11



Case 16-00130 Filed 07/27/16 Entered 07/27/16 11:31:57 Doc# 66-2 Page 8 of 15

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 8 of 15

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20897
4/25/2016
287
PAY TO THE ORDER OF Rose Marie Maresh $**131.07
One Hundred Thirty-One and 07/100****************** DOLLARS
Rose Marie Maresh
P.O. Box 870228
Wasilla, AK 99687
MEMO 03.16
⑈020897⑈ ⑆111014325⑆ ⑈2902008844⑈

20897 $131.07

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20850
4/25/2016
PAY TO THE ORDER OF John R. Roderick $**127.04
One Hundred Twenty-Seven and 04/100****************** DOLLARS
John R. Roderick
1620 Hidden Lane
Anchorage, AK 99501
MEMO 03.16
⑈020850⑈ ⑆111014325⑆ ⑈2902008844⑈

20850 $127.04

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20845
4/25/2016
PAY TO THE ORDER OF Dorothy Regina Miner $**18.72
Eighteen and 72/100****************** DOLLARS
Dorothy R Miner
2929 Chesapeake
Anchorage, AK 99516
MEMO 03.16
⑈020845⑈ ⑆111014325⑆ ⑈2902008844⑈

20845 $18.72

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20860
4/25/2016
PAY TO THE ORDER OF Michele R Tersing $**18.72
Eighteen and 72/100****************** DOLLARS
Michele R Tersing
P.O Box 870228
Wasilla, AK 99687
MEMO 03.16
⑈020860⑈ ⑆111014325⑆ ⑈2902008844⑈

20860 $18.72

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20702
4/26/2016
PAY TO THE ORDER OF Premera Blue Cross Blue Shield of Alaska $**11,371.67
Eleven Thousand Three Hundred Seventy-One and 67/100****************** DOLLARS
Premera Blue Cross Blue Shield of Alaska
Attention: Payment Processing
P.O. Box 91060
Seattle, WA 98111
MEMO 161110002742
⑈020702⑈ ⑆111014325⑆ ⑈2902008844⑈

20702 $11,371.67

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20694
4/26/2016
PAY TO THE ORDER OF 1400 West Benson, LLC $**6,522.90
Six Thousand Five Hundred Twenty-Two and 90/100****************** DOLLARS
1400 West Benson, LLC
c/o CamBarre Realty, Inc
240 E Tudor Road, Suite 205
Anchorage, AK 99503
MEMO Suite 410
⑈020694⑈ ⑆111014325⑆ ⑈2902008844⑈

20694 $6,522.90

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20874
4/26/2016
PAY TO THE ORDER OF Enerflex $**5,444.44
Five Thousand Four Hundred Forty-Four and 44/100****************** DOLLARS
Enerflex Energy Services (US) Inc.
10815 Telge Road
Houston, TX 77095
Co Code: 1013
MEMO
⑈020874⑈ ⑆111014325⑆ ⑈2902008844⑈

20874 $5,444.44

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20908
4/26/2016
PAY TO THE ORDER OF Everts Air Fuel, Inc. $**3,818.54
Three Thousand Eight Hundred Eighteen and 54/100****************** DOLLARS
Everts Air Fuel, Inc.
PO Box 60008
Fairbanks, AK 99706
MEMO
⑈020908⑈ ⑆111014325⑆ ⑈2902008844⑈

20908 $3,818.54

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20918
4/26/2016
PAY TO THE ORDER OF North Air Inc. $**3,697.50
Three Thousand Six Hundred Ninety-Seven and 50/100****************** DOLLARS
North Air Inc.
PO Box 1507
Kenai, AK 99611
MEMO
⑈020918⑈ ⑆111014325⑆ ⑈2902008844⑈

20918 $3,697.50

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20703
4/26/2016
PAY TO THE ORDER OF Principal Life $**568.82
Five Hundred Sixty-Eight and 82/100****************** DOLLARS
Principal Life
PO Box 4934
Grand Island, NE 68802-4934
MEMO H-3741-2 *
⑈020703⑈ ⑆111014325⑆ ⑈2902008844⑈

20703 $568.82

00000001-0000004-0008-0015-T09252060116132200200-01-L



A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Check 20910 — Aurora Gas, LLC, 4645 Sweetwater Blvd, Suite 200, Sugar Land, TX 77479 — Bank of Texas, NA, Houston, TX 32-1432/1110 — 4/26/2016 — Pay to the order of GCI — $442.30 — Four Hundred Forty-Two and 30/100 Dollars — GCI, PO Box 99001, Anchorage, AK 99509-9001 — Memo 120-323119

20910 $442.30

Check 20838 — Aurora Gas, LLC — 4/25/2016 — Pay to the order of Anne S. Sakumoto — $96.79 — Ninety-Six and 79/100 Dollars — Anne S Sakumoto, PO Box 230882, Anchorage, AK 99523 — Memo 03.16

20838 $96.79

Check 20858 — Aurora Gas, LLC — 4/25/2016 — Pay to the order of Lisa H. Robinson — $65.54 — Sixty-Five and 54/100 Dollars — Lisa H. Robinson, 1017 South Snoqualmie Street, Seattle WA 98108 — Memo 03.16

20858 $65.54

Check 20898 — Aurora Gas, LLC — 4/25/2016 — Pay to the order of Tim T. Kaku — $65.54 — Sixty-Five and 54/100 Dollars — Tim T. Kaku, 4733 132nd Ave. SE, Bellevue, WA 98006 — Memo 03.16

20898 $65.54

Check 20854 — Aurora Gas, LLC — 4/25/2016 — Pay to the order of Kirsten L. Cremonini — $52.43 — Fifty-Two and 43/100 Dollars — Kirsten L Cremonini, 82-70 88th Place, Glendale, NY 11385 — Memo 03.16

20854 $52.43

Check 20864 — Aurora Gas, LLC — 4/25/2016 — Pay to the order of Robert J. Traxinger Irrevocable Trust — $52.43 — Fifty-Two and 43/100 Dollars — Thomas Traxinger, 2705 Hickory Hill Lane, Colleyville, TX 76034 — Memo 03.16

20864 $52.43

Check 20740 — Aurora Gas, LLC — 2/25/2016 — Pay to the order of Robert J. Traxinger Irrevocable Trust — $52.19 — Fifty-Two and 19/100 Dollars — Thomas Traxinger, 2705 Hickory Hill Lane, Colleyville, TX 76034 — Memo 01.16

20740 $52.19

Check 20784 — Aurora Gas, LLC — 3/28/2016 — Pay to the order of Robert J. Traxinger Irrevocable Trust — $49.74 — Forty-Nine and 74/100 Dollars — Thomas Traxinger, 2705 Hickory Hill Lane, Colleyville, TX 76034 — Memo 02.16

20784 $49.74

Check 20586 — 4645 Sweetwater Blvd, Suite 200, Sugar Land, TX 77479 — 1/26/2016 — Pay to the order of Robert J. Traxinger Irrevocable Trust — $39.23 — Thirty-Nine and 23/100 Dollars — Thomas Traxinger, 2705 Hickory Hill Lane, Colleyville, TX 76034 — Memo 12.15

20586 $39.23

Check 20875 — Aurora Gas, LLC — 4/26/2016 — Pay to the order of Pollard Wireline — $6,763.00 — Six Thousand Seven Hundred Sixty-Three and 00/100 Dollars — Pollard Wireline, PO Box 1360, Kenai, AK 99611

20875 $6,763.00



BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20697
4/26/2016
PAY TO THE ORDER OF Blue Cross Blue Shield of Texas $ **6,709.37
Six Thousand Seven Hundred Nine and 37/100 DOLLARS
Blue Cross Blue Shield of Texas
Health Care Svc Corp
P. O. Box 731428
Dallas, TX 75373-1428
MEMO Acct 123389
⑈020697⑈ ⑆111014325⑆ ⑈2902008844⑈ ⑈0000670937⑈

20697 $6,709.37

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20701
4/26/2016
PAY TO THE ORDER OF IPFS Corporation $ **5,560.70
Five Thousand Five Hundred Sixty and 70/100 DOLLARS
IPFS Corporation
P. O. Box 730223
Dallas, TX 75373-0223
MEMO TXH-483044
⑈020701⑈ ⑆111014325⑆ ⑈2902008844⑈ ⑈0000556070⑈

20701 $5,560.70

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20920
4/26/2016
PAY TO THE ORDER OF O'Reilly Auto Parts $ **1,800.21
One Thousand Eight Hundred and 21/100 DOLLARS
O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801-9464
MEMO 1874158
⑈020920⑈ ⑆111014325⑆ ⑈2902008844⑈

20920 $1,800.21

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20837
4/25/2016
PAY TO THE ORDER OF Ana Stroble $ **262.14
Two Hundred Sixty-Two and 14/100 DOLLARS
Ana M. Stroble
P.O. Box 741738
Houston, TX 77274-1738
MEMO 03.16
⑈020837⑈ ⑆111014325⑆ ⑈2902008844⑈

20837 $262.14

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20757
3/28/2016
PAY TO THE ORDER OF Ana Stroble $ **248.72
Two Hundred Forty-Eight and 72/100 DOLLARS
Ana M. Stroble
P.O. Box 741738
Houston, TX 77274-1738
MEMO 02.16
⑈020757⑈ ⑆111014325⑆ ⑈2902008844⑈

20757 $248.72

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20857
4/25/2016
PAY TO THE ORDER OF Lee E. Coulthard $ **157.28
One Hundred Fifty-Seven and 28/100 DOLLARS
Lee E. Coulthard
500 Broadway Street
Suite 605
Vancouver, WA 98660
MEMO 03.16
⑈020857⑈ ⑆111014325⑆ ⑈2902008844⑈

20857 $157.28

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20705
4/26/2016
PAY TO THE ORDER OF SafeSite Inc $ **101.50
One Hundred One and 50/100 DOLLARS
SafeSite Inc
9505 Johnny Morris Road
Austin, Texas 78724
MEMO
⑈020705⑈ ⑆111014325⑆ ⑈2902008844⑈

20705 $101.50

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20861
4/25/2016
PAY TO THE ORDER OF Neil T. Masuda $ **96.79
Ninety-Six and 79/100 DOLLARS
Neil T Masuda
PO Box 235561
Anchorage, AK 99523-5561
MEMO 03.16
⑈020861⑈ ⑆111014325⑆ ⑈2902008844⑈

20861 $96.79

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20840
4/25/2016
PAY TO THE ORDER OF Candyce Y. Hudson $ **65.54
Sixty-Five and 54/100 DOLLARS
Candyce Y. Hudson
2930 76th Ave. South East #A107
Mercer Island, WA 98040
03.16
⑈020840⑈ ⑆111014325⑆ ⑈2902008844⑈

20840 $65.54

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20852
4/25/2016
PAY TO THE ORDER OF Kathleen A. Traxinger $ **52.43
Fifty-Two and 43/100 DOLLARS
Kathleen A. Traxinger
PO Box 1417
Palmer, AK 99645
03.16
⑈020852⑈ ⑆111014325⑆ ⑈2902008844⑈

20852 $52.43


# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC, 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479. BANK OF TEXAS, NA, HOUSTON, TX. 20863. 4/25/2016. PAY TO THE ORDER OF Paul V. Traxinger $**52.43. Fifty-Two and 43/100 DOLLARS. Paul V. Traxinger, 9250 Atlas Trail N.E., Kalkaska, MI 49646. MEMO 03.16

20863 $52.43

Aurora Gas, LLC, 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479. BANK OF TEXAS, NA, HOUSTON, TX. 20839. 4/25/2016. PAY TO THE ORDER OF Bernard F. Maresh, Jr. $**18.72. Eighteen and 72/100 DOLLARS. Bernard F. Maresh, Jr., P.O. Box 870228, Wasilla, AK 99687. MEMO 03.16

20839 $18.72

Aurora Gas, LLC, 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479. BANK OF TEXAS, NA, HOUSTON, TX. 20904. 4/26/2016. PAY TO THE ORDER OF AT&T Mobility $**389.97. Three Hundred Eighty-Nine and 97/100 DOLLARS. AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463. MEMO 287003623910

20904 $389.97

Aurora Gas, LLC, 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479. BANK OF TEXAS, NA, HOUSTON, TX. 20924. 4/26/2016. PAY TO THE ORDER OF Switchboard Alaska, Inc $**55.82. Fifty-Five and 82/100 DOLLARS. Switchboard Alaska, Inc, 5001 Arctic Blvd., Ste #202, Anchorage, AK 99503. MEMO G381-0416

20924 $55.82

Aurora Gas, LLC, 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479. BANK OF TEXAS, NA, HOUSTON, TX. 20868. 4/26/2016. PAY TO THE ORDER OF Travelers $**4,462.75. Four Thousand Four Hundred Sixty-Two and 75/100 DOLLARS. Travelers, CL Remittance Center, P. O. Box 660317, Dallas, TX 75266-0317. MEMO 9748K8104

20868 $4,462.75

20900 $24.00

20917 $6.92

20925 $83.43

20855 $52.43

20929 $55.84

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20909
4/26/2016
PAY TO THE ORDER OF Federal Express $ **35.40
Thirty-Five and 40/100 DOLLARS
Federal Express
PO Box 94515
Palatine, IL 60094-4515
MEMO 5-392-60125
⑈020909⑈ ⑆111014325⑆ ⑈2902008844⑈

20909 $35.40

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20927
4/26/2016
PAY TO THE ORDER OF UPS $ **29.92
Twenty-Nine and 92/100 DOLLARS
UPS
Lockbox 577
Carol Stream, IL 60132-0577
MEMO 3125F3166
⑈020927⑈ ⑆111014325⑆ ⑈2902008844⑈

20927 $29.92

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20696
4/26/2016
PAY TO THE ORDER OF BDO USA, LLP $ **6,006.00
Six Thousand Six and 00/100 DOLLARS
BDO USA, LLP
P. O. Box 31001-0860
Pasadena, CA 91110-0860
MEMO 000619798
⑈020696⑈ ⑆111014325⑆ ⑈2902008844⑈

20696 $6,006.00

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20699
4/26/2016
PAY TO THE ORDER OF Fast PC Networks $ **882.42
Eight Hundred Eighty-Two and 42/100 DOLLARS
Fast PC Networks, Inc.
12510 Drake Prairie
Cypress, Texas 77429
⑈020699⑈ ⑆111014325⑆ ⑈2902008844⑈

20699 $882.42

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20877
5/3/2016
PAY TO THE ORDER OF United Healthcare $ **434.52
Four Hundred Thirty-Four and 52/100 DOLLARS
United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0151
MEMO 325236-Aurora Power
⑈020877⑈ ⑆111014325⑆ ⑈2902008844⑈

20877 $434.52

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20853
4/25/2016
PAY TO THE ORDER OF Keiso & Marcella Masuda $ **290.36
Two Hundred Ninety and 36/100 DOLLARS
Keiso & Marcella Masuda
6500 East 12th Avenue
Anchorage, AK 99504
MEMO 03.16
⑈020853⑈ ⑆111014325⑆ ⑈2902008844⑈

20853 $290.36

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20842
4/25/2016
PAY TO THE ORDER OF Darlene E. Lee $ **96.79
Ninety-Six and 79/100 DOLLARS
Darlene E Lee
10400 Finley Circle
Anchorage, AK 99507
MEMO 03.16
⑈020842⑈ ⑆111014325⑆ ⑈2902008844⑈

20842 $96.79

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20836
4/25/2016
PAY TO THE ORDER OF Alice M. Langley $ **52.43
Fifty-Two and 43/100 DOLLARS
Alice M. Langley
1446 E. Spring Ridge Cir.
Winter Garden, FL 34787
MEMO 03.16
⑈020836⑈ ⑆111014325⑆ ⑈2902008844⑈

20836 $52.43

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20851
4/25/2016
PAY TO THE ORDER OF John W. Hinkle $ **52.43
Fifty-Two and 43/100 DOLLARS
~~John W. Hinkle~~
P.O. Box 140692
Nashville, TN 37214-0692
MEMO 03.16
⑈020851⑈ ⑆111014325⑆ ⑈2902008844⑈

20851 $52.43

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20862
4/25/2016
PAY TO THE ORDER OF Patricia R. Evans $ **52.43
Fifty-Two and 43/100 DOLLARS
Patricia R. Evans
0252 Atlas TR N. E.
Kalkaska, MI 49646
MEMO 03.16
⑈020862⑈ ⑆111014325⑆ ⑈2902008844⑈

20862 $52.43

BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

| Check | Amount |
|---|---|
| 20928 | $35.70 |
| 20876 | $7,737.80 |
| 20704 | $3,093.75 |
| 20698 | $1,701.73 |
| 20871 | $625.00 |
| 20930 | $13.83 |
| 20867 | $6,151.20 |
| 20866 | $5,639.16 |
| 20922 | $947.00 |
| 20847 | $65.54 |

Check 20928 — Aurora Gas, LLC, 4645 Sweetwater Blvd, Suite 200, Sugar Land, TX 77479. Bank of Texas, NA, Houston, TX 32-1432/1110. 4/26/2016. Pay to the order of USAble Life $**35.70. Thirty-Five and 70/100 Dollars. USAble Life, PO Box 204678, Dallas, TX 75320-4678. Memo 1568079. ⑈020928⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20876 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Shirleyville Enterprises, LLC $**7,737.80. Seven Thousand Seven Hundred Thirty-Seven and 80/100 Dollars. Shirleyville Enterprises, LLC, 1400 W. Benson, Suite 410, Anchorage, AK 99503. ⑈020876⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20704 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Robert E. Pledger $**3,093.75. Three Thousand Ninety-Three and 75/100 Dollars. Robert E. Pledger, 1210 Trace Drive, Houston, TX 77077. Memo January 2016. ⑈020704⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20698 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Exxon Mobil Corporation $**1,701.73. One Thousand Seven Hundred One and 73/100 Dollars. Exxon Mobil Corporation, P.O. Box 951027, Dallas, TX 75395-1027. ⑈020698⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20871 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Blakely & Weeks-Thorne, PLLC $**625.00. Six Hundred Twenty-Five and 00/100 Dollars. Blakely & Weeks-Thorne, PLLC, 6363 Woodway, Suite 502, Houston, TX 77057. ⑈020871⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20930 — Aurora Gas, LLC. 5/3/2016. Pay to the order of UPS $**13.83. Thirteen and 83/100 Dollars. UPS, Lockbox 577, Carol Stream, IL 60132-0577. Memo 3125F3186. ⑈020930⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20867 — Aurora Gas, LLC. 4/26/2016. Pay to the order of U. S. Department of Transportation $**6,151.20. Six Thousand One Hundred Fifty-One and 20/100 Dollars. U. S. Department of Transportation, DOT/PHMSA, c/o ESC, AMK-325, 6500 S. Macarthur Blvd HQS Bldg Rm 181, Oklahoma City, OK 73169. Memo 20168-040300. ⑈020867⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20866 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Aurora K-F $**5,639.16. Five Thousand Six Hundred Thirty-Nine and 16/100 Dollars. Aurora K-F, 6733 South Yale Ave., Tulsa, OK 74136. ⑈020866⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20922 — Aurora Gas, LLC. 4/26/2016. Pay to the order of Steve Evans $**947.00. Nine Hundred Forty-Seven and 00/100 Dollars. S & J Automotive, PO Box 82102, Tyonek, AK 99682-0102. 154721/56 806. ⑈020922⑈ ⑆111014325⑆ ⑈2902008844⑈

Check 20847 — Aurora Gas, LLC. 4/25/2016. Pay to the order of Glenn S. Kaku $**65.54. Sixty-Five and 54/100 Dollars. Glenn S. Kaku, 2469 S. Ferdinand St., Seattle, WA 98108-2052. Memo 03.16. ⑈020847⑈ ⑆111014325⑆ ⑈2902008844⑈

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20859
4/25/2016
PAY TO THE ORDER OF Mary J. Horst $**52.43
Fifty-Two and 43/100 DOLLARS
Mary J. Horst
155 Taylor Cut Off Road
Sequim, WA 98382
MEMO 03.16
⑈020859⑈ ⑆111014325⑆ ⑈2902008844⑈

20859 $52.43

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20856
4/25/2016
PAY TO THE ORDER OF Larry K. Hinkle $**52.43
Fifty-Two and 43/100 DOLLARS
Larry K. Hinkle
840 Norman Street
Anchorage, AK 99504
MEMO 03.16
⑈020856⑈ ⑆111014325⑆ ⑈2902008844⑈

20856 $52.43

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20732
2/25/2016
PAY TO THE ORDER OF Larry K. Hinkle $**52.19
Fifty-Two and 19/100 DOLLARS
Larry K. Hinkle
840 Norman Street
Anchorage, AK 99504
MEMO 01.16
⑈020732⑈ ⑆111014325⑆ ⑈2902008844⑈

20732 $52.19

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20776
3/28/2016
PAY TO THE ORDER OF Larry K. Hinkle $**49.74
Forty-Nine and 74/100 DOLLARS
Larry K. Hinkle
840 Norman Street
Anchorage, AK 99504
MEMO 02.16
⑈020776⑈ ⑆111014325⑆ ⑈2902008844⑈

20776 $49.74

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20872
4/26/2016
PAY TO THE ORDER OF Petrotechnical Resources of Ak< LLC $**3,703.00
Three Thousand Seven Hundred Three and 00/100 DOLLARS
Petrotechnical Resources of AK, Inc.
3601 C Street, Suite 822
Anchorage, AK 99503
MEMO 15448
⑈020872⑈ ⑆111014325⑆ ⑈2902008844⑈

20872 $3,703.00

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20878
5/17/2016
PAY TO THE ORDER OF Aurora Power Resources, Inc.-vendor $**4,347.85
Four Thousand Three Hundred Forty-Seven and 85/100 DOLLARS
Aurora Power Resources, Inc.-vendor
4645 Sweetwater Blvd.
Suite 200
Sugar Land, TX 77479
⑈020878⑈ ⑆111014325⑆ ⑈2902008844⑈

20878 $4,347.85

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20926
4/26/2016
PAY TO THE ORDER OF Tyonek Contractors, LLC $**5,000.00
Five Thousand and 00/100 DOLLARS
Tyonek Contractors, LLC
1689 C Street Suite 219
Anchorage, AK 99501
MEMO 2016-1502
⑈020926⑈ ⑆111014325⑆ ⑈2902008844⑈

20926 $5,000.00

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20715
2/25/2016
PAY TO THE ORDER OF Bernard F. Maresh, Jr. $**18.64
Eighteen and 64/100 DOLLARS
Bernard F. Maresh, Jr.
P.O. Box 870228
Wasilla, AK 99687
MEMO 01.16
⑈020715⑈ ⑆111014325⑆ ⑈2902008844⑈

20715 $18.64

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX
20896
4/25/2016
PAY TO THE ORDER OF Rosalie Caren Talbert $**18.72
Eighteen and 72/100 DOLLARS
Rosalie C Talbert
P.O.Box 877903
Wasilla, AK 99687
MEMO 03.16
⑈020896⑈ ⑆111014325⑆ ⑈2902008844⑈

20896 $18.72

**Aurora Gas, LLC**
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20741
2/25/2016
PAY TO THE ORDER OF Rosalie Caren Talbert $**18.64
Eighteen and 64/100 DOLLARS
Rosalie C Talbert
P.O.Box 877903
Wasilla, AK 99687
MEMO 01.16
⑈020741⑈ ⑆111014325⑆ ⑈2902008844⑈

20741 $18.64


Case 16-00130 Filed 07/27/16 Entered 07/27/16 11:31:57 Doc# 66-2 Page 15 of 15

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20843
4/25/2016
PAY TO THE ORDER OF Darrin J. Sommerville & Chelsea Somervill $**18.72
Eighteen and 72/100 DOLLARS
Darrin J. Sommerville & Chelsea Sommerville
310 Kobuck, Apt #A
Soldotna, AK 99669
MEMO 03.16
⑈020843⑈ ⑆111014325⑆ ⑈2902008844⑈

20843 $18.72

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20524
1/26/2016
PAY TO THE ORDER OF Darrin J. Sommerville & Chelsea Somervill $**14.01
Fourteen and 01/100 DOLLARS
Darrin J. Sommerville & Chelsea Sommerville
310 Kobuck, Apt #A
Soldotna, AK 99669
MEMO 12.15
⑈020524⑈ ⑆111014325⑆ ⑈2902008844⑈

20524 $14.01

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20939
5/26/2016
PAY TO THE ORDER OF David L. Boelens-Royalty $**1,516.46
One Thousand Five Hundred Sixteen and 46/100 DOLLARS
David L. Boelens
1400 West Benson, Ste 410
Anchorage, AK 99503
MEMO 04.16
⑈020939⑈ ⑆111014325⑆ ⑈2902008844⑈

20939 $1,516.46

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20941
5/26/2016
PAY TO THE ORDER OF Fred S. Hokama $**251.86
Two Hundred Fifty-One and 86/100 DOLLARS
Fred S. Hokama
5400 DeArmoun Road
Anchorage, AK 99516
MEMO 04.16
⑈020941⑈ ⑆111014325⑆ ⑈2902008844⑈

20941 $251.86

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20841
4/25/2016
PAY TO THE ORDER OF Daniel Thomas Maresh $**18.72
Eighteen and 72/100 DOLLARS
Daniel T Maresh
P.O. Box 870228
Wasilla, AK 99687
MEMO 03.16
⑈020841⑈ ⑆111014325⑆ ⑈2902008844⑈

20841 $18.72

