UST-10 COVER SHEET

# MONTHLY FINANCIAL REPORT FOR CORPORATE OR PARTNERSHIP DEBTOR

Case No. **16-00130**   Report Month/Year **06/2016**
Debtor **Aurora Gas, LLC**

INSTRUCTIONS: The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:  |  Yes  |  No

| Form | Description | Yes | No |
|---|---|---|---|
| UST-12 | **Comparative Balance Sheet** or debtor's balance sheet. The debtor=s balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ✓ | |
| UST-13 | **Comparative Income Statement** or debtor's income statement. | ✓ | |
| UST-14 | **Summary of Deposits and Disbursements** | ✓ | |
| UST-14 Continuation Sheets | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ✓ | |
| UST-15 | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ✓ | |
| UST-16 | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ✓ | |
| UST-17 | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | | ✓ |

## CONTACT INFORMATION

Who is the best person to contact if the UST has questions about this report?

Name **Patti Polk**
Telephone **281-433-3040**
Email **p.polk@auroragasllc.com**

| Debtor | Aurora Gas, LLC | Case Number | 16-00130 |
|---|---|---|---|
| | | Report Mo/Yr | 06/2016 |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. **Debtor's counsel may not sign a financial report for the debtor.**

**Question 1**  At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐  No ☒
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2**  For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 478,483.00

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature: _J Edward Jones_  Date: 7/27/16

Debtor  Aurora Gas, LLC

Case Number  16-00130

Report Mo/Yr  06/2016

**UST-12, COMPARATIVE BALANCE SHEET**

See attached

| As of month ending | | | |
|---|---|---|---|
| ASSETS | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| LIABILITIES | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(cont'd. on next page)

Debtor: Aurora Gas, LLC
Case Number: 16-00130
Report Mo/Yr: 06/2016

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

| As of month ending | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholder's Equity (Or Deficit) | | | |
| Partners= Investment   (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS EQUITY OR PARTNERS INVESTMENT | | | |

Footnotes to balance sheet:

**Aurora Gas, LLC**
**Balance Sheet**
As of June 30, 2016

|  | Jun 30, 16 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Cash & Cash Equivalents | 341,254.14 |
|     **Total Checking/Savings** | 341,254.14 |
|     **Accounts Receivable** | |
|       Accounts Receivable-Trade | 1,431,852.29 |
|     **Total Accounts Receivable** | 1,431,852.29 |
|     **Other Current Assets** | |
|       Deposits | 15,625.00 |
|       Inventory | 966,964.68 |
|       Prepaid Costs | 369,236.62 |
|     **Total Other Current Assets** | 1,351,826.30 |
|   **Total Current Assets** | 3,124,932.73 |
|   **Fixed Assets** | |
|     Oil & Gas Properties | 6,175,869.60 |
|     Other Plant & Equipment | 30,823.74 |
|   **Total Fixed Assets** | 6,206,693.34 |
|   **Other Assets** | |
|     Investment - CISPRI Partners LP | 3,157.00 |
|   **Total Other Assets** | 3,157.00 |
| **TOTAL ASSETS** | 9,334,783.07 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 1,911,609.00 |
|       **Total Accounts Payable** | 1,911,609.00 |
|       **Other Current Liabilities** | |
|         Royalty Held in Suspense | 123,400.54 |
|         Sales Tax Payable | -15.98 |
|         Surface Use Fees-Liability | 305,000.00 |
|       **Total Other Current Liabilities** | 428,384.56 |
|     **Total Current Liabilities** | 2,339,993.56 |
|   **Total Liabilities** | 2,339,993.56 |
|   **Equity** | |
|     Capital Investment | 67,940,990.26 |
|     Distribution | -7,500,001.00 |
|     Excess Depletion | 4,789,300.72 |
|     Retained Earnings | -57,789,524.91 |
|     Net Income | -445,975.56 |
|   **Total Equity** | 6,994,789.51 |
| **TOTAL LIABILITIES & EQUITY** | 9,334,783.07 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of June 30, 2016

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---:|
| Bill | 11/09/2015 | 2.017-1501 | Tyonek Contractors, LLC | 12/09/2015 | 65,627.39 |
| Bill | 11/13/2015 | 153619 | Weaver Bros., Inc. | 12/13/2015 | 16,060.00 |
| Bill | 11/17/2015 | 2012 | Aurora Well Service, LLC | 12/17/2015 | 7,770.90 |
| Bill | 11/23/2015 | 6056 | Tripoint Alaska LLC | 12/23/2015 | 21,830.00 |
| Bill | 11/23/2015 | 153706 | Weaver Bros., Inc. | 12/23/2015 | 1,700.00 |
| Bill | 11/23/2015 | 153708 | Weaver Bros., Inc. | 12/23/2015 | 11,600.00 |
| Bill | 11/23/2015 | 153709 | Weaver Bros., Inc. | 12/23/2015 | 12,920.00 |
| Bill | 11/23/2015 | 153710 | Weaver Bros., Inc. | 12/23/2015 | 15,624.50 |
| Bill | 11/23/2015 | 19020-002 | ASRC Energy Services | 12/23/2015 | 10,000.00 |
| Bill | 11/23/2015 | 153723 | Weaver Bros., Inc. | 12/23/2015 | 24,181.00 |
| Bill | 11/24/2015 | M69106 | Tanks-A-Lot, Inc. | 12/24/2015 | 16,955.00 |
| Bill | 11/24/2015 | 2021 | Aurora Well Service, LLC | 12/24/2015 | 64,189.24 |
| Bill | 11/25/2015 | 2022 | Aurora Well Service, LLC | 12/25/2015 | 9,969.29 |
| Bill | 12/01/2015 | 100115 | State Wide Oil Field Services, LLC | 12/11/2015 | 6,462.36 |
| Bill | 12/01/2015 | 90255944 | Expro Americas, LLC | 12/31/2015 | 29,766.83 |
| Bill | 12/01/2015 | 2028 | Aurora Well Service, LLC | 12/31/2015 | 19,319.24 |
| Bill | 12/01/2015 | 2026 | Aurora Well Service, LLC | 12/31/2015 | 2,892.52 |
| Bill | 12/02/2015 | 77356 | SolstenXP Inc. | 01/01/2016 | 13,700.00 |
| Bill | 12/07/2015 | 153773 | Weaver Bros., Inc. | 01/06/2016 | 15,820.00 |
| Bill | 12/07/2015 | 153774 | Weaver Bros., Inc. | 01/06/2016 | 16,073.50 |
| Bill | 12/07/2015 | 001 | Boatright & Sons LLC | 01/06/2016 | 17,094.00 |
| Bill | 12/08/2015 | 2031 | Aurora Well Service, LLC | 01/07/2016 | 7,681.15 |
| Bill | 12/08/2015 | 2029 | Aurora Well Service, LLC | 01/07/2016 | 69.50 |
| Bill | 12/10/2015 | 2.016-1502 | Tyonek Contractors, LLC | 01/09/2016 | 13,980.02 |
| Bill | 12/10/2015 | 2.006-1509 | Tyonek Contractors, LLC | 01/09/2016 | 30,401.95 |
| Bill | 12/14/2015 | 12468403 RI | Weatherford U.S., L.P. | 01/13/2016 | 2,536.44 |
| Bill | 12/15/2015 | 2033 | Aurora Well Service, LLC | 01/14/2016 | 3,639.32 |
| Bill | 12/15/2015 | 2034 | Aurora Well Service, LLC | 01/14/2016 | 395.37 |
| Bill | 12/16/2015 | 169855 | New Tech Global Ventures LLC | 01/15/2016 | 19,800.00 |
| Bill | 12/16/2015 | 153894 | Weaver Bros., Inc. | 01/15/2016 | 7,251.75 |
| Bill | 12/17/2015 | 77426 | SolstenXP Inc. | 01/16/2016 | 719.68 |
| Bill | 12/18/2015 | 2032 | Aurora Well Service, LLC | 01/17/2016 | 277.19 |
| Bill | 12/21/2015 | 170232 | New Tech Global Ventures LLC | 01/20/2016 | 13,950.00 |
| Bill | 12/21/2015 | 170234 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170235 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170236 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/21/2015 | 170240 | New Tech Global Ventures LLC | 01/20/2016 | 3,100.00 |
| Bill | 12/21/2015 | 170241 | New Tech Global Ventures LLC | 01/20/2016 | 3,606.00 |
| Bill | 12/21/2015 | 170238 | New Tech Global Ventures LLC | 01/20/2016 | 1,550.00 |
| Bill | 12/22/2015 | 2038 | Aurora Well Service, LLC | 01/21/2016 | 2,519.07 |
| Bill | 12/22/2015 | 153952 | Weaver Bros., Inc. | 01/21/2016 | 36,207.75 |
| Bill | 12/28/2015 | 8442-A | Pollard Wireline, Inc. | 01/27/2016 | 14,658.00 |
| Bill | 12/28/2015 | 8441-A | Pollard Wireline, Inc. | 01/27/2016 | 1,822.00 |
| Bill | 12/28/2015 | 8440-A | Pollard Wireline, Inc. | 01/27/2016 | 1,635.00 |
| Bill | 12/28/2015 | 8427-A | Pollard Wireline, Inc. | 01/27/2016 | 6,936.00 |
| Bill | 12/28/2015 | M69766 | Tanks-A-Lot, Inc. | 01/27/2016 | 45,939.00 |
| Bill | 12/28/2015 | M69767 | Tanks-A-Lot, Inc. | 01/27/2016 | 19,407.00 |
| Bill | 12/31/2015 | 2040 | Aurora Well Service, LLC | 01/30/2016 | 1,882.07 |
| Bill | 12/31/2015 | 2042 | Aurora Well Service, LLC | 01/30/2016 | 131.79 |
| Bill | 12/31/2015 | 91932197 | Cook Inlet Tug & Barge Inc. | 01/30/2016 | 42,553.11 |
| Bill | 01/01/2016 | RKH080515 | RKH, LLC | 01/21/2016 | 7,000.00 |
| Bill | 01/04/2016 | 40281 | Knight Oil Tools | 02/03/2016 | 54,712.35 |
| Bill | 01/04/2016 | 154026 | Weaver Bros., Inc. | 02/03/2016 | 1,626.00 |
| Bill | 01/06/2016 | 002 | Boatright & Sons LLC | 02/05/2016 | 13,252.00 |
| Bill | 01/06/2016 | 2121 | Shirleyville Enterprises, LLC | 02/05/2016 | 5,928.70 |
| Bill | 01/06/2016 | 2045 | Aurora Well Service, LLC | 02/05/2016 | 2,101.72 |
| Bill | 01/06/2016 | 2043 | Aurora Well Service, LLC | 02/05/2016 | 71.75 |
| Bill | 01/07/2016 | 19020-003 | ASRC Energy Services | 02/06/2016 | 1,449.43 |
| Bill | 01/11/2016 | 2.016-1601 | Tyonek Contractors, LLC | 02/10/2016 | 7,043.34 |

10:15 AM
07/27/16

# Aurora Gas, LLC
## A/R Aging Detail
### As of June 30, 2016

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---|
| Bill | 01/11/2016 | 2.006-1601 | Tyonek Contractors, LLC | 02/10/2016 | 13,019.65 |
| Bill | 01/12/2016 | 2046 | Aurora Well Service, LLC | 02/11/2016 | 174.48 |
| Bill | 01/13/2016 | 2048 | Aurora Well Service, LLC | 02/12/2016 | 87.86 |
| Bill | 01/13/2016 | 2049 | Aurora Well Service, LLC | 02/12/2016 | 542.16 |
| Bill | 01/13/2016 | 2123 | Shirleyville Enterprises, LLC | 02/12/2016 | 6,388.95 |
| Bill | 01/13/2016 | 154141 | Weaver Bros., Inc. | 02/12/2016 | 924.00 |
| Bill | 01/19/2016 | 160015 | Weaver Bros., Inc. | 02/18/2016 | 1,131.25 |
| Bill | 01/19/2016 | 2052 | Aurora Well Service, LLC | 02/18/2016 | 254.02 |
| Bill | 01/20/2016 | 2053 | Aurora Well Service, LLC | 02/19/2016 | 1,596.55 |
| Bill | 01/20/2016 | 2124 | Shirleyville Enterprises, LLC | 02/19/2016 | 6,726.70 |
| Bill | 01/22/2016 | M70114 | Tanks-A-Lot, Inc. | 02/21/2016 | 31,329.00 |
| Bill | 01/22/2016 | M70115 | Tanks-A-Lot, Inc. | 02/21/2016 | 11,367.00 |
| Bill | 01/25/2016 | 2056 | Aurora Well Service, LLC | 02/24/2016 | 241.62 |
| Bill | 01/25/2016 | 2059 | Aurora Well Service, LLC | 02/24/2016 | 180.99 |
| Bill | 01/25/2016 | 2129 | Shirleyville Enterprises, LLC | 02/24/2016 | 6,312.61 |
| Bill | 01/28/2016 | 15465 | Petrotechnical Resources of AK, LLC | 02/27/2016 | 9,913.75 |
| Bill | 02/02/2016 | 160121 | Weaver Bros., Inc. | 03/03/2016 | 668.50 |
| Bill | 02/02/2016 | 2134 | Shirleyville Enterprises, LLC | 03/03/2016 | 6,436.51 |
| Bill | 02/02/2016 | 2060 | Aurora Well Service, LLC | 03/03/2016 | 542.16 |
| Bill | 02/08/2016 | M70267 | Tanks-A-Lot, Inc. | 03/09/2016 | 2,343.00 |
| Bill | 02/08/2016 | M70266 | Tanks-A-Lot, Inc. | 03/09/2016 | 10,497.00 |
| Bill | 02/08/2016 | 2062 | Aurora Well Service, LLC | 03/09/2016 | 79.54 |
| Bill | 02/09/2016 | 2135 | Shirleyville Enterprises, LLC | 03/10/2016 | 6,695.49 |
| Bill | 02/09/2016 | 2063 | Aurora Well Service, LLC | 03/10/2016 | 241.62 |
| Bill | 02/09/2016 | 2065 | Aurora Well Service, LLC | 03/10/2016 | 1,376.87 |
| Bill | 02/09/2016 | 2.006-1602 | Tyonek Contractors, LLC | 03/10/2016 | 10,145.32 |
| Bill | 02/11/2016 | 527128 | Industrial Instrument Services, Inc. | 03/12/2016 | 1,241.00 |
| Bill | 02/17/2016 | 2067 | Aurora Well Service, LLC | 03/18/2016 | 174.48 |
| Bill | 02/17/2016 | 2069 | Aurora Well Service, LLC | 03/18/2016 | 429.86 |
| Bill | 02/17/2016 | 2139 | Shirleyville Enterprises, LLC | 03/18/2016 | 6,437.74 |
| Bill | 02/17/2016 | 527153 | Industrial Instrument Services, Inc. | 03/18/2016 | 318.00 |
| Bill | 02/17/2016 | 527155 | Industrial Instrument Services, Inc. | 03/18/2016 | 499.51 |
| Bill | 02/19/2016 | 160236 | Weaver Bros., Inc. | 03/20/2016 | 1,143.75 |
| Bill | 02/22/2016 | 5587 | AIMM Technologies, Inc. | 03/23/2016 | 104,901.00 |
| Bill | 02/22/2016 | 5641 | Alaska Eco Resources, LLC | 03/23/2016 | 118,800.00 |
| Bill | 02/23/2016 | 2141 | Shirleyville Enterprises, LLC | 03/24/2016 | 6,293.86 |
| Bill | 02/23/2016 | 2070 | Aurora Well Service, LLC | 03/24/2016 | 180.99 |
| Bill | 02/23/2016 | 2071 | Aurora Well Service, LLC | 03/24/2016 | 175.72 |
| Bill | 02/29/2016 | 2146 | Shirleyville Enterprises, LLC | 03/30/2016 | 6,309.62 |
| Bill | 03/01/2016 | 2074 | Aurora Well Service, LLC | 03/31/2016 | 70.30 |
| Bill | 03/01/2016 | 2075 | Aurora Well Service, LLC | 03/31/2016 | 62.22 |
| Bill | 03/01/2016 | 2077 | Aurora Well Service, LLC | 03/31/2016 | 197.69 |
| Bill | 03/03/2016 | 11870 | Northern Industrial Training, LLC | 04/02/2016 | 2,432.25 |
| Bill | 03/03/2016 | 527193 | Industrial Instrument Services, Inc. | 04/02/2016 | 2,182.00 |
| Bill | 03/08/2016 | 2079 | Aurora Well Service, LLC | 04/07/2016 | 135.74 |
| Bill | 03/08/2016 | 2150 | Shirleyville Enterprises, LLC | 04/07/2016 | 6,275.08 |
| Bill | 03/09/2016 | 527220 | Industrial Instrument Services, Inc. | 04/08/2016 | 477.00 |
| Bill | 03/15/2016 | 2081 | Aurora Well Service, LLC | 04/14/2016 | 249.31 |
| Bill | 03/15/2016 | 2151 | Shirleyville Enterprises, LLC | 04/14/2016 | 6,205.94 |
| Bill | 03/15/2016 | 2083 | Aurora Well Service, LLC | 04/14/2016 | 373.41 |
| Bill | 03/22/2016 | 2152 | Shirleyville Enterprises, LLC | 04/21/2016 | 6,430.04 |
| Bill | 03/22/2016 | 2086 | Aurora Well Service, LLC | 04/21/2016 | 361.98 |
| Bill | 03/28/2016 | M70739 | Tanks-A-Lot, Inc. | 04/27/2016 | 398.20 |
| Bill | 03/29/2016 | 2089 | Aurora Well Service, LLC | 04/28/2016 | 1,365.87 |
| Bill | 03/29/2016 | 2156 | Shirleyville Enterprises, LLC | 04/28/2016 | 6,664.23 |
| Bill | 03/29/2016 | 2090 | Aurora Well Service, LLC | 04/28/2016 | 329.48 |
| Bill | 04/07/2016 | 2.006-1604 | Tyonek Contractors, LLC | 05/07/2016 | 11,111.73 |
| Bill | 04/11/2016 | AK80-864480 | Motion Industries | 05/11/2016 | 1,772.79 |
| Bill | 04/18/2016 | 8522-A | Pollard Wireline, Inc. | 05/18/2016 | 1,822.00 |
| Bill | 04/18/2016 | 8524-A | Pollard Wireline, Inc. | 05/18/2016 | 3,874.00 |
| Bill | 04/18/2016 | 8525-A | Pollard Wireline, Inc. | 05/18/2016 | 1,012.00 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of June 30, 2016

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---|
| Bill | 04/18/2016 | 2164 | Shirleyville Enterprises, LLC | 05/18/2016 | 6,187.49 |
| Bill | 04/26/2016 | 2174 | Shirleyville Enterprises, LLC | 05/26/2016 | 6,497.81 |
| Credit | 04/26/2016 | 2175 | Shirleyville Enterprises, LLC | | -3,209.18 |
| Bill | 05/02/2016 | 527342 | Industrial Instrument Services, Inc. | 06/01/2016 | 2,067.50 |
| Bill | 05/03/2016 | 2176 | Shirleyville Enterprises, LLC | 06/02/2016 | 6,370.16 |
| Bill | 05/03/2016 | 2109 | Aurora Well Service, LLC | 06/02/2016 | 241.62 |
| Bill | 05/03/2016 | 2108 | Aurora Well Service, LLC | 06/02/2016 | 294.12 |
| Bill | 05/03/2016 | 2105 | Aurora Well Service, LLC | 06/02/2016 | 72.65 |
| Bill | 05/03/2016 | 11870b | Northern Industrial Training, LLC | 06/02/2016 | 504.87 |
| | | | **TOTAL PRE PETITION** | | **1,228,992.65** |
| Bill | 05/09/2016 | 527352 | Industrial Instrument Services, Inc. | 06/08/2016 | 154.50 |
| Bill | 05/09/2016 | 527366 | Industrial Instrument Services, Inc. | 06/08/2016 | 671.50 |
| Bill | 05/10/2016 | 909459401 | DNOW L.P. | 06/09/2016 | 468.86 |
| Bill | 05/13/2016 | April Activity | Spernak Airways, Inc. | 06/12/2016 | 1,152.51 |
| Bill | 05/17/2016 | 527388 | Industrial Instrument Services, Inc. | 06/16/2016 | 180.25 |
| Bill | 05/17/2016 | 527387 | Industrial Instrument Services, Inc. | 06/16/2016 | 1,301.50 |
| Bill | 05/17/2016 | ANCS0660795 | N C Machinery Co. | 06/16/2016 | 572.92 |
| Bill | 05/17/2016 | 757 | North Air Inc. | 06/16/2016 | 440.00 |
| Bill | 05/19/2016 | 183465 | Alaska Oil Sales | 06/18/2016 | 2,630.80 |
| Bill | 05/19/2016 | 273870 AWS Acct | Spernak Airways, Inc. | 06/18/2016 | 190.00 |
| Bill | 05/20/2016 | 2.006-1605 | Tyonek Contractors, LLC | 06/19/2016 | 19,940.20 |
| Bill | 05/20/2016 | 2110 | Aurora Well Service, LLC | 06/19/2016 | 135.74 |
| Bill | 05/20/2016 | 2181 | Shirleyville Enterprises, LLC | 06/19/2016 | 12,417.56 |
| Bill | 05/24/2016 | 767 | North Air Inc. | 06/23/2016 | 920.00 |
| Bill | 05/24/2016 | 2112 | Aurora Well Service, LLC | 06/23/2016 | 86.45 |
| Bill | 05/24/2016 | 2113 | Aurora Well Service, LLC | 06/23/2016 | 1,464.72 |
| Bill | 05/24/2016 | 2182 | Shirleyville Enterprises, LLC | 06/23/2016 | 6,793.10 |
| Credit | 05/24/2016 | 2184 | Shirleyville Enterprises, LLC | | -489.25 |
| Bill | 05/26/2016 | 527427 | Industrial Instrument Services, Inc. | 06/25/2016 | 309.00 |
| Bill | 05/27/2016 | 90121297 | Enerflex Energy Services (US) Inc. | 06/26/2016 | 5,932.74 |
| Bill | 05/27/2016 | 90121177 | Enerflex Energy Services (US) Inc. | 06/26/2016 | 106.00 |
| Bill | 05/31/2016 | 776 | North Air Inc. | 06/30/2016 | 184.00 |
| Bill | 05/31/2016 | | Weatherford Laboratories, Inc. | 06/30/2016 | 102.00 |
| Bill | 05/31/2016 | | G. Scott Pfoff | 05/31/2016 | 16.78 |
| Bill | 05/31/2016 | | AIX Energy LLC | 06/10/2016 | 27,922.00 |
| Bill | 05/31/2016 | | Furie Operating Alaska, LLC | 06/10/2016 | 87,000.00 |
| Bill | 05/31/2016 | | Enstar Natural Gas Company-vendor | 06/10/2016 | 11,606.13 |
| Bill | 05/31/2016 | | Kenai Beluga Pipeline | 06/10/2016 | 17,762.46 |
| Bill | 06/02/2016 | 183891 | Alaska Oil Sales | 07/02/2016 | 5,246.60 |
| Bill | 06/02/2016 | 2117 | Aurora Well Service, LLC | 07/02/2016 | 131.79 |
| Bill | 06/02/2016 | 2119 | Aurora Well Service, LLC | 07/02/2016 | 520.20 |
| Bill | 06/02/2016 | 2190 | Shirleyville Enterprises, LLC | 07/02/2016 | 6,470.26 |
| Bill | 06/02/2016 | 12167 | Northern Industrial Training, LLC | 07/02/2016 | 1,227.61 |
| Bill | 06/06/2016 | 311053 | Rocky Mountain Oilfield Warehouse | 07/06/2016 | 142.10 |
| Bill | 06/06/2016 | SCN16050025 | N C Machinery Co. | 07/06/2016 | 11.85 |
| Bill | 06/06/2016 | 2.006-1606 | Tyonek Contractors, LLC | 07/06/2016 | 5,679.56 |
| Bill | 06/06/2016 | ANCS0662284 | N C Machinery Co. | 07/06/2016 | 679.93 |
| Bill | 06/06/2016 | 3125F3236 | UPS | 06/06/2016 | 28.45 |
| Bill | 06/06/2016 | 7900044438014064 | Neofunds by Neopost | 06/06/2016 | 136.45 |
| Bill | 06/06/2016 | 6730 | Kenai Auto, Inc. | 06/16/2016 | 8,749.07 |
| Bill | 06/07/2016 | 2120 | Aurora Well Service, LLC | 07/07/2016 | 75.00 |
| Bill | 06/07/2016 | 909557328 | DNOW L.P. | 07/07/2016 | 800.09 |
| Bill | 06/07/2016 | 2121 | Aurora Well Service, LLC | 07/07/2016 | 203.62 |
| Bill | 06/07/2016 | 2194 | Shirleyville Enterprises, LLC | 07/07/2016 | 6,328.88 |
| Bill | 06/08/2016 | | Willis of Texas, Inc. - HRH | 07/08/2016 | 2,448.00 |
| Bill | 06/08/2016 | | IHS Energy Group | 07/08/2016 | 4,546.50 |
| Bill | 06/08/2016 | | CISPRI | 07/08/2016 | 20,400.00 |
| Bill | 06/08/2016 | | SafeSite Inc | 06/18/2016 | 101.50 |
| Bill | 06/08/2016 | TNC16-154 | Tyonek Native Corporation | 06/18/2016 | 157,261.80 |
| Bill | 06/08/2016 | | O'Brien's Response Management | 06/28/2016 | 7,200.00 |

10:15 AM
07/27/16

Case 16-00130   Filed 07/27/16   Entered 07/27/16 11:36:33   Doc# 67   Page 9 of 17

**Aurora Gas, LLC**
**A/R Aging Detail**
As of June 30, 2016

| Type | Date | Num | Name | Due Date | Amount |
|---|---|---|---|---|---|
| Bill | 06/09/2016 | 184331 | Alaska Oil Sales | 07/09/2016 | 10,133.13 |
| Bill | 06/09/2016 | 90123298 | Enerflex Energy Services (US) Inc. | 07/09/2016 | 687.33 |
| Bill | 06/09/2016 | 5-444-38522 | Federal Express | 06/19/2016 | 36.52 |
| Bill | 06/13/2016 | 311337 | Rocky Mountain Oilfield Warehouse | 07/13/2016 | 314.07 |
| Bill | 06/13/2016 | 287003623910 | AT&T Mobility | 06/23/2016 | 385.02 |
| Bill | 06/14/2016 | 2123 | Aurora Well Service, LLC | 07/14/2016 | 438.06 |
| Bill | 06/14/2016 | May Activity | Spernak Airways, Inc. | 07/14/2016 | 651.55 |
| Bill | 06/14/2016 | 2196 | Shirleyville Enterprises, LLC | 07/14/2016 | 6,261.34 |
| Bill | 06/14/2016 | 2124 | Aurora Well Service, LLC | 07/14/2016 | 135.74 |
| Credit | 06/14/2016 | 2200 | Shirleyville Enterprises, LLC | | -58.71 |
| Bill | 06/15/2016 | 17074 | Kenai Aviation, Inc | 07/15/2016 | 150.00 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,554.57 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,424.15 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,369.98 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,482.84 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,482.84 |
| Bill | 06/17/2016 | 375068 | Chugach Electric | 07/02/2016 | 1,568.12 |
| Credit | 06/17/2016 | 375068 | Chugach Electric | | -1,165.77 |
| Bill | 06/17/2016 | 71875778 | GCI | 06/17/2016 | 446.37 |
| Bill | 06/17/2016 | 5-451-84582 | Federal Express | 06/27/2016 | 35.75 |
| Bill | 06/17/2016 | 1620320 | USAble Life | 06/27/2016 | 30.80 |
| Bill | 06/17/2016 | 10052801 | Navia Benefit Solutions | 06/27/2016 | 49.50 |
| Bill | 06/17/2016 | 9002494760 | Konica Minolta Business Solutions USA | 06/27/2016 | 153.45 |
| Bill | 06/21/2016 | 2126 | Aurora Well Service, LLC | 07/21/2016 | 509.06 |
| Bill | 06/21/2016 | 2204 | Shirleyville Enterprises, LLC | 07/21/2016 | 6,426.49 |
| Bill | 06/21/2016 | 1011 | Stellar Marine Services, LLC | 07/21/2016 | 1,600.00 |
| Bill | 06/21/2016 | 2129 | Aurora Well Service, LLC | 07/21/2016 | 219.65 |
| Bill | 06/22/2016 | 830 | North Air Inc. | 07/22/2016 | 440.00 |
| Bill | 06/22/2016 | 17083 | Kenai Aviation, Inc | 07/22/2016 | 483.75 |
| Bill | 06/23/2016 | BER 6/23 | Tina Westfall | 07/03/2016 | 83.99 |
| Bill | 06/24/2016 | 374324 | Chugach Electric | 07/09/2016 | 267.60 |
| Bill | 06/27/2016 | | AIX Energy LLC | 07/07/2016 | 21,245.00 |
| Bill | 06/27/2016 | 13312 | Blakely & Weeks-Thorne, PLLC | 07/07/2016 | 3,712.50 |
| Bill | 06/27/2016 | | BDO USA, LLP | 07/07/2016 | 924.00 |
| Bill | 06/27/2016 | 909627646 | DNOW L.P. | 07/27/2016 | 468.86 |
| Bill | 06/27/2016 | 38069 | Satellite Alaska | 06/27/2016 | 104.55 |
| Bill | 06/27/2016 | | Fast PC Networks | 06/27/2016 | 441.21 |
| Bill | 06/28/2016 | G381-0716 | Switchboard Alaska, Inc | 07/08/2016 | 55.00 |
| Bill | 06/28/2016 | B232523 | Beacon OHSS, Inc | 07/28/2016 | 95.00 |
| Bill | 06/28/2016 | 17089 | Kenai Aviation, Inc | 07/28/2016 | 214.38 |
| Bill | 06/28/2016 | 527493 | Industrial Instrument Services, Inc. | 07/28/2016 | 2,377.00 |
| Bill | 06/28/2016 | 2131 | Aurora Well Service, LLC | 07/28/2016 | 1,201.11 |
| Bill | 06/28/2016 | 2207 | Shirleyville Enterprises, LLC | 07/28/2016 | 6,695.49 |
| Bill | 06/28/2016 | 5218960 | AIH | 06/28/2016 | 28.80 |
| Bill | 06/30/2016 | | G. Scott Pfoff | 06/30/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | David L. Boelens-Royalty | 06/30/2016 | 1,556.72 |
| Bill | 06/30/2016 | 06.16 | Keiso & Marcella Masuda | 06/30/2016 | 292.37 |
| Bill | 06/30/2016 | 06.16 | Fred S. Hokama | 06/30/2016 | 263.95 |
| Bill | 06/30/2016 | 06.16 | John R. Roderick | 06/30/2016 | 127.91 |
| Bill | 06/30/2016 | 06.16 | Jay B. Hinkle | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | John W. Hinkle | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Larry K. Hinkle | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Larlane J. Ciesla | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Alice M. Langley | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Kathleen A. Traxinger | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Paul V. Traxinger | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Patricia R. Evina | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Mary J. Horst | 06/30/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Rose Marie Maresh | 06/30/2016 | 131.98 |
| Bill | 06/30/2016 | 23635 | Green Connection | 07/10/2016 | 67.75 |
| Bill | 06/30/2016 | | Kenai Beluga Pipeline | 07/10/2016 | 19,634.13 |

# Aurora Gas, LLC
## A/P Aging Detail
### As of June 30, 2016

| Type | Date | Num | Name | Due Date | Open Balance |
|---|---|---|---|---|---|
| Bill | 06/30/2016 | | State of Alaska-Dept. of Revenue | 07/10/2016 | 285.00 |
| Bill | 06/30/2016 | | State of Alaska-Dept. of Natural Resource | 07/10/2016 | 21,498.88 |
| Bill | 06/30/2016 | | Aurora K-F | 07/10/2016 | 5,455.17 |
| Bill | 06/30/2016 | | Aurora Power Resources, Inc.-vendor | 07/10/2016 | 4,093.20 |
| Bill | 06/30/2016 | | Exxon Mobil Corporation | 07/10/2016 | 1,604.06 |
| Bill | 06/30/2016 | 06.16 | Nial T. Masuda | 07/10/2016 | 97.46 |
| Bill | 06/30/2016 | 06.16 | Darlene E. Lee | 07/10/2016 | 97.46 |
| Bill | 06/30/2016 | 06.16 | Anne S. Sakumoto | 07/10/2016 | 97.46 |
| Bill | 06/30/2016 | 06.16 | Lee E. Coulthard | 07/10/2016 | 158.37 |
| Bill | 06/30/2016 | 06.16 | John L. Cremonini | 07/10/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Kirsten L. Cremonini | 07/10/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Ana M. Stroble | 07/10/2016 | 263.95 |
| Bill | 06/30/2016 | 06.16 | Glenn S. Kaku | 07/10/2016 | 65.99 |
| Bill | 06/30/2016 | 06.16 | Tim T. Kaku | 07/10/2016 | 65.99 |
| Bill | 06/30/2016 | 06.16 | Candyce Y. Hudson | 07/10/2016 | 65.99 |
| Bill | 06/30/2016 | 06.16 | Lisa H. Robinson | 07/10/2016 | 65.99 |
| Bill | 06/30/2016 | 06.16 | Robert J. Traxinger Irrevocable Trust | 07/10/2016 | 52.79 |
| Bill | 06/30/2016 | 06.16 | Bernard F. Maresh, Jr. | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | Daniel Thomas Maresh | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | Dorothy Regina Miner | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | Darrin J. Sommerville & Chelsea Sommervil | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | Michele Rae Tonsing | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | 06.16 | Rosalie Caren Talbert | 07/10/2016 | 18.85 |
| Bill | 06/30/2016 | | Furie Operating Alaska, LLC | 07/27/2016 | 107,598.00 |
| Bill | 06/30/2016 | 909642016 | DNOW L.P. | 07/30/2016 | 129.70 |
| Bill | 06/30/2016 | 6/11 897 | S & J Automotive | 07/30/2016 | 90.00 |
| Bill | 06/30/2016 | 5/30 897 | S & J Automotive | 07/30/2016 | 180.00 |
| Bill | 06/30/2016 | | CIRI | 07/30/2016 | 18,042.16 |
| | | | **TOTAL POST PETITION** | | **686,316.89** |
| | | | **TOTAL** | | **1,915,309.54** |

Debtor: Aurora Gas, LLC

Case Number: 16-00130
Report Mo/Yr: 06/2016

**UST-13, COMPARATIVE INCOME STATEMENT**

See attached

| For the month of | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less: Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>Beginning Inventory<br>Add: Purchases<br>Less: Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add: Other Income | | | |
| Less: Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

4:18 PM
07/25/16
Accrual Basis

# Aurora Gas, LLC
## Profit & Loss
### January through June 2016

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Oil & Gas Production | 403,308.12 | 380,665.33 | 405,853.23 | 387,628.35 | 371,356.74 | 430,393.85 | 2,379,205.62 |
| Production Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Royalty | -67,948.00 | -55,737.41 | -56,443.01 | -55,560.18 | -53,375.70 | -50,997.32 | -340,061.62 |
| Well Overhead | 1,792.06 | 799.37 | 647.05 | 0.00 | 0.00 | 0.00 | 3,238.48 |
| **Total Income** | 337,152.18 | 325,727.29 | 350,057.27 | 332,068.17 | 317,981.04 | 379,396.53 | 2,042,382.48 |
| **Cost of Goods Sold** | | | | | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,733.28 | 43,733.28 |
| Depletion Expense | 48,626.66 | 38,642.39 | 37,065.96 | 35,633.67 | 31,893.97 | 36,284.34 | 228,346.99 |
| Depreciation | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 82,688.94 |
| Gathering and Transportation | 27,940.50 | 26,357.20 | 6,555.72 | 20,435.95 | 17,762.46 | 19,634.13 | 118,685.96 |
| Lease Operating Expenses | 138,720.74 | 151,811.47 | 153,310.71 | 145,453.53 | 146,581.10 | 148,933.45 | 884,811.00 |
| Maintenance & Operations | 0.00 | 1,465.97 | 351.16 | 351.16 | 0.00 | 351.16 | 2,519.45 |
| Natural Gas Purchases | 32,171.00 | 70,412.00 | 94,085.00 | 89,570.00 | 114,922.00 | 128,843.00 | 530,003.00 |
| **Total COGS** | 261,440.39 | 302,470.52 | 305,150.04 | 305,225.80 | 324,941.02 | 391,560.85 | 1,890,788.62 |
| **Gross Profit** | 75,711.79 | 23,256.77 | 44,907.23 | 26,842.37 | -6,959.98 | -12,164.32 | 151,593.86 |
| **Expense** | | | | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 | 17.82 | 9.07 | 26.89 |
| Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| Depreciation Expense | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 6,968.40 |
| Exploration Expenses | 101.50 | 101.50 | 203.00 | 102.00 | 203.50 | 101.50 | 813.00 |
| Insurance | 2,224.58 | 2,213.90 | 2,225.60 | 5,067.27 | 1,998.72 | 7,510.37 | 21,240.44 |
| Licenses and Permits | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 100.00 | 110.00 |
| Miscellaneous | 1,557.93 | 5,918.77 | 1,831.27 | 1,528.75 | 2,525.78 | 22,696.95 | 36,059.45 |
| Professional Fees | 27,157.57 | 13,461.18 | 9,349.33 | 8,540.12 | 4,214.82 | 13,084.81 | 75,807.83 |
| Rent | 9,852.90 | 9,852.90 | 9,852.90 | 9,852.90 | 9,852.90 | 9,852.90 | 59,117.40 |
| Salaries | 64,976.12 | 65,094.33 | 64,065.14 | 63,384.65 | 64,370.13 | 64,330.64 | 386,221.01 |
| Software Licenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,546.50 | 4,546.50 |
| Taxes | 0.00 | 0.00 | 0.00 | 6,151.20 | 0.00 | 60.15 | 6,211.35 |
| Travel & Ent | 0.00 | 30.78 | 224.37 | 0.00 | 93.00 | 0.00 | 348.15 |
| Unallocated Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 107,032.00 | 97,834.76 | 88,913.01 | 95,788.29 | 84,548.07 | 123,454.29 | 597,570.42 |
| **Net Ordinary Income** | -31,320.21 | -74,577.99 | -44,005.78 | -68,945.92 | -91,508.05 | -135,618.61 | -445,976.56 |
| **Other Income/Expense** | | | | | | | |
| **Other Income** | | | | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales Tax Discount | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 1.00 |
| **Total Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 1.00 |
| **Net Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 1.00 |
| **Net Income** | -31,320.01 | -74,577.79 | -44,005.58 | -68,945.72 | -91,507.85 | -135,618.61 | -445,975.56 |

Debtor **Aurora Gas, LLC**

Case Number: **16-00130**

Report Mo/Yr: **06/2016**

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. Sec. 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found attached to this report. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | 550,909.99 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** | 550,909.99 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 478,483.00 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| **TOTAL DISBURSEMENTS** | 478,483.00 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISSBURSEMENTS)** | 72,426.99 |

Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?    Yes ☐    No ☑    If Yes, list each quarter that is delinquent and the amount due.

(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)

| | |
|---|---|
| Debtor | Aurora Gas, LLC |
| Case Number | 16-00130 |
| Report Mo/Yr | 06/2016 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name<br>Account number | Bank of Texas N.A. #2902008844 |
|---|---|

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 208,214.31 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | 342,693.68 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 550,909.99 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 478,483.00 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 72,426.99 |

Does this CONTINUATION SHEET include the following supporting documents, as required:    Yes    No

- A monthly bank statement (or trust account statement);   ☑ ☐
- A detailed list of receipts for that account (deposit log or receipts journal);   ☑ ☐
- A detailed list of disbursements for that account (check register or disbursement journal); and,   ☑ ☐
- If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.   ☐ ☑

UST-14 CONTINUATION SHEET, Number ___1___ of ___1___

# Aurora Gas, LLC
## Account QuickReport
### As of June 30, 2016

| Type | Date | Name | Amount |
|---|---|---|---|
| **Cash & Cash Equivalents** | | | |
| **Checking Accounts** | | | |
| **Bank of Texas-8844** | | | |
| Payment | 06/03/2016 | Helena Energy LLC | 19,979.85 |
| Payment | 06/24/2016 | Tesoro Alaska Co., LLC | 270,995.20 |
| Payment | 06/30/2016 | Alaska Electric & Energy Cooperative | 40,112.50 |
| Payment | 06/30/2016 | Helena Energy LLC | 11,606.13 |
| **Total Bank of Texas-8844** | | | 342,693.68 |

**Aurora Gas, LLC**
**Account QuickReport**
**As of June 30, 2016**

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Checking Accounts** | | | | | |
| **Bank of Texas-8844** | | | | | |
| Bill Pmt -Check | 06/01/2016 | 20879 | 1400 West Benson, LLC | Suite 410 rent | -6,522.90 |
| Bill Pmt -Check | 06/01/2016 | 20880 | Aurora K-F | ORRI May | -5,456.77 |
| Bill Pmt -Check | 06/01/2016 | 20881 | Aurora Power Resources, Inc.-vendor | ORRI May | -4,092.57 |
| Bill Pmt -Check | 06/01/2016 | 20882 | BDO USA, LLP | accounting consultant | -2,829.75 |
| Bill Pmt -Check | 06/01/2016 | 20891 | Blakely & Weeks-Thome, PLLC | accounting consultant | -387.50 |
| Bill Pmt -Check | 06/01/2016 | 20883 | Blue Cross Blue Shield of Texas | health ins | -4,438.45 |
| Bill Pmt -Check | 06/01/2016 | 20884 | Exxon Mobil Corporation | royalty | -1,638.75 |
| Bill Pmt -Check | 06/01/2016 | 20885 | Fast PC Networks | computer support | -1,323.63 |
| Bill Pmt -Check | 06/01/2016 | 20892 | G. Scott Pfoff | NCU royalty | -17.99 |
| Bill Pmt -Check | 06/01/2016 | 20886 | George Pollock | Business Exp | -942.60 |
| Bill Pmt -Check | 06/01/2016 | 20889 | Principal Life | Life Ins | -568.82 |
| Bill Pmt -Check | 06/01/2016 | 20893 | Robert E. Pledger | consulting | -812.50 |
| Bill Pmt -Check | 06/01/2016 | 20894 | SafeSite Inc | storage | -101.50 |
| Bill Pmt -Check | 06/01/2016 | 20890 | United Healthcare | health ins | -348.06 |
| Bill Pmt -Check | 06/01/2016 | 20895 | Weatherford Laboratories, Inc. | trade debt | -102.00 |
| Bill Pmt -Check | 06/01/2016 | 20987 | Willis of Texas, Inc. - HRH | insurance | -1,404.00 |
| Bill Pmt -Check | 06/01/2016 | 20974 | Helena Energy, LLC | Should be Helena - AS&G paid natural gas May usa | -4,771.43 |
| Bill Pmt -Check | 06/02/2016 | 20986 | Premera Blue Cross Blue Shield of Alaska | health ins | -11,421.43 |
| Bill Pmt -Check | 06/02/2016 | paid online | IPFS Corporation | insurance | -6,677.86 |
| Bill Pmt -Check | 06/02/2016 | 20975 | Air Liquide America L.P. | trade debt | -1,789.50 |
| Bill Pmt -Check | 06/02/2016 | 20976 | Alaska Pump and Supply | trade debt | -368.00 |
| Bill Pmt -Check | 06/02/2016 | 20977 | Alaska Waste | trade debt | -235.19 |
| Bill Pmt -Check | 06/02/2016 | 20978 | Anchorage Chamber of Commerce | 17354 | -361.00 |
| Bill Pmt -Check | 06/02/2016 | 20979 | Aurora Well Service, LLC | trade debt | -2,497.15 |
| Bill Pmt -Check | 06/02/2016 | 20980 | Beacon OHSS, Inc | trade debt | -219.00 |
| Bill Pmt -Check | 06/02/2016 | 20981 | Chugach Electric | utility | -741.86 |
| Bill Pmt -Check | 06/02/2016 | 20982 | Coffman Engineers, Inc | trade debt | -762.00 |
| Bill Pmt -Check | 06/02/2016 | 20983 | David L. Boelens BER | BER 4/5 to 5/2 | -850.29 |
| Bill Pmt -Check | 06/02/2016 | 20984 | DNOW L.P. | trade debt | -1,292.37 |
| Bill Pmt -Check | 06/02/2016 | 21025 | Enerflex Energy Services (US) Inc. | trade debt | -4,139.09 |
| Bill Pmt -Check | 06/02/2016 | 21026 | Everts Air Fuel, Inc. | air travel | -5,947.00 |
| Bill Pmt -Check | 06/02/2016 | 21027 | Green Connection | plants | -67.75 |
| Bill Pmt -Check | 06/02/2016 | 21028 | Industrial Instrument Services, Inc. | trade debt | -4,912.00 |
| Bill Pmt -Check | 06/02/2016 | 21029 | Kenai Aviation, Inc | air travel | -2,811.10 |
| Bill Pmt -Check | 06/02/2016 | 21030 | Mary Novotny | Bus Exp | -72.75 |
| Bill Pmt -Check | 06/02/2016 | 21031 | N C Machinery Co. | trade debt | -790.17 |
| Bill Pmt -Check | 06/02/2016 | 21032 | North Air Inc. | trade debt | -4,350.00 |
| Bill Pmt -Check | 06/02/2016 | 21033 | O'Reilly Auto Parts | trade debt | -4,221.18 |
| Bill Pmt -Check | 06/02/2016 | 21034 | Pollard Wireline, Inc. | trade debt | -5,391.00 |
| Bill Pmt -Check | 06/02/2016 | 21035 | Rain for Rent, Inc. | trade debt | -25.89 |
| Bill Pmt -Check | 06/02/2016 | 21037 | Satellite Alaska | communications | -313.65 |
| Bill Pmt -Check | 06/02/2016 | 21038 | Spernak Airways, Inc. | Air travel | -1,319.50 |
| Bill Pmt -Check | 06/02/2016 | 21039 | Switchboard Alaska, Inc | communications | -55.00 |
| Bill Pmt -Check | 06/02/2016 | 21040 | Three Mile Creek Services, Inc. | trade debt | -147.39 |
| Bill Pmt -Check | 06/02/2016 | 21041 | TTT Environmental | trade debt | -310.00 |
| Bill Pmt -Check | 06/02/2016 | 21042 | Tyonek Contractors, LLC | trade debt | -6,263.79 |
| Bill Pmt -Check | 06/02/2016 | 21043 | UPS | postage | -13.90 |
| Bill Pmt -Check | 06/02/2016 | 21044 | Enerflex Energy Services (US) Inc. | trade debt | -3,605.98 |
| Bill Pmt -Check | 06/02/2016 | 21045 | North Air Inc. | air travel | -1,320.00 |
| Bill Pmt -Check | 06/02/2016 | 20988 | Patti S. Polk | Business Exp | -443.64 |
| Bill Pmt -Check | 06/02/2016 | 20989 | Shirleyville Enterprises, LLC | trade debt-camp | -12,639.93 |
| General Journal | 06/03/2016 | mn | | Field Employee Payroll | -11,699.13 |
| General Journal | 06/03/2016 | mn | | Field Employee Payroll Taxes | -6,037.94 |
| General Journal | 06/03/2016 | mn | | 401K Field Employee Payroll | -853.91 |
| Bill Pmt -Check | 06/06/2016 | wire | Furie Operating Alaska, LLC | Natural Gas Purchases | -22,800.00 |
| Bill Pmt -Check | 06/08/2016 | 20990 | Aurora Power Resources, Inc.-vendor | Rent | -4,686.31 |
| Bill Pmt -Check | 06/08/2016 | 21046 | Air Liquide America L.P. | trade debt | -615.75 |
| Bill Pmt -Check | 06/08/2016 | 21047 | Alaska Waste | waste disp | -236.27 |
| Bill Pmt -Check | 06/08/2016 | 21048 | Chugach Electric | utility | -264.60 |
| Bill Pmt -Check | 06/08/2016 | 21049 | David L. Boelens BER | Bus Exp | -435.48 |
| Bill Pmt -Check | 06/08/2016 | 21050 | Kenai Aviation, Inc | air travel | -536.88 |
| Bill Pmt -Check | 06/08/2016 | 21051 | Muniicipality of Anchorage | prop tax | -60.15 |
| Bill Pmt -Check | 06/08/2016 | 21054 | S & J Automotive | trade debt | -720.00 |

# Aurora Gas, LLC
## Account QuickReport
### As of June 30, 2016

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 06/08/2016 | xxx | Paychex | payroll svc | -610.10 |
| Bill Pmt -Check | 06/09/2016 | 21058 | S & J Automotive | trade debt | -2,782.00 |
| Check | 06/10/2016 | xxx | Paychex-401K | payroll svc 401K | -197.00 |
| Bill Pmt -Check | 06/10/2016 | 21059 | Alaska Dept of Natural Resources | | -100.00 |
| General Journal | 06/17/2016 | mn | | Field Employee Payroll | -11,674.23 |
| General Journal | 06/17/2016 | mn | | Field Employee Payroll Taxes | -6,063.46 |
| General Journal | 06/17/2016 | mn | | 401K Field Employee Payroll | -1,234.14 |
| Bill Pmt -Check | 06/29/2016 | wire | Kenai Peninsula Borough | Property Tax | -43,733.28 |
| Bill Pmt -Check | 06/29/2016 | pd online | IPFS Corporation | TXH-483044 | -5,843.74 |
| Bill Pmt -Check | 06/29/2016 | 20991 | Blue Cross Blue Shield of Texas | health ins | -4,438.45 |
| Bill Pmt -Check | 06/29/2016 | 20992 | Premera Blue Cross Blue Shield of Alaska | health ins | -10,309.62 |
| Bill Pmt -Check | 06/29/2016 | 20993 | Principal Life | life ins | -568.82 |
| Bill Pmt -Check | 06/29/2016 | 20994 | United Healthcare | dental ins | -348.06 |
| Bill Pmt -Check | 06/29/2016 | 20995 | Travelers | 9748K8104 | -4,462.75 |
| General Journal | 06/30/2016 | PSP | | Payroll | -38,505.52 |
| General Journal | 06/30/2016 | PSP | | Payroll taxes | -18,804.50 |
| General Journal | 06/30/2016 | PSP | | Payroll 401 K | -8,937.08 |
| Bill Pmt -Check | 06/30/2016 | wire | CIRI | royalty June | -16,537.57 |
| Bill Pmt -Check | 06/30/2016 | wire | State of Alaska-Dept. of Natural Resource | royalty June | -22,783.11 |
| Bill Pmt -Check | 06/30/2016 | wire | State of Alaska-Dept. of Revenue | prod tax | -283.00 |
| Bill Pmt -Check | 06/30/2016 | 20996 | 1400 West Benson, LLC | Suite 410 rent | -6,522.90 |
| Bill Pmt -Check | 06/30/2016 | 20997 | Aurora K-F | ORRI June | -4,939.74 |
| Bill Pmt -Check | 06/30/2016 | 20998 | Aurora Power Resources, Inc.-vendor | ORRI June | -3,706.39 |
| Bill Pmt -Check | 06/30/2016 | 20999 | Exxon Mobil Corporation | royalty | -1,426.47 |
| Bill Pmt -Check | 06/30/2016 | 21060 | Alice M. Langley | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21061 | Ana M. Stroble | NCU royalty | -234.90 |
| Bill Pmt -Check | 06/30/2016 | 21062 | Anne S. Sakumoto | NCU royalty | -86.73 |
| Bill Pmt -Check | 06/30/2016 | 21063 | Bernard F. Maresh, Jr. | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21064 | Candyce Y. Hudson | NCU royalty | -58.73 |
| Bill Pmt -Check | 06/30/2016 | 21065 | Daniel Thomas Maresh | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21066 | Darlene E. Lee | NCU royalty | -86.73 |
| Bill Pmt -Check | 06/30/2016 | 21067 | Darrin J. Sommerville & Chelsea Sommervil | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21068 | David L. Boelens-Royalty | NCU royalty | -1,420.87 |
| Bill Pmt -Check | 06/30/2016 | 21069 | Dorothy Regina Miner | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21070 | Fred S. Hokama | NCU royalty | -234.90 |
| Bill Pmt -Check | 06/30/2016 | 21071 | Glenn S. Kaku | NCU royalty | -58.73 |
| Bill Pmt -Check | 06/30/2016 | 21072 | Jay B. Hinkle | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21073 | John L. Cremonini | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21074 | John R. Roderick | NCU royalty | -113.84 |
| Bill Pmt -Check | 06/30/2016 | 21075 | John W. Hinkle | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21076 | Kathleen A. Traxinger | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21077 | Keiso & Marcella Masuda | NCU royalty | -260.19 |
| Bill Pmt -Check | 06/30/2016 | 21078 | Kirsten L. Cremonini | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21079 | Larlane J. Ciesla | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21080 | Larry K. Hinkle | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21081 | Lee E. Coulthard | NCU royalty | -140.94 |
| Bill Pmt -Check | 06/30/2016 | 21082 | Lisa H. Robinson | NCU royalty | -58.73 |
| Bill Pmt -Check | 06/30/2016 | 21083 | Mary J. Horst | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21084 | Michele Rae Tonsing | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21085 | Nial T. Masuda | NCU royalty | -86.73 |
| Bill Pmt -Check | 06/30/2016 | 21086 | Patricia R. Evina | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21087 | Paul V. Traxinger | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21088 | Robert J. Traxinger Irrevocable Trust | NCU royalty | -46.98 |
| Bill Pmt -Check | 06/30/2016 | 21089 | Rosalie Caren Talbert | NCU royalty | -16.78 |
| Bill Pmt -Check | 06/30/2016 | 21090 | Rose Marie Maresh | NCU royalty | -117.45 |
| Bill Pmt -Check | 06/30/2016 | 21091 | Tim T. Kaku | NCU royalty | -58.73 |
| Bill Pmt -Check | 06/30/2016 | 21000 | Willis of Texas, Inc. - HRH | ins | -10,454.85 |
| Check | 06/30/2016 | | | bank svc chg | -166.55 |

Total Bank of Texas-8844    -400,197.97