| Case Number | 16-00130 |
|---|---|
| Debtor | Aurora Gas, LLC |
| Report Mo/Yr | 06/2016 |

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? Yes ✓   No ☐   If Yes, list each payment.

| Payee name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?   Yes ✓   No ☐
If Yes, list each payment.

| Professional name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| BDO USA, LLP | monthly royalty + tax credit app. | 6-1-16 | 2829.75 | |
| Blakely Weeks Thoma | acctg | 6-1-16 | 387.50 | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?   Yes ☐   No ✓   If Yes, list each payment.

| Payee name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

**Aurora Gas, LLC**
**Account QuickReport**
As of June 30, 2016

10:42 AM
07/27/16
Accrual Basis

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Checking Accounts** | | | | | |
| **Bank of Texas-8844** | | | | | |
| Bill Pmt -Check | 06/01/2016 | 20882 | BDO USA, LLP | accounting consultant | -2,829.75 |
| Bill Pmt -Check | 06/01/2016 | 20891 | Blakely & Weeks-Thorne, PLLC | accounting consultant | -387.50 |
| Bill Pmt -Check | 06/01/2016 | 20886 | George Pollock | Business Exp | -942.60 |
| Bill Pmt -Check | 06/01/2016 | 20893 | Robert E. Pledger | consulting | -812.50 |
| Bill Pmt -Check | 06/01/2016 | 20895 | Weatherford Laboratories, Inc. | trade debt | -102.00 |
| Bill Pmt -Check | 06/01/2016 | 20887 | Willis of Texas, Inc. - HRH | insurance | -1,404.00 |
| Bill Pmt -Check | 06/02/2016 | paid online | IPFS Corporation | insurance | -6,677.86 |
| Bill Pmt -Check | 06/02/2016 | 20975 | Air Liquide America L.P. | trade debt | -1,789.50 |
| Bill Pmt -Check | 06/02/2016 | 20976 | Alaska Pump and Supply | trade debt | -368.00 |
| Bill Pmt -Check | 06/02/2016 | 20977 | Alaska Waste | trade debt | -235.19 |
| Bill Pmt -Check | 06/02/2016 | 20979 | Aurora Well Service, LLC | trade debt | -2,497.15 |
| Bill Pmt -Check | 06/02/2016 | 20980 | Beacon OHSS, Inc | trade debt | -219.00 |
| Bill Pmt -Check | 06/02/2016 | 20981 | Chugach Electric | utility | -741.86 |
| Bill Pmt -Check | 06/02/2016 | 20982 | Coffman Engineers, Inc | trade debt | -762.00 |
| Bill Pmt -Check | 06/02/2016 | 20983 | David L. Boelens BER | BER 4/5 to 5/2 | -850.29 |
| Bill Pmt -Check | 06/02/2016 | 20984 | DNOW L.P. | trade debt | -1,292.37 |
| Bill Pmt -Check | 06/02/2016 | 21025 | Enerflex Energy Services (US) Inc. | trade debt | -4,139.09 |
| Bill Pmt -Check | 06/02/2016 | 21026 | Everts Air Fuel, Inc. | air travel | -5,947.00 |
| Bill Pmt -Check | 06/02/2016 | 21027 | Green Connection | plants | -67.75 |
| Bill Pmt -Check | 06/02/2016 | 21028 | Industrial Instrument Services, Inc. | trade debt | -4,912.00 |
| Bill Pmt -Check | 06/02/2016 | 21029 | Kenai Aviation, Inc | air travel | -2,811.10 |
| Bill Pmt -Check | 06/02/2016 | 21030 | Mary Novotny | Bus Exp | -72.75 |
| Bill Pmt -Check | 06/02/2016 | 21031 | N C Machinery Co. | trade debt | -790.17 |
| Bill Pmt -Check | 06/02/2016 | 21032 | North Air Inc. | trade debt | -4,350.00 |
| Bill Pmt -Check | 06/02/2016 | 21033 | O'Reilly Auto Parts | trade debt | -4,221.18 |
| Bill Pmt -Check | 06/02/2016 | 21034 | Pollard Wireline, Inc. | trade debt | -5,391.00 |
| Bill Pmt -Check | 06/02/2016 | 21035 | Rain for Rent, Inc. | trade debt | -25.89 |
| Bill Pmt -Check | 06/02/2016 | 21037 | Satellite Alaska | communications | -313.65 |
| Bill Pmt -Check | 06/02/2016 | 21038 | Spernak Airways, Inc. | Air travel | -1,319.50 |
| Bill Pmt -Check | 06/02/2016 | 21039 | Switchboard Alaska, Inc | communications | -55.00 |
| Bill Pmt -Check | 06/02/2016 | 21040 | Three Mile Creek Services, Inc. | trade debt | -147.39 |
| Bill Pmt -Check | 06/02/2016 | 21041 | TTT Environmental | trade debt | -310.00 |
| Bill Pmt -Check | 06/02/2016 | 21042 | Tyonek Contractors, LLC | trade debt | -6,263.79 |
| Bill Pmt -Check | 06/02/2016 | 21043 | UPS | postage | -13.90 |
| Bill Pmt -Check | 06/02/2016 | 21044 | Enerflex Energy Services (US) Inc. | trade debt | -3,605.98 |
| Bill Pmt -Check | 06/02/2016 | 21045 | North Air Inc. | air travel | -1,320.00 |
| Bill Pmt -Check | 06/02/2016 | 20988 | Patti S. Polk | Business Exp | -443.64 |
| Bill Pmt -Check | 06/02/2016 | 20989 | Shirleyville Enterprises, LLC | trade debt-camp | -12,639.93 |
| Bill Pmt -Check | 06/08/2016 | wire | Furie Operating Alaska, LLC | Natural Gas Purchases | -22,800.00 |
| Bill Pmt -Check | 06/08/2016 | 21046 | Air Liquide America L.P. | trade debt | -615.75 |
| Bill Pmt -Check | 06/08/2016 | 21047 | Alaska Waste | waste disp | -236.27 |
| Bill Pmt -Check | 06/08/2016 | 21048 | Chugach Electric | utility | -264.60 |
| Bill Pmt -Check | 06/08/2016 | 21049 | David L. Boelens BER | Bus Exp | -435.48 |
| Bill Pmt -Check | 06/08/2016 | 21050 | Kenai Aviation, Inc | air travel | -536.88 |
| Bill Pmt -Check | 06/08/2016 | 21051 | Municipality of Anchorage | prop tax | -60.15 |
| Bill Pmt -Check | 06/08/2016 | 21054 | S & J Automotive | trade debt | -720.00 |
| Bill Pmt -Check | 06/09/2016 | 21058 | S & J Automotive | trade debt | -2,782.00 |
| Bill Pmt -Check | 06/29/2016 | wire | Kenai Peninsula Borough | Property Tax 2016 | -43,733.28 |
| Bill Pmt -Check | 06/29/2016 | pd online | IPFS Corporation | TXH-483044 | -5,843.74 |
| Bill Pmt -Check | 06/29/2016 | 20995 | Travelers | 9748K8104 | -4,462.75 |
| Bill Pmt -Check | 06/30/2016 | 21000 | Willis of Texas, Inc. - HRH | ins | -10,454.85 |
| **Total Bank of Texas-8844** | | | | | **-174,018.03** |

| | |
|---|---|
| Debtor *Aurora Gas, LLC* | Case Number *16-00130* |
| | Report Mo/Yr *06/2016* |

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,
2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 877,313 | 306 | 11,879 | 7769 | 857,358 | |
| Post-petition receivables | 495,083 | 495,083 | | | | |
| TOTALS | 1,372,396 | 495,389 | 11,879 | 7769 | 857,358 | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 1,282,339 |
| New accounts receivable added this month | 432,749 |
| Subtotal | 1,715,088 |
| Less accounts receivable collected | 342,692 |
| Closing balance for current month | 1,372,396 |

| | Case Number | 16-00130 |
|---|---|---|
| Debtor Aurora Gas, LLC | Report Mo/Yr | 06/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS:    Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ✓ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes $ | | | | |

| Case Number | 16 - 00130 |
|---|---|
| Debtor Aurora Gas, LLC | |
| Report Mo/Yr | 06/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

| | |
|---|---|
| Debtor *Aurora Gas, LLC* | Case Number 16-00130 |
| | Report Mo/Yr 06/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:**   Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | |
| New payables added this month | 581,193 |
| Subtotal | 686,316 |
| Less payments made this month | 295,414 |
| Closing balance for this reporting month | $ 390,902 |

### Breakdown of Closing Balance by Age

| | |
|---|---|
| Current portion | 312,665 |
| Past due 1-30 days | 78,237 |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

| | |
|---|---|
| | Case Number: 16-00130 |
| Debtor Aurora Gas, LLC | Report Mo/Yr: 06/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Case Number | 16-00130 |
|---|---|---|
| Debtor *Aurora Gas, LLC* | Report Mo/Yr | 06/2016 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses.    To the extent possible, use billing statements to report the actual amounts due.    If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | | | | |
| Debtor's accountant | | | | |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | | |
| Creditors' Committee other professional (explain) | | | | |
| Total estimated post-petition professional fees and costs | | | $ | 0 |

| | | Case Number | *16-00130* |
|---|---|---|---|
| Debtor | *Aurora Gas, LLC* | Report Mo/Yr | *06/2016* |

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.    Yes    No

**Question 1 - Sale or Abandonment of the Debtor's Assets.**  Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month?   Include only sales out of the ordinary course.  *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*  ☐  ☑

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneer's Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | Total _____ | | _____ | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.**  During the reporting month, did the debtor receive any funds from an outside funding source?  ☐  ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.**   During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?  ☐  ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

Debtor *Aurora Gas, LLC*    Case Number *16-00130*

Report Mo/Yr *04/2016*

## UST-17, OTHER INFORMATION

| | | | Yes | No |
|---|---|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | | | ☑ | ☐ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
| Travelers | 29,871 | |

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
| | | |

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?   **If yes, explain.** | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond?   Answer No if the debtor is not required to have a bond.   **If yes, explain.** | ☐ | ☑ |

**Question 5 - Personnel Changes.**   Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 9 | 1 |
| Employees added | 0 | 0 |
| Employees resigned/terminated | 0 | 0 |
| Number employees at end of month | 9 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 103,809 | |

**Question 6 - Significant Events.**   Explain any significant new developments during the reporting month.

**Question 7 - Case Progress.**   Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.