

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

0000001 T0925207011608441000 00000 01 000000000 00090113 008 TEXFL1

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

98 Images Provided Page 1 of 16

## BUSINESS CHECKING

ACCOUNT: 2902008844



Statement Period from 06-01-16 through 06-30-16

| | | |
|---|---|---:|
| $ | Starting Balance | 208,216.31 |
| + | 4 Deposits | 342,693.68 |
| - | 116 Checks & Withdrawals | 375,856.04 |
| - | Service Fees | .00 |
| = | Ending Balance | 175,053.95 |

### + DEPOSITS

| Date | | Amount |
|---|---|---:|
| 06-03 | INCOMING FED WIRE CR<br>001088<br>HELENA ENERGY LLC<br>121000248WELLS FARGO SF<br>HELENA ENERGY LLC | 19,979.85 |
| 06-24 | INCOMING FED WIRE CR<br>000934<br>TESORO COMPANIES INC<br>021000021JPMORGAN CHASE<br>420637 MAY 2016 NATURAL GAS SHIPMENTS | 270,995.20 |
| 06-29 | INCOMING FED WIRE CR<br>001845<br>HELENA ENERGY LLC<br>121000248WELLS FARGO SF<br>INVOICE NUMBER 420639, FOR TRANSPORTATION | 11,606.13 |
| 06-30 | INCOMING FED WIRE CR<br>000121<br>ALASKA ELECTRIC & ENERGY<br>121000248WELLS FARGO SF<br>INVOICE # 420638 | 40,112.50 |

FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014 000002902008844 000000000014558 06302016 0005    00000001-0000001-0001-0016-T0925207011608441000-01-L

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

Page 2

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

A. Enter deposits not shown on this statement.

B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.

C. Follow instructions below to compare transactions recorded on your statement with those in your account register.

| Date of Deposit | Amount | Outstanding Item | Amount |
|---|---|---|---|
| | | | |

New Balance
Shown on other side _____

Plus (+)
Total A _____

Equals (=) _____

Minus (-)
Total B _____

Equals (=)
Your current register balance _____

Total A _____   Total B _____

### Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N.A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

98 Images Provided Page 3 of 16

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 06-01 | OUTGOING FED WIRE DR 001380 PAYCHECKS INC 111014325BK OF TX CLIENT NAME AURORA GAS LLC CLIENT #00703666 | 17,737.07 |
| 06-03 | IPFS877-615-4242   IPFSPMTTXH   483044 | 6,677.86 |
| 06-03 | PAYCHEX-HRS         401(K)      *****23008843 | 853.91 |
| 06-06 | OUTGOING FED WIRE DR 000587 CORNUCOPIA GAS PROCEEDS 111014325BK OF TX FURTHER CREDIT TO   ACCT 48675504 | 22,800.00 |
| 06-08 | PAYCHEX TPS         TAXES       *****100000259X | 610.10 |
| 06-10 | PAYCHEX-HRS         HRS PMT     23114582 | 197.00 |
| 06-13 | INTUIT              QBOOKS/PRO  4616683 | 276.97 |
| 06-14 | BANK OF TEXAS       ANALYSIS    1 | 166.55 |
| 06-17 | OUTGOING FED WIRE DR 000194 PAYCHEX INC 111014325BK OF TX CLIENT NAME AURORA GAS LLC CLIENT NUMBER 00703666 | 17,737.69 |
| 06-17 | PAYCHEX-HRS         401(K)      *****23077516 | 1,234.14 |
| 06-29 | OUTGOING FED WIRE DR 001353 PAYCHECKS INC 111014325BK OF TX CLIENT NAME AURORA GAS LLC CLIENT# 00703666 | 57,310.02 |
| 06-29 | OUTGOING FED WIRE DR 001354 PAYCHECKS INC 111014325BK OF TX CLIENT NAME AURORA GAS LLC CLIENT # 00703666 | 17,608.58 |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

98 Images Provided Page 4 of 16

## BUSINESS CHECKING (cont.)

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 06-29 | OUTGOING FED WIRE DR 001576 KENAI PENSULA BOROUGHS 111014325BK OF TX CUSTOMER NAME AURORA GAS LLC | 43,733.28 |
| 06-30 | OUTGOING FED WIRE DR 001162 CIRI GENERAL ACCOUNT 111014325BK OF TX | 16,537.57 |
| 06-30 | OUTGOING FED WIRE DR 001164 CREDIT TO STATE OF ALASKA 111014325BK OF TX ATTN: KIM CHAN, PUBLIC FUNDS | 22,783.11 |
| 06-30 | OUTGOING FED WIRE DR 001165 CREDIT TO STATE OF ALASKA - AY01 111014325BK OF TX | 283.00 |
| 06-30 | PAYCHEX-HRS  401(K)  *****23148626 | 8,937.08 |
| 06-30 | IPFS877-615-4242  IPFSPMTTXH  483044 | 5,843.74 |

### CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 06-01 | 20973 | 2,794.71 | 06-02 | 20947 | 50.37 |
| 06-01 | 20967 | 67.75 | 06-02 | 20949 | 50.37 |
| 06-01 | 20972 | 25.90 | 06-02 | 20957 | 50.37 |
| 06-02 | 20979 | 2,497.15 | 06-02 | 20965 | 35.40 |
| 06-02 | 20988 | 443.64 | 06-02 | 20955 | 17.99 |
| 06-02 | 20946 | 50.37 | 06-02 | 20963 | 9.80 |

00000001-0000002-0004-0016-T0925207011608441000-01-L

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

98 Images Provided Page 5 of 16

BUSINESS CHECKING (cont.)

CHECKS           (* Indicates a break in check number sequence)
                 (RTND Indicates a RETURNED CHECK)

| Date  | Number | Amount    | Date  | Number | Amount   |
|-------|--------|-----------|-------|--------|----------|
| 06-03 | 20974  | 4,771.43  | 06-07 | 21032  | 4,350.00 |
| 06-03 | 20881  | 4,092.57  | 06-07 | 21029  | 2,811.10 |
| 06-03 | 20983  | 850.29    | 06-07 | 20987  | 1,404.00 |
| 06-03 | 20966  | 450.16    | 06-07 | 21045  | 1,320.00 |
| 06-03 | 20964  | 390.12    | 06-07 | 21038  | 1,319.50 |
| 06-03 | 20948  | 278.97    | 06-07 | 20886  | 942.60   |
| 06-03 | 20952  | 151.12    | 06-07 | 20893  | 812.50   |
| 06-03 | 20961  | 125.93    | 06-07 | 20982  | 762.00   |
| 06-03 | 20945  | 122.05    | 06-07 | 20981  | 741.86   |
| 06-03 | 20933  | 92.99     | 06-07 | 20889  | 568.82   |
| 06-03 | 20970  | 80.85     | 06-07 | 20890  | 348.06   |
| 06-03 | 20953  | 62.96     | 06-07 | 20977  | 235.19   |
| 06-03 | 20931  | 50.37     | 06-07 | 20895  | 102.00   |
| 06-03 | 20971  | 28.86     | 06-07 | 20894  | 101.50   |
| 06-03 | 20934  | 17.99     | 06-07 | 21027  | 67.75    |
| 06-03 | 20940  | 17.99     | 06-07 | 20935  | 62.96    |
| 06-06 | 20989  | 12,639.93 | 06-07 | 20962  | 62.96    |
| 06-06 | 21033  | 4,221.18  | 06-07 | 21039  | 55.00    |
| 06-06 | 20882  | 2,829.75  | 06-08 | 20880  | 5,456.77 |
| 06-06 | 20915  | 2,610.00  | 06-08 | 21028  | 4,912.00 |
| 06-06 | 20884  | 1,638.75  | 06-08 | 21025  | 4,139.09 |
| 06-06 | 20968  | 108.00    | 06-08 | 21044  | 3,605.98 |
| 06-06 | 21030  | 72.75     | 06-08 | 20975  | 1,789.50 |
| 06-06 | 20942  | 62.96     | 06-08 | 20984  | 1,292.37 |
| 06-06 | 20848  | 52.43     | 06-08 | 21031  | 790.17   |
| 06-06 | 20943  | 50.37     | 06-08 | 20891  | 387.50   |
| 06-06 | 20969  | 1.38      | 06-08 | 20976  | 368.00   |
| 06-07 | 20985 20986 | 11,421.43 | 06-08 | 21035 | 25.89  |
| 06-07 | 20879  | 6,522.90  | 06-09 | 20980  | 219.00   |
| 06-07 | 21026  | 5,947.00  | 06-09 | 20956  | 92.99    |
| 06-07 | 21034  | 5,391.00  | 06-09 | 20954  | 50.37    |
| 06-07 | 20883  | 4,438.45  | 06-10 | 20990  | 4,686.31 |



00000001-0000003-0005-0016-T0925207011608441000-01-L



**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

98 Images Provided Page 6 of 16

---

## BUSINESS CHECKING (cont.)

### CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 06-10 | 21058 | 2,782.00 | 06-13 | 21051 | 60.15 |
| 06-10 | 21054 | 720.00 | 06-13 | 20849 | 52.43 |
| 06-10 | 21050 | 536.88 | 06-13 | 20944 | 50.37 |
| 06-10 | 21049 | 435.48 | 06-13 | 21043 | 13.90 |
| 06-10 | 20978 | 361.00 | 06-14 | 21042 | 6,263.79 |
| 06-10 | 21048 | 264.60 | 06-15 | 21046 | 615.75 |
| 06-10 | 20950 | 50.37 | 06-15 | 21041 | 310.00 |
| 06-13 | 20885 | 1,323.63 | 06-15 | 21059 | 100.00 |
| 06-13 | 21037 | 313.65 | 06-17 | 21040 | 147.39 |
| 06-13 | 20932 | 251.86 | 06-17 | 20960 | 17.99 |
| 06-13 | 21047 | 236.27 | 06-20 | 20951 | 50.37 |

### DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05-31 | 208,216.31 | 06-08 | 64,995.40 | 06-17 | 25,426.87 |
| 06-01 | 187,590.88 | 06-09 | 64,633.04 | 06-20 | 25,376.50 |
| 06-02 | 184,385.42 | 06-10 | 54,599.40 | 06-24 | 296,371.70 |
| 06-03 | 185,248.85 | 06-13 | 52,020.17 | 06-29 | 189,325.95 |
| 06-06 | 138,161.35 | 06-14 | 45,589.83 | 06-30 | 175,053.95 |
| 06-07 | 88,372.77 | 06-15 | 44,564.08 | | |

### SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE | 121,948.22 | AVG COLLECTED BAL | 121,948.22 |
|---|---|---|---|
| MINIMUM LEDGER BAL | 25,376.50 | | |

00000001-0000003-0006-0016-T092520701160844100-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 7 of 16

---

## BUSINESS CHECKING - 2902008844

| Check # | Amount |
|---|---|
| 20973 | $2,794.71 |
| 20967 | $67.75 |
| 20972 | $25.90 |
| 20979 | $2,497.15 |
| 20988 | $443.64 |
| 20946 | $50.37 |
| 20947 | $50.37 |
| 20949 | $50.37 |
| 20957 | $50.37 |
| 20965 | $35.40 |

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Page 8 of 16

| Check # | Amount |
|---|---|
| 20955 | $17.99 |
| 20963 | $9.80 |
| 20974 | $4,771.43 |
| 20881 | $4,092.57 |
| 20983 | $850.29 |
| 20966 | $450.16 |
| 20964 | $390.12 |
| 20948 | $278.97 |
| 20952 | $151.12 |
| 20961 | $125.93 |

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
290 2008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 9 of 16

| Check # | Amount |
|---|---|
| 20945 | $122.05 |
| 20933 | $92.99 |
| 20970 | $80.85 |
| 20953 | $62.96 |
| 20931 | $50.37 |
| 20971 | $28.86 |
| 20934 | $17.99 |
| 20940 | $17.99 |
| 20989 | $12,639.93 |
| 21033 | $4,221.18 |



00000001-0000005-0009-0016-T0925207011608441000-01-L

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Page 10 of 16

| Check # | Amount |
|---|---|
| 20882 | $2,829.75 |
| 20884 | $1,638.75 |
| 21030 | $72.75 |
| 20848 | $52.43 |
| 20969 | $1.38 |
| 20915 | $2,610.00 |
| 20968 | $108.00 |
| 20942 | $62.96 |
| 20943 | $50.37 |
| 20985 | $11,421.43 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 11 of 16

| Check | Amount |
|---|---|
| 20879 | $6,522.90 |
| 21034 | $5,391.00 |
| 21032 | $4,350.00 |
| 20987 | $1,404.00 |
| 21038 | $1,319.50 |
| 21026 | $5,947.00 |
| 20883 | $4,438.45 |
| 21029 | $2,811.10 |
| 21045 | $1,320.00 |
| 20886 | $942.60 |

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Page 12 of 16

| Check # | Amount |
|---|---|
| 20893 | $812.50 |
| 20982 | $762.00 |
| 20981 | $741.86 |
| 20889 | $568.82 |
| 20890 | $348.06 |
| 20977 | $235.19 |
| 20895 | $102.00 |
| 20894 | $101.50 |
| 21027 | $67.75 |
| 20935 | $62.96 |

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT 2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 13 of 16

| Check # | Amount |
|---|---|
| 20962 | $62.96 |
| 21039 | $55.00 |
| 20880 | $5,456.77 |
| 21028 | $4,912.00 |
| 21025 | $4,139.09 |
| 21044 | $3,605.98 |
| 20975 | $1,789.50 |
| 20984 | $1,292.37 |
| 21031 | $790.17 |
| 20891 | $387.50 |



00000001-0000007-0013-0016-T0925207011608441000-01-L

**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 14 of 16

| Check # | Amount |
|---|---|
| 20976 | $368.00 |
| 20980 | $219.00 |
| 20954 | $50.37 |
| 21058 | $2,782.00 |
| 21050 | $536.88 |
| 21035 | $25.89 |
| 20956 | $92.99 |
| 20990 | $4,686.31 |
| 21054 | $720.00 |
| 21049 | $435.48 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
290 2008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 15 of 16

| Check # | Amount |
|---|---|
| 20978 | $361.00 |
| 21048 | $264.60 |
| 20950 | $50.37 |
| 20885 | $1,323.63 |
| 21037 | $313.65 |
| 20932 | $251.86 |
| 21047 | $236.27 |
| 21051 | $60.15 |
| 20849 | $52.43 |
| 20944 | $50.37 |



00000001-0000008-0015-0016-T0925207011608441000-01-L

# BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

2902008844

Statement Period:
06-01-16 to 06-30-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Page 16 of 16

| Check # | Amount |
|---|---|
| 21043 | $13.90 |
| 21042 | $6,263.79 |
| 21046 | $615.75 |
| 21041 | $310.00 |
| 21059 | $100.00 |
| 21040 | $147.39 |
| 20960 | $17.99 |
| 20951 | $50.37 |

00000001-0000008-0016-0016-T0925207011608441000-01-L