**Ed Jones**

| | |
|---|---|
| **From:** | Bruce Webb <b.webb@furiealaska.com> |
| **Sent:** | Wednesday, July 13, 2016 4:50 PM |
| **To:** | Patti Polk |
| **Cc:** | Ed Jones |
| **Subject:** | Re: Gas Purchases |

There was a lot of yelling on my side, and I had to get Kay involved, but it was agreed to keep selling at the minimum 500 MMCF/day.

I told them it's only $3000 a day, and let's wait till Friday and see what the Trustee says.  If he says no, we can cut it off Friday night and I'll pay the $6,000 personally for the delay.

Mark should be contacting you soon.  Sorry for all the reactionist drama!

Sent from my iPad

On Jul 13, 2016, at 2:35 PM, Patti Polk <p.polk@auroragasllc.com> wrote:

> Bruce,
>
> You are correct that we have to pay any deliveries post petition, so all current gas deliveries are not in question at all.
>
> If Furie cannot hold off, we may be able to go ahead and pay and seek approval retroactively.  I am not 100% sure I can get a wire out today but can definitely process tomorrow.
>
> Patti

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Wednesday, July 13, 2016 3:31 PM
**To:** Patti Polk
**Cc:** Ed Jones
**Subject:** Re: Gas Purchases

I have been advocating that for the last couple hours.
I'll forward you a few e-mails, confidentially.

Sent from my iPad

On Jul 13, 2016, at 1:21 PM, Patti Polk <p.polk@auroragasllc.com> wrote:

> Bruce,
>
> Is there any way Furie can hold off cutting our gas purchases?  I am trying to get approval to pay but our lawyer has stated he can't get that before midnight tonight.  Can we at least just cut to 500 mcf/d?  That would cover our firm commitment to Tesoro.