1   GAIL BREHM GEIGER
    ACTING U. S. TRUSTEE FOR REGION 18
2   KATHRYN PERKINS
3   TRIAL ATTORNEY
    OFFICE OF THE UNITED STATES TRUSTEE
4   700 STEWART STREET, SUITE 5103
5   SEATTLE, WASHINGTON  98101-1271
    TELEPHONE:  (206) 553-2000
6   FAX:      (206) 553-2566

7

8               UNITED STATES BANKRUPTCY COURT

9                      DISTRICT OF ALASKA

10  In re                                   Case No. A 16-00130-GS

11                                          Chapter 11

12      AURORA GAS, LLC

13

14                              Debtor.

15

16          **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

17          Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their

18  willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

19

20  **Creditor 1 and Chairperson:**
    Tyonek Native Corporation
    Connie Downing
21  1689 C Street, Suite 219
    Anchorage, AK 99501
22  907-272-0707
23  cdowning@tyonek.com

24  **Creditor 2:**
    Tyonek Contractors
25  Don Standifer
26  1689 C Street, Suite 219
    Anchorage, AK 99501
27  907-272-0707
28  jstandifer@tyonek.com

APPOINTMENT OF UNSECURED                    Office of the United States Trustee
CREDITORS' COMMITTEE – Page 1 of 2          700 Stewart St., Suite 5103
                                            Seattle, Washington 98101
                                            (206) 553-2000

1

**Creditor 3:**

2

Knight Oil Tools, LLC
Celeste Pollitt

3

2727 SE Evangeline Thruway
Lafayette, CA 70508-2205

4

337-524-1916

5

cpollitt@knightoiltools.com

6

**Creditor 4:**

7

Aurora Well Service, LLC
G. Scott Pfoff

8

4645 Sweetwater Blvd., Suite 200
Sugar Land TX, 77479

9

281-495-9051

10

gsofoff@aurorapower.com

**Creditor 5:**

11

**Tanks A Lot, Inc.**

12

Sam Cannata
P.O Box 1636

13

Morgan City, LA 70380
985-385-2364

14

Tal.office@tanksalotinc.net

15

          DATED:  August 9, 2016

16

                                        Respectfully submitted,

17

18

                                        GAIL BREHM GEIGER
                                        Acting United States Trustee for Region 18

19

20

                                        _/s/ Kathryn Perkins_____
                                        Kathryn Perkins

21

                                        Trial Attorney for the United States Trustee

22

                                        Seattle Office of the United States Trustee

23

24

25

26

27

28

APPOINTMENT OF UNSECURED                    Office of the United States Trustee
CREDITORS' COMMITTEE – Page 2 of 2          700 Stewart St., Suite 5103
                                            Seattle, Washington 98101
                                            (206) 553-2000