**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

0000001  T0925206011613220200 00000 01 000000000 00081904 008 TEXFL1

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

85 Images Provided Page 1 of 15

## BUSINESS CHECKING                                   ACCOUNT: 8844



Statement Period from 05-01-16 through 05-31-16

| | | | |
|---|---|---|---:|
| $ | | Starting Balance | 197,461.06 |
| + | 4 | Deposits | 378,165.50 |
| - | 101 | Checks & Withdrawals | 367,410.25 |
| - | | Service Fees | .00 |
| = | | Ending Balance | 208,216.31 |

### + DEPOSITS

| Date | | Amount |
|---|---|---:|
| 05-05 | DEPOSIT BRANCH | 550.00 |
| 05-23 | DEPOSIT BRANCH | 4,771.43 |
| 05-25 | INCOMING FED WIRE CR | 353,575.32 |
| | 000879 | |
| | TESORO COMPANIES INC | |
| | 021000021JPMORGAN CHASE | |
| | 420629 INV 420629 APRIL 2016 NATURAL GAS SHIPMENTS | |
| 05-27 | INCOMING FED WIRE CR | 19,268.75 |
| | 000069 | |
| | ALASKA ELECTRIC & ENERGY | |
| | 121000248WELLS FARGO SF | |
| | INVOICE 420630 | |

### — WITHDRAWALS



| Date | | | | Amount |
|---|---|---|---|---:|
| 05-05 | PAYCHEX-RCX | PAYROLL | *****200000779X | 16,877.53 |

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**

014  00000    8844 000000000014558 05312016 0005        00000001-0000001-0001-0015-T0925206011613220200-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

Page 2

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|
| Date of Deposit / Amount | Outstanding Item / Amount | New Balance Shown on other side _____<br><br>Plus (+) Total A _____<br><br>Equals (=) _____<br><br>Minus (-) Total B _____<br><br>Equals (=) Your current register balance _____ |
| Total A | Total B | |

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00000001-0000001-0002-0015-T0925206011613220200-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

85 Images Provided Page 3 of 15

## BUSINESS CHECKING (cont.)

### WITHDRAWALS

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 05-06 | PAYCHEX TPS | TAXES | *****400007328X | 9,697.29 |
| 05-06 | PAYCHEX-HRS | 401(K) | *****22837819 | 2,600.21 |
| 05-10 | PAYCHEX EIB | INVOICE | X65970900013062 | 715.66 |
| 05-13 | BANK OF TEXAS | ANALYSIS | 1 | 124.35 |
| 05-13 | PAYCHEX-HRS | HRS PMT | 22843973 | 197.00 |
| 05-17 | OUTGOING FED WIRE DR 001118 PAYCHEX INC 111014325BK OF TX CLIENT NAME AURORA GAS CLIENT # 00703666 | | | 16,327.53 ✓ |
| 05-19 | OUTGOING FED WIRE DR 000518 PAYCHECKS INC 111014325BK OF TX AURORA GAS LLC CLIENT #00703666 | | | 371.96 ✓ |
| 05-20 | PAYCHEX-HRS | 401(K) | *****22922449 | 803.57 |
| 05-20 | PAYCHEX-HRS | 401(K) | *****22939780 | 17.26 |
| 05-25 | OUTGOING FED WIRE DR 000832 AIX ENERGY LLC 111014325BK OF TX | | | 66,770.00 |
| 05-26 | OUTGOING FED WIRE DR 000670 PAYCHEX INC 111014325BK OF TX CLIENT NAME AURORA GAS LLC CLIENT#00703666 | | | 57,105.41 |
| 05-31 | OUTGOING FED WIRE DR 001448 CREDIT TO STATE OF ALASKA 111014325BK OF TX ATTN: KIM CHAN, PUBLIC FUNDS | | | 21,367.70 |



**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
■■■■8844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX 77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

85 Images Provided Page 4 of 15

## BUSINESS CHECKING (cont.)

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 05-31 | OUTGOING FED WIRE DR 001449 CREDIT TO STATE OF ALASKA - AY01 111014325BK OF TX | 294.00 |
| 05-31 | OUTGOING FED WIRE DR 001450 CIRI GENERAL ACCOUNT 111014325BK OF TX | 18,750.96 |
| 05-31 | OUTGOING FED WIRE DR 001452 ENSTAR NATURAL GAS CO 111014325BK OF TX | 5,022.75 |
| 05-31 | OUTGOING FED WIRE DR 001453 HARVEST ALASKA LLC 111014325BK OF TX REFERENCE: BELUGA PIPE LINE CO | 17,435.95 |
| 05-31 | PAYCHEX-HRS 401(K) *****22956648 | 8,937.08 |

### CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05-02 | 20912 | 4,062.50 | 05-02 | 20897 | 131.07 |
| 05-02 | 20914 | 3,000.00 | 05-02 | 20850 | 127.04 |
| 05-02 | 20901 | 2,105.76 | 05-02 | 20845 | 18.72 |
| 05-02 | 20921 | 1,923.37 | 05-02 | 20860 | 18.72 |
| 05-02 | 20902 | 1,901.00 | 05-03 | 20702 | 11,371.67 |
| 05-02 | 20916 | 1,343.13 | 05-03 | 20694 | 6,522.90 |
| 05-02 | 20899 | 615.75 | 05-03 | 20874 | 5,444.44 |
| 05-02 | 20907 | 310.11 | 05-03 | 20908 | 3,818.54 |

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

85 Images Provided Page 5 of 15

## BUSINESS CHECKING (cont.)

CHECKS    (* Indicates a break in check number sequence)
          (RTND Indicates a RETURNED CHECK)

| Date  | Number | Amount   | Date  | Number | Amount   |
|-------|--------|----------|-------|--------|----------|
| 05-03 | 20918  | 3,697.50 | 05-06 | 20909  | 35.40    |
| 05-03 | 20703  | 568.82   | 05-06 | 20927  | 29.92    |
| 05-03 | 20910  | 442.30   | 05-09 | 20696  | 6,006.00 |
| 05-03 | 20838  | 96.79    | 05-09 | 20699  | 882.42   |
| 05-03 | 20858  | 65.54    | 05-09 | 20877  | 434.52   |
| 05-03 | 20898  | 65.54    | 05-09 | 20853  | 290.36   |
| 05-03 | 20854  | 52.43    | 05-09 | 20842  | 96.79    |
| 05-03 | 20864  | 52.43    | 05-09 | 20836  | 52.43    |
| 05-03 | 20740  | 52.19    | 05-09 | 20851  | 52.43    |
| 05-03 | 20784  | 49.74    | 05-09 | 20862  | 52.43    |
| 05-03 | 20586  | 39.23    | 05-09 | 20928  | 35.70    |
| 05-04 | 20875  | 6,763.00 | 05-10 | 20876  | 7,737.80 |
| 05-04 | 20697  | 6,709.37 | 05-10 | 20704  | 3,093.75 |
| 05-04 | 20701  | 5,560.70 | 05-10 | 20698  | 1,701.73 |
| 05-04 | 20920  | 1,800.21 | 05-10 | 20871  | 625.00   |
| 05-04 | 20837  | 262.14   | 05-10 | 20930  | 13.83    |
| 05-04 | 20757  | 248.72   | 05-11 | 20867  | 6,151.20 |
| 05-04 | 20857  | 157.28   | 05-11 | 20866  | 5,639.16 |
| 05-04 | 20705  | 101.50   | 05-11 | 20922  | 947.00   |
| 05-04 | 20861  | 96.79    | 05-11 | 20847  | 65.54    |
| 05-04 | 20840  | 65.54    | 05-11 | 20859  | 52.43    |
| 05-04 | 20852  | 52.43    | 05-12 | 20856  | 52.43    |
| 05-04 | 20863  | 52.43    | 05-12 | 20732  | 52.19    |
| 05-04 | 20900  | 24.00    | 05-12 | 20776  | 49.74    |
| 05-04 | 20839  | 18.72    | 05-16 | 20872  | 3,703.00 |
| 05-04 | 20917  | 6.92     | 05-19 | 20878  | 4,347.85 |
| 05-05 | 20904  | 389.97   | 05-20 | 20926  | 5,000.00 |
| 05-05 | 20925  | 83.43    | 05-23 | 20715  | 18.64    |
| 05-05 | 20924  | 55.82    | 05-24 | 20896  | 18.72    |
| 05-05 | 20855  | 52.43    | 05-24 | 20741  | 18.64    |
| 05-06 | 20868  | 4,462.75 | 05-26 | 20843  | 18.72    |
| 05-06 | 20929  | 55.84    | 05-26 | 20524  | 14.01    |



**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
████ 8844

Statement Period:
05-01-16 to 05-31-16

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

85 Images Provided Page 6 of 15

## BUSINESS CHECKING (cont.)

### CHECKS
(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05-27 | 20939 | 1,516.46 | 05-31 | 20841 | 18.72 |
| 05-31 | 20941 | 251.86 | | | |

### DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-30 | 197,461.06 | 05-10 | 72,062.64 | 05-20 | 28,160.43 |
| 05-02 | 181,903.89 | 05-11 | 59,207.31 | 05-23 | 32,913.22 |
| 05-03 | 149,563.83 | 05-12 | 59,052.95 | 05-24 | 32,875.86 |
| 05-04 | 127,644.08 | 05-13 | 58,731.60 | 05-25 | 319,681.18 |
| 05-05 | 110,734.90 | 05-16 | 55,028.60 | 05-26 | 262,543.04 |
| 05-06 | 93,853.49 | 05-17 | 38,701.07 | 05-27 | 280,295.33 |
| 05-09 | 85,950.41 | 05-19 | 33,981.26 | 05-31 | 208,216.31 |

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 120,310.98 | AVG COLLECTED BAL | 119,932.18 |
| MINIMUM LEDGER BAL | 28,160.43 | | |



# Bank of Texas

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 8 of 15

| Check # | Amount |
|---|---|
| 20897 | $131.07 |
| 20845 | $18.72 |
| 20702 | $11,371.67 |
| 20874 | $5,444.44 |
| 20918 | $3,697.50 |
| 20850 | $127.04 |
| 20860 | $18.72 |
| 20694 | $6,522.90 |
| 20908 | $3,818.54 |
| 20703 | $568.82 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 9 of 15



| Check # | Amount |
|---|---|
| 20910 | $442.30 |
| 20838 | $96.79 |
| 20858 | $65.54 |
| 20898 | $65.54 |
| 20854 | $52.43 |
| 20864 | $52.43 |
| 20740 | $52.19 |
| 20784 | $49.74 |
| 20586 | $39.23 |
| 20875 | $6,763.00 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
████8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 10 of 15

| Check # | Amount |
|---|---|
| 20697 | $6,709.37 |
| 20701 | $5,560.70 |
| 20920 | $1,800.21 |
| 20837 | $262.14 |
| 20757 | $248.72 |
| 20857 | $157.28 |
| 20705 | $101.50 |
| 20861 | $96.79 |
| 20840 | $65.54 |
| 20852 | $52.43 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
████8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 11 of 15



| Check # | Amount |
|---|---|
| 20863 | $52.43 |
| 20839 | $18.72 |
| 20904 | $389.97 |
| 20924 | $55.82 |
| 20868 | $4,462.75 |
| 20900 | $24.00 |
| 20917 | $6.92 |
| 20925 | $83.43 |
| 20855 | $52.43 |
| 20929 | $55.84 |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
████8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 12 of 15



| Check # | Amount |
|---|---|
| 20909 | $35.40 |
| 20696 | $6,006.00 |
| 20877 | $434.52 |
| 20842 | $96.79 |
| 20851 | $52.43 |
| 20927 | $29.92 |
| 20699 | $882.42 |
| 20853 | $290.36 |
| 20836 | $52.43 |
| 20862 | $52.43 |

00000001-0000006-0012-0015-T0925206011613220200-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 13 of 15


20928    $35.70


20704    $3,093.75


20871    $625.00


20867    $6,151.20

20922    $947.00


20876    $7,737.80

20698    $1,701.73

20930    $13.83

20866    $5,639.16

20847    $65.54



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
████8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 14 of 15

| Check # | Amount |
|---|---|
| 20859 | $52.43 |
| 20856 | $52.43 |
| 20732 | $52.19 |
| 20776 | $49.74 |
| 20872 | $3,703.00 |
| 20878 | $4,347.85 |
| 20926 | $5,000.00 |
| 20715 | $18.64 |
| 20896 | $18.72 |
| 20741 | $18.64 |

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
▓▓▓▓8844

Statement Period:
05-01-16 to 05-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Page 15 of 15



20843    $18.72



20939    $1,516.46



20524    $14.01



20941    $251.86



20841    $18.72