# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
~~2002~~8844

Statement Period:
07-01-16 to 07-31-16

0003435 T0925207301607543200 00000 03 000000000 00105206 004 TEXRG3

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

40 Images Provided Page 1 of 8

## BUSINESS CHECKING                                ACCOUNT: ~~2002~~8844



Statement Period from 07-01-16 through 07-31-16

| | | |
|---|---|---:|
| $ | Starting Balance | 175,053.95 |
| + | 0  Deposits | .00 |
| - | 44  Checks & Withdrawals | 172,152.54 |
| - | Service Fees | .00 |
| = | Ending Balance | 2,901.41 |

## WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---:|
| 07-01 | PAYCHEX-HRS | 401(K) | *****23151396 | 1,189.44 |
| 07-06 | OUTGOING FED WIRE DR | | | 50,000.00 |
| | 001275 | | | |
| | AURORA GAS LLC | | | |
| | 111014325BK OF TX | | | |
| 07-15 | BANK OF TEXAS | ANALYSIS | 1 | 184.30 |
| 07-18 | OUTGOING FED WIRE DR | | | 70,000.00 |
| | 000876 | | | |
| | AURORA GAS LLC | | | |
| | 111014325BK OF TX | | | |



## CHECKS            (* Indicates a break in check number sequence)
           (RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 07-01 | 21068 | 1,420.87 | 07-05 | 21000 | 10,454.85 |
| 07-01 | 21070 | 234.90 | 07-05 | 20999 | 1,426.47 |



FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE

014 000002902008844 000000000014558 07312016 0005          00003435-0038846-0001-0008-T0925207301607543200-03-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** – It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

| A. Enter deposits not shown on this statement. | | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|---|---|
| Date of Deposit | Amount | Outstanding Item | Amount | |
| | | | | New Balance Shown on other side _____ |
| | | | | Plus (+) Total A _____ |
| | | | | Equals (=) _____ |
| | | | | Minus (-) Total B _____ |
| Total A | | Total B | | Equals (=) Your current register balance _____ |

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
2302008844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

**www.bankoftexas.com**

40 Images Provided Page 3 of 8

## BUSINESS CHECKING (cont.)



### CHECKS     (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 07-06 | 20992 | 10,309.62 | 07-08 | 21062 | 86.73 |
| 07-06 | 20996 | 6,522.90 | 07-08 | 21064 | 58.73 |
| 07-06 | 20995 | 4,462.75 | 07-08 | 21071 | 58.73 |
| 07-06 | 20998 | 3,706.39 | 07-08 | 20892 | 17.99 |
| 07-06 | 20993 | 568.82 | 07-08 | 21065 | 16.78 |
| 07-06 | 20937 | 92.99 | 07-11 | 21077 | 260.19 |
| 07-06 | 21085 | 86.73 | 07-11 | 21081 | 140.94 |
| 07-06 | 20959 | 50.37 | 07-11 | 21075 | 46.98 |
| 07-06 | 21088 | 46.98 | 07-11 | 21079 | 46.98 |
| 07-07 | 20997 | 4,939.74 | 07-11 | 21080 | 46.98 |
| 07-07 | 20991 | 4,438.45 | 07-11 | 21089 | 16.78 |
| 07-07 | 20994 | 348.06 | 07-12 | 21090 | 117.45 |
| 07-07 | 21074 | 113.84 | 07-12 | 21076 | 46.98 |
| 07-07 | 21082 | 58.73 | 07-12 | 21086 | 46.98 |
| 07-07 | 21091 | 58.73 | 07-15 | 21061 | 234.90 |
| 07-07 | 21087 | 46.98 | 07-15 | 21078 | 46.98 |
| 07-07 | 20936 | 17.99 | 07-25 | 21063 | 16.78 |
| 07-07 | 21069 | 16.78 | 07-26 | 21060 | 46.98 |



### DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06-30 | 175,053.95 | 07-07 | 74,440.57 | 07-15 | 72,965.17 |
| 07-01 | 172,208.74 | 07-08 | 74,201.61 | 07-18 | 2,965.17 |
| 07-05 | 160,327.42 | 07-11 | 73,642.76 | 07-25 | 2,948.39 |
| 07-06 | 84,479.87 | 07-12 | 73,431.35 | 07-26 | 2,901.41 |



**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
████████8844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

40 Images Provided Page 4 of 8

SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 57,568.80 | AVG COLLECTED BAL | 57,568.80 |
| MINIMUM LEDGER BAL | 2,901.41 | | |

00003435-0038847-0004-0008-T09252073016075432200-03-L



Case 16-00130 Filed 08/19/16 Entered 08/19/16 16:49:24 Doc# 80-1 Page 5 of 8

**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
[redacted]8844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

## BUSINESS CHECKING - 2902008844

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21068
6/30/2016
PAY TO THE ORDER OF David L. Boelens-Royalty $ **1,420.87
One Thousand Four Hundred Twenty and 87/100 DOLLARS
David L. Boelens
1400 West Benson, Ste 410
Anchorage, AK 99503
MEMO 05.16
021068 111014325 [redacted]8844

21068 $1,420.87

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21070
6/30/2016
PAY TO THE ORDER OF Fred S. Hokama $ **234.90
Two Hundred Thirty-Four and 90/100 DOLLARS
Fred S. Hokama
5400 DeArmoun Road
Anchorage, AK 99516
MEMO 05.16
021070 111014325 [redacted]8844

21070 $234.90

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21000
6/30/2016
PAY TO THE ORDER OF Willis of Texas, Inc. $ **10,454.85
Ten Thousand Four Hundred Fifty-Four and 85/100 DOLLARS
Willis of Texas, Inc.
P.O. Box 731739
Dallas, TX 75373-1739
MEMO Policy 71M6027A
021000 111014325 [redacted]8844 0001045485

21000 $10,454.85

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20999
6/30/2016
PAY TO THE ORDER OF Exxon Mobil Corporation $ **1,426.47
One Thousand Four Hundred Twenty-Six and 47/100 DOLLARS
Exxon Mobil Corporation
P.O. Box 951027
Dallas, TX 75395-1027
MEMO
020999 111014325 [redacted]8844

20999 $1,426.47

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20992
6/29/2016
PAY TO THE ORDER OF Premera Blue Cross Blue Shield of Alaska $ **10,309.62
Ten Thousand Three Hundred Nine and 62/100 DOLLARS
Premera Blue Cross Blue Shield of Alaska
Attention: Payment Processing
P.O. Box 91060
Seattle, WA 98111
161660010699
020992 111014325 [redacted]8844

20992 $10,309.62

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20996
6/30/2016
PAY TO THE ORDER OF 1400 West Benson, LLC $ **6,522.90
Six Thousand Five Hundred Twenty-Two and 90/100 DOLLARS
1400 West Benson, LLC
c/o ComServe Realty, Inc
240 E Tudor Raod, Suite 205
Anchorage, AK 99503
MEMO Suite 410
020996 111014325 [redacted]8844

20996 $6,522.90

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20995
6/29/2016
PAY TO THE ORDER OF Travelers $ **4,462.75
Four Thousand Four Hundred Sixty-Two and 75/100 DOLLARS
Travelers
CL Remittance Center
P. O. Box 660317
Dallas, TX 75266-0317
MEMO 9748K8104
020995 111014325 [redacted]8844

20995 $4,462.75

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20998
6/30/2016
PAY TO THE ORDER OF Aurora Power Resources, Inc.-vendor $ **3,706.39
Three Thousand Seven Hundred Six and 39/100 DOLLARS
Aurora Power Resources, Inc.-vendor
4645 Sweetwater Blvd.
Suite 200
Sugar Land, TX 77479
MEMO
020998 111014325 [redacted]8844

20998 $3,706.39

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20993
6/29/2016
PAY TO THE ORDER OF Principal Life $ **568.82
Five Hundred Sixty-Eight and 82/100 DOLLARS
Principal Life
PO Box 4934
Grand Island, NE 68802-4934
MEMO H-3741-2
020993 111014325 [redacted]8844

20993 $568.82

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20937
5/26/2016
PAY TO THE ORDER OF Darlene E. Lee $ **92.99
Ninety-Two and 99/100 DOLLARS
Darlene E Lee
10400 Finley Circle
Anchorage, AK 99507
MEMO 04.16
020937 111014325 [redacted]8844

20937 $92.99

BANK OF TEXAS
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
[redacted]8844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21085
6/30/2016
PAY TO THE ORDER OF Nial T. Masuda $ **86.73
Eighty-Six and 73/100 DOLLARS
Nial T Masuda
PO Box 230561
Anchorage, AK 99523-0561
MEMO 05.16
⑈021085⑈ ⑆111014325⑆ [redacted]8844⑈

21085 $86.73

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20959
5/26/2016
PAY TO THE ORDER OF Robert J. Traxinger Irrevocable Trust $ **50.37
Fifty and 37/100 DOLLARS
Thomas Traxinger
2705 Hickory Hill Lane
Colleyville, TX 76034
MEMO 04.16
⑈020959⑈ ⑆111014325⑆ [redacted]8844⑈

20959 $50.37

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21088
6/30/2016
PAY TO THE ORDER OF Robert J. Traxinger Irrevocable Trust $ **46.98
Forty-Six and 98/100 DOLLARS
Thomas Traxinger
2705 Hickory Hill Lane
Colleyville, TX 76034
MEMO 05.16
⑈021088⑈ ⑆111014325⑆ [redacted]8844⑈

21088 $46.98

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20997
6/30/2016
PAY TO THE ORDER OF Aurora K-F $ **4,939.74
Four Thousand Nine Hundred Thirty-Nine and 74/100 DOLLARS
Aurora K-F
6733 South Yale Ave.
Tulsa, OK 74136
MEMO
⑈020997⑈ ⑆111014325⑆ [redacted]8844⑈

20997 $4,939.74

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20991
6/29/2016
PAY TO THE ORDER OF Blue Cross Blue Shield of Texas $ **4,438.45
Four Thousand Four Hundred Thirty-Eight and 45/100 DOLLARS
Blue Cross Blue Shield of Texas
Health Care Svc Corp
P. O. Box 731428
Dallas, TX 75373-1428
MEMO Acct 123389
⑈020991⑈ ⑆111014325⑆ [redacted]8844⑈ ⑆0000443845⑆

20991 $4,438.45

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
20994
6/29/2016
PAY TO THE ORDER OF United Healthcare $ **348.06
Three Hundred Forty-Eight and 06/100 DOLLARS
United Healthcare Insurance Co.
Dept. CH10151
Palatine, IL 60055-0151
MEMO 326236-Aurora Power
⑈020994⑈ ⑆111014325⑆ [redacted]8844⑈

20994 $348.06

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21074
6/30/2016
PAY TO THE ORDER OF John R. Roderick $ **113.84
One Hundred Thirteen and 84/100 DOLLARS
John R. Roderick
1620 Hidden Lane
Anchorage, AK 99501
MEMO 05.16
⑈021074⑈ ⑆111014325⑆ [redacted]8844⑈

21074 $113.84

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21082
6/30/2016
PAY TO THE ORDER OF Lisa H. Robinson $ **58.73
Fifty-Eight and 73/100 DOLLARS
Lisa H. Robinson
1617 South Snoqualmie Street
Seattle WA 98108
MEMO 05.16
⑈021082⑈ ⑆111014325⑆ [redacted]8844⑈

21082 $58.73

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21091
6/30/2016
PAY TO THE ORDER OF Tim T. Kaku $ **58.73
Fifty-Eight and 73/100 DOLLARS
Tim T. Kaku
4733 132nd Ave. SE
Bellevue, WA 98006
MEMO 05.16
⑈021091⑈ ⑆111014325⑆ [redacted]8844⑈

21091 $58.73

Aurora Gas, LLC
4645 SWEETWATER BLVD, SUITE 200
SUGAR LAND, TX 77479
BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110
21087
6/30/2016
PAY TO THE ORDER OF Paul V. Traxinger $ **46.98
Forty-Six and 98/100 DOLLARS
Paul V. Traxinger
9260 Alisa Trail N.E.
Kalkaska, MI 49646
MEMO 05.16
⑈021087⑈ ⑆111014325⑆ [redacted]8844⑈

21087 $46.98

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
[redacted]8844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

---

**Aurora Gas, LLC** — 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA, HOUSTON, TX 32-1432/1110 — 20936
5/26/2016
PAY TO THE ORDER OF Daniel Thomas Maresh $ **17.99
Seventeen and 99/100 DOLLARS
Daniel T Maresh, P.O. Box 870228, Wasilla, AK 99687
MEMO 04.16
⑈020936⑈ ⑆111014325⑆ [redacted]8844⑈
8232 943 181

20936 $17.99

**Aurora Gas, LLC** — 21069
6/30/2016
PAY TO THE ORDER OF Dorothy Regina Miner $ **16.78
Sixteen and 78/100 DOLLARS
Dorothy R Miner, 2929 Chesapeake, Anchorage, AK 99516
MEMO 05.16
⑈021069⑈ ⑆111014325⑆ [redacted]8844⑈

21069 $16.78

**Aurora Gas, LLC** — 21062
6/30/2016
PAY TO THE ORDER OF Anne S. Sakumoto $ **86.73
Eighty-Six and 73/100 DOLLARS
Anne S Sakumoto, PO Box 230882, Anchorage, AK 99523
MEMO 05.16
⑈021062⑈ ⑆111014325⑆ [redacted]8844⑈

21062 $86.73

**Aurora Gas, LLC** — 21064
6/30/2016
PAY TO THE ORDER OF Candyce Y. Hudson $ **58.73
Fifty-Eight and 73/100 DOLLARS
Candyce Y. Hudson, 2930 76th Ave. South Ease #A101, Mercer Island, WA 98040
MEMO 05.16
⑈021064⑈ ⑆111014325⑆ [redacted]8844⑈

21064 $58.73

**Aurora Gas, LLC** — 21071
6/30/2016
PAY TO THE ORDER OF Glenn S. Kaku $ **58.73
Fifty-Eight and 73/100 DOLLARS
Glenn S. Kaku, 2469 S. Ferdinand St., Seattle, WA 98108-2052
MEMO 05.16
⑈021071⑈ ⑆111014325⑆ [redacted]8844⑈

21071 $58.73

**Aurora Gas, LLC** — 20892
6/1/2016
PAY TO THE ORDER OF G. Scott Pfoff $ **17.99
Seventeen and 99/100 DOLLARS
G. Scott Pfoff, 3902 Indian Point Drive, Missouri City, TX 77459
MEMO
⑈020892⑈ ⑆111014325⑆ [redacted]8844⑈

20892 $17.99

**Aurora Gas, LLC** — 21065
6/30/2016
PAY TO THE ORDER OF Daniel Thomas Maresh $ **16.78
Sixteen and 78/100 DOLLARS
Daniel T Maresh, P.O. Box 870228, Wasilla, AK 99687
MEMO 05.16
⑈021065⑈ ⑆111014325⑆ [redacted]8844⑈
70233 280 81

21065 $16.78

**Aurora Gas, LLC** — 21077
6/30/2016
PAY TO THE ORDER OF Kelso & Marcella Masuda $ **260.19
Two Hundred Sixty and 19/100 DOLLARS
Kelso & Marcella Masuda, 6500 East 12th Avenue, Anchorage, AK 99504
MEMO 05.16
⑈021077⑈ ⑆111014325⑆ [redacted]8844⑈

21077 $260.19

**Aurora Gas, LLC** — 21081
6/30/2016
PAY TO THE ORDER OF Lee E. Coulthard $ **140.94
One Hundred Forty and 94/100 DOLLARS
Lee e. Coulthard, 500 Broadway Street, Suite 605, Vancouver, WA 98660
MEMO 05.16
⑈021081⑈ ⑆111014325⑆ [redacted]8844⑈

21081 $140.94

**Aurora Gas, LLC** — 21075
6/30/2016
PAY TO THE ORDER OF John W. Hinkle $ **46.98
Forty-Six and 98/100 DOLLARS
~~John W. Hinkle~~, P.O. Box 140692, Nashville, TN 37214-0692
MEMO 05.16
⑈021075⑈ ⑆111014325⑆ [redacted]8844⑈
378030 1143 TN

21075 $46.98



Case 16-00130 Filed 08/19/16 Entered 08/19/16 16:49:24 Doc# 80-1 Page 8 of 8

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
[redacted]8844

Statement Period:
07-01-16 to 07-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21079 — 6/30/2016
PAY TO THE ORDER OF Larlane J. Ciesla $**46.98
Forty-Six and 98/100*** DOLLARS
Larlane J. Ciesla, 4019 Knoll Drive #7, Hamburg, NY 14075
MEMO 05.16
⑈021079⑈ ⑆111014325⑆ [redacted]8844⑈

21079 $46.98

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21089 — 6/30/2016
517420 943 TS6
PAY TO THE ORDER OF Rosalie Caren Talbert $**16.78
Sixteen and 78/100*** DOLLARS
Rosalie C Talbert, P.O.Box 877903, Wasilla, AK 99687
MEMO 05.16
⑈021089⑈ ⑆111014325⑆ [redacted]8844⑈

21089 $16.78

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21076 — 6/30/2016
PAY TO THE ORDER OF Kathleen A. Traxinger $**46.98
Forty-Six and 98/100*** DOLLARS
Kathleen A. Traxinger, PO Box 1417, Palmer, AK 99645
MEMO 05.16
⑈021076⑈ ⑆111014325⑆ [redacted]8844⑈

21076 $46.98

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21061 — 6/30/2016
PAY TO THE ORDER OF Ana Stroble $**234.90
Two Hundred Thirty-Four and 90/100*** DOLLARS
Ana M. Stroble, P.O. Box 741738, Houston, TX 77274-1738
MEMO 05.16
⑈021061⑈ ⑆111014325⑆ [redacted]8844⑈

21061 $234.90

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21063 — 6/30/2016
PAY TO THE ORDER OF Bernard F. Maresh, Jr. $**16.78
Sixteen and 78/100*** DOLLARS
Bernard F. Maresh, Jr., P.O. Box 870228, Wasilla, AK 99687
MEMO 05.16
⑈021063⑈ ⑆111014325⑆ [redacted]8844⑈

21063 $16.78

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21080 — 6/30/2016
PAY TO THE ORDER OF Larry K. Hinkle $**46.98
Forty-Six and 98/100*** DOLLARS
Larry K. Hinkle, 649 Norman Street, Anchorage, AK 99504
MEMO 05.16
⑈021080⑈ ⑆111014325⑆ [redacted]8844⑈

21080 $46.98

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21090 — 6/30/2016
PAY TO THE ORDER OF Rose Marie Maresh $**117.45
One Hundred Seventeen and 45/100*** DOLLARS
Rose Marie Maresh, P.O. Box 870228, Wasilla, AK 99687
122
MEMO 05.16
⑈021090⑈ ⑆111014325⑆ [redacted]8844⑈

21090 $117.45

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21086 — 6/30/2016
PAY TO THE ORDER OF Patricia R. Evina $**46.98
Forty-Six and 98/100*** DOLLARS
Patricia R. Evina, 9252 Adas TR N. E., Kalkaska, MI 49646
MEMO 05.16
⑈021086⑈ ⑆111014325⑆ [redacted]8844⑈

21086 $46.98

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21078 — 6/30/2016
PAY TO THE ORDER OF Kristen L. Cremonini $**46.98
Forty-Six and 98/100*** DOLLARS
Kristen L. Cremonini, 82-76 88th Place, Glendale, NY 11385
MEMO 05.16
⑈021078⑈ ⑆111014325⑆ [redacted]8844⑈

21078 $46.98

**Aurora Gas, LLC** 4645 SWEETWATER BLVD, SUITE 200, SUGAR LAND, TX 77479 — BANK OF TEXAS, NA HOUSTON, TX 32-1432/1110 — 21060 — 6/30/2016
PAY TO THE ORDER OF Alice M. Langley $**46.98
Forty-Six and 98/100*** DOLLARS
Alice M. Langley, 1449 E. Spring Ridge Cir., Winter Garden, FL 34787
MEMO 05.16
⑈021060⑈ ⑆111014325⑆ [redacted]8844⑈

21060 $46.98