

# Northrim Bank

P.O. BOX 241489
ANCHORAGE, AK 99524

**RECEIVED**

AUG 0 5 2016

OZ 01          **RETURN SERVICE REQUESTED**

AURORA GAS LLC
DEBTOR IN POSSESSION ACCOUNT
SUITE 410
gzh4a
08975    1400 W BENSON BOULEVARD
ANCHORAGE AK 99503

---

**ARE YOU PREPARED TO SURTHRIVE?**
*Learn to survive and thrive in Alaska's economy.*

Much like the wilderness, Alaska's economy is challenging. It pays to be prepared and that's where Northrim comes in. We'll equip you with essential financial tools and expert guidance to overcome the challenges and seize the opportunities that lie ahead.

Learn more at northrim.com.

---

**Statement Period:**
07-06-2016 thru 07-31-2016
Page 1

## Summary of Account(s)

| Account Type | Account Number | Previous Balance | Total Debits | Total Credits | Ending Balance |
|---|---|---|---|---|---|
| Business Edge Checking | ~~4102~~4130 | $0.00 | $203,476.57 | $589,147.82 | $385,671.25 |

## Business Edge Checking                    Account # **********4130

### Checks Paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1000 | 07-07 | 1,302.51 | 1012 | 07-12 | 10.00 | 1027 | 07-26 | 21.80 |
| 1001 | 07-12 | 468.86 | 1013 | 07-25 | 28.80 | 1030* | 07-29 | 4,093.20 |
| 1002 | 07-13 | 67.75 | 1014 | 07-22 | 596.50 | 1071* | 07-27 | 440.00 |
| 1003 | 07-19 | 483.75 | 1015 | 07-25 | 235.19 | 1072 | 07-21 | 6,695.49 |
| 1004 | 07-11 | 848.18 | 1016 | 07-21 | 1,201.11 | 1073 | 07-26 | 227.27 |
| 1005 | 07-14 | 49.50 | 1017 | 07-21 | 129.70 | 1074 | 07-22 | 55.00 |
| 1006 | 07-12 | 145.37 | 1018 | 07-27 | 31.85 | 1075 | 07-25 | 2,631.52 |
| 1007 | 07-07 | 6,426.49 | 1019 | 07-28 | 2,377.00 | 1085* | 07-27 | 1,556.72 |
| 1008 | 07-12 | 1,600.00 | 1023* | 07-19 | 16.78 | 1087* | 07-29 | 263.95 |
| 1009 | 07-18 | 83.99 | 1024 | 07-19 | 4,330.00 | 1401* | 07-25 | 338.39 |
| 1010 | 07-15 | 1.71 | 1025 | 07-27 | 441.21 | | | |
| 1011 | 07-18 | 30.80 | 1026 | 07-25 | 101.50 | | | |

*Indicates a skip in check sequence on this statement
(E) Electronic Check

### Electronic Withdrawals and Debits

| Date | Transaction Description | Amount |
|---|---|---|
| 07-13 | Electronic Withdrawal PAYCHEX EIB - INVOICE  X67023900000058 | $1,687.58 |
| 07-15 | Electronic Withdrawal PAYCHEX-HRS  - HRS PMT  23270373 | $197.00 |
| 07-15 | Electronic Withdrawal PAYCHEX EIB - INVOICE  X67031100012988 | $252.96 |
| 07-15 | Electronic Withdrawal PAYCHEX-HRS  - 401(K)  23230426 | $1,604.09 |
| 07-29 | Electronic Withdrawal WELLS FARGO  - TRIAL DEP | $0.86 |
| 07-29 | Electronic Withdrawal PAYCHEX EIB - INVOICE  X67198300022552 | $231.11 |
| 07-29 | Electronic Withdrawal PAYCHEX EIB - INVOICE  X67164000005371 | $234.39 |
| 07-29 | Electronic Withdrawal PAYCHEX-HRS  - 401(K)  23300706 | $1,293.04 |
| 07-29 | Electronic Withdrawal IPFS877-615-4242 - IPFSPMTTXH  537930 | $2,866.70 |
| 07-29 | Electronic Withdrawal IPFS877-615-4242 - IPFSPMTTXH  483044 | $5,843.74 |
| 07-29 | Electronic Withdrawal PAYCHEX-HRS  - 401(K)  23291485 | $9,032.91 |

### Fees and Misc. Debits

| Date | Transaction Description | Amount |
|---|---|---|
| 07-06 | Withdrawal Wire Fee - Incoming | $10.00 |

3126      rev  08-14

Statement Period:
07-06-2016 thru 07-31-2016
Page 2

## Fees and Misc. Debits, Continued

| Date | Transaction Description | Amount |
|------|------------------------|--------|
| 07-13 | Withdrawal Wire Fee - Incoming | $10.00 |
| 07-13 | Withdrawal WIRE  SENT TO 021000021 JPMCHASE | $16,972.15 |
| 07-13 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 07-18 | Withdrawal Wire Fee - Incoming | $10.00 |
| 07-25 | Withdrawal Wire Fee - Incoming | $10.00 |
| 07-27 | Withdrawal WIRE  SENT TO 021000021 JPMCHASE | $75,092.29 |
| 07-27 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 07-29 | Withdrawal WIRE  SENT TO 011000028 STATE ST BOS | $285.00 |
| 07-29 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 07-29 | Withdrawal WIRE  SENT TO 011000028 STATE ST BOS | $21,498.88 |
| 07-29 | Withdrawal WIRE  SENT TO 113011258 AMEGY BANK, N.A. | $10,819.82 |
| 07-29 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 07-29 | Withdrawal WIRE  SENT TO 121000248 WELLS FARGO NA | $18,042.16 |
| 07-29 | Withdrawal Wire Fee - Outgoing | $25.00 |

## Deposits and Other Credits

| Date | Transaction Description | Amount |
|------|------------------------|--------|
| 07-06 | New Account Deposit | $2,905.22 |
| 07-06 | Deposit WIRE 000042 REC FROM ABA# 111014325 BK OF TX | $50,000.00 |
| 07-13 | Deposit WIRE 000019 REC FROM ABA# 121000248 WELLS FARGO SF | $37,519.09 |
| 07-18 | Deposit WIRE 000032 REC FROM ABA# 111014325 BK OF TX | $70,000.00 |
| 07-22 | Deposit | $19,000.00 |
| 07-25 | Deposit WIRE 000017 REC FROM ABA# 021000021 JPMORGAN CHASE | $389,497.64 |
| 07-28 | Deposit | $20,225.01 |

## Electronic Deposits and Credits

| Date | Transaction Description | Amount |
|------|------------------------|--------|
| 07-29 | Electronic Deposit WELLS FARGO  - TRIAL DEP | $0.48 |
| 07-29 | Electronic Deposit WELLS FARGO  - TRIAL DEP | $0.38 |

## Business Edge Checking Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Low Balance | $0.00 |
| Ending Balance | $385,671.25 | Days in Statement Cycle | 26 |

13273

4000



**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1000 — 7/6/2016
PAY TO THE ORDER OF Aurora Well Service, LLC $**1,302.51
One Thousand Three Hundred Two and 51/100 DOLLARS
Aurora Well Service, LLC, 1400 W. Benson, Suite 410, Anchorage, AK 99503
MEMO
⑈001000⑈ [redacted] 4130⑈

07/07/2016 $1,302.51 1000

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1001 — 7/6/2016
PAY TO THE ORDER OF DNOW, L.P. $**468.86
Four Hundred Sixty-Eight and 86/100 DOLLARS
DNOW, L.P., PO Box 200822, Dallas, TX 75320-0822
MEMO 909459401
⑈001001⑈ [redacted] 4130⑈

07/12/2016 $468.86 1001

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1002 — 7/6/2016
PAY TO THE ORDER OF Green Connection $**67.75
Sixty-Seven and 75/100 DOLLARS
Green Connection, 804 E 15th Avenue, Anchorage, AK 99501
MEMO 23635
⑈001002⑈ [redacted] 4130⑈

07/13/2016 $67.75 1002

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1003 — 7/6/2016
PAY TO THE ORDER OF Kenai Aviation, Inc. $**483.75
Four Hundred Eighty-Three and 75/100 DOLLARS
Kenai Aviation, Inc, Box 46, Kenai, AK 99611
MEMO 17083
⑈001003⑈ [redacted] 4130⑈

07/19/2016 $483.75 1003

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1004 — 7/6/2016
PAY TO THE ORDER OF Mary Novolny $**848.18
Eight Hundred Forty-Eight and 18/100 DOLLARS
Mary Novolny, 7003 Fairweather Dr., Anchorage, AK 99518
MEMO
⑈001004⑈ [redacted] 4130⑈

07/11/2016 $848.18 1004

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1005 — 7/6/2016
PAY TO THE ORDER OF Navia Benefit Solutions $**49.50
Forty-Nine and 50/100 DOLLARS
Navia Benefit Solutions, PO Box 53250, Bellevue, WA 98015-3240
MEMO 10052801
⑈001005⑈ [redacted] 4130⑈

07/14/2016 $49.50 1005

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1006 — 7/6/2016
PAY TO THE ORDER OF O'Reilly Auto Parts $**145.37
One Hundred Forty-Five and 37/100 DOLLARS
O'Reilly Auto Parts, PO Box 9464, Springfield, MO 65801-9464
MEMO 1874158
⑈001006⑈ [redacted] 4130⑈

07/12/2016 $145.37 1006

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1007 — 7/6/2016
PAY TO THE ORDER OF Shirleyville Enterprises, LLC $**6,426.49
Six Thousand Four Hundred Twenty-Six and 49/100 DOLLARS
Shirleyville Enterprises, LLC, 1400 W. Benson, Suite 410, Anchorage, AK 99503
MEMO 2204
⑈001007⑈ [redacted] 4130⑈

07/07/2016 $6,426.49 1007

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1008 — 7/6/2016
PAY TO THE ORDER OF Stellar Marine Services, LLC $**1,600.00
One Thousand Six Hundred and 00/100 DOLLARS
Stellar Marine Services, LLC, PO Box 110075, Anchorage, AK 99511
MEMO 1011
⑈001008⑈ [redacted] 4130⑈

07/12/2016 $1,600.00 1008

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1009 — 7/6/2016
PAY TO THE ORDER OF Tina Westfall $**83.99
Eighty-Three and 99/100 DOLLARS
Tina Westfall
MEMO BER 6/23
⑈001009⑈ [redacted] 4130⑈

07/18/2016 $83.99 1009

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1010 — 7/6/2016
PAY TO THE ORDER OF UPS $**1.71
One and 71/100 DOLLARS
UPS, Lockbox 577, Carol Stream, IL 60132-0577
MEMO 3125F3276
⑈001010⑈ [redacted] 4130⑈

07/15/2016 $1.71 1010

**Aurora Gas, LLC** DEBTOR IN POSSESSION 1400 W BENSON BLVD STE 410 ANCHORAGE, AK 99503 — NORTHRIM BANK WASILLA, AK 99654 89-093/1252 — 1011 — 7/6/2016
PAY TO THE ORDER OF USAble Life $**30.80
Thirty and 80/100 DOLLARS
USAble Life, PO Box 204678, Dallas, TX 75320-4678
MEMO 1620320
⑈001011⑈ [redacted] 4130⑈

07/18/2016 $30.80 1011

13274



**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1012
7/6/2016
PAY TO THE ORDER OF City of Wasilla $ **10.00
Ten and 00/100 DOLLARS
City of Wasilla, 290 East Herning Ave, Wasilla, AK 99654-7091
MEMO
⑈001012⑈ [redacted] 4,130⑈

07/12/2016 $10.00 1012

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1018
7/19/2016
PAY TO THE ORDER OF Federal Express $ **31.85
Thirty-One and 85/100 DOLLARS
Federal Express, PO Box 94515, Palatine, IL 60094-4515
MEMO 5-459-40514
⑈001018⑈ [redacted] 4,130⑈

07/27/2016 $31.85 1018

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1013
7/19/2016
PAY TO THE ORDER OF AIH $ **28.80
Twenty-Eight and 80/100 DOLLARS
Alaska Industrial Hardware, Inc., 2192 Viking Drive, Anchorage, AK 99501
MEMO 5218960
⑈001013⑈ [redacted] 4,130⑈

07/25/2016 $28.80 1013

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1019
7/19/2016
PAY TO THE ORDER OF Industrial Instrument Services, Inc. $ **2,377.00
Two Thousand Three Hundred Seventy-Seven and 00/100 DOLLARS
Industrial Instrument Services, Inc., 300 Airport Way, Kenai, AK 99611
MEMO 527493
⑈001019⑈ [redacted] 4,130⑈

07/28/2016 $2,377.00 1019

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1014
7/19/2016
PAY TO THE ORDER OF Air Liquide America L P. $ **596.50
Five Hundred Ninety-Six and 50/100 DOLLARS
Air Liquide America L P, 6415 Arctic Blvd, Anchorage, AK 99518
MEMO 1425726
⑈001014⑈ [redacted] 4,130⑈

07/22/2016 $596.50 1014

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1023
7/14/2016
PAY TO THE ORDER OF G. Scott Pfoff $ **16.78
Sixteen and 78/100 DOLLARS
G. Scott Pfoff, 3902 Indian Point Drive, Missouri City, TX 77459
MEMO
Patti Polk
⑈001023⑈ [redacted] 4,130⑈

07/19/2016 $16.78 1023

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1015
7/19/2016
PAY TO THE ORDER OF Alaska Waste $ **235.19
Two Hundred Thirty-Five and 19/100 DOLLARS
Alaska Waste, PO Box 196097, Anchorage, AK 99519-6097
MEMO 527210
⑈001015⑈ [redacted] 4,130⑈ ⑈0000023519⑈

07/25/2016 $235.19 1015

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1024
7/14/2016
PAY TO THE ORDER OF Aurora Power Resources, Inc.-vendor $ **4,330.00
Four Thousand Three Hundred Thirty and 00/100 DOLLARS
Aurora Power Resources, Inc.-vendor, 4645 Sweetwater Blvd., Suite 200, Sugar Land, TX 77479
MEMO
Patti Polk
⑈001024⑈ [redacted] 4,130⑈

07/19/2016 $4,330.00 1024

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1016
7/19/2016
PAY TO THE ORDER OF Aurora Well Service, LLC $ **1,201.11
One Thousand Two Hundred One and 11/100 DOLLARS
Aurora Well Service, LLC, 1400 W. Benson, Suite 410, Anchorage, AK 99503
MEMO 2131
⑈001016⑈ [redacted] 4,130⑈

07/21/2016 $1,201.11 1016

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1025
7/19/2016
PAY TO THE ORDER OF Fast PC Networks $ **441.21
Four Hundred Forty-One and 21/100 DOLLARS
Fast PC Networks, Inc., 12510 Drake Prairie, Cypress, Texas 77429
MEMO
Patti S. Polk
⑈001025⑈ [redacted] 4,130⑈

07/27/2016 $441.21 1025

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1017
7/19/2016
PAY TO THE ORDER OF DNOW, L.P. $ **129.70
One Hundred Twenty-Nine and 70/100 DOLLARS
DNOW, L.P., PO Box 200822, Dallas, TX 75320-0822
MEMO 809642016
⑈001017⑈ [redacted] 4,130⑈

07/25/2016 $129.70 1017

**Aurora Gas, LLC** — DEBTOR IN POSSESSION, 1400 W BENSON BLVD STE 410, ANCHORAGE, AK 99503 — NORTHRIM BANK, WASILLA, AK 99654, 89-093/1252 — 1026
7/19/2016
PAY TO THE ORDER OF SafeSite Inc $ **101.50
One Hundred One and 50/100 DOLLARS
SafeSite Inc, 9505 Johnny Morris Road, Austin, Texas 78724
MEMO
Patti S. Polk
⑈001026⑈ [redacted] 4,130⑈

07/25/2016 $101.50 1026





Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1027
7/19/2016
PAY TO THE ORDER OF Kenai Peninsula Borough $ **21.80
Twenty-One and 80/100*** DOLLARS
Kenai Peninsula Borough
144 North Binkley
Soldotna, AK 99669
MEMO 2016057155
⑈001027⑈ [redacted] 14130⑈

07/26/2016 $21.80 1027

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1075
7/20/2016
PAY TO THE ORDER OF Alaska Oil Sales $ **2,631.52
Two Thousand Six Hundred Thirty-One and 52/100*** DOLLARS
Alaska Oil Sales
43442 K-Beach Road
Soldotna, AK 99669
Q 2085 / 749
⑈001075⑈ [redacted] 4130⑈

07/25/2016 $2,631.52 1075

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1030
7/27/2016
PAY TO THE ORDER OF Aurora Power Resources, Inc.-vendor $ **4,093.20
Four Thousand Ninety-Three and 20/100*** DOLLARS
Aurora Power Resources, Inc.-vendor
4645 Sweetwater Blvd.
Suite 200
Sugar Land, TX 77479
MEMO
⑈001030⑈ [redacted] 4130⑈

07/29/2016 $4,093.20 1030

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1085
7/25/2016
PAY TO THE ORDER OF David L. Boelens-Royalty $ **1,556.72
One Thousand Five Hundred Fifty-Six and 72/100*** DOLLARS
David L. Boelens
1400 West Benson, Ste 410
Anchorage, AK 99503
MEMO 06.16
⑈001085⑈ [redacted] 4130⑈

07/27/2016 $1,556.72 1085

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1071
7/19/2016
PAY TO THE ORDER OF North Air Inc. $ **440.00
Four Hundred Forty and 00/100*** DOLLARS
North Air Inc.
PO Box 1907
Kenai, AK 99611
MEMO 830
⑈001071⑈ [redacted] 14130⑈

07/27/2016 $440.00 1071

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1087
7/25/2016
PAY TO THE ORDER OF Fred S. Hokama $ **263.95
Two Hundred Sixty-Three and 95/100*** DOLLARS
Fred S. Hokama
5400 DeArmoun Road
Anchorage, AK 99516
MEMO 06.16
⑈001087⑈ [redacted] 14130⑈

07/29/2016 $263.95 1087

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1072
7/19/2016
PAY TO THE ORDER OF Shirleyville Enterprises, LLC $ **6,695.49
Six Thousand Six Hundred Ninety-Five and 49/100*** DOLLARS
Shirleyville Enterprises, LLC
1400 W. Benson
Suite 410
Anchorage, AK 99503
MEMO 2207
⑈001072⑈ [redacted] 14130⑈

07/21/2016 $6,695.49 1072

AURORA GAS LLC
1400 WEST BENSON BLVD STE 410
ATTN CHAD HELGESON
ANCHORAGE AK 99503
JC (2)
07/15/2016 1401
PAY TO THE ORDER OF CSSD
PO BOX 100380
ANCHORAGE AK 99510-0380
**$338.39**
THREE HUNDRED THIRTY EIGHT AND 39/100 ........ DOLLARS
NORTHRIM BANK
001126521 22.01 04337922 K.B
04048442 316.38 001213416 H.L
AUTHORIZED SIGNATURE
⑈000001401⑈ [redacted] 4130⑈

07/25/2016 $338.39 1401

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1073
7/19/2016
PAY TO THE ORDER OF Sweeney's Clothing $ **227.27
Two Hundred Twenty-Seven and 27/100*** DOLLARS
Sweeney's Clothing
35081 Kenai Spur Hwy
Soldotna, AK 99669
MEMO 321234
⑈001073⑈ [redacted] 14130⑈

07/26/2016 $227.27 1073

Aurora Gas, LLC
DEBTOR IN POSSESSION
1400 W BENSON BLVD STE 410
ANCHORAGE, AK 99503
NORTHRIM BANK WASILLA, AK 99654 89-093/1252
1074
7/19/2016
PAY TO THE ORDER OF Switchboard Alaska, Inc $ **55.00
Fifty-Five and 00/100*** DOLLARS
Switchboard Alaska, Inc
5001 Arctic Blvd., Ste #202
Anchorage, AK 99503
MEMO G381-0716
⑈001074⑈ [redacted] 4130⑈

07/22/2016 $55.00 1074