David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AURORA GAS, LLC, | ) | Case No. A-16-00130 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**RESPONSE TO MOTION FOR RECONSIDERATION (FURIE PAYMENT)**

The Court authorized payment to Furie Operating Alaska Inc. based on the representation of J. Edward Jones, president of the Debtor, that the payment was needed to avoid interruption of gas sales by Furie. Mr. Jones made this statement in good faith, as had been repeatedly so informed by Furie representatives. The Debtor's revenue is nearly all from its contract to supply gas to Tesoro, and without the Furie gas the Debtor had no guaranty that it could obtain gas from another source to fulfill its commitments to Tesoro, so the Furie payment was essential. Mr. Jones will be available at the September 9 hearing to confirm, and elaborate upon, these statements.

Although the obligation to supply gas to Tesoro has been temporarily reduced, the Debtor still needs Furie's gas to fulfill the Tesoro contract and is still purchasing gas from Furie under Furie's contract with the Debtor.

Page 1:        Response to Motion for Reconsideration

The Court's order was docketed August 4, but the payment to Furie had been made by that time, and could not be recalled. This will also be confirmed at the hearing.

Debtor is a 100% subsidiary of Rieck Oil, Inc., a Delaware corporation. Rieck Oil is solely owned by Kay Rieck, a German national. It was suggested that Mr. Rieck also owns or controls Furie, which suggests that the demand for payment was an attempt to manipulate the Debtor to the possible disadvantage of other creditors, but this is not an accurate characterization of the relationship between the Debtor and Furie.

Furie is an operating company which sells and is paid for the gas on behalf of the well's owner, Cornucopia Oil & Gas Co., LLC, which is a wholly owned subsidiary of Deutsch Oel and Gas, AG, a publically traded German corporation. Debtor also understands that Mr. Kay Rieck is one of many shareholders in Deutsch Oel & Gas, but does not control that company. Debtor understands that Furie's insistence on payment was made at the instigation of Cornucopia, which is not an affiliate of Debtor.

It was also suggested that payment of the "gap" claim to Furie may have prejudiced other "gap" creditors. But according to the operating report filed by the Debtor at Docket #80, the "gap" claims as of July 31, 2016 were $289,519; the same report states that on July 31 the Debtor had on hand cash of $544,535 and receivables of $1,448,944. This shows a comfortable margin of liquidity to satisfy priority creditors in a plan of reorganization or in a liquidation scenario.

Page 2:        Response to Motion for Reconsideration

DATED this 1st day of September, 2016.

DAVID H. BUNDY,
P.C. Attorney for Debtor

/s/ David H. Bundy
David H. Bundy

**Certificate of Service**

The undersigned hereby certifies that on this 1st day of September, 2016, a true and correct copy of the foregoing document was served on the following by ECF:

– Erik LeRoy
- U S Trustee
- Gary Sleeper
- Michelle Boutin


 /s/ David H. Bundy
David H. Bundy