From: Bruce Webb [mailto:b.webb@furiealaska.com]
Sent: Tuesday, August 18, 2015 11:59 AM
To: Jason Brune <JBrune@ciri.com>
Cc: Colleen Miller <cmiller@ciri.com>; Steve Zenthoefer <SteveZ@kfoc.net>; Ed Jones <jejones@aurorapower.com>
Subject: Re: assignments and release of the K-F guarantee

Hi Jason,

As we discussed a couple weeks ago, we will be submitting a Corporate Guarantee and balance sheet from Deutsche Oel and Gas AG ("DOGAG");
This is our parent company, which is publicly traded in Germany. Kay Rieck is the majority stock owner and manager.
It is "Rieck Oil, Inc." that will be purchasing the Aurora K-F interest in Aurora Gas, LLC.
Kay Rieck is the owner and CEO of Rieck Oil, Inc. I am the President of that company.

In talking with our CFO of DOGAG, he said in order to obtain a corporate guarantee, we will need to have a value.
This is because we will need to disclose the guarantee in a German filing to the shareholders and cary that amount on the books.
During your abandonment evaluation with Ed Jones, have you came up with a figure?

As you may guess, CIRI's release of the GBK Guarantee is the crux of this entire deal, so we want to make sure it will happen.

Thank you for your assistance.

Best regards,

*Bruce Webb*
*Sr. Vice President*

**FURIE**
Operating Alaska LLC

*1029 West 3rd Avenue, Suite 500*
*Anchorage, Alaska 99501*
*Office: 907.277.3726*
*Fax: 907.277.3796*
*Cell: 907.331-7399*
*Email: b.webb@furiealaska.com*

1

Appendix page 1

Français   About Us   Media Partners   Blog

Search                    SITE   NEWS                POWERED BY SYSOMOS

PRODUCTS   SOLUTIONS   NEWSROOM   RESOURCES   CONTACT US   SIGN IN

SOURCE: Global Equity International Inc.



April 14, 2016 09:39 ET

## Deutsche Oel & Gas SA, a Prominent and Producing Oil and Gas Company, Has Engaged the Professional Services of Global Equity Partners Plc.

DUBAI, UNITED ARAB EMIRATES--(Marketwired - Apr 14, 2016) - **Global Equity International, Inc.** (OTCQB: GEQU) and its fully-owned subsidiary **Global Equity Partners Plc.** ("GEP" - www.gepartnersplc.com), a specialist consultancy firm with offices located in Dubai and London, are extremely excited to announce that on April 10, 2016, **Deutsche Oel & Gas SA** (www.deutsche-oel-gas.com/), a producing Oil and Gas company with offices in Germany and various other parts of the world, engaged our professional services to assist with sourcing up to US$230 million of capital funding. This funding will allow the company to increase its existing production and also realize additional substantial value in its South Alaskan assets.

Global Equity Partners Plc. have agreed with Deutsche Oel & Gas, a cash success fee between 4% and 5% of the total capital funding sourced.

**Partick Dolan, Managing Director of Global Equity International Inc., said,** "*We are delighted to announce our first German client through our recently contracted representation in Frankfurt (Germany). Deutsche Oel & Gas SA are a formidable resource company, producing substantial amounts of gas focused on the Cook inlet basin in South Alaska. The company is driven by a highly experienced and skillful management team. The majority of their producing assets are in an 83,000-acre site called the 'Kitchen Lights Unit.' With a very significant investment already injected into the company, infrastructure has been in place since October of 2015 and sustained production started in November of 2015. Deutsche Oel & Gas is currently the lone operator in the 'Kitchen Lights Unit' with the largest contiguous extraction zone in the Cook Inlet. Natural gas production is already underway and huge gas and oil reserves have been identified and substantiated by independent specialists.*"

**Peter Smith, CEO of Global Equity International Inc., said,** "*Prior to signing the agreement with Deutsche Oel & Gas, we investigated the possibility of such a raise through our own corporate finance division and also through our partnerships in Dubai and Asia. The proposition was well received, giving both GEP and our client confidence of execution of this agreement which will allow Deutsche Oel & Gas to further develop its unique fields and its unique offtake agreements that are already in place.*"

Interesting videos regarding Deutsche Oel & Gas SA.
https://www.youtube.com/channel/UCLSvktt5-XFOJHcD4EzrfCQ

### About Global Equity International Inc.

Global Equity International Inc., through its wholly-owned subsidiary Global Equity Partners Plc., advises worldwide business leaders with their most critical decisions and opportunities pertaining to growth, capital needs, structure and the development of a global presence. With offices in Dubai and London, Global Equity has developed significant relationships in the US, UK, Central Europe, the Middle East and South East Asia to assist clients in realizing their full value and potential by bringing them to external capital and resources that place an emphasis on collaborative thinking. Furthermore, because Global Equity has offices in key financial centres of the world, they are able to

introduce their clients to a unique opportunity of listing their shares on any one of the many stock exchanges worldwide. Global Equity International Inc., through its wholly-owned subsidiary Global Equity Partners Plc., holds significant long-term equity positions in the companies that it represents.

### Safe Harbour Statement

This press release may include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including statements related to anticipated revenues, expenses, earnings, operating cash flows, the outlook for markets and the demand for products. Forward-looking statements are no guarantees of future performance and are inherently subject to uncertainties and other factors which could cause actual results to differ materially from the forward-looking statements. Such statements are based upon, among other things, assumptions made by, and information currently available to, management, including management's own knowledge and assessment of the Company's industry and competition. The Company refers interested persons to its most recent Annual Report on Form 10-K and its other SEC filings for a description of additional uncertainties and factors, which may affect forward-looking statements. The company assumes no duty to update its forward-looking statements.

## Contact Information

**Mr. Patrick V. Dolan**
Managing Director of Global Equity International, Inc.
Tel. (UK) + 44 7917 838762
Email: patrick@gepartnersplc.com

**Mr. Peter James Smith**
Director and officer of Global Equity International Inc.
Tel. (Dubai) + 971 (0) 42 76 75 76
Email: peter@gepartnersplc.com

**Mr. Enzo Taddei**
Director and officer of Global Equity International Inc.
Tel. (US) + 1 (321) 200-0142
Email: enzo@gepartnersplc.com

**Mr. Kay Rieck**
CEO of Deutsche Oel & Gas SA
Email: rieck@deutsche-oel-gas.com


View Full Site

| About Marketwired | Products | Resources | Newsroom | | Connect With Us |
|---|---|---|---|---|---|
| Marketwired News | Marketwired Resonate | Brochures | All News | | |
| Community Builders | Marketwired Influencers | Case Studies | Headlines Only | | |
| Privacy | News Distribution | E-Books / Tip Sheets | Advanced Search | | |
| Site Map | IR/PR Newsroom (Impress) | Webinars / Videos | RSS Newsfeeds | | |
| Accessibility | Media Database (Mediahub) | | Hot Off the Wire | | |
| | | | Personal Beat | | |
| | | | CASL Compliance | | |

Copyright ©2016 Nasdaq, Inc. All rights reserved. Legal

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Monday, August 1, 2016 5:23 PM
**To:** Jason Brune <JBrune@ciri.com>; Gary Sleeper <gsleeper@jdolaw.com>; dhb@alaska.net
**Cc:** Ed Jones <e.jones@auroragasllc.com>; George Pollock <g.pollock@auroragasllc.com>; Tony Nunes <tnunes@coganpartners.com>
**Subject:** Re: Aurora - Rieck

Hi Jason,

I was referring to Furie's parent company DOGAG, not Rieck Oil or Aurora Gas.
Since Kay Rieck is the manager of DOGAG, he could authorize a guarantee on behalf of DOGAG.

As far as the CIRI definition of Arm's Length, perhaps the companies fit under CIRI's definition because Mr. Rieck has an interest in them individually. The alternative for the commercial gas contracts was for Aurora to cancel it's month to month commercial gas contracts because it did not have enough gas (and continues to not have enough gas) to even supply 100% of its firm gas sales contract with Tesoro. If that were to happen, Helen Energy would have just entered into a new contract with the commercial customers directly, and not given Aurora a 5-year interruptible contract – in the hope that they would have more production in the future.

Since the commercial gas contracts are month-to-month, we can certainly terminate them now. Then Helena Energy can enter into a separate contract directly with them. If that will make it cleaner for CIRI, it really isn't that much trouble for us to do so.

-Bruce


**From:** Jason Brune <JBrune@ciri.com>
**Date:** Monday, August 1, 2016 at 4:36 PM
**To:** Bruce Webb <b.webb@furiealaska.com>, Gary Sleeper <gsleeper@jdolaw.com>, "dhb@alaska.net" <dhb@alaska.net>
**Cc:** Ed Jones <e.jones@auroragasllc.com>, George Pollock <g.pollock@auroragasllc.com>, Tony Nunes <tnunes@coganpartners.com>
**Subject:** RE: Aurora - Rieck

Bruce,

This is directly contrary to what you told me in your email of August 18, 2015 where you said,

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Tuesday, August 18, 2015 12:31 PM
**To:** Jason Brune <JBrune@ciri.com>
**Cc:** Colleen Miller <cmiller@ciri.com>; Steve Zenthoefer <SteveZ@kfoc.net>; Ed Jones <jejones@aurorapower.com>
**Subject:** Re: assignments and release of the K-F guarantee

Jason,

The lease holder na downer of Furie is Cornucopia Oil and Gas – it is owned by DOGAG.
So The German company does have assets and company ownership in the US.
As far as Cornucopia goes, we have about $600,000,000 in assets planted in Nikiski and offshore.

Another option I was just discussing with Steve Z. at K-F is a Letter of Credit.
Of course, that would need a value also.

What about a $5 Million LOC, with the creation of an abandonment funding agreement and escrowed sinking fund?
(portion of production proceeds go into an account, building up over time to cover abandonment).

-Bruce

---

**From:** Jason Brune <JBrune@ciri.com>
**Date:** Tuesday, August 18, 2015 at 12:16 PM
**To:** Bruce Webb <b.webb@furiealaska.com>
**Cc:** Colleen Miller <cmiller@ciri.com>, Steve Zenthoefer <SteveZ@kfoc.net>, Ed Jones <jejones@aurorapower.com>
**Subject:** RE: assignments and release of the K-F guarantee

Bruce,

Is there an American affiliate of this entity? Going after a foreign entity, should that need arise, may prove to be difficult, if not impossible.

Jason

---

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Tuesday, August 18, 2015 11:59 AM
**To:** Jason Brune <JBrune@ciri.com>

## Ed Jones

| | |
|---|---|
| **From:** | Bruce Webb <b.webb@furiealaska.com> |
| **Sent:** | Monday, July 18, 2016 3:09 PM |
| **To:** | Patti Polk |
| **Cc:** | 'David H. Bundy'; 'Ed Jones' |
| **Subject:** | Re: Request for Deposit |
| **Attachments:** | 03CD87EF-6E47-49F4-BF74-229234A7587C[11].png |

Yes, they would accept anything for now

*Regards,*

*Bruce Webb*
*Sr. Vice President*



*1029 West 3rd Avenue, Suite 500*
*Anchorage, Alaska 99501*
*Office: 907.277.3726*
*Fax: 907.277.3796*
*Cell: 907.331.7399*
*Email: b.webb@furiealaska.com*

**From:** Patti Polk <p.polk@auroragasllc.com>
**Date:** Monday, July 18, 2016 at 11:35 AM
**To:** Bruce Webb <b.webb@furiealaska.com>
**Cc:** "'David H. Bundy'" <dhb@alaska.net>, 'Ed Jones' <e.jones@auroragasllc.com>
**Subject:** RE: Request for Deposit

Bruce,

David prepared a Declaration for me to sign seeking approval to pay Furie. However, we need to resolve the KBPL deposit issue first since we currently do not have the funding to pay both the deposit and Furie. As I previously mentioned, it is partly due to the outstanding A/R from Helena to Aurora (approx. $24,000). Do you think Furie would accept a partial payment?

Thanks,
Patti

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Monday, July 18, 2016 1:56 PM
**To:** Patti Polk

1