UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

AURORA GAS LLC,

           Debtor.

Case No. 16-00130-GS
Chapter 11

**ORDER ON MOTION FOR RECONSIDERATION**

Aurora Well Service, LLC ("Aurora Well") has moved for reconsideration of this court's Order Granting Ex Parte Motion for Authority to Pay Furie Operating Alaska's Invoice for Gas Sold and Delivered in May, 2016 (ECF No. 64). Pursuant to the Order Setting Briefing Schedule and Hearing on Motion for Reconsideration (ECF No. 71), this court held a hearing on the motion to reconsider on September 9, 2016. David Bundy appeared on behalf of the debtor, Aurora Gas, LLC. Erik LeRoy appeared on behalf of the Unsecured Creditor's Committee, who has undertaken responsibility for the motion.[1] Bruce Moore appeared for creditor Tyonek Native Corporation. Kathryn Perkins appeared on behalf of the United States Trustee.

The court took testimony from John Edward Jones, president of Aurora Gas, and Bruce Webb, senior vice president of Furie Operating Alaska. Having duly considered the testimony and arguments presented, the court entered its findings of fact and conclusions of law on the record and stated its intent to deny the motion to reconsider. For the reasons stated on the record, which are incorporated herein, the court concludes that there is an insufficient basis to reconsider

---

[1] The Unsecured Creditors Committee was formed after Aurora Well filed its motion to reconsider. Aurora Well is a member of the unsecured creditors committee.

its Order Granting Ex Parte Motion for Authority to Pay Furie Operating Alaska's Invoice for Gas Sold and Delivered in May, 2016. Therefore,

**IT IS ORDERED** that the Motion for Reconsideration of Order Allowing Payment to Furie Operating LLC for Gap Period Gas Delivery (ECF No. 68) is DENIED.

DATED: September 12, 2016.

BY THE COURT

 /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: David Bundy, Esq.
Erik LeRoy, Esq.
Bruce Moore, Esq.
Kathryn Perkins, Esq.
ECF Participants per NEF
U.S. Trustee
Calendar
SVS