# Notice Recipients

| District/Off: 097−−3 | User: admin | Date Created: 9/12/2016 |
|---|---|---|
| Case: 16−00130 | Form ID: pdfcrs | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee | USTPRegion18.ak.ecf@usdoj.gov |
| aty | Bruce A. Moore | brucem@lbblawyers.com |
| aty | David H. Bundy | dhb@alaska.net |
| aty | Erik LeRoy | erik@alaskanbankruptcy.com |
| aty | Kathryn Evans Perkins | kathryn.e.perkins@usdoj.gov |

TOTAL: 5