**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

0004734  T09252090116084033300 00000 01 000000000 00088109 002 TEXRG1

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
2902██8844

Statement Period:
08-01-16 to 08-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

www.bankoftexas.com

4 Images Provided Page 1 of 4

## BUSINESS CHECKING

ACCOUNT: ████8844



Statement Period from 08-01-16 through 08-31-16

| | | |
|---|---|---:|
| $ | Starting Balance | 2,901.41 |
| + | 0  Deposits | .00 |
| − | 5  Checks & Withdrawals | 241.35 |
| − | Service Fees | .00 |
| = | Ending Balance | 2,660.06 |

### WITHDRAWALS

| Date | | | Amount |
|---|---|---|---:|
| 08-12 | BANK OF TEXAS | ANALYSIS  1 | 41.12 |



### CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 08-05 | 21084 | 16.78 | 08-10 | 21073 | 46.98 |
| 08-10 | 21066 | 86.73 | 08-29 | 20768 | 49.74 |



**BANK OF TEXAS**
A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

Page 2

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges including those in this statement.

A. Enter deposits not shown on this statement.

B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement.

C. Follow instructions below to compare transactions recorded on your statement with those in your account register.

| Date of Deposit | Amount |
|---|---|
| | |

| Outstanding Item | Amount |
|---|---|
| | |

New Balance
Shown on other side
_____

Plus (+)
Total A
_____

Equals (=)
_____

Minus (-)
Total B
_____

Equals (=)
Your current register balance
_____

Total A                     Total B

## Electronic Transfer Rights Summary

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

00004734-0004815-0002-0004-T0925209011608403300-01-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200
SUGAR LAND TX  77479

PRIMARY ACCOUNT
█████8844

Statement Period:
08-01-16 to 08-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

**www.bankoftexas.com**

4 Images Provided Page 3 of 4

## DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07-31 | 2,901.41 | 08-10 | 2,750.92 | 08-29 | 2,660.06 |
| 08-05 | 2,884.63 | 08-12 | 2,709.80 | | |

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 2,760.56 | AVG COLLECTED BAL | 2,760.56 |
| MINIMUM LEDGER BAL | 2,660.06 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

AURORA GAS LLC
4645 SWEETWATER BLVD STE 200

PRIMARY ACCOUNT
8844

Statement Period:
08-01-16 to 08-31-16

Direct Inquiries To:
24-Hour ExpressBank
713-578-3500

Page 4 of 4

## BUSINESS CHECKING - 2902008844



21084    $16.78



21066    $86.73

21073    $46.98

20768    $49.74

00004734-0004816-0004-0004-T0925209011608403300-01-L