# Northrim Bank

P.O. BOX 241489
ANCHORAGE, AK 99524

**RECEIVED**
SEP 06 2016



OZ 02    RETURN SERVICE REQUESTED
AURORA GAS LLC
DEBTOR IN POSSESSION ACCOUNT
SUITE 410
1400 W BENSON BOULEVARD
ANCHORAGE AK 99503

1z74a
09471

**ARE YOU PREPARED TO SURTHRIVE?**
*Learn to survive and thrive in Alaska's economy.*

Much like the wilderness, Alaska's economy is challenging. It pays to be prepared and that's where Northrim comes in. We'll equip you with essential financial tools and expert guidance to overcome the challenges and seize the opportunities that lie ahead.

Learn more at northrim.com.

**Statement Period:**
08-01-2016 thru 08-31-2016
Page 1

## Summary of Account(s)

| Account Type | Account Number | Previous Balance | Total Debits | Total Credits | Ending Balance |
|---|---|---|---|---|---|
| Business Edge Checking | ███████ | $385,671.25 | $684,616.57 | $491,725.16 | $192,779.84 |

## Business Edge Checking                                            Account ███████

### Checks Paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1020 | 08-01 | 214.38 | 1095 | 08-02 | 52.79 | 1131 | 08-09 | 19.20 |
| 1028* | 08-05 | 99.75 | 1096 | 08-05 | 52.79 | 1132 | 08-10 | 67.75 |
| 1029 | 08-08 | 5,455.17 | 1097 | 08-08 | 52.79 | 1133 | 08-10 | 1,560.00 |
| 1031* | 08-08 | 4,438.45 | 1098 | 08-02 | 158.37 | 1134 | 08-09 | 1,073.76 |
| 1032 | 08-04 | 1,604.06 | 1099 | 08-02 | 65.99 | 1135 | 08-15 | 80.85 |
| 1033 | 08-10 | 18.85 | 1101* | 08-08 | 18.85 | 1136 | 08-09 | 880.00 |
| 1034 | 08-08 | 568.82 | 1102 | 08-31 | 97.46 | 1137 | 08-10 | 289.00 |
| 1035 | 08-03 | 6,500.00 | 1103 | 08-09 | 52.79 | 1138 | 08-08 | 449.20 |
| 1036 | 08-08 | 348.06 | 1104 | 08-09 | 52.79 | 1139 | 08-15 | 374.22 |
| 1037 | 08-17 | 7,228.00 | 1106* | 08-24 | 18.85 | 1140 | 08-09 | 55.00 |
| 1039* | 08-15 | 3,884.10 | 1107 | 08-24 | 131.98 | 1141 | 08-09 | 3,052.36 |
| 1040 | 08-22 | 13,310.75 | 1108 | 08-03 | 65.99 | 1142 | 08-08 | 1,059.24 |
| 1041 | 08-19 | 4,557.44 | 1109 | 08-09 | 701.18 | 1144* | 08-26 | 218.80 |
| 1042 | 08-29 | 441.21 | 1110 | 08-01 | 781.77 | 1145 | 08-22 | 80.79 |
| 1043 | 08-19 | 15.63 | 1111 | 08-15 | 1,386.60 | 1146 | 08-29 | 15.63 |
| 1044 | 08-22 | 322.86 | 1112 | 08-08 | 6,522.90 | 1147 | 08-31 | 54.70 |
| 1045 | 08-24 | 101.50 | 1114* | 08-09 | 21.53 | 1148 | 08-22 | 15.63 |
| 1077* | 08-05 | 52.79 | 1115 | 08-09 | 440.69 | 1150* | 08-31 | 15.63 |
| 1078 | 08-08 | 263.95 | 1116 | 08-04 | 3,315.20 | 1151 | 08-18 | 1,320.93 |
| 1079 | 08-02 | 97.46 | 1117 | 08-05 | 1,703.19 | 1153* | 08-22 | 218.80 |
| 1080 | 08-31 | 18.85 | 1118 | 08-16 | 49.50 | 1154 | 08-24 | 54.70 |
| 1081 | 08-02 | 65.99 | 1119 | 08-09 | 11,371.67 | 1155 | 08-29 | 43.76 |
| 1082 | 08-22 | 18.85 | 1120 | 08-05 | 104.55 | 1157* | 08-23 | 106.03 |
| 1083 | 08-11 | 97.46 | 1121 | 08-03 | 19,239.69 | 1158 | 08-29 | 43.76 |
| 1084 | 08-31 | 18.85 | 1122 | 08-15 | 64.65 | 1159 | 08-22 | 43.76 |
| 1086* | 08-02 | 18.85 | 1123 | 08-10 | 28.80 | 1160 | 08-25 | 242.36 |
| 1088* | 08-08 | 65.99 | 1124 | 08-12 | 30.80 | 1162* | 08-26 | 43.76 |
| 1089 | 08-29 | 52.79 | 1125 | 08-03 | 2,038.96 | 1163 | 08-26 | 43.76 |
| 1090 | 08-10 | 52.79 | 1126 | 08-11 | 11.99 | 1164 | 08-29 | 131.28 |
| 1091 | 08-02 | 127.91 | 1127 | 08-11 | 245.78 | 1165 | 08-25 | 54.70 |
| 1092 | 08-01 | 52.79 | 1128 | 08-11 | 879.92 | 1167* | 08-24 | 15.63 |
| 1093 | 08-02 | 52.79 | 1129 | 08-10 | 4,698.68 | 1168 | 08-31 | 80.79 |
| 1094 | 08-11 | 292.37 | 1130 | 08-09 | 6,467.00 | 1169 | 08-29 | 43.76 |

Balancing Your Checking Account

| OUTSTANDING DEBITS | | OUTSTANDING CHECKS | | CHECKBOOK RECONCILIATION | |
|---|---|---|---|---|---|
| DATE/NO. | AMOUNT | | | | |
| | | | | | |
| | | | | SUBTOTAL | |
| | | | | SUBTRACT | |
| TOTAL | | TOTAL | | BALANCE | |

If your checkbook doesn't agree with your statement:

- ☐ Added recent deposits and subtracted interest?
- ☐ Are all checks listed by number and amount on your statement?
- ☐ [illegible] charges to checkbook?
- ☐ Compared deposit statement to your checkbook?

## Important Information About Statement Errors

[faded paragraph, largely illegible] ...if you need more information about a transaction on [illegible]... access device (ATM card for example), your statement will be [illegible]... notify us within 30 days from the date your statement was mailed to you...

## Important Information About Electronic Fund Transfers

In case of errors or questions [illegible] call us at (907) [illegible] in Anchorage or toll free at (800) 478-2265, or write us at Northrim Bank Customer Service [illegible]... Contact us as soon as you can if you think your statement or [illegible] receipt. We must hear from you no later than 60 days after [illegible]...

- [illegible]
- Describe [illegible] explain why you believe it is an error or why you need more information.
- [illegible]

We will [illegible] 10 business days to do this we will credit your account [illegible]... during the time it takes us to complete our investigation.

Thank you for choosing Northrim Bank.

[address block illegible]

[toll free (800) 478-2265]

## Checks Paid, Continued

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1170 | 08-25 | 43.76 | 1179 | 08-30 | 235.19 | 1193* | 08-30 | 880.00 |
| 1172* | 08-24 | 15.63 | 1182* | 08-26 | 1,204.99 | 1194 | 08-31 | 11,371.67 |
| 1173 | 08-24 | 109.40 | 1185* | 08-26 | 38.92 | 1196* | 08-26 | 19,109.72 |
| 1175* | 08-22 | 2,630.80 | 1186 | 08-31 | 4,530.04 | 1412* | 08-17 | 338.39 |
| 1176 | 08-23 | 2,630.80 | 1190* | 08-31 | 18.94 | 1417* | 08-19 | 338.39 |
| 1178* | 08-30 | 615.75 | 1191 | 08-31 | 49.50 | | | |

*Indicates a skip in check sequence on this statement
(E) Electronic Check

## Electronic Withdrawals and Debits

| Date | Transaction Description | Amount |
|---|---|---|
| 08-12 | Electronic Withdrawal PAYCHEX-HRS - HRS PMT 23421590 | $192.00 |
| 08-12 | Electronic Withdrawal PAYCHEX EIB - INVOICE X67401700008471 | $231.11 |
| 08-12 | Electronic Withdrawal PAYCHEX-HRS - 401(K) 23389806 | $1,862.64 |
| 08-26 | Electronic Withdrawal PAYCHEX EIB - INVOICE X67628000000266 | $231.11 |
| 08-26 | Electronic Withdrawal PAYCHEX-HRS - 401(K) 23467506 | $1,483.84 |
| 08-30 | Electronic Withdrawal PAYCHEX TPS 29905 - TAXES 67699300000358X | $253.88 |
| 08-31 | Electronic Withdrawal PAYCHEX EIB - INVOICE X67673500024213 | $237.88 |
| 08-31 | Electronic Withdrawal IPFS877-615-4242 - IPFSPMTTXH 537930 | $2,866.70 |
| 08-31 | Electronic Withdrawal IPFS877-615-4242 - IPFSPMTTXH 483044 | $5,843.74 |
| 08-31 | Electronic Withdrawal PAYCHEX-HRS - 401(K) 23484782 | $8,141.25 |

## Fees and Misc. Debits

| Date | Transaction Description | Amount |
|---|---|---|
| 08-01 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-01 | Withdrawal WIRE SENT TO ▇▇▇ WELLS FARGO NA | $142,398.00 |
| 08-11 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-11 | Withdrawal WIRE SENT TO ▇▇▇ JPMCHASE | $18,167.44 |
| 08-17 | Withdrawal Wire Fee - Incoming | $10.00 |
| 08-24 | Withdrawal WIRE SENT TO ▇▇▇ JPMCHASE | $18,540.98 |
| 08-24 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-25 | Withdrawal Wire Fee - Incoming | $10.00 |
| 08-25 | Withdrawal WIRE SENT TO ▇▇▇ AMEGY BANK, N.A. | $46,247.92 |
| 08-25 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-25 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-25 | Withdrawal WIRE SENT TO ▇▇▇ WELLS FARGO NA | $171,000.00 |
| 08-29 | Withdrawal WIRE SENT TO ▇▇▇ JPMCHASE | $63,201.60 |
| 08-29 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-31 | Withdrawal WIRE SENT TO ▇▇▇ STATE ST BOS | $269.00 |
| 08-31 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-31 | Withdrawal WIRE SENT TO ▇▇▇ STATE ST BOS | $18,349.15 |
| 08-31 | Withdrawal Wire Fee - Outgoing | $25.00 |
| 08-31 | Withdrawal WIRE SENT TO ▇▇▇ WELLS FARGO NA | $17,455.90 |
| 08-31 | Withdrawal Wire Fee - Outgoing | $25.00 |

*Handwritten annotation: "WIRE FEES $245.00 (svc chg)"*

## Deposits and Other Credits

| Date | Transaction Description | Amount |
|---|---|---|
| 08-17 | Deposit WIRE 000038 REC FROM ABA# ▇▇▇ WELLS FARGO SF | $25,729.75 |
| 08-25 | Deposit WIRE 000017 REC FROM ABA# ▇▇▇ JPMORGAN CHASE | $465,995.41 |

## Business Edge Checking Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $385,671.25 | Low Balance | $102,286.73 |
| Ending Balance | $192,779.84 | Days in Statement Cycle | 31 |





08/01/2016 $214.38 1020



08/05/2016 $99.75 1028



08/08/2016 $5,455.17 1029



08/08/2016 $4,438.45 1031



08/04/2016 $1,604.06 1032



08/08/2016 $568.82 1034



08/03/2016 $6,500.00 1035



08/08/2016 $348.06 1036



08/17/2016 $7,228.00 1037



08/15/2016 $3,884.10 1039



08/10/2016 $18.85 1033

08/22/2016 $13,310.75 1040


08/08/2016    $263.95    1078


08/19/2016    $4,557.44    1041


08/02/2016    $97.46    1079


08/29/2016    $441.21    1042


08/31/2016    $18.85    1080


08/19/2016    $15.63    1043


08/02/2016    $65.99    1081


08/22/2016    $322.86    1044


08/22/2016    $18.85    1082


08/24/2016    $101.50    1045


08/11/2016    $97.46    1083

08/05/2016    $52.79    1077



08/31/2016    $18.85    1084



08/02/2016    $18.85    1086



08/08/2016    $65.99    1088



08/29/2016    $52.79    1089



08/10/2016    $52.79    1090



08/02/2016    $127.91    1091



08/01/2016    $52.79    1092



08/02/2016    $52.79    1093



08/11/2016    $292.37    1094



08/02/2016    $52.79    1095



08/05/2016    $52.79    1096



08/08/2016    $52.79    1097


08/02/2016    $158.37    1098


08/02/2016    $65.99    1099


08/08/2016    $18.85    1101


08/31/2016    $97.46    1102


08/09/2016    $52.79    1103


08/09/2016    $52.79    1104


08/24/2016    $18.85    1106


08/24/2016    $131.98    1107


08/03/2016    $65.99    1108


08/09/2016    $701.18    1109


08/01/2016    $781.77    1110

08/15/2016    $1,386.60    1111



08/08/2016   $6,522.90   1112



08/09/2016   $21.53   1114



08/09/2016   $440.69   1115



08/04/2016   $3,315.20   1116



08/05/2016   $1,703.19   1117



08/16/2016   $49.50   1118



08/09/2016   $11,371.67   1119



08/05/2016   $104.55   1120



08/03/2016   $19,239.69   1121



08/15/2016   $64.65   1122



08/10/2016   $28.80   1123



08/12/2016   $30.80   1124

16130


08/03/2016    $2,038.96    1125


08/09/2016    $19.20    1131


08/11/2016    $11.99    1126


08/10/2016    $67.75    1132


08/11/2016    $245.78    1127


08/10/2016    $1,560.00    1133


08/11/2016    $879.92    1128


08/09/2016    $1,073.76    1134


08/10/2016    $4,698.68    1129


08/15/2016    $80.85    1135


08/09/2016    $880.00    1136

Additional check image:
08/09/2016    $6,467.00    1130



08/10/2016    $289.00    1137



08/08/2016    $449.20    1138



08/15/2016    $374.22    1139



08/09/2016    $55.00    1140



08/09/2016    $3,052.36    1141



08/08/2016    $1,059.24    1142



08/26/2016    $218.80    1144



08/22/2016    $80.79    1145



08/29/2016    $15.63    1146



08/31/2016    $54.70    1147



08/22/2016    $15.63    1148



08/31/2016    $15.63    1150



08/18/2016    $1,320.93    1151



08/22/2016    $218.80    1153



08/24/2016    $54.70    1154



08/29/2016    $43.76    1155



08/23/2016    $106.03    1157



08/29/2016    $43.76    1158



08/22/2016    $43.76    1159



08/25/2016    $242.36    1160



08/26/2016    $43.76    1162



08/26/2016    $43.76    1163



08/29/2016    $131.28    1164



08/25/2016    $54.70    1165



08/24/2016     $15.63     1167



08/31/2016     $80.79     1168



08/29/2016     $43.76     1169



08/25/2016     $43.76     1170



08/24/2016     $15.63     1172



08/24/2016     $109.40     1173



08/22/2016     $2,630.80     1175



08/23/2016     $2,630.80     1176



08/30/2016     $615.75     1178



08/30/2016     $235.19     1179



08/26/2016     $1,204.99     1182



08/26/2016     $38.92     1185



08/31/2016    $4,530.04    1186



08/31/2016    $18.94    1190



08/31/2016    $49.50    1191



08/30/2016    $880.00    1193



08/31/2016    $11,371.67    1194



16135
4000



08/17/2016    $338.39    1412



08/19/2016    $338.39    1417

08/26/2016    $19,109.72    1196

