David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| AURORA GAS, LLC, ) | Case No. A-16-00130 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____) | |

**NOTICE OF FILING INCOME AND EXPENSE REPORT**

Debtor files the attached report showing its monthly income and expenses for the period January 1 – April 30, 2016

Dated this 30th day of September, 2016.

DAVID H. BUNDY, P.C.
Attorney for Debtor

/s/ David H. Bundy
David H. Bundy

# Aurora Gas, LLC
# Profit & Loss
## January through April 2016

|  | Jan 16 | Feb 16 | Mar 16 | Apr 16 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Oil & Gas Production | 403,308.12 | 380,665.33 | 405,853.23 | 387,628.35 | 1,577,455.03 |
| Production Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Royalty | -67,948.00 | -55,737.41 | -56,443.01 | -55,560.18 | -235,688.60 |
| Well Overhead | 1,792.06 | 799.37 | 647.05 | 0.00 | 3,238.48 |
| **Total Income** | 337,152.18 | 325,727.29 | 350,057.27 | 332,068.17 | 1,345,004.91 |
| **Cost of Goods Sold** | | | | | |
| Depletion Expense | 48,826.66 | 38,642.39 | 37,065.96 | 35,633.67 | 160,168.68 |
| Depreciation | 13,781.49 | 13,781.49 | 13,781.49 | 13,781.49 | 55,125.96 |
| Gathering and Transportation | 27,940.50 | 26,357.20 | 6,555.72 | 20,435.95 | 81,289.37 |
| Lease Operating Expenses | 138,720.74 | 116,752.69 | 134,780.42 | 140,243.99 | 530,497.84 |
| Natural Gas Purchases | 32,171.00 | 70,412.00 | 94,085.00 | 89,570.00 | 286,238.00 |
| **Total COGS** | 261,440.39 | 265,945.77 | 286,268.59 | 299,665.10 | 1,113,319.85 |
| **Gross Profit** | 75,711.79 | 59,781.52 | 63,788.68 | 32,403.07 | 231,685.06 |
| **Expense** | | | | | |
| Depreciation Expense | 1,161.40 | 1,161.40 | 1,161.40 | 1,161.40 | 4,645.60 |
| Exploration Expenses | 101.50 | 101.50 | 203.00 | 102.00 | 508.00 |
| Insurance | 2,224.58 | 38,738.65 | 21,107.05 | 10,627.97 | 72,698.25 |
| Miscellaneous | 1,557.93 | 5,918.77 | 1,831.27 | 1,546.60 | 10,854.57 |
| Professional Fees | 27,157.57 | 13,461.18 | 9,349.33 | 8,540.12 | 58,508.20 |
| Rent | 9,852.90 | 9,852.90 | 9,852.90 | 14,182.90 | 43,741.60 |
| Salaries | 64,976.12 | 65,094.33 | 64,065.14 | 63,384.65 | 257,520.24 |
| Taxes | 0.00 | 0.00 | 0.00 | 6,151.20 | 6,151.20 |
| Travel & Ent | 0.00 | 30.78 | 224.37 | 0.00 | 255.15 |
| **Total Expense** | 107,032.00 | 134,359.51 | 107,794.46 | 105,696.84 | 454,882.81 |
| **Net Ordinary Income** | -31,320.21 | -74,577.99 | -44,005.78 | -73,293.77 | -223,197.75 |
| **Other Income/Expense** | | | | | |
| **Other Income** | | | | | |
| Sales Tax Discount | 0.20 | 0.20 | 0.20 | 0.20 | 0.80 |
| **Total Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.80 |
| **Net Other Income** | 0.20 | 0.20 | 0.20 | 0.20 | 0.80 |
| **Net Income** | **-31,320.01** | **-74,577.79** | **-44,005.58** | **-73,293.57** | **-223,196.95** |

# Aurora Gas, LLC
# Balance Sheet
## As of April 30, 2016

|  | Apr 30, 16 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash & Cash Equivalents | 273,619.92 |
| **Total Checking/Savings** | 273,619.92 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable-Trade | 1,343,252.13 |
| **Total Accounts Receivable** | 1,343,252.13 |
| | |
| **Other Current Assets** | |
| Deposits | 15,625.00 |
| Intercompany Receivable | 1,612.84 |
| Inventory | 966,964.68 |
| Prepaid Costs | 209,358.04 |
| **Total Other Current Assets** | 1,193,560.56 |
| | |
| **Total Current Assets** | 2,810,432.61 |
| | |
| **Fixed Assets** | |
| Oil & Gas Properties | 6,264,967.72 |
| Other Plant & Equipment | 33,146.54 |
| **Total Fixed Assets** | 6,298,114.26 |
| | |
| **Other Assets** | |
| Investment - CISPRI Partners LP | 3,157.00 |
| **Total Other Assets** | 3,157.00 |
| | |
| **TOTAL ASSETS** | 9,111,703.87 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,459,153.20 |
| **Total Accounts Payable** | 1,459,153.20 |
| | |
| **Other Current Liabilities** | |
| Royalty Held in Suspense | 122,402.84 |
| Sales Tax Payable | -5.98 |
| Surface Use Fees-Liability | 305,000.00 |
| **Total Other Current Liabilities** | 427,396.86 |
| | |
| **Total Current Liabilities** | 1,886,550.06 |

4:55 PM
06/09/16
Accrual Basis

# Aurora Gas, LLC
## Balance Sheet
### As of April 30, 2016

|  | Apr 30, 16 |
|---|---:|
| **Total Liabilities** | 1,886,550.06 |
| **Equity** | |
|    Capital Investment | 67,946,124.02 |
|    Distribution | -7,500,001.00 |
|    Excess Depletion | 4,789,300.72 |
|    Retained Earnings | -57,787,072.98 |
|    Net Income | -223,196.95 |
| **Total Equity** | 7,225,153.81 |
| **TOTAL LIABILITIES & EQUITY** | 9,111,703.87 |