David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| AURORA GAS, LLC, ) | Case No. A-16-00130 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____) | |

**NOTICE OF WITHDRAWAL OF MOTION TO MODIFY AND ASSUME DEBTOR'S LEASE OF OFFICE SPACE IN SUGAR LAND, TEXAS PURSUANT TO 11 U.S.C. § 365(a)**

Aurora Gas, LLC, debtor and debtor-in-possession, moved to modify its office space lease with Aurora Power Resources, LLC in Sugar Land, Texas and to assume the lease as modified. The motion was filed July 11, 2016 at Docket #58.

Debtor's plans for office space in Texas have changed, so Debtor now withdraws the motion at Docket #58.

Dated this 6th day of October, 2016.

           **DAVID H. BUNDY, P.C.**
           **Attorney for Debtor**


           By: _/s/ David H. Bundy
             David H. Bundy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of October, 2016, the foregoing document was served by ECF on

- U. S. Trustee
- Erik Leroy, Esq.
- Fary Sleeper, Esq.
- Joshua Wolfshohl, Esq.
- Michelle Boutin, Esq.


By___/s/ David H. Bundy_____
     David H. Bundy

Withdrawal of Motion to Modify and Assume Lease – Page 2