David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AURORA GAS, LLC, | ) | Case No. A-16-00130 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |

**MOTION TO EMPLOY BDO USA, LLP AS ACCOUNTANTS FOR THE DEBTOR RELATING TO ALASKA ROYALTIES AND TAXES, NUNC PRO TUNC TO THE DATE OF THE ORDER FOR RELIEF (June 14, 2016)**

Aurora Gas, LLC, debtor and debtor-in-possession, moves to employ the accounting firm of BDO USA, LLP ("BDO") as its accountants in this matter with respect to State of Alaska royalties and related issues. The primary tasks BDO will perform are the monthly state royalty and production tax returns and annual tax credit filings.

Dan Dickinson, the member of the firm in charge of this engagement, has provided a declaration that the firm is disinterested and does not represent any interest adverse to the estate with respect to the matters on which BDO is to be employed. It is in the best interests of the debtor and the creditors of this estate that BDO be so employed.

Following the order for relief Debtor received invoices from BDO for work in May and June in the amount of $1,675. That amount has since been paid by Kaiser Francis, a non-debtor. This took some time to arrange and pending that payment BDO continued to do work for the

Application to Employ Accountant (BDO) – Page 1

Debtor in the expectation that it would be appointed. Accordingly, Debtor requests that the appointment of BDO be effective as of the date of the order for relief, June 14, 2016.

Dated this 11th day of October, 2016.

                    **DAVID H. BUNDY, P.C.**
                    **Attorney for Debtor**

                    By:_/s/ David H. Bundy
                        David H. Bundy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of October, 2016, the foregoing document was served by ECF on

– US Trustee
– Michelle Boutin
– Erik LeRoy
– Gary Sleeper

By___/s/ David H. Bundy_____
      David H. Bundy

Application to Employ Accountant (BDO) – Page 2