David H. Bundy
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, AK 99501
(907) 248-8431
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| AURORA GAS, LLC, ) | Case No. A-16-00130 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### DECLARATION OF DAN E. DICKINSON IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ACCOUNTANT

I, Dan E. Dickinson, declare as follows:

1. I am a member of the accounting firm BDO USA, LLP, ("BDO" or the "Firm"). I work in the firm's Anchorage office at 3601 C Street Suite 600, Anchorage AK 99503. I received the CPA certification in 1998. I am licensed to practice as a CPA in the State of Alaska.

2. I have performed or supervised the Firm's work (and the work of Dan E. Dickinson, CPA prior to joining the Firm) for the Debtor related to State of Alaska monthly royalty and production taxes, and State of Alaska annual tax credit filings since 2010. I anticipate that our work in this bankruptcy will be of the same nature.

4. Neither I nor any other member or employee of the Firm has any ownership or other interest in the Debtor's business. Subject to approval of this Court, the Firm will bill for its services in this case at our regular hourly rate for engagements of this type. My

hourly rate for this engagement is $220 for the year 2016. Some work may be delegated to staff members whose rates range from $135 to $175.  Subject to approval of this Court, the Firm may also bill for reimbursement of costs and disbursements, including long distance telephone calls, fax transmissions, photocopies, travel and out-of-town living expenses, and all similar charges.  Costs will be billed at our actual out of pocket payments; charges for copying and facsimile transmissions which are not paid to third parties will be billed at the rate approved by this Court from time to time in other cases, within the guidelines set forth by this Court in local rules and decisions.

5.   All amounts owed to the Firm for work prior to the date of the order for relief June 13, 2016 were paid prior to that date. Bills for May and June 2016 work in the total amount of $1,675 have been paid by Kaiser Francis, so the Firm is not a creditor in this case.

6.   I have reviewed the list of creditors provided by the Debtor. To the best of my knowledge, except as stated below, the Firm does not have any connection in the sense of any professional relationship with the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.  To my knowledge DBO has performed and may be presently performing accounting, tax or consulting services unrelated to the Debtor for those creditors or other parties of interest listed below. None of the work that BDO does for these entities relates in any way to Aurora Gas.

(1) Air Liquide America, L.P.,

(2) Anchorage Chamber of Commerce,

(3) Expro Americas, LLC,

(4) Green Connection

(5) Jermain, Dunnagan & Owens, P.C.

(6) Northern Industrial Training, Ind.

(7) Soslten XP-401(k) Plan), and

(8) Tyonek Contractors, LLC

Fees for each of these engagements represent less than ½ of 1% of BDO's annual revenues, and to the best of my knowledge, relates to matters wholly unrelated to the case for which BDO is seeking to be engaged. The Firm will not advise any of the Debtor=s creditors on any aspect of this bankruptcy case.

As required by Bankruptcy Rule 2016(b), the Firm will not share or agree to share the compensation paid by the Debtor with any other person or entity.

I declare under penalties of perjury the foregoing is true and correct.

DATED this _8th_ day of October, 2016.

_____
Dan E. Dickinson

Declaration of Proposed Accountant B Page 3