William M. Bankston, Esq.
Robert P. Crowther, Esq.
Attorney for Aurora Exploration, LLC
wbankston@bgolaw.pro
crowther.lawoffice@acsalaska.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| IN RE: ) | Case No. 16-00130 |
| ) | |
| AURORA GAS, LLC ) | |
| ) | |
| ) | |
| Debtor. ) | |

## STATUS REPORT
## AURORA EXPLORATION, LLC

Aurora Exploration, LLC ("AE"), by and through undersigned counsel, hereby submits the attached Status Report to the court in advance of the July 28, 2017 Aurora Gas, LLC ("Aurora") bankruptcy status hearing.

DATED at Anchorage, Alaska this 27th day of July, 2017.

BANKSTON, GRONNING, O'HARA, P.C.
Attorneys for Aurora Exploration, LLC

By: _/s/ Will M. Bankston_
AK Bar No. 7111024
wbankston@bgolaw.pro

LAW OFFICE OF ROBERT CROWTHER
Attorneys for Aurora Exploration, LLC

By: /s/ Robert P. Crowther
AK Bar No. 9111081
crowther.lawoffice@acsalaska.net

The undersigned hereby certifies that on 7/27/17, a correct copy of this document was served by electronic means through the ECF system to those parties listed on the Notice of Electronic filing.

By: /s/Robert P. Crowther

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgolaw.pro

Page 1 of 1

C2934\32\PLEADINGS\NOTstatus 7-27-17