UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In Re:

AURORA GAS, LLC

        Debtor.

**AURORA EXPLORATION, LLC'S STATUS REPORT**

      Aurora Exploration, LLC ("AE"), by and through undersigned counsel, hereby submits this status report to the court in advance of the July 28, 2017 Aurora Gas, LLC ("Aurora") bankruptcy status hearing.

      Subsequent to the hearing of July 14, 2017, AE prepared and submitted RESPONSIVE DOCUMENT / AE PROPOSAL II (DOC DE 244-1 attached). This document elaborated on AE's proposal and modified the proposal based upon feedback received at the hearing. In summary, AE increased its cash offer and eliminated many items that may have cash value if sold separately at auction. AE also agreed to comply with the normal State of Alaska protocol for lease assignments and change of operatorship.

      AE has since engaged in discussions with the State of Alaska – Department of Natural Resources (DNR) and the Alaska Oil and Gas Conservation Commission (AOGCC). The discussions were fruitful and encouraging. The actual processes and steps that need to be taken with the DNR and the AOGCC cannot commence until such time as AE has an agreement approved by the bankruptcy court to acquire the Nicolai Creek Unit (NCU).

      Based upon our conversations with DNR and AOGCC, AE agrees to stand by the AE Proposal II. AE reiterates the necessity of making its offer contingent upon the approvals by State of Alaska agencies having authority over the assignment of the leases and change of operatorship as required for AE to acquire and operate the NCU.

AE has since engaged in discussions with the Creditors Committee. This discussion revealed the need to modify AE Proposal II in a manner that recognizes the Large Commercial Contracts (assigned from Aurora Gas, LLC to Helena Energy without legitimate consideration immediately prior to the initial bankruptcy petition), is a matter that must be dealt with separately and may require additional legal pleadings and ultimate decision by the court. In order to have a proposal before the court that can be supported by the Creditors which will not cause delay, we have agreed to revise our proposal such that the cash offer includes the Large Commercial Contracts but is subject to the ultimate determination by the court as to whether or not Helena Energy is required to return the contracts for inclusion in our agreement. If Helena is not required to return the contracts, the cash offer of AE Proposal II remains unchanged.

AE also agreed to specifically identify assets listed on DOC 52 (filed by the Debtor) targeted by AE Proposal II. Accordingly, we modify AE Proposal II to include the attached Exhibit A, on which the specific assets targeted are highlighted in yellow.

AE is aware of the first and second version of an unsigned "Preliminary Offer" presented to the Debtor and Creditors by Escopeta Oil and Gas Corporation ("Escopeta"). AE does not object to credible competing proposals. However, the Escopeta proposal to lacks credibility based upon the first two drafts. AE awaits an official offer by Escopeta before commenting further.

Within the last hour prior to filing this status report, AE received a counter offer to AE Proposal II which is not acceptable. We are currently evaluating an appropriate response.

**AURORA EXPLORATION, LLC**

By: _____  July 27, 2017

G. Scott Pfoff, Manager          Date