EXHIBIT A
to
AE Proposal II

AURORA GAS, LLC
FORM 207A/B: ASSETS -- PIPELINES

| DESCRIPTION | GATHER LINE/ FLOWLINE* | DIAMETER (Nom OD) | LENGTH (Miles) | DESIGN PSI |
|---|---|---|---|---|
| Nicolai Creek #3 & 10 to Meter 8103 | G | 4 | 1 | 1440 |
| Nicolai Creek 1-2-9 to Meter 8103 | G | 4 | 1 | 1440 |
| | G | 6 | 0.5 | 1440 |
| Nicolai Creek 11 to NC 1-2-9 | F | 4 | 0.5 | 1440 |
| Moquawkie Facility to Meter #8105 | G | 6 | 6 | 1440 |
| Moquawkie #4 to Moquawkie Facility | F | 4 | 0.3 | 1440 |
| Simpco Moq. #2 to Moquawkie Facility | F | 3 | 0.5 | 2000 |
| Kaloa #2 to Moquawkie Gathering Line | G | 4 | 1 | 1440 |
| Lone Creek 1 Facility to Meter 8104 | G | 6 | 6 | 1440 |
| Lone Creek 3 to Lone Creek 1 Facility | F | 4 | 1 | 1440 |
| Lone Creek 4 to #3 | F | 4 | 1 | 1440 |

1 of 6

| Area | Line# | Operator | Acquisition by | Date | Type | Processed by | Reprocessed by | Date | SP Range | Miles | Nav Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NICOLAI CREEK | NIC3D | AURORA GAS | FAIRWEATHER | 2003 | DYNAMITE | | | | n/a | 9 mi2 | YES |
| | | | | | 3-D Survey | | | | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | VERITAS | | 6/2003 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | ESEIS | 2/2004 | | | |
| | | | | | | | QSS | 10/2003 | | | |
| | | | | | | | QSS | 10/2003 | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| | | | | | | VERITAS | | | | | |
| MOQUAWKIE | MQ-97-1 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-925 | 12.93 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | ALLIANT | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | MQ-97-2 | ANADARKO | NORTHERN | 1997 | DYNAMITE | | | | 101-650 | 8.58 | XY/Observer logs |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |
| | | | | | | JDK | | | | | |

Seismic Data -- Page 1 of 22

* 2-D to be determined

2 of 6

Aurora Gas, LLC
ASSETS--Form 206A/B, Part 8
SURFACE PRODUCTION EQUIPMENT
From Equipment Insurance Schedule for 2016

| | PURCHASE COST | TOTAL PER WELL/LOCATION |
|---|---|---|
| **Nicolai Creek #3** | | |
| Ariel JGE-2 compressor 3508 engine, cooler, suction bottles, | $225,000.00 | |
| Glycol Dehydration Tower & Reboiler | $39,000.00 | |
| 30'X 40' metal building w/ foundation/frame & equip | $231,000.00 | $495,000.00 Building is not portable |
| **Lone Creek #1** | | |
| Ariel JGJ-2 Compressor, Waukesha H-24 GL Engine, Cooler & Coalescing Filter, building & utilities | $406,680.00 | |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $94,180.00 | |
| Glycol Contactor, Glycol Reboiler, Flow Meter | $88,315.00 | |
| 12' D X 20'H Produced Water Tank w/ Heater | $24,837.00 | |
| Coalescing Filter, Instrument Ultrasonic Flow Meter & bldg. | $72,239.00 | $686,251.00 |
| **Nicolai Greek 1-2-9** | | |
| Ariel JGE-2 compressor CAT 350g Engine, cooler suction bottles, w/ building & utilities | $347,025.00 | |
| (3 each) Line Heaters, Horizontal Separators, Flow Meters | $72,772.00 | |
| Glycol Contactor, Glycol Reboiler | $77,862.00 | |
| Coalescing Filter, Flow Meter | $29,910.00 | |
| 12'D X 20'H, Produced Water Tank with 250 MMBTU Heater | $24,837.00 | |
| 3500 Screw Compressor pkg. Mycom FMG 160 C_M CAT 3304 driver, building | $123,320.00 | Building is not portable |
| Compass Model cr-14s-RGH2 compressor package w/ Gemini H3021212 Natural Gas compressor wicAT 3306NA Natural Gas Engine enclosed in Skid Mounted building | $243,860.00 | |

### Mobil Moquawkie #1

| | | |
|---|---|---|
| Ariel JGJ-2 Compressor WaukeshaH-24 GL Engine, cooler & coalescing filter, building & utilities | $412,600.00 | |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $72,155.00 | |
| Glycol Contactor, Glycol Reboiler, Flow Meter & bldg. | $94,040.00 | |
| Flow Meters (8105 sales meter) & bldg | $75,604.00 | |
| 12'D X 20'H Produced Water Tank with 250 MMBTU Heater | $24,837.00 | $679,236.00 |

### Kaloa #2

| | | |
|---|---|---|
| Ariel JGJ-2 Compressor Waukesha F-1g Engine, cooler and coalescing filter, building & utilities | $333,568.00 | |
| Line Heater, Vertical Separator, Flow Meter & bldg. | $74,550.00 | |
| Glycol Contactor, Glycol Reboiler, Flow Meter a niOg. | $97,500.00 | |
| 12'D X 20'H Produced Water Tank with 250 MMBTJ Heater | $24,837.00 | $530,455.00 |

### Three Mile Creek #1

| | | |
|---|---|---|
| Produced Water Tank: 100bbl double walled sweet service tank & skid 4'X 4' X 7'foam panel hutch, 12X24 heater, serial #004TDD | $16,031.00 | |
| Compressor: Ariel JGJ-2 serial #F-20628, cylinders (2) serial #C15287/1 cooler Air-X-Changer, serial #04557 5 | $416,671.00 | |
| Separator: DG Mini-sep, D6, whirlyscrub Mini-sep package, vertical | $15,028.00 | |
| Dehydrator skid purchased from Propak | $142,745.00 | $590,475.00 |

### Lone Creek #3

| | |
|---|---|
| Heater skid: Refurbished unit | $24,500.00 |
| Separator skid: 001 E01g8scRuB, DB whirlyscrub Mini-sep package, Vertical | $18,636.00 |
| Produced Water Tank: 100bbl double walled, Tank& Skid c/w | |

$919,586.00 (from previous page)

| | | |
|---|---|---|
| 4"X 4"X 7' Foam Panel Hutch, 12'X24' Heater, serial #4-8045d, Devoe 2563 Internal Coating | $16,031.00 | |
| **Moquawkie #3** | | |
| DG Whirlyscrub Mini-Sep Package | $15,028.00 | |
| | | $59,167.00 |
| **Three Mile Creek #2** | | |
| 250K BTU/HQ Line Heater, S/N 125-003-98 | $47,508.00 | |
| 150bbl Double walled Produced Water Tank, insulated | $32,430.24 | |
| D8 Whirlyscrub Mini-Sep Package | $18,636.00 | |
| | | $15,028.00 |
| **Simpco Moquawkie #2** | | |
| 500k BTU/HR Line Heater, sour | $30,087.09 | |
| D6 Whirlyscrub Mini-Sep Package | $14,647.66 | |
| 100bbl Double walled Produced Water Tank | $17,581.53 | |
| | | $98,574.24 |
| **Nicolai Creek #11** | | |
| Natco Heater/Separator skid | 130,000.00 | |
| Tank Safe PW Tank, 150 bbl, double walled | 42,000.00 | |
| | | $62,316.28 |
| **Moquwakie #4** | | |
| Wellhouse & Separator | 25,000.00 | |
| Tank Safe PW Tank, 150 bbl, double walled | 42,000.00 | |
| | | $172,000.00 |
| **Lone Greek #4** | | |
| Natco Heater/Separator Skid | 90,000.00 | |
| Tank Safe PW Tank, 150 bbl, double walled | 42,000.00 | |
| | | $67,000.00 |

5 of 6

EXHIBIT "A"

LEASES

| | | | | | | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|
| | COLUMN DESIGNATION | | | | | | | | |
| Lessor | Field / Prospect | Lease Type | Lease | SEG. | Net WI Acres | Working Interest | Existing Base Lease Royalty | Existing ORRI to 8/8ths WI | NRI to 8/8ths WI (1-B-C) |
| State of Alaska Leases | NICOLAI CREEK UNIT | Producing | ADL-17585 | 2 | 3,792 | 75.00% | 12.5000% | 0.0000% | 87.5000% |
| | | | | 3 | 80 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 5 | 180 | 75.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 1 | 117 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 4 | 95 | 75.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | ADL-17598 | 1 | 3,217 | 100.00% | 12.5000% | 1.0000% | 86.5000% |
| | | | | 2 | 24 | 100.00% | 12.5000% | 1.2500% | 86.2500% |
| | | | ADL-391471 | 1 | 45 | 100.00% | 12.5000% | 4.0000% | 83.5000% |
| | | | ADL-391472 | 1 | 1,587 | 100.00% | 12.5000% | 4.0000% | 83.5000% |
| | | | | 2 | 36 | 100.00% | 12.5000% | 4.2500% | 83.2500% |
| | | | ADL-63279 | 1 | 202 | 100.00% | 12.5000% | 5.0000% | 82.5000% |
| | | | | 2 | 320 | 100.00% | 12.5000% | 5.0000% | 82.5000% |
| | THREE MILE CREEK FIELD | Producing | ADL-388233 | 1 | 1,960 | 70.00% | 12.5000% | 2.4124% | 85.0876% |
| | | | | 2 | 140 | 70.00% | 12.5000% | 0.9524% | 86.5476% |
| | | | | 3 | 48 | 30.00% | 12.5000% | 3.6822% | 83.8178% |
| | | | | 4 | 48 | 30.00% | 12.5000% | 2.2222% | 85.2778% |
| | COHOE / SOUTH KENAI PROSPECT | Term--10 yr from Oct 2013 | ADL-392472 | 1 | 4,449 | 100.00% | 12.5000% | 0.0000% | 87.5000% |
| | BIRD LAKE PROSPECT Woodstone Resources | Term--10 yr from Oct 2015 | ADL-393036 | 1 | 1,205 | 50.00% | 12.5000% | 0.0000% | 87.5000% |
| | STATE ACREAGE SUBTOTAL | | | | 17,545 | | | | |

6 of 6