William M. Bankston, Esq.
Robert P. Crowther, Esq.
Attorney for Aurora Exploration, LLC
wbankston@bgolaw.pro
crowther.lawoffice@acsalaska.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

IN RE:                                                    ) Case No. 16-00130
                                                          )
AURORA GAS, LLC                                           )
                                                          )
                                                          )
                                                          )
                    Debtor.                               )

**AURORA EXPLORATION, LLC's
RESPONSE TO DEBTOR's COUNTER OFFER**

Aurora Exploration, LLC ("AE"), by and through undersigned counsel, hereby submits the attached July 31, 2017 Response to Debtor's Counter Offer

DATED at Anchorage, Alaska this 31st day of July, 2017.

BANKSTON, GRONNING, O'HARA, P.C.
Attorneys for Aurora Exploration, LLC

By: _____
AK Bar No. 7111024
wbankston@bgolaw.pro

LAW OFFICE OF ROBERT CROWTHER
Attorneys for Aurora Exploration, LLC

By:   /s/ Robert P. Crowther
AK Bar No. 9111081
crowther.lawoffice@acsalaska.net

The undersigned hereby certifies that on 7/31/17, a correct copy
of this document was served by electronic means through the ECF
system to those parties listed on the Notice of Electronic filing.

By:    /s/Robert P. Crowther

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bgolaw.pro

C2934\32\PLEADINGS\NOTstatus 7-31-17

Page 1 of 1