Erik LeRoy, attorney
1510 W. 15th Ave.
Anchorage, Alaska 99501
(907) 570-7474
Attorney for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | : | Case No. A16-00130 |
| | : | Chapter 7 |
| AURORA GAS LLC | : | |
| | : | |

ORDER APPROVING TRUSTEE'S APPLICATION TO ABANDON
ALL PERSONAL PROPERTY ON THE WEST SIDE OF COOK INLET

The Trustee filed a Motion under 11 U.S.C. §554(a) seeking an order approving the abandonment from this bankruptcy estate of all personal property located on the West side of Cook Inlet, including but not limited to machinery, equipment, certificated vehicles, pumps, compressors, generators, connexes, pump houses, pipeline, pipe and parts inventories ("Property") .  Notice of the Motion was mailed to the matrix of creditors in this case and a hearing on the Motion was held.  No objections to the Motion were filed or heard.

IT IS ORDERED,

The Trustee's Motion is approved.

All Property in this bankruptcy estate located on Cook Inlet Region, Inc. land on the West side of Cook Inlet, is abandoned to and conveyed to Kaiser Francis Oil Company or its nominee.

All Property in this bankruptcy estate located on State of Alaska land on the West side of Cook Inlet, is abandoned to and conveyed to Glacier Oil and Gas Company.

June 6, 2019

      /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: David H. Bundy, Esq.
      Kenneth W. Battley, Trustee
      William D. Artus, Esq.
      Kathryn Perkins, Esq.
      Erik LeRoy, Esq.
      ECF Participants per NEF