

Joanne Jones
*Case Manager*
Account Resolution
Business Insurance
One Tower Square, 0000-FP15
Hartford, CT 06183
(860) 954-2803 (Direct)

August 8, 2019

Clerk of Court
US Bankruptcy Court
District of Alaska (Anchorage)
605 W 4th Avenue
Anchorage, AK 99501-2296

FILED
AUG 9 2019
CLERK
U.S. BANKRUPTCY COURT
BY_____ DEPUTY CLERK

***RE:*** *Withdrawal of Claim# 27-1*
AURORA GAS LLC, Case #  16-00130

Please find attached The Travelers Indemnity Company and its Property Casualty Insurance Affiliates' withdrawal of Proof of Claim designated as claim number 27-1.

Thank you for your anticipated cooperation.

Sincerely,

Joanne Jones
Case Manager



UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| AURORA GAS LLC | ) Case No. 16-00130 |
| | ) |
| Debtor. | ) |
| | ) |

### WITHDRAWAL OF CLAIM FILED BY THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY INSURANCE AFFILIATES

PLEASE TAKE NOTICE that The Travelers Indemnity Company and its Property Casualty Insurance Affiliates withdraws the Proof of Claim acknowledged dated November 14, 2016 and designated as claim number 27-1 ("Proof of Claim") in the bankruptcy case of the captioned Debtor. A copy of the Proof of Claim is attached to this Withdrawal notice.

Dated: August 8, 2019

THE TRAVELERS INDEMNITY
COMPANY AND ITS PROPERTY
CASUALTY INSURANCE
AFFILIATES

Name: Joanne Jones
Title: Case Manager

One Tower Square, 0000-FP15
Hartford, CT 06183
Tel: 860-954-2803

| UNITED STATES BANKRUPTCY COURT District of Alaska (Anchorage) | ADMINISTRATIVE PROOF OF CLAIM FORM |
|---|---|
| In re: AURORA GAS, LLC, Case # 16-00130 | Administrative Claim Request |

| Name of Debtor Against Which Administrative Claim is Held<br>AURORA GAS, LLC | Case No. of Debtor<br>16-00130 | THIS SPACE IS FOR COURT USE ONLY. |
|---|---|---|

**NOTE:** This Administrative Proof of Claim is to be used solely in connection with a request for payment of an Administrative Claim arising after commencement of these cases pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
The Travelers Indemnity Company and Its Property Casualty Insurance Affiliates

**FILED**

Name and address where notices should be sent:
Travelers
Account Resolution – Michael Gauntlett
One Tower Square, 0000-CR09A
Hartford, CT 06183
Phone: 860-954-0865
Email: mgauntl2@travelers.com

NOV 14 2016
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**IMPORTANT:** Please list the name and address of any property related to your Administrative Claim (if applicable).
Property Name: _____
Property Address: _____

**1. Basis for Claim:** Insurance policies in effect for the period after the Debtor's filing of the Chapter 11 case.
(See instruction #1 on reverse side.)

**2. Last four digits of any number by which Creditor identifies Debtor:** A083

**3. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

$ **UNLIQUIDATED**
**Please see attached

**4. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information):**
Insurance Coverage from 11/16/15 to 7/1/17.

**5. Credits:** The amount of all payments on this Administrative Claim has been credited for the purpose of making this proof of claim.
**6. Supporting Documents:** Attach redacted copies of any documents that support the Administrative Claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:
**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your Administrative Proof of Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Proof of Claim, or you may view your Administrative Claim information by visiting the website of the Claims Agent.

THIS SPACE IS FOR COURT USE ONLY.

IF ADMINISTRATIVE PROOF OF CLAIM IS SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER,
SEND TO:
Clerk of Court
US Bankruptcy Court
United States Bankruptcy Court - District of Alaska (Anchorage)
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

Michael Gauntlett, Case Manager

Date: 11/11/16

Signature: The person filing this Administrative Proof of Claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this Administrative Proof of Claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR ADMINISTRATIVE PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, there may be exceptions to these general rules.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Name of Debtor and Case Number:**
Fill in the bankruptcy Debtor's name and the bankruptcy case number. If the Creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting an Administrative Claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The Creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Basis for Claim:**
   State the type of debt for which the Administrative Proof of Claim is being filed. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

2. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
   State only the last four digits of the Debtor's account or other number used by the Creditor to identify the Debtor.

3. **Total Amount of Administrative Claim:**
   Fill in the applicable amounts of the entire Administrative Claim. If interest or other charges in addition to the principal amount of the Administrative Claim are included, check the appropriate place on the form and attach an itemization of interest and charges.

4. **Brief Description of Claim**
   Describe the Administrative Claim including, but not limited to, actual and necessary services rendered or goods delivered to the Debtors during the Chapter 11 cases.

5. **Credits:**
   An authorized signature on this Administrative Proof of Claim serves as an acknowledgement that when calculating the amount of the Administrative Claim, the Creditor gave the Debtor credit for any payments received toward the debt.

6. **Supporting Documents:**
   Attach to this Administrative Proof of Claim redacted copies documenting the existence of the debt and of any lien securing the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this Administrative Proof of Claim must sign and date it. FRBP 9011. If the Administrative Claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the Creditor or other person authorized to file this Administrative Proof of Claim, state the filer's address and telephone number if it differs from the address given on the top of the Administrative Proof of Claim for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on an Administrative Proof of Claim.

## DEFINITIONS AND INFORMATION

**Name of Debtor and Case Number:**
You MUST fill in the specific Debtor against which your Administrative Claim is being asserted and the case number of the Debtor's bankruptcy case. If you are asserting Administrative Claims against more than one Debtor, you MUST file a separate Administrative Proof of Claim for each Debtor.

**Creditor**
For purposes of this Administrative Proof of Claim, a Creditor is the person, corporation, or other entity that holds an Administrative Claim against a Debtor.

**Administrative Claim**
Any right to payment constituting a cost or expense of administration of any of the Debtor's Chapter 11 cases allowed under sections 503(b) and 507(a)(2 and 3) of the Bankruptcy Code, including, without limitation, any actual and necessary costs and expenses of operating one or more of the Debtors' Estates or businesses and any fees or charges assessed against one or more of the Estates of the Debtors under section 1930 of title 28 of the United States Code.

**Administrative Proof of Claim**
A form telling the Bankruptcy Court how much the Debtor owes a Creditor for an Administrative Claim.

**Submitting Administrative Proof of Claim**
Submit a signed original Administrative Proof of Claim form with any attachments via United States mail, overnight courier service or hand delivery to:

Clerk of Court
US Bankruptcy Court
United States Bankruptcy Court - District of Alaska (Anchorage)
605 W. 4th Avenue, Suite 138
Anchorage, AK 99501-2296

<u>Submission by facsimile or other electronic means will not be accepted.</u>

**Acknowledgement of Filing a Claim**
To receive acknowledgment of your filing, enclose a stamped self-addressed envelope and a copy of this Administrative Proof of Claim, or you may view your Administrative Claim information by visiting the website of the Claims Agent.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact a creditor and offer to purchase its claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the Debtors. These entities do not represent the bankruptcy court or the Debtors. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Attachment to Proof of Claim of The Travelers Indemnity Company and its property casualty insurance affiliates ("Travelers") in the Chapter 11 Bankruptcy Case of AURORA GAS, LLC, et al. ("Debtor"), Case No 16-00130.

The Travelers Indemnity Company and its property casualty insurance affiliates ("Travelers") provided certain insurance for AURORA GAS, LLC, as described below for the periods November 16, 2015 through July 1, 2017.

### Insurance Program

Travelers issued certain policies providing insurance for the Debtor(s) in various states. Under the terms of those policies, Travelers investigates, administers, defends, litigates, settles, and pays claims pursuant to the terms of the insurance program. The policies are guaranteed cost; that is, estimated premium is paid during the term of the policy. Actual premium due is then determined by a post-expiration audit of the insured's exposure.

### Claim Amount

The Debtor's Obligations to Travelers are subject to adjustment because, among other things, certain Obligations are affected by the audit of the exposure. Further, and as authorized, the Debtor continues to perform, in part, under the Insurance Program. Therefore, it is premature to calculate the amount of Travelers claim. Travelers reserves its right to amend its claim.

### Administrative Expense

A portion of Travelers' claim may be entitled to priority as administrative expense under Bankruptcy Code sections 507(a)(2) for insurance provided on or after the commencement of the Debtor's bankruptcy case.

### Gap Period Claim

A portion of Travelers' claim may also be entitled to priority under Bankruptcy Code sections 502(f) and 507(a)(3) for insurance provided after the commencement of the involuntary case but before the order for relief.

### Documents

The documents supporting Travelers' claim are voluminous and are available upon request. Please see the attached Schedule A for a list of the policies issued by Travelers in connection with the Debtor's insurance program. The list of policies may be incomplete and may be amended by Travelers.

## SCHEDULE A

# SUMMARY OF POLICY YEARS, POLICY NUMBER, AND LINES OF INSURANCE

| Policy Year | Policy Number | Line |
|---|---|---|
| 11/16/2015 - 11/16/2016 | 31M45169 | Multiple |
| 4/1/2016 - 4/1/2017 | 4E310530 | Workers Compensation |
| 7/1/2016 - 7/1/2017 | 71M6027A | Inland Marine |