
# TRAVELERS

**Joanne Jones**
*Case Manager*
Account Resolution
Business Insurance
One Tower Square, 0000-FP15
Hartford, CT 06183
(860) 954-2803 (Direct)

August 8, 2019

Clerk of Court
US Bankruptcy Court
District of Alaska (Anchorage)
605 W 4th Avenue
Anchorage, AK 99501-2296

**FILED**
AUG  9 2019
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

**RE:**   *Withdrawal of Claim# 28-1*
AURORA GAS LLC, Case #  16-00130

Please find attached The Travelers Indemnity Company and its Property Casualty Insurance Affiliates' withdrawal of Proof of Claim designated as claim number 28-1.

Thank you for your anticipated cooperation.

Sincerely,

Joanne Jones
Case Manager

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| In re: | ) |
|---|---|
|  | ) Chapter 7 |
| AURORA GAS LLC | ) Case No. 16-00130 |
|  | ) |
| Debtor. | ) |
|  | ) |

## WITHDRAWAL OF CLAIM FILED BY THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY INSURANCE AFFILIATES

PLEASE TAKE NOTICE that The Travelers Indemnity Company and its Property Casualty Insurance Affiliates withdraws the Proof of Claim acknowledged dated November 14, 2016 and designated as claim number 28-1 ("Proof of Claim") in the bankruptcy case of the captioned Debtor. A copy of the Proof of Claim is attached to this Withdrawal notice.

Dated: August 8, 2019

THE TRAVELERS INDEMNITY
COMPANY AND ITS PROPERTY
CASUALTY INSURANCE
AFFILIATES

Name: Joanne Jones
Title: Case Manager

One Tower Square, 0000-FP15
Hartford, CT 06183
Tel: 860-954-2803

Fill in this information to identify the case:

Debtor 1: AURORA GAS, LLC

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Alaska (Anchorage)

Case number: 16-00130

FILED
NOV 14 2016
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

Official Form 410
# Proof of Claim
12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C.§ 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
The Travelers Indemnity Company and its property casualty insurance affiliates
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Travelers – Account Resolution
Name
One Tower Square 0000-CR09A
Number   Street
Hartford          CT          06183
City              State       Zip Code

Contact phone  (860) 954-0865
Contact email  mgauntl2@travelers.com

Where should payments to the creditor be sent? (if different)

Michael Gauntlett
Name
One Tower Square | 0000-CR09
Number   Street
Hartford          CT          06183
City              State       Zip Code

Contact phone  (860) 954-0865
Contact email  mgauntl2@travelers.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: A 0 8 3

**7. How much is the claim?**  $ UNLIQUIDATED **Please see attached

Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $ _____

Amount of the claim that is secured:    $ _____

Amount of the claim that is unsecured:    $ UNLIQUIDATED **Please see attached    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed)    ____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes   Amount necessary to cure any default as of the date of the petition.    $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C.§ 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes.  *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C.§ 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C.§ 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C.§507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C.§507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C.§507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C.§507(a)(2 and 3) that applies.    $ **UNLIQUIDATED**
**\*\*Please see attached**

\* *Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.*

---

### Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    11/11/2016
    MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name    Michael Gauntlett
        First name    Middle name    Last name

Title    Case Manager

Company    The Travelers Indemnity Company
        *Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address    One Tower Square | 0000-CR09
        Number    Street
        Hartford        CT        06183
        City            State    Zip Code

Contact Phone    860-954-0865    Email    mgauntl2@travelers.com

## Attachment to Proof of Claim of The Travelers Indemnity Company and its property casualty insurance affiliates ("Travelers") in the Chapter 11 Bankruptcy Case of AURORA GAS, LLC, et al. ("Debtor"), Case No 16-00130.

The Travelers Indemnity Company and its property casualty insurance affiliates ("Travelers") provided certain insurance for AURORA GAS, LLC, as described below for the periods November 16, 2015 through July 1, 2017.

### Insurance Program

Travelers issued certain policies providing insurance for the Debtor(s) in various states. Under the terms of those policies, Travelers investigates, administers, defends, litigates, settles, and pays claims pursuant to the terms of the insurance program. The policies are guaranteed cost; that is, estimated premium is paid during the term of the policy. Actual premium due is then determined by a post-expiration audit of the insured's exposure.

### Claim Amount

The Debtor's Obligations to Travelers are subject to adjustment because, among other things, certain Obligations are affected by the audit of the exposure. Further, and as authorized, the Debtor continues to perform, in part, under the Insurance Program. Therefore, it is premature to calculate the amount of Travelers claim. Travelers reserves its right to amend its claim.

### Administrative Expense

A portion of Travelers' claim may be entitled to priority as administrative expense under Bankruptcy Code sections 507(a)(2) for insurance provided on or after the commencement of the Debtor's bankruptcy case.

### Gap Period Claim

A portion of Travelers' claim may also be entitled to priority under Bankruptcy Code sections 502(f) and 507(a)(3) for insurance provided after the commencement of the involuntary case but before the order for relief.

### Documents

The documents supporting Travelers' claim are voluminous and are available upon request. Please see the attached Schedule A for a list of the policies issued by Travelers in connection with the Debtor's insurance program. The list of policies may be incomplete and may be amended by Travelers.

## SCHEDULE A

### SUMMARY OF POLICY YEARS, POLICY NUMBER, AND LINES OF INSURANCE

| Policy Year | Policy Number | Line |
| --- | --- | --- |
| 11/16/2015 - 11/16/2016 | 31M45169 | Multiple |
| 4/1/2016 - 4/1/2017 | 4E310530 | Workers Compensation |
| 7/1/2016 - 7/1/2017 | 71M6027A | Inland Marine |