UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED

MAR 1 9 2021

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5.00
FOR DEPOSIT TO REGISTRY FUND

DEBTOR: AURORA GAS LLC

CASE NUMBER: 16-00130

PLEASE CHECK ONE:

__x__      UNCLAIMED DIVIDENDS

_____      DISTRIBUTION LESS THAN $5.00

| CREDITOR/ADDRESS | CLAIM NO | AMOUNT |
|---|---|---|
|  | Per order filed dkt 516 | 408,242.77 |
| Furie Operating Alaska LLC<br>c/o Jermain, Dunnagan & Owens<br>Gary Sleeper<br>3000 A Street #300<br>Anchorage, Alaska 99503 |  |  |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$_____

TOTAL:      $___408,242.77

DATE: March 19, 2021

KENNETH W. BATTLEY, TRUSTEE

RECEIPT # #24877

FEE AMT 408,242⁷⁷ INT. $0

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION
FOR DISCHARGE
REVISED 2/94